**JENNER & BLOCK LLP**
AnnaMarie A. Van Hoesen (SBN 282074)
AVanHoesen@jenner.com
515 Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone:   (213) 239-5100
Facsimile:    (213) 239-5199

Kayvan B. Sadeghi (admitted *pro hac vice*)
KSadeghi@jenner.com
Adina Hemley-Bronstein (admitted *pro hac vice*)
AHemley-Bronstein@jenner.com
1155 Avenue of the Americas
New York, NY 10036
Telephone:   (212) 891-1600
Facsimile:    (212) 891-1699

*Attorneys for Defendants Persistence Technologies (BVI) PTE Ltd. and Tushar Aggarwal*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR THOMSON,<br><br>               Plaintiff,<br><br>     v.<br><br>PERSISTENCE TECHNOLOGIES (BVI) PTE LTD., TUSHAR AGGARWAL, and ASHLEY RICHARDSON,<br><br>               Defendants. | Case No. 2:23-cv-04669-MEMF-MAR<br><br>**DEFENDANTS PERSISTENCE TECHNOLOGIES (BVI) PTE LTD. AND TUSHAR AGGARWAL'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>District Judge:   Hon. Maame Ewusi-Mensah Frimpong<br><br>Magistrate Judge:   Hon. Margo A. Rocconi<br><br>Date:   January 18, 2024<br><br>Time:   10 a.m. PT<br><br>Courtroom:   8B |

# NOTICE OF MOTION AND MOTION TO DISMISS

NOTICE IS HEREBY GIVEN that on January 18, 2024, at 10:00 a.m. PT, or as soon thereafter as the Court is available, before the Honorable Maame Ewusi-Mensah Frimpong, in Courtroom 8B of the United States District Court, Central District of California, located at 350 West First Street, 8th Floor, Los Angeles, California 90012, Defendants Persistence Technologies (BVI) PTE Ltd. and Tushar Aggarwal ("Moving Defendants") will and hereby do move the Court pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6), and the Private Securities Litigation Reform Act, to dismiss Plaintiff Taylor Thomson's ("Plaintiff") First Amended Complaint in favor of arbitration, for lack of personal jurisdiction, and for failure to state a claim.

This Motion is based on this Notice of Motion and the following Memorandum of Points and Authorities, the pleadings and records in this action, any reply memoranda or additional briefing on this subject, the attached proposed order, and any evidence or arguments that may be presented to the Court at or before the time of a hearing on this matter.

For the reasons stated above and set forth in the accompanying Memorandum of Points and Authorities, Moving Defendants respectfully request that the Court dismiss the First Amended Complaint in its entirety, with prejudice.

This Motion is made following the conference of counsel of Plaintiff and Moving Defendants pursuant to Local Rule 7-3, which took place via videoconference on September 18, 2023.

[signature page follows]

| | | |
|---|---|---|
| 1 | Dated: October 10, 2023 | JENNER & BLOCK LLP |
| 2 | | |
| 3 | | */s/ AnnaMarie A. Van Hoesen* |
| | | 515 South Flower Street, Suite 3300 |
| 4 | | Los Angeles, CA 90071-2246 |
| | | Telephone: (213) 239-5100 |
| 5 | | Facsimile: (213) 239-5199 |
| | | AVanHoesen@jenner.com |
| 6 | | |
| 7 | | Kayvan B. Sadeghi (admitted *pro hac vice*) |
| | | Adina Hemley-Bronstein (admitted *pro hac vice*) |
| 8 | | JENNER & BLOCK LLP |
| | | 1155 Avenue of the Americas |
| 9 | | New York, NY 10036 |
| | | Telephone: (212) 891-1600 |
| 10 | | Facsimile: (212) 891-1699 |
| | | KSadeghi@jenner.com |
| 11 | | AHemley-Bronstein@jenner.com |
| 12 | | *Attorneys for Defendants Persistence Technologies (BVI) PTE Ltd. and Tushar Aggarwal* |

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of New York. I am employed in New York, New York. My business address is Jenner & Block LLP, 1155 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and not a party to this action.

On October 10, 2023, I served unredacted copies of the following documents:

1) **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT; AND**

2) **EXHIBIT 1 TO THE DECLARATION OF A. VAN HOESEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS.**

on the following parties via electronic mail:

| | |
|---|---|
| JULIAN ANDRÉ<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone: (310) 277-4110<br>Facsimile: (310) 277-4730<br>Email: jandre@mwe.com | TODD HARRISON<br>JOSEPH B. EVANS<br>One Vanderbilt Avenue<br>New York, NY 10017-3852<br>Telephone: +1 212 547 5400<br>Facsimile: +1 212 547 5444<br>Email: tdharrison@mwe.com<br>Email: jbevans@mwe.com |
| *Counsel for Plaintiff Taylor Thomson* | *Counsel for Plaintiff Taylor Thomson* |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 10, 2023 in New York, New York.

                                                  */s/ Adina Hemley-Bronstein*
                                                      Adina Hemley-Bronstein