|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TAYLOR THOMSON

                Plaintiff,

   v.

PERSISTENCE TECHNOLOGIES BVI PTE LTD., TUSHAR AGGARWAL, ASHLEY RICHARDSON,

                Defendants.

Case No.: 2:23-cv-04669-MEMF-MAR

**ORDER GRANTING PLAINTIFF TAYLOR THOMSON'S UNOPPOSED APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [ECF NO. 45]**

On December 21, 2023, Plaintiff Taylor Thomson filed an Unopposed Application for Leave to File Documents Under Seal. The Court will seal documents when the requesting party has demonstrated "compelling reasons" why the documents at issue should be sealed. C.D. L.R. 79-5.2.2(a)(i); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). The request for leave must be "narrowly tailored" to seal only the sealable material. C.D. Cal. L.R. 79-5.2.2(a)(ii).

Having considered Plaintiff's Application, the Court finds that there are compelling reasons in this instance to seal the requested documents, Exhibits 1 and 2 to the Declaration of Julian L. André in Support of Plaintiff's Motion to Dismiss First Amended Complaint ("Exhibits 1 and 2"), and references thereto in Plaintiff's Memorandum in Opposition to Defendants Persistence Technologies (BVI) PTE Ltd. and Tushar Aggarwal's Motion to Dismiss the First Amended Complaint (the "Opposition"). C.D. L.R. 79-5.2.2(a)(i); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). The Court also finds the request is narrowly tailored. The reasons to seal Exhibits 1 and 2 outweigh the common law right of access.

The Court therefore **GRANTS** Plaintiff's Application and **ORDERS** sealed Exhibits 1 and 2 to the to the Declaration of Julian L. André in Support of Plaintiff's Motion to Dismiss First Amended Complaint, as well as the references thereto in Plaintiff's Opposition. The Court further **ORDERS** that Plaintiff's proposed redacted Opposition shall be deemed filed.

**IT IS SO ORDERED.**

Dated: February 5, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

1
ORDER GRANTING PLAINTIFF'S UNOPPOSED APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL