JULIAN L. ANDRÉ (SBN 251120)
jandre@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

JOSEPH B. EVANS (appearing *pro hac vice*)
jbevans@mwe.com
TODD HARRISON (appearing *pro hac vice*)
tdharrison@mwe.com
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 547-5767
Facsimile: (212) 547-5444

Attorneys for Plaintiff
TAYLOR THOMSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Taylor Thomson<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Persistence Technologies BVI Pte Ltd., Tushar Aggarwal, Ashley Richardson,<br><br>　　　　　Defendants. | Case No. 2:23-cv-04669-MEMF-MAR<br><br>**PLAINTIFF TAYLOR THOMSON'S NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANT ASHLEY RICHARDSON'S AMENDED COUNTERCLAIMS**<br><br>The Honorable Maame Ewusi-Mensah Frimpong, United States District Judge<br><br>Date: May 30, 2024<br><br>Time: 10:00 a.m.<br><br>Courtroom: 8B |

NOTICE IS HEREBY GIVEN that on May 30, 2024, at 10:00 a.m., or as soon thereafter as the Court is available, before the Honorable Maame Ewusi-Mensah Frimpong, in Courtroom 8B of the United States District Court, Central District of California, located at 350 West First Street, 8th Floor, Los Angeles, California 90012, Plaintiff Taylor Thomson ("Plaintiff") will and hereby does move the Court pursuant to Federal Rules of Civil Procedure 8(a) and 12(b)(6), to dismiss Defendant Ashley Richardson's ("Defendant") Amended Counterclaims.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the pleadings, records, and files in this action, any reply memoranda or additional briefing on this subject, the attached proposed order, and on such further oral and written matters as the Plaintiff may present at or before the hearing on this matter.

For the reasons stated above and set forth in the accompanying Memorandum of Points and Authorities, Plaintiff respectfully requests that the Court dismiss the Defendant's amended counterclaims in their entirety with prejudice.

This Motion is made following the conference of counsel of Plaintiff and the Defendant, which occurred via videoconference on February 14, 2024. Counsel for Plaintiff attempted to contact Defendant on February 9, 2024, but did not receive a response until some days later.

Dated: February 16, 2024           **MCDERMOTT WILL & EMERY LLP**

                                   By:   */s/ Julian L. André*
                                         JULIAN L. ANDRE

                                         Attorneys for Plaintiff
                                         TAYLOR THOMSON

**PROOF OF SERVICE**

I am a citizen of the United States and resident of the State of California. I am employed in Los Angeles, California. My business address is McDermott Will & Emery, LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067. I am over the age of eighteen years and not a party to this action.

On February 16, 2024, I served unredacted copies of the following document:

**PLAINTIFF TAYLOR THOMSON'S NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANT ASHLEY RICHARDSON'S AMENDED COUNTERCLAIMS**

on the following party via Electronic Mail based on the written consent of Ms. Richardson:

| | |
|---|---|
| Ashley Richardson<br>25399 Markham Lane<br>Salinas, CA 93908<br>ashrichardson@mac.com | *Defendant in Pro Per* |

on the following parties via the CM/ECF Notice system:

| | |
|---|---|
| AnnaMarie A. Van Hoesen<br>AVanHoesen@jenner.com<br>515 Flower Street, Suite 3300<br>Los Angeles, CA 90071 | *Counsel for Defendants Persistence Technologies (BVI) PTE. Ltd. and Tushar Aggarwal* |
| Kayvan B. Sadeghi<br>ksadeghi@jenner.com<br>Adina Hemley-Bronstein<br>AHemley-Bronstein@jenner.com<br>1155 Avenue of the Americas<br>New York, NY 10036 | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 16, 2024 in Los Angeles, California.

*/s/ Diksha Vadan*
Diksha Vadan