```
Ashley Richardson
25399 Markham Ln
Corral De Tierra, CA 93908
(310) 490 - 2476
Ashrichardson@mac.com

IN PRO PER
```

FILED
CLERK, U.S. DISTRICT COURT

3/8/24

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ccc _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR THOMSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ASHLEY RICHARDSON,<br><br>    Counter Claimant | Case No.: **2:23-cv-04669-MEMF-MAR**<br><br>**OPPOSITION OF Plaintiff Taylor Thomson's Memorandum of points and authorities in support of MOtion to dismiss ashley richardsons ammended counterclaims**<br><br>**The Honorable Maame Ewusi-Men**<br><br>**Date: May 30, 2024**<br><br>**TIME: MAY 30, 2024**<br><br>**TIME 10:00 AM**<br><br>**COURTROOM: 8B** |

**OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS**

1. I, the defendant Ashley Richardson, oppose the plaintiff's motion to dismiss my amended counterclaims. To the best of my knowledge, I believe that the ammended counterclaim was adequately pled. As explained in the amended counterclaim, Ms Thomson made statements to individuals within my and Thomson's shared social circle and within my circle of industry that I had committed Fraud and Theft of cryptocurrency. These statements injured my reputation and also had an impact on my professional career.

2. If what I have asserted in my counterclaims is not sufficient, I ask for the court to permit me to amend them to include more allegations that I thought would simply be evidence that could be introduced at trial to support my claims.

**SLANDER IN VIOLATION OF CAL. CIVIL CODE 46 (INCLUDING SLANDER PER SE)**

3. Slander is defined by Civil Code section 46 as a "false and unprivledged publication, orally uttered, and also communications by radio or any mechanical or other means which... tends directly to injure him in respect to his office, profession, trade or business, either by imputing him to general disqualification in those respects which the office or other occupation peculiarly requires, or by imputing something with reference to his office, profession, trade, or business that has a natural tendancy to lessen its profits. Civ Code 46.

4. Less particularity is required in a complaint alleging slander when it appears that defendant has superior knowledge to facts, so long as the pleading gives notice of the issues sufficient to enable preparation of a defense. Moreover, an allegation is not defective for failure to state the exact words of the alleged slander. Slander can be charged by alleging the substance of the defamatory statement. Okun v. Superior Court (1981) 29 Cal. 3d 442.

5. Richardson has alleged that Thomson verbally disparaged her by telling individuals in her close social circle as well as to potential employers and colleagues of Richardson that Richardson committed unlawful acts and between November 2021 until the present time. These false statements caused catastrophic injury to Richardson's reputation, social standing, and ability to gain employment. Although I do have knowledge and have been informed, in this instance Ms Thomson has superior knowledge.

### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

6. I believe that my allegations against Ms Thomson in relation to the allegations of Intentional Infliction of Emotional Distress, in addition to being entirely factual and as I experienced them, to the best of my knowledge I believe they adequetly pled.

7. Regarding extreme and outrageous conduct by the defendant, as explained Ms Thomson put a great deal of pressure on me in relation to procuring crypto currencies at all hours of the day and night, and expected me to custody them in my home, causing a great security risk. Ms Thomson also expressed she expected me to be willing to take a bullet in lieu of providing potential intruders with her keys, should their be a security breach. I have ample and excessive evidence that illustrates "extreme and outrageous conduct" and would be happy to provide them in detail as we begin the discovery process and then at trial.

### CONCLUSION

8. Contrary to the assertion of opposing council, I believe that that I have adequately pled both of my counterclaims, but if the court disagrees, I can, and will add allegations to amended counterclaims.

9. I have explained in several filings that I do not have the funds to hire a lawyer to represent me in this case. Having to represent myself has come with extreme stress and I have done my best to rely on the internet and the kindness of friends and attorneys that have helped me in the past to complete this to the best of my ability. Ultimately, I swear under penalty of perjury that ALL of the work in this pleading is my own. And, with sincerest apologies to court, I believe that despite my best efforts this is evident.

10. For the foregoing reasons, I respectfully request that the motion to dismiss be denied.

OPPOSITION OF PLAINTIFF TAYLOR THOMSON'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS ASHLEY RICHARDSONS AMMENDED COUNTERCLAIMS THE HONORABLE MAAME EWUSI-MENDATE: MAY 30, 2024TIME: MAY 30, 2024TIME 10:00 AMCOURTROOM: 8B - 2

| | |
|---|---|
| DATE: March 7, 2024 | ASHLEY RICHARDSON – IN PRO PER |

*[signature]*

Respectfully Submitted By:

ASHLEY RICHARDSON

---

OPPOSITION OF PLAINTIFF TAYLOR THOMSON'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS ASHLEY RICHARDSONS AMMENDED COUNTERCLAIMS THE HONORABLE MAAME EWUSI-MENDATE: MAY 30, 2024TIME: MAY 30, 2024TIME 10:00 AMCOURTROOM: 8B - 3