# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-04669-MEMF-MARx | Date | July 11, 2024 |
| Title | Taylor Thomson v. Persistence Technologies BVI Pte Ltd., et al. | Page | 1 of 1 |

Present: The Honorable **MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE**

| Damon Berry | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Joseph B. Evans | AnnaMarie Van Hoesen |
| Todd R. Harrison | Kayvan B. Sadeghi |
| | Ashley Richardson (PRO SE) (video-conference) |

**Proceedings: DEFENDANT'S MOTION TO DISMISS [34] AND MOTION TO DISMISS DEFENDANT ASHLEY RICHARDSON'S AMENDED COUNTERCLAIMS [61]**

The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED.**