# EXHIBIT A



Today 7:26 AM

Because of you I have lost everything, and you decided to sue the person who had nothing left to lose. How do you think this ends? Do me a favor, tell yours lawyers to respond to my requests. I have never been more destroyed, don't underestimate what that looks like.

I loved you more than anything, and it was purer than the purest.

These were YOURE decisions, and Jesus fucking Christ, they are all documented...
What the fuck!???

Pleas settle this shit, or kill me or have me arrested, I'm fucking done.

Nothing in my life has hurt me more than this, but if you want to keep going... game the fuck on,

I have zero fear. Fucking kill me, please. You already have,

Take me the fuck out and let's get it the fuck done. Don't pissy out, you want to fuck with me? Then do it fill out..

Send someone over with a fucking



> Send someone over with a fucking gun before I speak to the press. Fuck you.
> I loved you., I have the fucking receipts.
>
> You want to destroy me? Then just fucking do it already.

> FUCK YOU

> yOU narcissistic soscopathic fucking cunt! I burned myself at the stake for you. Are you happy?!!! You rich motherfucking sociopathic bitch

> FUCK YOU

> Send your fucking goons to take my life. Please, you have destroyed me.
>
> Well
> Fucking done you cunt,

> Take it. Fucking man up and send them.

Ashley Richardson unsent a message
Ashley Richardson unsent a message
Ashley Richardson unsent a message
Ashley Richardson unsent a message

> I loved you.





**I loved you.**

**I really fucking did. I can count on one hand how many people I have loved in my life, and you are one. Please, please, do something good with your life. Please. Please. Please. Don't ever speak to me again, but honor that love with something. For someone.**

**Please.**

**Please.**

**You are good. You are kind. I know this. Please M... please. Be more than your money. Never see me or talk to me, but help one animal, one human, one ecosystem. I don't care... please.**

**I'm sorry, I'm hurt. I'm broken, you broke me. Mission accomplished.**

**I love you, I tired. I now have nothing left. Nothing.**

**Please, please kill me. Please. Please. I beg you.**

**Just fucking do it already.**

**Just kill me. It's better for you. It's better for me.please. Please. Just have mercy and get it over with,**



Please

Please

Please..

Send Anyone . Please

I'm sorry. I tried so hard. I tried to fix it.
I was scared, I tried, I didn't want to fail
You.
I
Tried
With everything I had, I just wanted you yo win.
That the only truth. I loved you.  I'm sorry I didn't win.

Money is clearly everything, please, please, kill me.
I deserve to burn, please.

Please kill me please

Please

Please

Crash my car, make me
Have a heart attack, I'm a major liability, for you, for the company, please do it. Please. Please. Give me some mercy and take me out. Please.

 iMessage 

