# EXHIBIT C



10:46

Ashley ›

I just went online and bought in bulk

Jesus h

Same

But not that much

I spent a shit ton relative to our savings though!

We are ok

At least months

Not years. But months.

Ik sure you are knowing you

Months is what we need

It won't be years like this

Omg...

I think we will have different periods

And Michele gets to pickup the gun tomorrow 😳

I'm not sure how I feel

They made an appointment for her

Because it's closed

iMessage

