# EXHIBIT D

## CH-100

# Request for Civil Harassment Restraining Orders

Read *Can a Civil Harassment Restraining Order Help Me?* (form CH-100-INFO) before completing this form. Also fill out *Confidential CLETS Information* (form CLETS-001) with as much information as you know.

Clerk stamps date here when form is filed.

ELECTRONICALLY FILED BY
Superior Court of California,
County of Monterey
On 10/21/2024 9:33 PM
By: Elizabeth Vega, Deputy

## ① Person Seeking Protection

a. Your Full Name: Taylor Lynne Thomson    Age: 65

Your Lawyer *(if you have one for this case)*
Name: Julian L. André    State Bar No.: 251120
Firm Name: McDermott Will & Emery LLP

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)*

Address: 2049 Century Park East, Suite 3200
City: Los Angeles    State: CA    Zip: 90067
Telephone: 1-310-277-4110    Fax: 1-310-277-4730
Email Address: jandre@mwe.com; jyim@mwe.com

*Fill in court name and street address:*

Superior Court of California, County of

**MONTEREY**

Salinas Courthouse
240 Church Street
Salinas, CA 93901

*Court fills in case number when form is filed.*

Case Number: 24CV004449

## ② Person From Whom Protection Is Sought

Full Name: Ashley Richardson    Age: 46
Address *(if known)*: 25399 Markham Lane
City: Salinas    State: CA    Zip: 93908

## ③ Additional Protected Persons

a. Are you asking for protection for any other family or household members? ☐ Yes ☒ No    *If yes, list them:*

| Full Name | Gender | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| Madeleine Parker Thomson | F | 25 | ☐ Yes ☒ No | Daughter |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |

☐ Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use form MC-025, Attachment.

b. Why do these people need protection? *(Explain below):*
☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 3b—Why Others Need Protection" for a title.

Ms. Richardson sent similarly threatening text messages to Madeleine around the same time as the threatening text messages I received.

## This is not a Court Order.

Judicial Council of California, *www.courts.ca.gov*
Rev. January 1, 2023, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

CH-100, Page 1 of 6



| Case Number: | 24CV004449 |
|---|---|

**④ Relationship of Parties**

How do you know the person in ②? *(Explain below):*

☒ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 4—Relationship of Parties" for a title.*

_____

**⑤ Venue**

Why are you filing in this county? *(Check all that apply):*

a. ☒ The person in ② lives in this county.

b. ☐ I was harassed by the person in ② in this county.

c. ☐ Other *(specify):* _____

**⑥ Other Court Cases**

a. Have you or any of the persons named in ③ been involved in another court case with the person in ②?

☒ Yes   ☐ No   *(If yes, check each kind of case and indicate where and when each was filed.)*

| | | Kind of Case | Filed in *(County/State)* | Year Filed | Case Number *(if known)* |
|---|---|---|---|---|---|
| (1) | ☐ | Civil Harassment | | ____ | _____ |
| (2) | ☐ | Domestic Violence | | ____ | _____ |
| (3) | ☐ | Divorce, Nullity, Legal Separation | | ____ | _____ |
| (4) | ☐ | Paternity, Parentage, Child Custody | | ____ | _____ |
| (5) | ☐ | Elder or Dependent Adult Abuse | | ____ | _____ |
| (6) | ☐ | Eviction | | ____ | _____ |
| (7) | ☐ | Guardianship | | ____ | _____ |
| (8) | ☐ | Workplace Violence | | ____ | _____ |
| (9) | ☐ | Small Claims | | ____ | _____ |
| (10) | ☐ | Criminal | | ____ | _____ |
| (11) | ☒ | Other *(specify):* | Los Angeles, CA | 2023 | 2:23-cv-04669 **(C.D. Cal.)** |
| | | Civil Fraud & Securities | | | |

b. Are there now any protective or restraining orders in effect relating to you or any of the persons in ③ and the person in ②? ☒ No   ☐ Yes   *(If yes, attach a copy if you have one.)*

**⑦ Description of Harassment**

Harassment means violence or threats of violence against you, or a course of conduct that seriously alarmed, annoyed, or harassed you and caused you substantial emotional distress. A course of conduct is more than one act.

a. Tell the court about the last time the person in ② harassed you.

