JULIAN L. ANDRE (251120)
jandre@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

TODD HARRISON (appearing *pro hac vice*)
tdharrison@mwe.com
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 547-5767
Facsimile: (212) 547-5444

Attorneys for Plaintiff Taylor Thomson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAYLOR THOMSON,<br><br>    Plaintiff,<br><br>v.<br><br>PERSISTENCE TECHNOLOGIES BVI PTE LTD., TUSHAR AGGARWAL, and ASHLEY RICHARDSON,<br><br>    Defendants. | Case No. 2:23-cv-04669-MEMF-MAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION** |

      Before the Court is Plaintiff Taylor Thomson's *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause for Preliminary Injunction. Having considered the Plaintiff's memoranda of law and argument, and all supporting documents and pleadings of record, and good cause appearing therefore:

      IT IS HEREBY ORDERED that Plaintiff's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction is GRANTED IN ITS ENTIRETY. Defendant Ashley Richardson is ORDERED to (1) not directly contact Taylor Thomson or Madeleine Thomson and only contact them through Taylor Thomson's counsel and (2) not approach within 100 yards of Taylor Thomson or Madeleine Thomson.

      IT IS FURTHER ORDERED that on _____ Defendant Ashley Richardson shall show cause as to why a preliminary injunction should not issue.

      IT IS SO ORDERED.

Dated: _____       _____

                                                    Hon. Maame Ewusi-Mensah Frimpong

                                                    United States District Judge

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles