# EXHIBIT A

From: Ashley Richardson
Sent: Tuesday, July 16, 2024 1:44 PM
To: Harrison, Todd
Subject: Moving forward...

[You don't often get email from ██████████████████████████ ]

[ External Email ]

Todd,

Now that the court has denied Taylor's motion to dismiss, I think this is a natural inflection point to discuss settlement before discovery proceeds. If you agree, I will authorize Nick Gravante to negotiate on my behalf, provided I have your explicit agreement that his doing so will not be used by Taylor to argue that I am not proceeding pro se in my lawsuit against her.

Nick's role would be strictly limited to trying to figure out whether Taylor and I could reach a settlement. To be clear, he has not agreed to enter an appearance in or represent me in connection with the lawsuit pending.

Please let me know via text message or email if you are interested in having that discussion with him and I will set it up.

Ashley