# EXHIBIT D

| | |
|---|---|
| **From:** | Gravante, Nicholas ▮▮▮▮▮ |
| **Sent:** | Wednesday, January 3, 2024 10:57 AM |
| **To:** | Perez, Brianna |
| **Subject:** | Accepted: Thomson v. Persistence LR 7-3 Meeting |

[You don't often get email from ▮▮▮▮▮▮▮▮▮ Learn why this is important at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ]

[ External Email ]

----------------------------------------------------------------

NOTE: The information in this email is confidential and may be legally privileged.  If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy.  Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.

----------------------------------------------------------------