# EXHIBIT G

**From:** Gravante, Nicholas
**Sent:** Tuesday, October 31, 2023 12:42 PM
**To:** Harrison, Todd
**Subject:** Re: Ashley Richardson

**[ External Email ]**
Todd,

Nice to hear from you. I am still Ms. Richardson's attorney for certain purposes.

Best,
Nick

Sent from my iPhone

> On Oct 31, 2023, at 2:28 PM, Harrison, Todd wrote:
>
> **Caution:** This email originated from outside of CWT. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Hi Nick – Are you still representing Ashely Richardson? Thanks, Todd Harrison
>
> TODD HARRISON
> Partner
> **McDermott Will & Emery LLP**
> **Tel**           **Mobile**           **Email**
> **Website** | **vCard** | **Twitter** | **LinkedIn**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our [Privacy Policy](#) explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit ▮▮▮▮▮▮▮▮▮▮▮▮ for more information about our Firm.

---

NOTE: The information in this email is confidential and may be legally privileged.  If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy.  Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.