# EXHIBIT H

**From:** Gravante, Nicholas
**Sent:** Monday, January 9, 2023 1:06 PM
**To:** Harrison, Todd
**Subject:** Re: Ashes

**[ External Email ]**
Please do.

Sent from my iPhone

On Jan 9, 2023, at 12:52 PM, Harrison, Todd wrote:

> **Caution:** This email originated from outside of CWT. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Nick – Happy New Year. I hope you are well. We still haven't received responses from Ashley regarding the below (except on the ashes - I will reach out to Ashley again to revive that discussion). Thanks, Todd

TODD HARRISON
Partner
**McDermott Will & Emery LLP**
**Tel**                    **Mobile**
**Website** | **vCard** | **Twitter** | **LinkedIn**

**From:** Harrison, Todd
**Sent:** Monday, November 28, 2022 9:03 AM
**To:** Gravante, Nicholas
**Subject:** RE: Ashes

Hi Nick – I've been reading about you, so I know you've been busy with a high profile case. I just wanted to make sure you saw my email below. Thanks, Todd

TODD HARRISON
Partner
**McDermott Will & Emery LLP**
**Tel**                    **Mobile**
**Website** | **vCard** | **Twitter** | **LinkedIn**

**From:** Harrison, Todd
**Sent:** Monday, November 14, 2022 12:29 PM
**To:** Gravante, Nicholas
**Subject:** Re: Ashes

Hi Nick - Three things:

A) Can you please give me Ashley's correct email address so I can email her about recovering the ashes? Not sure I have the correct email address.

Also, two information requests, which I believe will be the final requests;

B) We identified a withdrawal on June 14, 2022 from Taylor's Verasity Wallet in the amount of 14,998,008.8861 vera ($79,758 USD on day of transaction) that ultimately was sent to address 0x4F6459cA41d19726fFE7A6543b003f3e57F1DA00 which was financed by KuCoin.com on 06/15/2022.

> We need Ashley to explain to us where this withdrawal went and what happened to the funds.
>
> Here it is on Etherscan: https://etherscan.io/tx/0x3e0f4627e1752e2d33587172a099f58f3935e98d8fd4d346373081ccbb16c0ec
>
> C) We still need EMAIL accounts and passwords used to set up the Binance, Gate.io, PrimeXBT, and ByBit accounts.
>
> We have the account and password to access all four exchanges. What we do not have are the actual email accounts that were used to set up the exchange accounts. We need to take possession of the email accounts themselves to take possession of the exchange accounts.

Thanks, Todd Harrison

Sent from my iPhone

> On Oct 31, 2022, at 3:19 PM, Gravante, Nicholas wrote:
>
> **[ External Email ]**
> Sure.
>
> Sent from my iPhone
>
>> On Oct 31, 2022, at 3:19 PM, Harrison, Todd wrote:

Agree. Can I email Ashley to arrange, and cc you? Thanks, Todd

**TODD HARRISON**
Partner
**McDermott Will & Emery LLP**
**Tel** ▮▮▮▮  **Mobile** ▮▮▮▮
**Website** | **vCard** | **Twitter** | **LinkedIn**

---

**From:** Gravante, Nicholas ▮▮▮▮
**Sent:** Monday, October 31, 2022 3:17 PM
**To:** Harrison, Todd ▮▮▮▮
**Subject:** Re: Ashes

**[ External Email ]**

That is fine. Just keep them away from me.

Sent from my iPhone

> On Oct 31, 2022, at 3:16 PM, Harrison, Todd ▮▮▮▮ wrote:
>
> Hi Nick – Apparently your client sent a text to mine recently regarding the ashes of a friend (Beau) that Ashley has been safekeeping for Taylor. Apparently your client wants to return the ashes to my client. We can arrange to have someone pick them up from your client if that is okay with you. Let me know how you want to proceed. Thanks, Todd
>
> **TODD HARRISON**
> Partner
> **McDermott Will & Emery LLP**
> **Tel** ▮▮▮▮  **Mobile** ▮▮▮▮
> **Website** | **vCard** | **Twitter** | **LinkedIn**
>
> ***************************************************************************************************************
> This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
> ***************************************************************************************************************
>
> Please visit ▮▮▮▮ for more information about our Firm.

NOTE: The information in this email is confidential and may be legally privileged.  If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy.  Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.