JULIAN L. ANDRE (SBN 251120)
jandre@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

JOSEPH B. EVANS (appearing *pro hac vice*)
jbevans@mwe.com
TODD HARRISON (appearing *pro hac vice*)
tdharrison@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 547-5767
Facsimile: (212) 547-5444

Attorneys for Plaintiff Taylor Thomson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAYLOR THOMSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PERSISTENCE TECHNOLOGIES BVI PTE LTD., TUSHAR AGGARWAL, and ASHLEY RICHARDSON,<br><br>　　　　Defendants. | Case No. 2:23-cv-04669-MEMF-MAR<br><br>**DECLARATION OF TODD HARRISON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT ASHLEY RICHARDSON'S MOTION TO COMPEL AND REQUEST FOR SANCTIONS** |

# DECLARATION OF TODD HARRISON

I, Todd Harrison, declare as follows:

1. I am an attorney admitted pro hac vice to practice before this Court in the above-captioned matter. I am a partner with the law firm of McDermott Will & Schulte LLP, attorneys of record for Plaintiff Taylor Thomson in the above-captioned matter. I make this declaration in support of Ms. Thomson's Opposition to Defendant Ashley Richardson's Motion to Compel and Request for Sanctions.

2. Attached hereto as **Exhibit A**, is a true and correct copy of the Notice of Deposition of Taylor Thomson, dated September 6, 2024.

3. Attached hereto as **Exhibit B**, is a true and correct copy of Plaintiff Taylor Thomson's Notice of Deposition of Defendant Ashley Richardson, dated September 6, 2024.

4. Attached hereto as **Exhibit C**, is a true and correct copy of Plaintiff Taylor Thomson's First Set of Interrogatories to Defendant Ashley Richardson, dated September 12, 2024.

5. Attached hereto as **Exhibit D**, is a true and correct copy of Plaintiff Taylor Thomson's First Set of Requests for Production of Documents to Defendant Ashley Richardson, dated September 12, 2024.

6. Attached hereto as **Exhibit E**, is a true and correct copy of e-mails between Defendant Ashley Richardson and Plaintiff's counsel, dated September 6, 2024 to September 23, 2024.

7. Attached hereto as **Exhibit F**, is a true and correct copy of the Notice of Deposition of Taylor Thomson, dated January 17, 2025.

8. Attached hereto as **Exhibit G**, is a true and correct copy of e-mails between Defendant Ashley Richardson and Plaintiff's counsel, dated January 17, 2025 to February 25, 2025.

9. Attached hereto as **Exhibit H**, is a true and correct copy of text messages between Defendant Ashley Richardson and Plaintiff Taylor Thomson, dated October

- 1 -

13, 2024.

10. Attached hereto as **Exhibit I**, is a true and correct copy of the letter from Todd Harrison to Ashley Richardson, dated July 11, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of August, 2025, in New York, NY.

*/s/Todd Harrison*
Todd Harrison

- 2 -

DECLARATION OF TODD HARRISON
(No. 2:23-cv-04669-MEMF-MAR)