# EXHIBIT A

1  Ashley Richardson
   25399 Markham Ln,
2  Corral De Tierra, CA 93908
   (310) 490-2476 |
3  ashrichardson@mac.com

4  IN PRO PER

5                    UNITED STATES DISTRICT COURT

6                    CENTRAL DISTRICT OF CALIFORNIA

7

8

9  TAYLOR THOMSON,                    Case No.: 2:23-cv-04699-MEMF-MAR

10        Plaintiff and Counterclaim Defendant

11 vs.                                NOTICE OF DEPOSITION OF TAYLOR THOMSON

12 ASHLEY RICHARDSON,

13        Defendant and Counterclaim Plaintiff

14

15         NOTICE OF DEPOSITION TO: Taylor Thomson. Todd Harrison, Joseph Evans AND TO:

16 All Other Parties and Their Attorneys of Record

17         PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure,

18 the deposition of Taylor Thomson will be taken upon oral examination before a notary public or another

19 officer authorized by law to administer oaths. The deposition will be taken for purposes of discovery, for use at

20 trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

21         **Deposition Details:**

22         **Deponent:** Taylor Thomson –

23         **Date:** October 16th & 17th 2024

24         **Time:** 10am – 5pm

25         **Location:** 111000 Santa Monica Blvd Suite 350

26         **Method of Recording**: The deposition will be recorded [via stenographic means and/ by

27 video recording] as authorized under the Federal Rules of Civil Procedure. The deposition will continue from

28
NOTICE OF DEPOSITION OF TAYLOR THOMSON - 1

day to day, excluding Sundays and court-recognized holidays, until completed. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, [if applicable: the deponent is a corporate entity or organization, and the deponent is required to designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf regarding the matters identified below].

**Matters for Examination:** All facts relating to the claims asserted by the deponent against Defendant Richardson and all facts relating to the claims asserted by Richardson against counter-claim defendant Thompson in this action.

You are invited to attend and examine the witness at this deposition.

Dated September 6th 2024,.

_____
Ashley Richardson
In Pro Per

NOTICE OF DEPOSITION OF TAYLOR THOMSON - 2