# EXHIBIT B

JULIAN L. ANDRE (SBN 251120)
jandre@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA  90067-3206
Telephone:   +1 310 277 4110
Facsimile:   +1 310 277 4730

JOSEPH B. EVANS (appearing *pro hac vice*)
jbevans@mwe.com
TODD HARRISON (appearing *pro hac vice*)
tdharrison@mwe.com
**MCDERMOTT WILL & EMERY LLP**
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 547-5767
Facsimile: (212) 547-5444

Attorneys for Plaintiff
TAYLOR THOMSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Taylor Thomson<br><br>                    Plaintiff,<br><br>           v.<br><br>Persistence Technologies BVI Pte Ltd.,<br>Tushar Aggarwal, Ashley Richardson,<br><br>                    Defendants. | Case No. 2:23-cv-04669-MEMF-MAR<br><br>**PLAINTIFF TAYLOR THOMSON'S NOTICE OF DEPOSITION OF DEFENDANT ASHLEY RICHARDSON**<br><br>Date:   **October 9, 2024**<br>Time:   **10:00 A.M.**<br>Place:  McDermott Will & Emery,<br>        2049 Century Park East, Suite<br>        3200, Los Angeles, California<br>        90067 |

**TO DEFENDANT ASHLEY RICHARDSON:**

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 30 et seq., Plaintiff Taylor Thomson, through her attorneys of record, will take the

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

deposition of Defendant Ashley Richardson on October 9, 2024 at 10:00 a.m. PT. The deposition will be taken at the offices of McDERMOTT WILL & EMERY LLP, located at 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206. The deposition will be taken before a certified court reporter, and if not completed on said dates, shall continue at the convenience of counsel and the parties, until completed.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Federal Rule of Civil Procedure 30(b)(3)(A), Plaintiff expressly reserves the right and intends to have the deposition recorded stenographically, including without limitation by stenographic method through the instant visual display of the testimony (e.g. via LiveNote), and by videotape and livestream with the intent to use such recordings at trial.

PLEASE TAKE FURTHER NOTICE THAT Plaintiff, and her witnesses and representatives, expressly reserve the right to attend the deposition either by telephone or other remote electronic means (e.g., Livestream, WebEx, Skype, Zoom), or both.

Dated: September 6, 2024     **MCDERMOTT WILL & EMERY LLP**


By:     */s/ Todd Harrison*
        JULIAN L. ANDRE
        TODD HARRISON
        JOSEPH B. EVANS

        Attorneys for Plaintiff
        TAYLOR THOMSON

- 1 -

**PROOF OF SERVICE**

I am a citizen of the United States and resident of the State of California. I am employed in Los Angeles, California. My business address is McDermott Will & Emery, LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067. I am over the age of eighteen years and not a party to this action.

On September 6, 2024, I served copies of the following document:

**PLAINTIFF TAYLOR THOMSON'S NOTICE OF DEPOSITION TO DEFENDANT ASHLEY RICHARDSON**

on the following party via Electronic Mail:

Ashley Richardson
25399 Markham Lane
Salinas, CA 93908
ashrichardson@mac.com
*Defendant in Pro Per*


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 6, 2024, at Los Angeles, California.

/s/Joshua Yim
Joshua Yim

PLAINTIFF TAYLOR THOMSON'S NOTICE OF DEPOSITION OF DEFENDANT ASHLEY RICHARDSON
(No. 2:23-cv-04669-MEMF-MAR)