# EXHIBIT E

| | |
|---|---|
| **From:** | Harrison, Todd |
| **To:** | ashrichardson@mac.com |
| **Cc:** | Yim, Josh; Evans, Joseph |
| **Subject:** | RE: Thomson v. Richardson - Notice of Deposition of Ashley Richardson Case No. 2:23-cv-04669-MEMF-MAR |
| **Date:** | Monday, September 23, 2024 1:28:41 PM |

Ms. Richardson – As I stated in a previous email below, you do not need to make travel plans to go to Los Angeles. We will work with you to reschedule the dates of both depositions. We are also willing to explore the idea of conducting your deposition closer to your current location, as you request below. I do not yet have dates to propose to you. Depositions are conducted after all of the other relevant discovery period procedures have taken place. I note that the parties jointly submitted to the court a date of April 18, 2025 for the close of all fact evidence, including depositions. Again, as in all cases, we are willing to work professionally and cooperatively with you to schedule the depositions, but we are not going to meet continual arbitrary and immediate deadlines that you demand in all of your emails. While litigation can be contentious, the court usually appreciates it if the parties work together courteously and in an accommodating manner on issues such as scheduling. Once again, no one is trying to trick you. We will get back to you regarding rescheduling the depositions. Sincerely, Todd

**TODD HARRISON**
Partner

**McDermott Will & Emery LLP** One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5727    **Mobile** +1 917 797 1728    **Email** tdharrison@mwe.com
Website | vCard | Twitter | LinkedIn

---

**From:** Ashley Richardson <ashrichardson@mac.com>
**Sent:** Monday, September 23, 2024 1:54 AM
**To:** Harrison, Todd <Tdharrison@mwe.com>
**Cc:** Yim, Josh <jyim@mwe.com>; Evans, Joseph <Jbevans@mwe.com>
**Subject:** Re: Thomson v. Richardson - Notice of Deposition of Ashley Richardson Case No. 2:23-cv-04669-MEMF-MAR

**[ External Email ]**

Todd,

Not having heard from you, I will make plans to travel to Los Angeles to be deposed on the day you scheduled my deposition. However, I do feel as though you are playing me for a fool considering you still have not given me a date for Taylor's deposition. If I do not hear from you by EOD Monday 9/23, I have no choice except to contact the court. I served my notice of deposition to Taylor before you served yours on me and by now I should have been given a firm date.

Ashley


> On Sep 18, 2024, at 7:37 AM, Ashley Richardson <ashrichardson@mac.com> wrote:
>
> Todd,

In the interest of getting this matter to trial quickly, I will stick with my original deposition date so long as we can lock in a date now for Taylor's deposition. I have nothing to hide.

I am willing to depose Taylor prior to Oct 9th, if that is more convenient for her. If it must be after October 16th, please give me a firm date now, but if it's not a date before the end of October I will alert the court.

Please confirm Taylor's earliest available deposition dates by no later than this Friday (9/20).

Ashley


On Sep 17, 2024, at 1:04 PM, Harrison, Todd <Tdharrison@mwe.com> wrote:

Ms. Richardson – We are happy to work with you to make the depositions as convenient as possible for everyone. We are okay with changing the date of both depositions so you do not need to make arrangements to travel to Los Angeles at this time. We will figure out some better dates and get back to you about date and location. Ms. Thomson is not available on the 16th and we will get back to you with proposed dates where she is available.

I note that you cc'ed the Judge's chambers on your email. For your information, the judge's rules preclude sending emails to the Judge's chambers on routine matters, and almost all judges discourage such a practice. I have not cc'ed the judge's chambers here. I also note that you made a general accusation in your email that I have deceived you in the past. Because you put that into accusation into your correspondence (and cc'ed the judge) I am compelled to note that I have no idea what you are talking about, and I have not deceived you in the past. Making such accusations in our email communications is not helpful. We are going to have to correspond during the course of this matter, and it would be best if those communications were cordial and professional.

Sincerely, Todd Harrison

TODD HARRISON
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5727     **Mobile** +1 917 797 1728     **Email** tdharrison@mwe.com
Website | vCard | Twitter | LinkedIn

**From:** Ashley Richardson <ashrichardson@mac.com>
**Sent:** Sunday, September 15, 2024 7:10 PM

**To:** Yim, Josh <jyim@mwe.com>
**Cc:** Harrison, Todd <Tdharrison@mwe.com>; Evans, Joseph <Jbevans@mwe.com>; Kayvan B. Sadeghi <KSadeghi@jenner.com>; MEMF_Chambers@cacd.uscourts.gov
**Subject:** Thomson v. Richardson - Notice of Deposition of Ashley Richardson Case No. 2:23-cv-04669-MEMF-MAR

[ External Email ]

Dear Todd,

I am eager to move forward with depositions.

Notwithstanding the inconvenience and difficulty I will have with both the date and place of my deposition, I will appear in Los Angeles for my deposition on October 9th on the condition that Taylor will show up for her deposition in Los Angeles on October 16th. Please do not try to deceive me by putting me through the extreme inconvenience of having me show up for my deposition and then not having her show up. You have deceived me before and I will alert the court immediately if you do it again.

As you know, I do not live in Los Angeles, am currently suffering severe economic hardship and do not have the funds to travel. For that reason, it is a substantial inconvenience for me to make two consecutive trips to Los Angeles, but I will do so in order to get this case to trial faster.

Please immediately confirm both the October 9th date for my deposition and the October 16th date for Taylor's deposition so that I can make affordable travel arrangements accordingly.

If you are able to do the October 9th deposition in Monterey or San Jose California, that would of course be more convenient for me, but as I understand it, you are not compelled to afford that courtesy to me just because I live here.

Best,
Ashley Richardson

> On Sep 6, 2024, at 6:26 PM, Yim, Josh <jyim@mwe.com> wrote:

Ashley,

Please find attached Plaintiff Taylor Thomson's Notice of Deposition of Defendant Ashley Richardson.

Best,
Josh

JOSH YIM
Associate

**McDermott Will & Emery LLP**  2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206
**Tel** +1 310 277 4110    **Email** jyim@mwe.com
Website | vCard | LinkedIn

*************************************************************************************
*******************************
This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
*************************************************************************************
*******************************

Please visit http://www.mwe.com/ for more information about our Firm.