# EXHIBIT F

1  Ashley Richardson
   25399 Markham Ln,
2  Corral De Tierra, CA 93908
   (310) 490-2476 |
3  ashrichardson@mac.com

4  IN PRO PER

5                           UNITED STATES DISTRICT COURT

6                           CENTRAL DISTRICT OF CALIFORNIA

7

8

9  TAYLOR THOMSON,                    Case No.: 2:23-cv-04699-MEMF-MAR

10         Plaintiff and Counterclaim Defendant

11 vs.                                NOTICE OF DEPOSITION OF TAYLOR THOMSON

12 ASHLEY RICHARDSON,

13         Defendant and Counterclaim Plaintiff

14

15         NOTICE OF DEPOSITION TO: Taylor Thomson. Todd Harrison, Joseph Evans AND TO:

16 All Other Parties and Their Attorneys of Record

17         PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure,

18 the deposition of Taylor Thomson will be taken upon oral examination before a notary public or another

19 officer authorized by law to administer oaths. The deposition will be taken for purposes of discovery, for use at

20 trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

21         **Deposition Details:**

22         **Deponent:** Taylor Thomson –

23         **Date:** March 26th & 28th 2025

24         **Time:** 10am – 5pm

25         **Location:** 348 Cayuga St, Salinas Ca 93901

26         **Method of Recording**: The deposition will be recorded [via stenographic means and/ by

27 video recording] as authorized under the Federal Rules of Civil Procedure. The deposition will continue from

28
   NOTICE OF DEPOSITION OF TAYLOR THOMSON - 1

1  day to day, excluding Sundays and court-recognized holidays, until completed. Pursuant to Rule 30(b)(6) of

2  the Federal Rules of Civil Procedure, [if applicable: the deponent is a corporate entity or organization, and the

3  deponent is required to designate one or more officers, directors, managing agents, or other persons who

4  consent to testify on its behalf regarding the matters identified below].

5      **Matters for Examination:** All facts relating to the claims asserted by the deponent against

6  Defendant Richardson and all facts relating to the claims asserted by Richardson against counter-claim

7  defendant Thompson in this action.

9      You are invited to attend and examine the witness at this deposition.

15  Dated January 17 2025,.

17      Ashley Richardson
    In Pro Per

NOTICE OF DEPOSITION OF TAYLOR THOMSON - 2