# EXHIBIT G

**From:** Harrison, Todd
**Sent:** Tuesday, February 25, 2025 7:58 PM
**To:** Ashley Richardson <ashrichardson@mac.com>
**Subject:** Re: Mediation

To be clear, there have not been multiple failed attempts, as you know, but I will call your lawyer tomorrow to discuss. Todd

TODD HARRISON
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5727    **Mobile** +1 917 797 1728    **Email** tdharrison@mwe.com
Website | vCard | Twitter | LinkedIn

> On Feb 25, 2025, at 5:56 PM, Ashley Richardson <ashrichardson@mac.com> wrote:
>
> **[ External Email ]**
>
> Todd,
>
> The deposition dates were clear in the notice.
>
> I have no interest in participating in a mediation with Persistence. If you would like to avoid my going to the judge to compel your client to be deposed, after multiple failed attempts, I would suggest you reach out to Nick immediately to begin discussing possible settlement options.
>
> Ashley

Sent from my iPhone

On Feb 25, 2025, at 1:38 PM, Harrison, Todd <Tdharrison@mwe.com> wrote:

Ashley – I am not in a position to confirm for you the dates by your same-day deadline of today. Since you did not communicate with us regarding the dates when you sent the notice, and there are several issues with that notice, my suggestion is that you make sure that you get your deposit back today and then discuss possible dates with us. I have told you previously that we would be willing to work out dates with you. Relatedly, we have had a preliminary discussion with Persistence regarding entering into mediation and they are agreeable. We would like you to be part of that mediation, so it would be useful for everyone if we put off the dates to see if the parties can resolve all of the outstanding matters at one time, in mediation. Thanks, Todd

TODD HARRISON
Partner
McDermott Will & Emery LLP  One Vanderbilt Avenue, New York, NY 10017-3852
Tel +1 212 547 5727    Mobile +1 917 797 1728    Email tdharrison@mwe.com
Website | vCard | Twitter | LinkedIn

**From:** Ashley Richardson <ashrichardson@mac.com>
**Sent:** Tuesday, February 25, 2025 12:42 PM
**To:** Harrison, Todd <Tdharrison@mwe.com>
**Subject:** Fwd: Notice of Deposition - Second Attempt

[ External Email ]

Todd,

# This is to confirm the deposition is moving forward as noticed.

Today is the last day for me to receive a refund on my deposit, for the space, so please let me know no later than and of day.

If I do not hear from you, I will go directly to the judge.

Ashley

Begin forwarded message:

> **From:** Ashley Richardson <ashrichardson@mac.com>
> **Date:** January 17, 2025 at 1:34:01 PM PST
> **To:** "Harrison, Todd" <Tdharrison@mwe.com>, Joseph Evans <Jbevans@mwe.com>, Josh Yim <jyim@mwe.com>, Brianna Perez <bperez@mwe.com>
> **Cc:** "Kayvan B. Sadeghi" <KSadeghi@jenner.com>
> **Subject: Notice of Deposition - Second Attempt**
>
> Please find the Notice of Deposition for Taylor Thomson, attached.
>
> This is a second attempt to schedule the deposition after the first attempt was ignored. Dates and location have been selected specifically to accommodate Thomson, who is confirmed on record to be in the general area and available on these dates.
>
> Regards,
> Ashley Richardson
> 310-490-2476

*****************************************************************************************************

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
*****************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.