JULIAN L. ANDRE (251120)
jandre@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

TODD HARRISON (appearing *pro hac vice*)
tdharrison@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 547-5767
Facsimile: (212) 547-5444

Attorneys for Plaintiff Taylor Thomson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR THOMSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PERSISTENCE TECHNOLOGIES BVI PTE LTD., TUSHAR AGGARWAL, and ASHLEY RICHARDSON,<br><br>　　　　　Defendants. | Case No. 2:23-cv-04669-MEMF-MAR<br><br>**DECLARATION OF JULIAN L. ANDRE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL** |

**DECLARATION OF JULIAN L. ANDRE**

I, Julian L. Andre, declare as follows:

1. I am an attorney admitted to practice before this Court in the above-captioned matter. I am a partner with the law firm of McDermott Will & Schulte LLP, attorneys of record for Plaintiff Taylor Thomson in the above-captioned matter. I make this declaration in support of Plaintiff's Application to File Document Under Seal.

2. Pursuant to Local Rule 79-5, Plaintiff seeks leave to redact a third party's email address and personal information from emails between Defendant Ashley Richardson and Plaintiff's counsel, dated January 11, 2024 to January 19, 2024 ("Exhibit B"), in support of Plaintiff's Sur-reply in Opposition to Defendant's Motion to Compel and Request for Sanctions.

3. This document is attached as Exhibit B to the Declaration of Todd Harrison in Support of Plaintiff's Sur-reply in Opposition to Defendant's Motion to Compel and Request for Sanctions ("Motion").

4. There are two standards regarding the sealing of information: a "compelling reasons" standard, which applies to dispositive motions and documents submitted in support, and a lower "good cause" standard, which applies to non-dispositive motions. *Ramirez v. Trans Union, LLC*, No. 12-CV-00632-JSC, 2014 WL 1995548, at *2 (N.D. Cal. May 15, 2014). Because the Motion is a discovery motion unrelated to the merits of the case, the "good cause" standard applies. *Ctr. for Auto Safety v. Chrysler Grp.*, LLC, 809 F.3d 1092, 1097 (9th Cir. 2016).

5. Good cause exists for redacting a portion of Exhibit B because it contains the name and personal email address of a third party. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1137-38 (9th Cir. 2003) (Instructing district court to redact "identifying information of third parties," including names and addresses "to protect third-party privacy interests."); *Clark v. InComm Fin. Servs., Inc.*, 2024 WL 1699346, at *3 (C.D. Cal. Apr. 9, 2024) ("Courts frequently seal personal contact

- 1 -

information, such as email addresses and phone numbers, especially for third parties."). Permitting redaction of the third-party's name and email address protects that third-party's privacy interest in their personal information by keeping it confidential. *See Activision Publ'g, Inc. v. EngineOwning UG*, 2023 WL 2347134, at *1-2 (C.D. Cal. Feb. 27, 2023) (sealing third-party names and email addresses to protect third parties' privacy).

6. Plaintiff's Application is as narrowly tailored as it can be, consistent with Local Rule 79-5.2.2(a)(ii). Plaintiff seeks to redact only the name and email address of the third party.

7. Accordingly, for the reasons set forth herein, Plaintiff respectfully requests that the Court grant leave to file the unredacted version of Exhibit B under seal and authorize the filing of the proposed redacted version of Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of August, 2025, in Los Angeles, CA.

*/s/Julian L. Andre*
JULIAN L. ANDRE

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in Los Angeles, California. My business address is McDermott Will & Schulte, LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067. I am over the age of eighteen years and not a party to this action.

On August 23, 2025, I served unredacted copies of the following document:

**DECLARATION OF JULIAN L. ANDRE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

on the following party via email and U.S. Mail:

Ashley Richardson  *Defendant in Pro Per*
25399 Markham Lane
Salinas, CA 93908
ashrichardson@mac.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 23, 2025 in Los Angeles, California.

*/s/ Diksha Vadan*
Diksha Vadan