UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR THOMSON,<br><br>     Plaintiff,<br><br>  v.<br><br>PERSISTENCE TECHNOLOGIES BVI PTE LTD., TUSHAR AGGARWAL, AND ASHLEY RICHARDSON,<br><br>     Defendants. | Case No.: 2:23-cv-04669-MEMF-MAR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF TAYLOR THOMSON'S APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL |

On August 23, 2025, Plaintiff Taylor Thomson filed an Application for Leave to File Document Under Seal. The Court will seal documents related to a non-dispositive motion when the requesting party has demonstrated "good cause" why the documents at issue should be sealed. C.D. L.R. 79-5.2.2(a)(i); *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). The request for leave must be "narrowly tailored" to seal only the sealable material. C.D. Cal. L.R. 79-5.2.2(a)(ii).

Having considered Plaintiff's Application, the Court finds that there is good cause in this instance to seal the requested portion of Exhibit B to the Declaration of Todd Harrison in Support of Plaintiff's Sur-reply in Opposition to Defendant's Motion

to Compel and Request for Sanctions. C.D. L.R. 79-5.2.2(a)(i); *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). The Court also finds the request is narrowly tailored. The reasons to seal Exhibit B outweigh the common law right of access.

The Court therefore GRANTS Plaintiff's Application and ORDERS sealed Exhibit B to the Declaration of Todd Harrison in Support of Plaintiff's Sur-reply in Opposition to Defendant's Motion to Compel and Request for Sanctions. The Court further ORDERS that Plaintiff's proposed redacted Exhibit B shall be deemed filed.

IT IS SO ORDERED.

Dated: 9/2/2025

_____
HON. MARGO A. ROCCONI
United States Magistrate Judge

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in Los Angeles, California. My business address is McDermott Will & Schulte, LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067. I am over the age of eighteen years and not a party to this action.

On August 23, 2025, I served unredacted copies of the following document:

**[PROPOSED] ORDER GRANTING PLAINTIFF TAYLOR THOMSON'S APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

ON THE FOLLOWING PARTY VIA EMAIL AND U.S. MAIL:

Ashley Richardson                                              *Defendant in Pro Per*
25399 Markham Lane
Salinas, CA 93908
ashrichardson@mac.com


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 23, 2025 in Los Angeles, California.

*/s/ Diksha Vadan*
Diksha Vadan