Julian L. Andre
McDermott Will & Schulte LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Taylor Thomson<br><br>PLAINTIFF(S)<br><br>v.<br><br>Persistence Technologies BVI Pte Ltd., Tushar Aggarwal, and Ashley Richardson<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23-cv-04669-MEMF-MAR<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  **(List Documents)**

Plaintiff Taylor Thomson's Application to Seal Previously Filed Document;
[UNDER SEAL] Declaration of Todd Harrison in Support of Plaintiff's Application for Leave to Seal Previously Filed Document;
[UNDER SEAL] Exhibit I to Declaration of Todd Harrison in Support of Plaintiff's Application for Leave to Seal Previously Filed Document; and
[Proposed] Order Granting Plaintiff Taylor Thomson's Application to Seal Previously Filed Document.

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

September 6, 2025
Date

Julian L. Andre
Attorney Name
Plaintiff Taylor Thomson
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING