JULIAN L. ANDRE (251120)
jandre@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

JOSEPH B. EVANS (appearing *pro hac vice*)
jbevans@mwe.com
TODD HARRISON (appearing *pro hac vice*)
tdharrison@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 547-5767
Facsimile: (212) 547-5444

Attorneys for Plaintiff
TAYLOR THOMSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Taylor Thomson<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Persistence Technologies BVI Pte Ltd., Tushar Aggarwal, Ashley Richardson,<br><br>　　　　Defendants. | Case No. 2:23-cv-04669-MEMF-MAR<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in Los Angeles, California. My business address is McDermott Will & Schulte, LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067. I am over the age of eighteen years and not a party to this action.

On September 8, 2025, I served copies of the following documents:

**PLAINTIFF TAYLOR THOMSON'S APPLICATION TO SEAL PREVIOUSLY FILED DOCUMENTS;**

**[UNDER SEAL] DECLARATION OF TODD HARRISON IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO SEAL PREVIOUSLY FILED DOCUMENT;**

**[UNDER SEAL] UNREDACTED EXHIBIT I TO DECLARATION OF TODD HARRISON IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO SEAL PREVIOUSLY FILED DOCUMENT;**

**REDACTED EXHIBIT I TO DECLARATION OF TODD HARRISON IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO SEAL PREVIOUSLY FILED DOCUMENT; AND**

**[PROPOSED] ORDER GRANTING PLAINTIFF TAYLOR THOMSON'S APPLICATION TO SEAL PREVIOUSLY FILED DOCUMENT.**

on the following party via Certified U.S. Mail:

Ashley Richardson                                   *Defendant in Pro Per*
25399 Markham Lane
Corral De Tierra, CA 93908

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 8, 2025 in Los Angeles, California.

/s/ Diksha Vadan
Diksha Vadan

- 1 -

PROOF OF SERVICE
(No. 2:23-cv-04669-MEMF-MAR)