(1) When did it happen? *(provide date or estimated date):* On or around October 13, 2024

(2) Who else was there?
Madeleine Thomson received similarly threatening text messages from Ms. Richardson.

_____

**This is not a Court Order.**

| Case Number: 24CV004449 |
| --- |

**⑦** a. (3)  How did the person in ② harass you?  *(Explain below):*

☒ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(3)—Describe Harassment" for a title.*

_____
_____
_____
_____
_____
_____
_____

(4)  Did the person in ② use or threaten to use a gun or any other weapon?

☒ Yes  ☐ No  *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet  of paper or form MC-025 and write "Attachment 7a(4)—Use of Weapons" for a title.*

She references a gun several times. In the past she told my daughter and I that she had a loaded gun.
_____
_____
_____

(5)  Were you harmed or injured because of the harassment?

☒ Yes  ☐ No  *(If yes, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(5)—Harm or Injury" for a title.*

Extreme emotional distress and fear for our safety.
_____
_____
_____

(6)  Did the police come?  ☐ Yes  ☒ No  **This is my attempt to contact police.**

If yes, did they give you or the person in ② an Emergency Protective    ☐ Yes  ☐ No

Order? If yes, the order protects *(check all that apply):*

☐ Me    ☐ The person in ②    ☐ The persons in ③.

*(Attach a copy of the order if you have one.)*

b.  Has the person in ② harassed you at other times?

☐ Yes  ☒ No  *(If yes, describe prior incidents and provide dates of harassment below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7b—Previous Harassment" for a title.*

_____
_____
_____
_____

**This is not a Court Order.**

Case Number: 24CV004449

**Check the orders you want.** ☑

(8) ☒ **Personal Conduct Orders**

I ask the court to order the person in (2) **not** to do any of the following things to me or to any person to be protected listed in (3):

a. ☒ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b. ☒ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by email, by text message, by fax, or by other electronic means.

c. ☐ Other (specify):

   ☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 8c—Other Personal Conduct Orders," for a title.

   _____
   _____
   _____

   *The person in (2) will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

(9) ☒ **Stay-Away Orders**

a. I ask the court to order the person in (2) to stay at least __250__ yards away from *(check all that apply):*

   (1) ☒ Me.                                           (8) ☒ My vehicle.
   (2) ☒ The other persons listed in (3).              (9) ☐ Other (specify):
   (3) ☒ My home.                                      _____
   (4) ☐ My job or workplace.                          _____
   (5) ☐ My school.                                    _____
   (6) ☐ My children's school.                         _____
   (7) ☐ My children's place of child care.            _____

b. If the court orders the person in (2) to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job? ☒ Yes ☐ No *(If no, explain below):*

   ☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 9b—Stay-Away Orders," for a title.*

   _____

(10) **Firearms (Guns), Firearm Parts, and Ammunition**

Does the person in (2) own or possess any firearms (guns), firearm parts, or ammunition? This includes firearm receivers and frames, and any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531). ☐ Yes ☐ No ☐ I don't know

*If the judge grants a protective order, the person in (2) will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive firearms (guns), firearm parts, and ammunition while the protective order is in effect. The person in (2) will also be ordered to turn in to law enforcement, or sell to or store with a licensed gun dealer, any firearms (guns) and firearm parts within their immediate possession or control.*

**This is not a Court Order.**

Case Number: 24CV004449

(11) ☒ **Temporary Restraining Order**

I request that a Temporary Restraining Order (TRO) be issued against the person in ② to last until the hearing. I am presenting form  CH-110, *Temporary Restraining Order,* for the court's signature together with this *Request*.

Has the person in ② been told that you were going to go to court to seek a TRO against him or her?

☐ Yes  ☒ No  *(If you answered no, explain why below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 11—Temporary Restraining Order" for a title.*

I have not responded to the text messages and since the text messages neither I nor my attorney have been in contact with Ms. Richardson.

_____

(12) ☐ **Request to Give Less Than Five Days' Notice of Hearing**

*You must have your papers personally served on the person in ② at least five days before the hearing, unless the court orders a shorter time for service. (Form CH-200-INFO explains* What Is "Proof of Personal Service"? *Form CH-200,* Proof of Personal Service, *may be used to show the court that the papers have been served.)*

If you want there to be fewer than five days between service and the hearing, explain why below:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 12—Request to Give Less Than Five Days' Notice" for a title.*

_____
_____
_____
_____

(13) ☒ **No Fee for Filing or Service**

a. ☒ There should be no filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence.

b. ☐ The sheriff or marshal should serve (notify) the person in ② about the orders for free because my request for orders is based on unlawful violence, a credible threat of violence, or stalking.

c. ☐ There should be no filing fee and the sheriff or marshal should serve the person in ② for free because I am entitled to a fee waiver. *(You must complete and file form FW-001,* Application for Waiver of Court Fees and Costs *.)*

(14) ☐ **Lawyer's Fees and Costs**

I ask the court to order payment of my  ☐ lawyer's fees  ☐ Court costs.

The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper or form MC-025 and write "Attachment 14—Lawyer's Fees and Costs" for a title.*

**This is not a Court Order.**

Case Number:
24CV004449

(15) ☐ **Possession and Protection of Animals**

I ask the court to order the following:

a. ☐ That I be given the sole possession, care, and control of the animals listed below, which I own, possess, lease, keep, or hold, or which reside in my household.
*(Identify animals by, e.g., type, breed, name, color, sex.)*

_____

_____

I request sole possession of the animals because *(specify good cause for granting order)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 15a—Possession of Animals" for a title.*

_____

_____

_____

b. ☐ That the person in ② must stay at least_____yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

(16) ☐ **Additional Orders Requested**

I ask the court to make the following additional orders *(specify)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 16—Additional Orders Requested," for a title.*

_____

_____

_____

(17) Number of pages attached to this form, if any:  11

Date:  Oct 17, 2024  _____

Julian L. André  _____
        *Lawyer's name (if any)*

▶ *Julian André*  _____
                        *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on  all attachments is true and correct.

Date:  Oct 17, 2024  _____

Taylor Thomson  _____
        *Type or print your name*

▶ *Taylor Thomson*  _____
                        *Sign your name*

**This is not a Court Order.**

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

MC-025

| SHORT TITLE:<br>Attachment 4 - Relationship of the Parties | CASE NUMBER:<br>24CV004449 |
|---|---|

**ATTACHMENT** *(Number):* 1 _____

*(This Attachment may be used with any Judicial Council form.)*

Former friends; Currently pending litigation against each other in the U.S. District Court for the Central District of California (No. 2:23-cv-4669).

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

*www.courtinfo.ca.gov*

MC-025

| SHORT TITLE: Attachment 7(a)(3) - Describe Harassment | CASE NUMBER: 24CV004449 |
|---|---|

**ATTACHMENT** *(Number):* 2

*(This Attachment may be used with any Judicial Council form.)*

I received a series of threatening text messages which caused me to fear for both my and my daughter's safety. Specifically, Ms. Richardson sent me violent insults calling me a cunt and sociopathic bitch and referencing the currently pending lawsuit I have filed against her, demanding that I respond to her "requests" and demands in that case. Ms. Richardson also made multiple assertions that I should kill her, including, "Send your fucking goons to take my life."; "Send someone over with a fucking gun before I speak to the press."; and "Crash my car, make me have a heart attack, I'm a major liability, for you, for the company, please do it.". Ms. Richardson also says "Because of you I have lost everything, and that you decided to sue the person who had nothing left to lose. How do you think this ends? Do me a favor, tell your lawyers to respond to my requests. I have never been more destroyed, don't underestimate what that looks like." Ms. Richardson also sent similarly threatening messages to my daughter, Madeleine Thomson and this is not the first instance where we have received manic and threatening texts from Ms. Richardson.

These allusions to violence and the fact that Ms. Richardson says that she has "nothing left to lose" and to not "underestimate what that looks like," make clear that Ms. Richardson is unstable and put me in serious fear for my and my daughter's safety. Ms. Richardson has previously mentioned that she possesses a loaded gun and I am afraid she may use it in furtherance of her violent threats. Given our prior relationship as friends, Ms. Richardson is familiar with where I and my daughter live and places that I frequent. I am afraid that Ms. Richardson may take drastic and potentially violent action against me and my daughter due to our current legal dispute.

A copy of Ms. Richardson's text messages are attached in Attachment 3.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page _____ of _____

*(Add pages as required)*

**Attachment 3**



9:56

< 200        **AR**        📹

Ashley ›

Today 7:26 AM

Because of you I have lost
everything, and you decided to sue
the person who had nothing left to
lose. How do you think this ends? Do
me a favor, tell yours lawyers to
respond to my requests. I have never
been more destroyed, don't
underestimate what that looks like.

I loved you more than anything, and it
was purer than the purest.

These were YOURE decisions, and
Jesus fucking Christ, they are all
documented...
What the fuck!???

Pleas settle this shit, or kill me or
have me arrested,  I'm fucking done.

Nothing in my life has hurt me more
than this, but if you want to keep
going... game the fuck on,

I have zero fear. Fucking kill me,
please. You already have,

Take me the fuck out and let's get it
the fuck done. Don't pissy out, you
want to fuck with me? Then do it fill
out..

Send someone over with a fucking

+    iMessage                    🎤



9:56

200   **AR**   Ashley ›

Send someone over with a fucking gun before I speak to the press. Fuck you.
I loved you., I have the fucking receipts.

You want to destroy me? Then just fucking do it already.

FUCK YOU

yOU narcissistic soscopathic fucking cunt! I burned myself at the stake for you. Are you happy?!!! You rich motherfucking sociopathic bitch

FUCK YOU

Send your fucking goons to take my life. Please, you have destroyed me.

Well
Fucking done you cunt,

Take it. Fucking man up and send them.

Ashley Richardson unsent a message
Ashley Richardson unsent a message
Ashley Richardson unsent a message
Ashley Richardson unsent a message

I loved you.



+   iMessage



**9:56**

< 200    Ashley >

I loved you.

I really fucking did. I can count on one hand how many people I have loved in my life, and you are one. Please, please, do something good with your life. Please. Please. Please. Don't ever speak to me again, but honor that love with something. For someone.

Please.

Please.

You are good. You are kind. I know this. Please M... please. Be more than your money. Never see me or talk to me, but help one animal, one human, one ecosystem. I don't care... please.

I'm sorry, I'm hurt. I'm broken, you broke me. Mission accomplished.

I love you, I tired. I now have nothing left. Nothing.

Please, please kill me. Please. Please. I beg you.

Just fucking do it already.

Just kill me. It's better for you. It's better for me.please. Please. Just have mercy and get it over with,

 iMessage 



9:57

< 200    AR    Ashley >

Please

Please

Please..

Send
Anyone . Please

I'm sorry. I tried so hard. I tried to fix
it.
I was scared, I tried, I didn't want to
fail
You.
I
Tried
With everything I had, I just wanted
you yo win.
That the only truth. I loved you.  I'm
sorry I didn't win.

Money is clearly everything, please,
please, kill me.
I deserve to burn, please.

Please kill me please

Please

Please

Crash my car, make me
Have a heart attack, I'm a major
liability, for you, for the company,
please do it. Please. Please. Give me
some mercy and take me out. Please.

 iMessage 

24CV004449



24CV004449



24CV004449



**1:53**

99

Ashley >

Mission accomplished. This was not me, it was HER. You fucking know it. Yas??? A fucking lie.

Good luck

I loved you so fucking much. What is wrong with you??? Seriously. Get fucking help. This was not my fucking idea it was hers. Fuck you, she begged me for more and I stopped her. It's all fucking documented, and the next step is it's all public record,

I loved you both. How the fucking fuck could you do this?!! Jesus Christ Madeline – fuck. Fuck. What the fuck is wrong with you???!!!!!

You think I don't know you could have stoped this, or at the very least, I don't fucking know... called me?? Given me he benefit of the doubt after 13 Fucking years of undying loyalty?!! Jesus Christ. Hire lawyers and destroy a person who knows where the bodies are buried... AND then... when they have Pennie's to their name and are about to be sleeping on the streets... sue them???

I've lost Michele. I've lost the dogs. I've lost my health, I've lost my sanity,

Go ahead.

iMessage



24CV004449