# EXHIBIT I



**mwe.com**

Todd Harrison
Attorney at Law
tdharrison@mwe.com
+1 212 547 5727

July 11, 2025

VIA US MAIL & EMAIL

Ashley Richardson
25399 Markham Lane
Corral De Tierra, CA 93908
ashrichardson@mac.com
ashrichardson@me.com
ashley.richardson@comcast.net

**Re:    Discovery, Thomson v. Persistence Technologies, Case No. 23-cv-04669-MEMF-MAR**

Dear Ms Richardson:

This letter serves as notice of your continuing, willful failure to comply with your discovery obligations in the above-captioned matter.

Your minimal and deficient disclosures to-date are patently inadequate and fall far short of the standard required: Federal Rules of Civil Procedure Rule 26 entitles parties to "discovery regarding **any** nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case." Further, Rule 33 requires full and complete answers to each interrogatory, and Rule 34 mandates the production of all documents, in the form in which they are ordinarily maintained, labelled or organized to correspond to the requests. <u>No response *at all* has been received to the interrogatories</u>, and even on cursory review, the document disclosure you have provided is obviously incomplete.

By way of example only, RFP 75 requires you to produce "[a]*ll Communications between You and any person at Jenner & Block LLP*" and RFP 76 requires you to produce "[a]*ll Communications between You and any other person Concerning this matter, including but not limited to Tushar Aggarwal and anyone from or representing Persistence and Tushar Aggarwal.*"

Your disclosure contains 27 documents responsive to requests 75 and 76. Of those, there is only a single substantive email (email "*TT Friendship Timeline*" dated February 14, 2024). The remaining 26 documents comprise emails you forwarded to Providence Law Asia, and what appears to be a single Microsoft Teams invite (email "*Thomson v Persistence – Discussion*" dated February 21, 2024). Your tacit suggestion that there are no other documents strains credulity.



One Vanderbilt Avenue   New York NY 10017-3852   Tel +1 212 547 5400   Fax +1 212 547 5444

*US practice conducted through McDermott Will & Emery LLP.*

Ashley Richardson
July 11, 2025
Page 2

You provided two witness statements in support of Persistence's defence of the claims brought against it by Ms Thomson in the arbitration in Singapore (the **Singapore Arbitration**). Those witness statements state that they were prepared "*with the assistance of Providence Law Asia LLC, counsel for [Persistence] based on interviews with me and information provided by me*". Plainly, those two statements were not prepared on the basis of a single meeting in February 2024 and a single email (very little of the content of which is reflected in either statement).

As you are also aware, in the Singapore Arbitration, Persistence relied on documents including 64 pages' worth of text messages between Ms Thomson and you, text messages between Lieh Wang and you, numerous emails you exchanged with Ms Thomson, and screenshots taken from your Instagram account and your iPhone camera roll. Those are all documents that, self-evidently, you provided—Persistence would not have them otherwise. And yet, not a single one of those documents can be found among the 26 emails you sent to Providence Law Asia that you disclosed.

Similarly, RFPs 3, 4, 6, 7, 8, 10, 11 and 12 collectively require you to produce, among other things, documents and communications relating to XPRT, Persistence, the compensation paid to you by Persistence, and your communications with Persistence and Mr Aggarwal.[1]

Of the 604 documents you produced, 443 are screenshots of a single Telegram conversation with Mr Aggarwal, 10 are screenshots of a single telegram conversation with Mr Abhitej Singh, and 4 are emails between you and Mr Aggarwal. The overwhelming majority of the remainder are emails, many of which are entirely irrelevant, and it is unclear on what basis you consider them to be responsive to Ms Thomson's RFPs. You must be aware that there are many more documents that are responsive to those RFPs but that you have **not** produced.

For example, from documents exhibited by Persistence in the Singapore Arbitration (and in some cases referred to in **your** witness statements) we are aware of *at least* the following documents (which are enclosed) that you are required to produce but inexplicably have not:

(a)    LinkedIn messages you exchanged with Mr Aggarwal in May and June 2021;

---

[1] "*All Documents, Communications, and Records Concerning or in any way related to Persistence*" (RFP 3); "*[a]ll Documents, Communications, and Records Concerning or in any way related to Tushar Aggarwal*" (RFP 4); and "*[a]ll Communications between Persistence and/or anyone associated with Persistence and You*" (RFP 6); "*[a]ll Documents, Communications, and Records Concerning or in any way related to any financial benefits or payments Persistence made to You, or offered or promised to make to You*" (RFP 7); "*[a]ll Communications with, between, or among You, Tushar Aggarwal, or anyone else associated with Persistence Concerning Ms. Thomson in any way.*" (RFP 8), "*[a]ll Documents, Communications, and Records Concerning the advertising, marketing, and promotion of XPRT, pSTAKE, liquidity pools on Osmosis Zone, PSTAKE/OSMO staking, or any other product or service offered by Persistence or offered by any entity in connection with Persistence*" (RFP 10); "*[a]ll Documents, Communications, and Records Concerning strategies to promote XPRT, Persistence, or the Persistence Offering*" (RFP 11); "*[a]ll Documents, including calendar invitations, Concerning meetings between You and Persistence and any other related parties*" (RFP 12).



Ashley Richardson
July 11, 2025
Page 3

 (b) emails you exchanged with Mr Aggarwal between May 2021 and August 2021;

 (c) Twitter messages you exchanged with Mr Aggarwal on June 20, 2021;

 (d) Telegram messages you exchanged with Mr Aggarwal and others in the group "Ashley<>Persistence" between 30 June 2021 and 15 May 2022;

 (e) Telegram messages you exchanged with Mr Aggarwal and others in the group "Ashley<>Persistence Validator" between October 2021 and August 2022; and

 (f) calendar invitations for meetings, including for example the meeting you had with Mr Aggarwal on June 24, 2021.

No doubt there are many more documents that are responsive to Ms Thomson's RFPs but that Persistence did not rely on, and so have not been disclosed in the Singapore Arbitration (which is subject to different disclosure rules).

There can be no credible explanation for your failure to disclose these documents. To the extent you refer to these documents in your witness statements in the Singapore Arbitration, those documents are clearly available to you. And as the documents that you have provided in response to Ms Thomson's RFP's clearly show, you still have access to the Telegram account used to communicate with Persistence and you have retained emails with Persistence.[2] Your X account was active as recently as November 2024 (*after* the Requests for Production were served on you in September), and your LinkedIn account appears to also still be active.

Your conduct demonstrates a lack of good faith and clear disregard for your obligations. If we do not receive full and complete responses to Ms Thomson's Interrogatories and Requests for Production within 30 days, we will proceed with a motion to compel under Rule 37, and seek all appropriate sanctions, including attorneys' fees, costs and further relief.

Sincerely,


Todd Harrison

---

[2] See, for example, your emails to Mr Aggarwal dated August 23, 2021 ("Fwd: agreement revisions") and August 25, 2021 ("Early Withdrawal").



**R-2**
RBD-67

Ashley Richardson Blockchain
20 June 2021

T

05:22
Tushar | Persistence
Hey
05:22
Glad we could connect finally
05:22
Are you in EST/PST ?

A

05:22
Ashley Richardson Blockchain
Yes same! And I imagine it must be either very late (or early) there ;)
05:23
I am PST, Los Angeles.

T

05:23
Tushar | Persistence
Yea late - my sleep cycle is a little messed up
05:23
Gotcha

A

05:23
Ashley Richardson Blockchain
Are you Singapore or India?
05:23
Time wise

T

05:23
Tushar | Persistence
If we need to connect urgently can do Tuesday
05:23
Otherwise Thursday is best
05:23
In reply to this message
Currently in India

A

05:24
Ashley Richardson Blockchain
Ok great - Friday works, however if you are in need of VC I have someone looking to invest a very sizable amount, she leaves next
Saturday for Europe.
05:25
Everything else, however, can wait.

T

05:25
Tushar | Persistence
Not looking to raise capital

A

05:26
Ashley Richardson Blockchain
And I'm used to keeping with India time... strange fun/fact, I lived there many years ago and many close friends are still there.

T

05:26
Tushar | Persistence
In reply to this message

oh interesting. Whereabouts?

A

05:26
Ashley Richardson Blockchain
And good to know, I'll keep the capital aside for now. We can discuss the rest Friday!

T

05:26
Tushar | Persistence
In reply to this message
But if she is already sold on Persistence and wants to get exposure, happy to chat to see what we can do
05:26
In reply to this message
Let's do your Thursday AM?

A

05:27
Ashley Richardson Blockchain
That's perfect. I'm slated for jury duty this week (a fun American must do)... but odds are small it will happen. That's the only wildcard for Thurs.

T

05:27
Tushar | Persistence
I can do anytime 9 am to noon your time
05:27
Sure pls let me know

A

05:27
Ashley Richardson Blockchain
Great, let's plan for 9.
05:28
And I lived in Kerala - but it was awhile ago ;)
05:28
I still speak some very shaky Malayalam, which as a head turner from a 6ft white woman

T

05:29
Tushar | Persistence
In reply to this message
done
05:29
could you send an invite please? ███████████
05:29
or if you give me your email

A

05:29
Ashley Richardson Blockchain
And re the VC, I'll redirect her to an xprt purchase

T

05:29
Tushar | Persistence
I can send an invite
05:29
In reply to this message
Sure thing
05:29
For some large purchasers, we have done OTC deals

A

05:29
Ashley Richardson Blockchain

But we should discuss the most strategic way - since it will be 7 figures

T

05:30

Tushar | Persistence
In reply to this message
Which bakes in some downside protection from the investor's side and a little bit of vesting for protection from our side

A

05:30

Ashley Richardson Blockchain
Great. She is also from one of the largest media families in the world, so potentially some added strategic upside there as well.

T

05:31

Tushar | Persistence
In reply to this message
That would be amazing :)

A

05:31

Ashley Richardson Blockchain
Will send an invite, just let me know if you have a preferred platform other than zoom.

T

05:31

Tushar | Persistence
Zoom works well
05:31
In reply to this message
:))
05:31
Thanks again for reaching out, Ash!!
05:31
Truly appreciate it

A

05:32

Ashley Richardson Blockchain
Wonderful, you'll get an invite shortly. Really looking forward, excited about what you and the team are creating.

T

05:32

Tushar | Persistence

A

06:01

Ashley Richardson Blockchain
Invite is sent! If anything changes on your end, just let me know and we can reschedule. Including the zoom link here as well.
06:02
███████████████████████████████████

T

06:02

Tushar | Persistence
Thank you - speak soon

A

06:02

Ashley Richardson Blockchain
You're very welcome, looking forward.
24 June 2021

A

02:10
Ashley Richardson Blockchain
Hey Tushar! Confirming our zoom tomorrow 9am PST, 9:30pm IST. Looking forward.

T

02:11
Tushar | Persistence
Confirmed
02:11
:)

T

23:44
Tushar | Persistence
might be 5 minslate

A

23:51
Ashley Richardson Blockchain
No problem - let me know if you need more time.
25 June 2021

T

00:08
Tushar | Persistence
waitingfor you to me in

A

00:08
Ashley Richardson Blockchain
Let me try the other link - I'm in but don't see you

T

00:09
Tushar | Persistence
███████████████████████████████
00:09
I'm on this one

A

01:55
Ashley Richardson Blockchain
Really great speaking today. I came away a bigger fan than I was before. Many initial ideas, let me think on it a bit and create some potential roadmaps. Then when it makes sense, a deeper dive with you and/or the team. In the meantime, don't hesitate to reach out if you have any thoughts/questions. Imagine I will circle back shortly regarding the investment/next steps for my friend as well. Onward! ;)

T

01:55
Tushar | Persistence
Likewise Ashley
01:55
:)
01:55
We'll stay in touch

A

01:56
Ashley Richardson Blockchain
Oh - and a side note, we didn't get into the NFT marketplace at all, but very intrigued by that as well. My friend is a major player in the art space, should that be an area of need re contacts as well.

T

01:56
Tushar | Persistence

pls keep me posted                                                                                                    RBD-71

A

01:56
Ashley Richardson Blockchain
I realize your use of NFT goes far beyond that, but the marketplace is very intriguing

T

01:57
Tushar | Persistence
Absolutely
01:57
Right now most of our efforts are going into the pSTAKE launch
01:57
Post that we'll have more bandwidth to explore some of the other areas wrt to NFTs

A

01:59
Ashley Richardson Blockchain
I assumed so. I think I read about the NFT marketplace in an article, and my first thought/question was how you are possibly doing
so much at once!

T

01:59
Tushar | Persistence
Yea
02:00
Put too much out there possibly
02:00
we'll put a spin to it and manage it
02:00
but like I said, this is the highest ROI activity on my to do list at the moment

A

02:02
Ashley Richardson Blockchain
Wont require much spin... I think the ambition speaks volumes, as long as the vision and path can be clearly communicated. Once
that anchor is there, the rest will fall into place.

T

02:02
Tushar | Persistence
Agreed!

A

12:30
Ashley Richardson Blockchain
Sent you a recap via email. Look forward to learning more, and thankfully quite a few pennies have dropped since our discussion!
;)
26 June 2021

A

03:23
Ashley Richardson Blockchain



03:23
While I realize things have evolved, stumbled onto this podcast episode and found it incredibly helpful ;)

T

03:33
Tushar | Persistence
Awesome yes :)
28 June 2021

A

13:13
Ashley Richardson Blockchain
Hey there - happy to schedule a follow up this week, if it is in sync with the next steps for you and your team. Also, a few questions from my friend: she is wondering if becoming a validator is an option, and what that would look like.

FYI - next week I will be leaving for Europe.. a bit less available but I'm sure we can make it happen, WiFi willing on a boat. ;)

T

15:01
Tushar | Persistence
Running a validator is most definitely an option
15:02
It's actually super profitable to run a Validator
15:02
Is she aware of the economics of it ?
15:04
I can quickly walk you through the economics via a voice message pls let me know

A

23:33
Ashley Richardson Blockchain
That would be amazing. I understand the economics of staking, but not validator node. Love to learn more if possible. Thanks
29 June 2021

A

00:15
Ashley Richardson Blockchain
And just let me know the easiest way, a voice memo or a call... I will be with them and a few other very influential people next week on a boat in the EU, so maybe a follow up zoom if it makes sense/they have questions, or if you would like to meet them. We can play it by ear.

T

00:18
Tushar | Persistence
I'll send a text and voice note
00:19
If there's doubts or questions
00:19
Then we can hop on a call
00:19
?

A

00:19
Ashley Richardson Blockchain
Perfect
00:19
Thank you
30 June 2021

T

00:49
Tushar | Persistence
███████████████████████████████
00:50
███████████████████████████
00:50
Economics of running a validator node
00:51
██████████████████████
00:51
████████████████████████
00:51
Please let me know if any questions
00:52
█████████████████████████████████████████
00:52
In reply to this message
██████████████████

A

02:19
Ashley Richardson Blockchain
Amazing, thank you. I do questions but will review and circle back.
02:21
Also not sure if you saw my email, let me know if you want to discuss this week, otherwise we can table it and focus on this side of things in the near term.

Definitely intrigued, more soon!

T

04:57
Tushar | Persistence
Just went through the email
04:57
Sounds on point
04:57
████████████████████
04:58
Link to join the group with the marketing and community lead at Persistence

A

05:04
Ashley Richardson Blockchain
Ok awesome ;)
05:11
Know you are entirely swamped, so I would be happy to connect with them directly in the near term. Imagine I will have more feedback/questions in the coming weeks.
05:12
Thanks again for setting it up, looking forward.

T

05:12
Tushar | Persistence

05:12
sounds good
05:12

enjoy europe!

A

05:12
Ashley Richardson Blockchain
Ha, it's very last minute and feels surreal
05:14
Hard to pass up... a guest of my .0000001% friends, so extreme Maya. On a boat with a chef, however, so hopefully covid safe.
2 July 2021

A

04:44
Ashley Richardson Blockchain
Had a great call with Abitej... I really like him, incredibly driven and open to learn. I definitely have a better sense of what is needed, at least short term. Will try to send over a more drilled-down and detailed version of the roadmap/possible ways forward later this evening.

Once you have had a chance to think it through we can discuss.

T

04:47
Tushar | Persistence
Sounds good Ashley
10 August 2021

A

00:17
Ashley Richardson Blockchain
Hey Tushar! Hope you are well and having a great summer. Want to apologize for the delay, we ended up staying in Europe for an extended time (it turns out unplugging on a yacht in Europe is very easy to do!) and just returned.

I have a long proposal I will send over to you and Abhijit tomorrow (re marketing). In the meantime, my friend is ready to invest and considering a 20M entry. I will likely have a few questions regarding the path forward and want to confirm the best way to set this up in terms of the moving average/discount we discussed previously, and if that would still apply if we were to start a validator node. With the currently proposed infrastructure bill there are a few emerging questions/concerns… hopefully it will soon be a non issue, but perhaps you and the team have thoughts on that as well.

Let me know if you may have a moment in the coming days to catch up, and also if there are any changes/new information I should be aware of since we last spoke. Alternatively, if there is someone else you would prefer me to be in contact with directly (for the investment piece) please feel free to make an intro.
11 August 2021

A

06:21
Ashley Richardson Blockchain
Hey Tushar - circling back on this one. My friend is ready to move and would love to your help/guidance, alternatively happy to connect directly with someone on your team.

T

06:25
Tushar | Persistence
Hey Ashley let me get back to you first thing in the morning

A

06:25
Ashley Richardson Blockchain
No problem - thanks for letting me know!
06:25
Hope you are well ;)

T

06:25
Tushar | Persistence
All well
06:25
Catch up soon

A

06:26
Ashley Richardson Blockchain
Sounds good. Looking forward

A

14:39
Ashley Richardson Blockchain
Hi Tushar,

Confirming that we will have a large amount of capital available as of tomorrow. To clarify that I am understanding the options correctly I am drafting the following scenarios with some additions/questions for your review.

Scenario A) In the interest of time we would invest directly and vest for the agreed six month period at the rate of the past two week moving average with 20% discount. If you could clarify the interest/APY in that scenario it would be appreciated.

Also (if you are amendable) for the point of entry I have discussed a 15% discount with the purchaser with the remaining 5% to be credited as a finders fee that would go to my company directly in the form of vested XPRT.

Scenario B) my company sets up a validator node. In this case it would need to be done quickly with an agreed upon price as the point of entry (I realize this may or may not be possible). Long term the upside is far more favorable for us in this scenario and would certainly create and added incentive to encourage longer term participation from investors as well as attracting additional investments. In either case I am hoping we can speak briefly to iron out details/potential.

Side note: the investor wants to utilize existing Bitcoin holdings as the source of investment if that is workable on your end.

I appreciate all of your help and my apologies in advance for any missed information or misunderstanding that may have occurred on my end. Going to sleep for a bit now but will be up in a few hours to iron out a path forward.

T

18:34
Tushar | Persistence
hey Ashley

Thanks for this. Pointers to your message.

1. BTC is ok
2. We will have to KYC investor
3. XPRT can be split across multiple wallets so reduce your risk as well
4. Good to go with 5% finder fee - ideally the XPRT for fee follows same vesting schedule as the coins (can discuss on this)
5. For vesting - want to put a 6 month cliff (6 month lock up - i.e. no tokens can be withdrawn) and the actual vesting happens for 6 months post that on a daily basis - as such total of 12 months. We do this to protect ourselves so that we dont have sudden supply shocks to XPRT on the market
6. All tokens (including locked) will be stakable for >35% APY even during the initial 6 month locked up period - this will allow you and the investor to further reduce your average purchase price of each XPRT or from a different perspective be already significantly up when the tokens start unlocking
18:35
7. Scenario A and B don't have to be either / or - we can help you set up a validator from the get go to build even more skin in the game for you right now itself if the deal goes through - all the XPRT your investor is purchasing can be staked on this node right now itself

This allows you to make a lot more money running the node than even the 5% finders fee

T

19:07
Tushar | Persistence
In case / when your investor does want to sell, ideally we'd like it to be through us so that we dont cause a huge sell pressure at once - we can help the investor systematically liquidate on the market in time

A

21:12
Ashley Richardson Blockchain
Thank you for this, very helpful. As of now the crypto us currently being held in an account with Anchorage Digital Bank. There is talk of moving it to a wallet, though I have some reservation there based on size and wonder if it would be better to work with you to set things up and send directly from anchorage at that point? Additionally if I could quote the point of entry $ amount and the discount today (assuming transactions occur in the next 24 hours) that would be great as there is suddenly a sense of urgency on

their part (based on overall prices rising) and to the large amounts moving I would like to give some reassurance in an attempt to
slow things and make sure all is done correctly.

As for the timelines (vesting and withdrawal) this should not be an issue. I know the goal is to make this a piece of the overall
longer term portfolio.
21:13
Sorry for the typos ;) still early here
21:19
Let's discuss next steps and what is needed from my side when you have a moment. Heading over to there place in a few hours with
the expectation transfers would begin - but I can slow down the process as/if needed.

A

23:16
Ashley Richardson Blockchain
Let me know if you have some time in the next hour or so for a quick conversation.
23:17
If not let me know what is best re the deposit (via anchorage or a private wallet)
12 August 2021

A

00:33
Ashley Richardson Blockchain
Tushar | Persistence
Missed
00:39
Sorry to bother you - let me know when you have a moment. Alternatively (short term) if it is better to be moving the funds out of
anchorage as I am speaking to them shortly.

T

00:40
Tushar | Persistence
Yes let me call you in a couple of hours ?
00:40
Can agree on prices etc
00:41
But will need to do kyc before fund transfer

A

00:41
Ashley Richardson Blockchain
Great ~ no problem re kyc

T

00:41
Tushar | Persistence
Happy to create anchorage account
00:41
But think that itself takes a week or two
00:41
So preferable would be direct transfer if possible
00:42
What nationality is the investor?

A

00:42
Ashley Richardson Blockchain
Yes - ██████████████████████
00:42
Canadian

T

00:42
Tushar | Persistence
Just ensuring no Trouble with KYC
00:42
In reply to this message

Ah let me quickly check

A

00:47
Ashley Richardson Blockchain
Thanks so much. Just let me know if there are any hurdles/what might be needed

T

03:54
Tushar | Persistence
Hey Ashley
03:54
Let me know when you have a moment to chat

A

03:55
Ashley Richardson Blockchain
Calling in two hours
03:55
Two minutes
03:55
Sorry

A

09:00
Ashley Richardson Blockchain
Hey Tushar - thanks so much for taking the time to chat today. Working on sourcing the wallets (hopefully for Friday). A question for you: if we establish/lock an agreed upon moving average and need to push to next week because of with wallets/anchorage, will that be workable?

Also have a question for you in regards to the validator node. While I am all for XPRT and participating, it is a very dear friend and I want to make sure that she is taken care of and that everything is above board. To that end (because I'm still confused myself) could you clarify if we operated a validator note would she be getting less than she would investing directly (35% less commission) or would there be a commission regardless? I am going to present the options to her and let her decide, with hopes of the economics of the situation remaining above board (assuming I'm relating the correct information).

Finally… just want to confirm the transaction will be personal and that the details of the purchaser remain confidential (as much as possible) ;)

T

16:56
Tushar | Persistence
" if we establish/lock an agreed upon moving average and need to push to next week because of with wallets/anchorage, will that be workable?"

Answer is yes - let me send you an email with the 14 day Average and what the agreed price would be

Over the course of next 10 days or so then we can do multiple txns

Payment will be in BTC/ETH?

I'll lock in those prices in the email as well
16:58
In reply to this message
If she runs her own validator node, there is no commission - she gets to keep the entire staking rewards
17:02
If she does not decide to run a validator - then she ends up paying 5-10% OF the 35% staking rewards to the validator node service provider depending on what that validator is charging

T

18:02
Tushar | Persistence
██████████████████████████████████████████████████
18:03
$4.94 price - 20% discount to 14 day average prices

A

18:28
Ashley Richardson Blockchain
Great, thank you for this. Will discuss all today. If we end up operating the validator node together (I believe that will likely be the case as I assume for optics/privacy/tax purposes it would be better to set it that up under an entity and not as an individual) then I would want to reduce the finders fee rate of xprt to 1.2% reverting the remainder back to her. Will discuss all of that today and finalize details on our end, but in the meantime we can draft a letter with the quoted price mentioned, reserving rights for some small changes.

Re funds: my understanding is that it will be BTC in its entirety (alternative would be an ETH hybrid but I don't believe that is the case), will confirm today.

T

19:56
Tushar | Persistence
In reply to this message
Validators can be set up as an individual or entity it doesn't really matter
20:01
Spoke to our lawyer as well - he'll draft the agreement by the weekend or early next week latest
20:01
But as discussed, can agree on terms via email

A

20:06
Ashley Richardson Blockchain
Sounds good. Want to walk through the options today and will circle back as soon as I have some added clarity. I believe there might be some interest in regards to establishing a node and the potential upside of bringing in additional funding from other sources from a commission standpoint. Will see which way she wants to manage it, but either way I would envision running a node will likely be the best way forward. From a security perspective I would assume it is going to be one and the same, since all are run by your team?

T

20:13
Tushar | Persistence
correct same security
13 August 2021

A

02:14
Ashley Richardson Blockchain
Thanks for all of the clarity on this, really helpful. Expect to return with more information shortly. In the meantime, if you have any additional documentation regarding the validator nodes (or if you can point me in the right direction) that would also be very helpful.

T

16:33
Tushar | Persistence
The math on validation is super simple:

Say you have 20M$ worth of XPRT
Staking rewards are 35%

Staking rewards in $ terms = 35% of $20M = $7M

5% commission of $7M staking rewards = $350K annually
If the commission is 10% then it would $700k annually and so on

This commission you end up keeping as an investor if you run or your own node - otherwise you pay to whichever node you decide to stake your tokens on
16:33
Pls let me know if anything is still unclear and I'd be happy to clarify

A

23:42
Ashley Richardson Blockchain
Thanks so much. The economics make sense, the only real added question would be the potential to bring in additional entities (big and mid size) on the nodes. Some smaller friends and family I think she was thinking of sharing the lower commission with… but we were also discussing a bigger opportunity here to potentially bring in additional investors and creating a structure that could be

setup for profit.

At that stage there would be some additional management logistics to discuss if it is feasible/possible. But it is something we would like to explore.
23:43
Side note: there's a chance the point of entry may increase, will know for sure by Monday. That said the low entry would be 20M and it could go up to 35M. Just wanted you to be aware.
14 August 2021

A

00:26
Ashley Richardson Blockchain
Also if you have the letter that would be great, did not see it in my inbox. The wallets should all arrive by Monday and we will begin transfers accordingly.
00:27
In the meantime will work to get the KYC accomplished today

T

04:17
Tushar | Persistence
In reply to this message
Noted on this
04:17
In reply to this message
And got it
04:18
In reply to this message
Sounds good - this is the synaps link - pls let me know if any issues
04:18
In reply to this message
When you say letter, what do you mean?

A

04:19
Ashley Richardson Blockchain
Email - I think you were going to email me the locked in amount, but also fine to use this conversation (in good faith) as the "price" quote in this case.
04:20
Seems we are on the same page. Just wanted to make sure that there were no major surprises in a few days, since we are waiting in the wallets ;)

T

04:21
Tushar | Persistence
In reply to this message
Absolutely for sure

A

04:21
Ashley Richardson Blockchain
Also I will reach out to the marketing group to set time for next week as well. Apologies for the delay on that, it's been a VERY busy week ;)

T

04:21
Tushar | Persistence
That's why I sent you the spreadsheet
04:21
In reply to this message
No worries been super busy on our end also

A

04:21
Ashley Richardson Blockchain
Got it, appreciated.

T

04:22
Tushar | Persistence
In reply to this message
Absolutely

A

04:23
Ashley Richardson Blockchain
Also noticed you are working with Figment now! One of my close friends is friends with Lorien (I don't know him personally) -
and I was going to make an intro to you guys ;)

T

04:23
Tushar | Persistence
Ideally would like to have BTC price locked in at the same time I had sent XPRT price - but your call
04:23
I'm flexible
04:25
In reply to this message
Yes have and are working with figment closely

A

04:26
Ashley Richardson Blockchain
I'll talk to her - I know she was excited about possible upside on BTC (equally concerned about a drop, which seems unlikely) but
we can figure it out or revise if there are substantial moves on either front.

Also could try for the weekend if they arrive tomorrow depending on availability of the team.
04:27
Oddly ledger was unable to overnight and there are no retail stores here to purchase, so apologies on that front. I also agree it's safer
to use multiples.

T

16:33
Tushar | Persistence
In reply to this message
Sure thing pls keep me posted
16:33
In reply to this message
Gotcha pls let me know
15 August 2021

A

01:54
Ashley Richardson Blockchain
First three arrived - we will set them up and we could start the process today/tomorrow.
01:56
Let me know what is preferred on your end (timing wise) as I expect it will take a moment to get everything setup.
02:08
Also please confirm the transaction will be confidential in relation to who the investor is. They are very private.

T

02:45
Tushar | Persistence
In reply to this message
Sure thing let's do tomorrow
02:45
Were you able to get kyc sorted out ?
02:45
If you don't want to fill the link, happy to do it via email as well. And can be just my email

A

03:07
Ashley Richardson Blockchain

Yes - did most of kyc but we got stuck on the utility bill/bank statements
03:07
Her assistants handle everything, but just received a utility bill so we will finish in the next hour or two ;)
03:08
Also… as mentioned there is a strong change of an increase in amount. I should know today the exact - just confirming so that you are aware.

T

03:16
Tushar | Persistence
In reply to this message
Sounds good
03:26
In reply to this message
Yes.
03:27
Most of the XPRT is staked. So for now can do about 3M over the coming week
03:27
For balance, we'd have to unstake which as you may know takes 21 days
03:29
So let's start doing txns

A

03:29
Ashley Richardson Blockchain
Great, good to know.

T

03:29
Tushar | Persistence
And once you have confirmation, I'll start unstaking

A

03:33
Ashley Richardson Blockchain
Will do. Hopefully I will know today re anything over 2M but imagine there may be a few minor additions up until Monday.

T

03:41
Tushar | Persistence
Sounds good
03:41
Can start doing in bits tomorrow (sunday) if that works
03:41
I'm just about to go to sleep
03:41
One thing that I wanted reassurance on was that
03:41
The coins are going to be in your custody
03:41
The agreement by the lawyer will state the vesting period - 6 month lock followed by 6 month
03:41
Don't want the coins suddenly hitting exchanges (in breach of agreement)
03:42
But even once they vest

A

03:42
Ashley Richardson Blockchain
Ok, understood. And that will not be an issue ;)

T

03:42
Tushar | Persistence
Wanted to liquidate on our end and send you USDC/BTC/ETH
03:42

So that we can work with professional traders who liquidate positions very systematically
03:42
Without affecting price
03:43
In reply to this message
This would not be in the agreement
03:43
But wanted to do this in good faith
03:45
As sort of a verbal commitment from you

A

03:48
Ashley Richardson Blockchain
That's not a problem. To clarify: per my discussion with her she will be receiving a rate of 5 per xprt, and the remainder (I believe
1.1%) is going as a finders fee to a separate wallet to be vested with her amount.
03:48
Is that part easy to map kn your side? Not sure the cleanest way to separate, but let me know if you have thoughts/questions/or
ways you have done it in the past.

A

04:05
Ashley Richardson Blockchain
In reply to this message
Understood on this portion, and since I will be helping her manage and she is clear not a problem ;)

T

04:06
Tushar | Persistence
In reply to this message
you can control the 1.1% on your end
04:06
we can make it very clean
04:06
if you give your persistence address
04:06
then 1.1% of the coins can be directly send to you
04:06
In reply to this message
awesome thank you Ashley
04:06
Speak tomorrow
04:06
enjoy your saturday!
16 August 2021

A

00:24
Ashley Richardson Blockchain



00:24
Hello Tushar! Finished the KYC.
00:27

In the process of moving over funds later today, so we should be able to begin if all goes well

Let me know next steps from your side.

FYI - I believe the desire is to raise the amount to 30M (possibly 40). As of now I would assume 30 and if it becomes larger I will
confirm ASAP and we can discuss what that would mean in terms of timing, etc.

A

15:08
Ashley Richardson Blockchain
Hello, about to sleep for a bit but just circling back on next steps from your side. Have not received anything re email, let me know
if I missed something or if we can go over the process (including validator setup) tomorrow.

A

22:52
Ashley Richardson Blockchain
Hey Tushar - checking in again. Please let me know that you received this, and next steps when you have a moment.

T

23:35
Tushar | Persistence
Hey Ashley

A

23:48
Ashley Richardson Blockchain
Hey - apologies as I'm sure things must be busy on your end! Just wanted some confirmations in place as I begin to move funds,
confirm amounts, etc.

Alternatively happy to hop on a call or signal if it is preferred.
17 August 2021

T

00:10
Tushar | Persistence
Let me call you
00:11
Ashley Richardson Blockchain
Outgoing (17 seconds)

A

00:27
Ashley Richardson Blockchain
Tushar | Persistence
Incoming (978 seconds)
00:29
Tushar | Persistence
Incoming (81 seconds)

A

01:54
Ashley Richardson Blockchain
Let me know when you have sent the letter, in the event it ends up in junk mail. Just want to be sure I have a chance to review

T

02:12
Tushar | Persistence

██████████████████████████████████

02:12
Pls see the draft agreement
02:12
Once you give the go ahead I'll send it via docusign
02:13
Separately sending you an email for the deal terms itself

02:13
And also number of tokens we can allocate right away

A

02:25
Ashley Richardson Blockchain
Great - thank you. Will review shortly.

T

06:36
Tushar | Persistence
sent you the email for the $20M deal
06:36
can do 2.5M XPRT right away
06:38
Balance 1.5M I have unstaked and I am arranging to be sent over in the coming weeks!

Planning for 4M tokens :)
06:41
Please go through the agreement and if everything in order, let me know and I'll circulate via DocuSign for execution and we can kickstart the transfers
06:41
Happy to do test transfer prior to signing as well - your call

A

15:21
Ashley Richardson Blockchain
Hey Tushar, thanks for sending. We are still reviewing the long form doc with our attorney and will circle back shortly. In the meantime a few questions re terms:

As discussed in earlier texts, please confirm if you are able to issue additional tokens at the same rate. As of now buyer would like to increase the purchase to 40M, an additional of 20M USD of xprt.

Finally for the agreed upon BTC rate: would request that we split the difference from the rate of 4/12-4/13 (when price was agreed upon) and lock at a BTC price of 46,000.

Also, we had discussed the amount of 4.94 being the purchase price ($5 going to the purchaser with the remaining $.06 as a finders fee to my account, please confirm). The total amount of coins in the transaction would be equal to 4M XPRT to buyer and the remaining 48,598 XPRT as the finders fee (approx 1.15%). Those amounts would double in the scenario including a 40M purchase. This part does not need to be spelled in the buyers document, but just wanted to make sure that those amounts were agreed upon and clear (happy to sign a separate doc as well that highlights vesting, etc) and able to be transacted in separate wallets.

A

15:53
Ashley Richardson Blockchain
Also, re the contract: at first glance I think we are in good shape (assuming we are clear on terms above). One thing that would be great to get additional clarity around would be the future withdrawal process since it is direct. Ideally contacts, commitment to timelines regarding communication/withdrawals (with a lapse of an agreed upon timeline resulting in a breach allowing buyer to sell) etc.

T

15:53
Tushar | Persistence
Let me revert on all points
15:53
Next couple of hours
15:53
lil caught up

A

15:56
Ashley Richardson Blockchain
No worries - heading to sleep (I hope) so you have time.

Overall I think we are on the same page and understand the uniqueness of the opportunity and the risk associated.
16:00
Looking forward to next steps overall. Thanks again for staying on this and all the help.

RBD-85

T

16:00
Tushar | Persistence
Absolutely
16:00
thank you as well
16:00
Speak soon once you're up

A

23:47
Ashley Richardson Blockchain
Morning Tushar. Let me know a good time to connect for you. Have a call now but will be flexible in about an hour at least a few hours.
18 August 2021

T

00:18
Tushar | Persistence
I need a few hours. Can speak after midnight IST
00:18
Which is in 2 hours from now

A

00:18
Ashley Richardson Blockchain
Better for me ;)

T

00:18
Tushar | Persistence
Perfect

A

00:18
Ashley Richardson Blockchain
I just worry about you          but I know you are used to it

T

02:11
Tushar | Persistence
Hey Ashley super tired actually
02:14
But here's the quick
02:15
In reply to this message
For BTC price there were decent swings around the time and I took the price at the time I sent you the XPRT price quote
02:15
If we do a 5 day AVG or so it'll probably come to even lower than the one I proposed
02:16
Let me know though - was fairly generous with the XPRT discount etc
02:17
Happy with the finders fee
02:17



02:17
Small math discrepancy
02:18
I get 48583

A

02:18
Ashley Richardson Blockchain
No problem re BTC, I'll talk to her and we can look at the moving averages/etc, and lock it in in a fair way.

T

02:18
Tushar | Persistence
For finders fee
02:18
In reply to this message
It states in the agreement itself as well

A

02:18
Ashley Richardson Blockchain
In reply to this message
Likely just copied it incorrectly ;)

T

02:19
Tushar | Persistence
But yea good with finders fee for 0.06

A

02:20
Ashley Richardson Blockchain
It gives me more incentive to keep the overall investment safe, as I will be advising her and managing it. So it is much appreciated.
02:20
**And if she were to double the investment to 40M all in is that doable as well (understanding** you would need time to unlock)

T

02:21
Tushar | Persistence
In reply to this message
I'm just worried of too much centralisation
02:23
8.1M tokens is A LOTTTTTTT

A

02:23
Ashley Richardson Blockchain
Understood. Let me know if there is a possible work around or a number that you are comfortable with. There is no desire to have predominant voting rights or control, perhaps there is a workaround if the nodes are managed independently
02:23
And I KNOW - finders fee aside I actually tried to talk her out of it.
02:24

She wants to do 50M

T

02:24

Tushar | Persistence
damn
02:24
Can we custody half of it ?

A

02:24

Ashley Richardson Blockchain
Think about it and let me know if you can think of a strategic way to look at it.

T

02:24

Tushar | Persistence
It'll still be hers
02:24
But just custodied by us

A

02:24

Ashley Richardson Blockchain
I think that could work
02:25
But give me a sense of what that would look like (long and short term) and I can talk it over today/tomorrow.

T

02:25

Tushar | Persistence
My fear is that something happens and because you have custody suddenly you start dumping on the market
02:25
In reply to this message
So we transfer 4M tokens

A

02:25

Ashley Richardson Blockchain
Agree - she is aware.

T

02:26

Tushar | Persistence
And you can adhere to the vesting schedule as per In the agreement

A

02:26

Ashley Richardson Blockchain
I also think it's why it's good I'm managing because she sees the value of my having skin in the game and I have a sense of her overall portfolio, etc.

T

02:26

Tushar | Persistence
For the balance 4M
02:26
I can send you a public address that is earmarked for you
02:27
And all the tokens staked
02:27
But we only start transferring after 6 months once they start unlocking
02:27
In reply to this message
So you can see that wallet

02:27
And the staking rewards it's earning
02:27
This will also allow us to not have to unstake more tokens right mow
02:27
And send to you

A

02:28
Ashley Richardson Blockchain
Based on what I anticipate the market value could become, my guess is that the goal would be to preserve capital for future generations
02:28
That is where this gets interesting

T

02:28
Tushar | Persistence
You can just track it publically
02:28
But let me know
02:28
I'm flexible

A

02:28
Ashley Richardson Blockchain
If we can continue a dialogue on long term potential, etc, then we can form a plan that works for everyone. This seems like a good start
02:29
I'll work on it today, and when you wake up (depending on one issue I have to work out with her tax attny) may want to talk to you about a small provision on the am.

T

02:29
Tushar | Persistence
Long term I can definitely spell out the pointers

A

02:29
Ashley Richardson Blockchain
In*
02:30
We both want this to be a support structure and upside for the ecosystem, and I'm happy to work with you to make sure that is retained.
02:31
Sleep on it, and let's talk later tonight/tomorrow for you.
02:31
I should have more intel on my side as well. Thanks again for all of your help

T

04:30
Tushar | Persistence
Awesome
04:30
In principle I'm good with the 40M
04:30
But while mitigating risk on our side. But keep me posted pls
04:33
I can highlight the longer term places of cooperation - which will be quite a few
04:34
Administratively, let me know on the contract
04:34
And happy to start working on test txns

A

04:34

R-2
RBD-89

Ashley Richardson Blockchain
Will do. Just know that this is still a very small percentage of the overall portfolio ;)

T

04:34
Tushar | Persistence
Absolutely I have no doubt

A

04:35
Ashley Richardson Blockchain
Great. It's a slippery slope re contract, trying to get lawyers to give it a once over who understand crypto and wont have a panic attack is the challenge.

T

04:35
Tushar | Persistence
Right

A

04:35
Ashley Richardson Blockchain
But our crypto guy is on it now and I think we are good

T

04:35
Tushar | Persistence
Fairly standard in general
04:36
Let me know any amendments
04:36
And I'll push those through and send it via docusign

A

04:36
Ashley Richardson Blockchain
Yes - if you know the market. Like I said, we should be good today and I'll have minor feedback soon
04:36
If any

T

04:38
Tushar | Persistence

04:38
I'm off to sleep. Speak tomorrow

A

04:39
Ashley Richardson Blockchain

A

23:42
Ashley Richardson Blockchain
Good morning Tushar. Spoke to Taylor, she is open to letting you custody the additional amount, if we could take a look at those terms (assuming they are the same with the exception of you holding them) that would be great. I'm still waiting on any final notes, but I do know that we will likely want some additional language around the withdrawal process (understanding that we will work with you, would like to establish POC as well as a backup plan in the event you are not available, etc).
23:43
In the meantime, happy to setup a text run in the interim today ahead of moving larger funds.
19 August 2021

T

00:26

Tushar | Persistence
In reply to this message
Same deal terms for additional amount yes
00:26
Can have backup

A

00:28
Ashley Richardson Blockchain
Ok great. In regards to the XPRT wallets, do you have a recommendation of amount of XPRT per wallet? If not, my plan is to divide them equally in 2.5M USD increments across 8 wallets.
00:29
Which I will create today.

T

01:02
Tushar | Persistence
In reply to this message
Perfect
01:10
Better will be have slightly more random amounts
01:10
Community members track larger wallets
01:10
And ideally there shouldn't be patterns
01:11
I'll send you BTC address in a couple of hours

A

01:25
Ashley Richardson Blockchain
In reply to this message
Understood. Will lay out a pattern for your review once I have set them up. Does 8 total feel like correct amount? Happy to add if needed.
01:27
If you have five minutes before ending the day one quick thing to run by you re a small amendment via phone - signal if possible.
01:28
Just easier to explain it vs texting.

Also Taylor is now considering making it to Art Basel. In the art world, she is a massive asset as far as connectivity is concerned.
01:29
There are moving parts with schedules so consider it tbd, though I'm sure introductions can be arranged regardless

A

13:42
Ashley Richardson Blockchain
Hi Tushar - late here but I just sent you an email with some confirmations as well as a few questions. Looking forward to exploring next steps tomorrow.

T

13:43
Tushar | Persistence
hey Ashley
13:43
Just looking into it
13:45
For the balance 20M deal - we can sign as and when you proceed to do the deal
13:45
You have my word (conditional on executing it back to back and not having a lag between the first 20M and 2nd 20M tranche)
13:46
You are already 50%+ up on the position which is great :))
13:46
I have time to chat now if you have a moment

A

13:46
Ashley Richardson Blockchain

I know! :)
13:47
I can chat now as well will call you, one moment

T

13:47
Tushar | Persistence
Ready when you are

A

14:22
Ashley Richardson Blockchain
Tushar | Persistence
Incoming (2033 seconds)
20 August 2021

T

00:55
Tushar | Persistence
Hey Ashley
00:56
Pls send me your persistence address(Es) and I can send test XPRT
00:56
For BTC
00:56
I'll need a few hours to do the testing on my end
00:56
But I'll let you know my BTC address as well

A

15:49
Ashley Richardson Blockchain
Hey Tushar - apologizes, today was crazy busy. Will finish the xprt setup ASAP, and in the meantime happy to send you BTC.
15:49
Tomorrow i will have much more time and hope to expedite

A

22:53
Ashley Richardson Blockchain
Sending the xprt addresses shortly. If you could send me the BTC address we can begin the test ;)

T

23:13
Tushar | Persistence
███████████████████████████
23:13
Pls send a small amount - 0.005 BTC or so
21 August 2021

A

23:41
Ashley Richardson Blockchain
Hey Tushar! Apologies for the delay, it was a very busy couple of days. We purchased new equipment and had Taylor's team add additional security protocols, and now I'm devoting this morning to setting up the wallets.

I may have missed a step here (forgive my ignorance), but wanted to ask you if you had a recommendation for an app to view multiple wallets, since it appears ledger live will not work with xprt. If not that's fine, was just hoping to create a mission control of sorts to view activity, etc.

As soon as those addresses are created we can test whenever you are ready.

Also the lawyers are doing a final review (the main crypto lawyer was on vacation and is working all day today). While I don't anticipate there will be much change in the agreement, they did mention wanting to add a step that would ensure that you would also not remove the crypto from your end. Essentially: string it up either with a third party or adding a layer of verification of some sort from our end.

Let me know if you have ideas on that front.

I realize it is the weekend, but hoping to begin the larger transfers tomorrow (Monday am) your time, if that works on your end.

More soon.
23:45
Oh, and one alternative mentioned was creating an offshore llc for my company that could custody her additional holdings as an added protective measure. Not sure if that would work for you, still vulnerable, but it's an option. ;)

Regardless if we can put something in the place to create a deeper sense of security on both sides, then we are good. This is the lawyers request, as Taylor seems very enthusiastic and trusting of you and the team.
22 August 2021

T

05:19
Tushar | Persistence
Hey
05:19
Did you just send 2 txns?
05:19
0.005?
05:19
0.0005?

A

05:20
Ashley Richardson Blockchain
Yes - that was me
05:21
Also setup the 8 xprt wallets… working on trying to connect them to ledgers now. Can you connect an existing wallet to ledger? If so - I'm missing a step ;)

T

05:22
Tushar | Persistence
Where did you set them up from?
05:22
The XPRT wallets?

A

05:22
Ashley Richardson Blockchain
Persistence website
05:23
/Persistence wallet
05:23
But can easily do it again if there's a preferred path, or if they need to be created on ledger

T

05:24
Tushar | Persistence
Have you already set up the ledgers.
05:24
?

A

05:25
Ashley Richardson Blockchain
Not all of them
05:26
Just in the process today because I have finally had time to set them all up ;) watched the YouTube video but, like I said, may have missed a step.

T

05:32
Tushar | Persistence

Umm
05:32
So you have seeds for the persistence wallet AND for the ledger?
05:33
I think best to do a call for me and share my screen
05:33
Instead of creating wallet through ███████████
05:33
You can generate directly on ledger
05:33
That would
Be best
05:34
You'll have to download the 'persistence app' on ledger live
05:34
Similar to bitcoin Ethereum app etc
05:34
Then the ledger seed will be linked to the persistence wallet
05:35
And you can disregard the wallets created on ████████████

A

05:35
Ashley Richardson Blockchain
Sure - I'm in the car now but can call in a bit. And I figured as much, was assuming I would need to create new ones once as I set
them up

T

05:35
Tushar | Persistence
In reply to this message
But for now keep these ones - till your ledgers get set up
05:35
Possible to talk your AM tomorrow ?
05:35
Was just about to crash

A

05:35
Ashley Richardson Blockchain
Yeah - I think I can get it done, no worries

T

05:36
Tushar | Persistence
Ok cool let me know

A

05:36
Ashley Richardson Blockchain
I'm staying in tonight and just working on this. Have a lawyer call tonight as well. Typical Saturday ;)
05:36
Get some rest. More tomorrow

T

05:36
Tushar | Persistence
Perfect :)

A

13:17
Ashley Richardson Blockchain
Hey Tushar! Just home and working in wallets now, but wanted to send the following questions from the attorney to you directly
ahead of the notes (they aren't too crazy, don't worry):

"We flagged several issues that you may consider pursuing in a side letter, as well as a few points we should clarify.  For instance,
are they requiring uniform lockups for all token purchasers?  Are there any restrictions on Persistence, their affiliates and

employees from market selling tokens now (e.g., do they have any internal lockup requirements)? They mention the ability to change the token mechanics – can they change the token issuance or unilaterally create more?"

T

14:05
Tushar | Persistence
The lockups in this case are not uniform for other investors based on the timing and nature of the deal - since there is no one else we are making such a deal with
14:05
Anyone who invested in persistence prior to XPRT going live trading have uniform deals
14:06
Since this is an OTC (over the counter) or unique deal, we proposed deal terms that we thought would be amenable to both parties
14:07
All Persistence foundation tokens have vesting schedules and unlock over time. This is publically available data
14:07
However we have kept all the tokens minted at Genesis fully staked - we do sell staking rewards sometimes to beef up our treasury but this is done very systematically without affecting market price by working closely with OTC traders and market makers
14:11

14:12
This blog goes into the tokens distribution and vesting

A

14:18
Ashley Richardson Blockchain
This is great, and completely makes sense. I will pass it on. We are on the same page, FYI ;)

T

14:22
Tushar | Persistence
Awesome
14:23
Absolutely fully understand - part of your DD!
23 August 2021
Tushar | Persistence      pinned this message

T

00:26
Tushar | Persistence
In reply to this message
Could you send me one very small txn once more on this address?
00:26
0.0005 BTC or so
00:26
I have it tested out a few times but still wanted to do once more
00:26
I'll send all the test txn BTC back

A

00:27
Ashley Richardson Blockchain
Yes will do! Just setting up the ledgers now

T

00:42
Tushar | Persistence
Sounds good
00:43
I looked into all of our available coins
00:43
I can send 3M XPRT right away
00:44
I have a dedicated wallet already set up with 4M XPRT (to be custodied by Persistence)
00:45
In reply to this message

00:46

In reply to this message
Remaining 1M I can give by 7 Sep or so

A

00:47
Ashley Richardson Blockchain
Great.

T

00:47
Tushar | Persistence
Anyway I think it will take us a bit of time to cross the t's and dot the i's
00:48
So overall should be fairly seamless
00:48
And no lag of delivery of coins

A

00:48
Ashley Richardson Blockchain
Great
00:49
I getting the first 20 today, so once we set this up let me know a timeline you feel comfortable with in terms of amounts/sending

T

00:49
Tushar | Persistence
first 20 BTC?

A

00:49
Ashley Richardson Blockchain
20M usd
00:49

T

00:49
Tushar | Persistence
ah lol
00:49
gotcha
00:49
sure
00:49
send me your persistence address first
00:50
lets do a test txn

A

00:50
Ashley Richardson Blockchain
Yes - doing that now.
00:50
Just want to chose a good time of day when I know you will also be avail

T

00:50
Tushar | Persistence
I am available upto 2 am IST everyday

A

00:50
Ashley Richardson Blockchain
So if you give me some windows I will aim for that. Assuming we should be close on some notes with the contract, expect to send
you those before morning your time.

T

00:51
Tushar | Persistence
your monrings work best
00:51
can pencil in calendar also

A

00:52
Ashley Richardson Blockchain
Also: any ideas as it relates to ensuring the safety of the additional investments? Creative solve welcome. I think the team just
wanted to make sure that we had some additional barrier of security on the tokens that would be held by you. Or alternatively, a
third party.
00:53
This is just for the additional 20M - as I know she is eager to move on that as well. (And she still wants it to be 30, FYI)

T

00:53
Tushar | Persistence
ummmm
00:53
put a clause in the contract for 2nd tranche?

A

00:53
Ashley Richardson Blockchain
Sure. I have no idea what that means, but they will ;)

T

00:53
Tushar | Persistence
2nd tranche = 2nd 20 M

A

00:54
Ashley Richardson Blockchain
Let me see if that flies. I'm speaking to them in a few hours.

T

00:54
Tushar | Persistence
so have 2 separate contracts?
00:54
idk
00:54
i can also just give you the private key
00:54
for the wallet with 4M coins
00:54
and send 4M separately

A

00:54
Ashley Richardson Blockchain
I honestly think they already have some ideas. They weren't totally freaked out by it, they just wanted to give it some added
security for her. Which I get.

T

00:54
Tushar | Persistence
but i dont know a secure way of doing a wallet transfer like that
00:55
In reply to [this message](#)
of course
00:55

let's do the first 20M
00:55
will sort it out for the balance 20M

A

00:56
Ashley Richardson Blockchain
That's what I said, we are all agreed I'm just trying to get as much done as I can, because she leaves tomorrow evening for Canada.
Easier to get it done while she is here.
00:56
Going to finish wallets now and send you the BTC test

T

00:56
Tushar | Persistence
sounds good
00:56
I'll send persistence right away as well

A

00:58
Ashley Richardson Blockchain
Question re amounts sent to you in BTC: should those amounts also be different in size? Or a uniform 2.5M each?
00:59
Her daughter bought some NFT's recently and they tracked back to one of her ethereum wallets      so we are mindful now of that.

T

01:01
Tushar | Persistence
In reply to this message
diff size better
01:01
can do 2M, 3M, 2M, 3M or so on
01:01
In reply to this message
ah damn
01:01
In reply to this message
or even more random

A

01:01
Ashley Richardson Blockchain
Cool - will do. And yes, it was crazy. People tracked back the wallet size and went nuts in the discord
01:04
Give me 30 minutes on the transfer, just on a call and not at my computer. But then will get you everything

T

01:04
Tushar | Persistence
In reply to this message
damn
01:13
In reply to this message

A

02:00
Ashley Richardson Blockchain
Hey! Ok - sent the BTC. Sorry to bother you with the next part, but I'm having some trouble with connecting ledger to persistence
wallet. Followed the YouTube, downloaded the XPRT app to ledger… but when I try to connect to the ▮▮▮▮▮▮▮▮▮▮▮▮ I keep
getting error messages or else it isn't appearing in the chrome when I click on "create wallet" or import existing.

T

02:01
Tushar | Persistence

ok one sec
02:05
I'll set up a call in 1 hour with our guy on zoom
02:05
he'll walk you through step by step process

T

02:05
Tushar | Persistence

T

Tushar | Persistence       26.10.2020 17:33:23

████████████████████

T

02:06
Tushar | Persistence
I'll be on the call as well

A

02:06
Ashley Richardson Blockchain
Amazing - thank you
02:06
It's close - but for some reason it doesn't connect at this stage
02:07

02:10
Great! I think I just got it to work ;)
02:14
So in 50 minutes on that zoom, correct?

T

02:14
Tushar | Persistence
Yes
02:14
Correct

A

02:14
Ashley Richardson Blockchain
Great. Speak soon.

A

02:38
Ashley Richardson Blockchain
████████████████████████████

████████████████████████

████████████████████████

02:38

First 3

T

03:12
Tushar | Persistence

███████████████████████████████████████████████████████

03:14
█████████████████████████████████████████████████

03:15
██████████████████████████████████████████████████

03:15
1.1, 1.2, 1.3 XPRT sent over respectively to each of the wallets

A

07:18
Ashley Richardson Blockchain
All wallets including 1-3 (addresses already tested).

Need to test remaining #'s 4-8.

1 - ████████████████████████████

2 - ██████████████████████████

3 - ███████████████████████

4 - ██████████████████████████

5 - █████████████████████

6 - ██████████████████████████

7 - ██████████████████████████

8 - ██████████████████████

A

08:52
Ashley Richardson Blockchain
Side note: Taylor has additional funds (on top of the 40M) that she wants to add, and I believe perhaps they would be better served
in Pstake. If you could help me to form that discussion - I would appreciate it. I have reviewed publicly available docs, but if there
was some incentive for her @10-20M in atom for example, that would be great to know.

T

21:49
Tushar | Persistence
Yes free for a 10-15 min call today?

A

22:35
Ashley Richardson Blockchain
Yes - let me know a good time
22:43
We have a call with our lawyer at 11, should have final notes to you then. Many of their markups just require me to walk through
how things would work, and that may require some additional definition for clarity's sake. They also removed a few minor sections.

T

22:44
Tushar | Persistence
In reply to this message
Sure sure

T

23:14
Tushar | Persistence
In reply to this message

███████████████████████████████████████████████

23:14
1.4 to 4
23:15

███████████████████████████████████████████████

23:15
1.5 to 5
23:16

███████████████████████████████████████████████

23:16
1.6 to 6
23:19

███████████████████████████████████████████████

23:20
1.7 to 7
23:20

███████████████████████████████████████████████

23:20
1.8 to 8

A

23:32
Ashley Richardson Blockchain
Awesome thank you, will check in a moment.

T

23:35
Tushar | Persistence
Sure

A

23:44
Ashley Richardson Blockchain
All tests received

T

23:44
Tushar | Persistence
Awesome
24 August 2021

A

00:02
Ashley Richardson Blockchain
Let me know a good time to speak, perhaps after the lawyer call (two and a half hours from now, 11:30 am PST approx) or before.

T

00:02
Tushar | Persistence
Would you like to speak before or after.?
00:03
In reply to this message
Wanted to also discuss pStake

A

00:03
Ashley Richardson Blockchain
Honestly, both perhaps. If you have time for a few quick questions ahead of the call that could help. Then after if we need to discuss any changes

T

00:03
Tushar | Persistence
Ok
00:03
Free now?

A

00:03
Ashley Richardson Blockchain
Let me know what is good for you
00:04
Sure - I can speak now did a few minutes
00:04
Tushar | Persistence
Incoming (3 seconds)

T

00:04
Tushar | Persistence
1 min

A

00:04
Ashley Richardson Blockchain
Just tried you
00:04
No problem

T

00:48
Tushar | Persistence
Ashley Richardson Blockchain
Outgoing (2578 seconds)

A

10:35
Ashley Richardson Blockchain
Sent over the contract revisions! Happy to discuss. Going to dinner with Taylor now and then she flies out, but will be available in a few hours.

A

23:23
Ashley Richardson Blockchain
Hey Tushar! Let me know if you had a chance to review the notes and if you have questions or would like to discuss.

T

23:29
Tushar | Persistence
Going through
23:30
In reply to this message
I see that you mentioned 47k as the price in the email.

Where you had mentioned 46k here

A

23:31
Ashley Richardson Blockchain
Yes - it's negotiable, Taylor wanted me to ask.

T

23:35
Tushar | Persistence
███████████████████████████████████████████
23:35
if we go by same methodology that XPRT price was calculated by on 12 Aug 14 day TWAP
23:35
You'd see its ~42k
23:35
This would of course be most fair
23:35

But I had asked for 45.5k
23:36
Since I had mentioned we'll take BTC price at the time of me sending the XPRT price

A

23:37
Ashley Richardson Blockchain
I think because we were agreeing to a USD price point, she was under the impression (as was I) the USD price agreed to would be based on the market price as an exchange, not on a two week moving average
23:37
If that were the case it would be more economical for her to use cash
23:38
So while a fixed Bitcoin price upon agreement could make sense, it is still at a loss of the daily price vs us paying the agreed upon $5

T

23:38
Tushar | Persistence
Which is why I had mentioned BTC price from the get go - since we were locking in a trade
23:38
Cant lock one side and not the other in my head

A

23:39
Ashley Richardson Blockchain
I don't think a Bitcoin moving average was ever discussed or we would have chosen another method of payment, since the understanding was a two week moving average regardless of the method of payment.

T

23:39
Tushar | Persistence
Nope nope I sent the BTC average price just as reference
23:39
since the BTC price is moving so much
23:40
it can very well move against us during the course of this txn as well
23:40
That's why wanted buffers
23:40
and thought 45.5 / 46k is best
23:40
But dont want to continuously move the BTC price at which the txn would happen
23:40
to not start in the negative for us
23:41
We are holding our end of the bargain with the 4.94$ price - of course
23:41
Anyway
23:41
pls let me know what works best

A

23:42
Ashley Richardson Blockchain
I can explore what a cash payment would look like of you would prefer? Understood re price action. I think we can agree to where it was the day of the agreement (debatable between 45-47 depending on the time) since we never discussed a moving average for BTC, and split the difference?

T

23:42
Tushar | Persistence
Also depends on how fast you'd be able to transfer
23:42
if its right away
23:43
then we can lock in price
23:43

at 47k as well (although in my mind) - at some level an agreement was at the time I sent the XPRT calcs

A

23:43
Ashley Richardson Blockchain
At the time we locked it was 47 so in her mind we were there, I can make a case for 46 to be fair to you, but I think lower will make the risk feel higher to her to lock
23:44
Transfers should be today/next 24 hours if we can get the agreement signed ;)

T

23:45
Tushar | Persistence
Pls let me know about 46k - i literally went back to the chart to check the price at the time of sending the msg and if I saw correctly it was 45.5k - anyway its not a big deal at all - let me know what would work best
23:45
Let me get back on the agreement right away

A

23:54
Ashley Richardson Blockchain
I want you to feel good about this, and not taken advantage of. To clarify, we didn't discuss locking in a BTC price to the xprt until you sent the email. I (perhaps incorrectly) was under the impression that we were locking in a value for xprt, and that regardless of the currency used it would be market value for $usd as agreed at the time of purchase. In this case, Bitcoin seemed an easier way to transact.

If Bitcoin was at 70k today obviously it would not make sense to proceed with a locked BTC price and would make more sense to use cash. Similarly at 50 it does as well, however I'm aware the xprt discount still exceeds the BTC gains. That being said, of course we honor market movement and want you to feel secure, so we are willing to be reasonable. I think we both saw this differently initially and I felt the need to explain our side - because it's important to me you feel good about whatever we lock in and that Taylor does as well, since this is most valuable long term.

T

23:56
Tushar | Persistence
quick call in 5?

A

23:56
Ashley Richardson Blockchain
And to clarify: similarly if BTC dropped to 40, I would not expect you to honor a higher price. Just FYI.
23:56
Sure

T

23:56
Tushar | Persistence
cool cool
25 August 2021

T

00:17
Tushar | Persistence
Ashley Richardson Blockchain
Outgoing (1056 seconds)
00:17
Pls let me know her email

A

00:19
Ashley Richardson Blockchain
Asking which one she wants me to send. Also, please send me a pdf of the final for a quick review once it's ready

A

08:47
Ashley Richardson Blockchain

FYI, have custody of the first 20 and ready to begin transfer process as soon as Taylor signs.
09:00
Still waiting on the right email, if I don't hear back soon will pick one for her. Know she has had a busy day of reentry.

T

11:18
Tushar | Persistence
Gotcha
11:18
Sounds good
11:18
Let me know which email?
11:18
I'll get it processed this AM IST

A

11:38
Ashley Richardson Blockchain
Just sent to the group
11:40
If you are the one sending directly you can use ███████████████

T

11:41
Tushar | Persistence
It'd be Niharika
11:41
Could I send this email in DM to Niharika
11:41
?
11:41
Versus the group
11:41
She leads finance and compliance

A

11:41
Ashley Richardson Blockchain
Use the first - should be fine: or send her direct

T

11:41
Tushar | Persistence
So has access to all sensitive info

A

11:42
Ashley Richardson Blockchain
I'm not 100% she wants her assist to see it? But then again, she might help to push it in the am.
11:42
Would like to get transfers accomplished, since they are sitting on these wallets
11:42
No pressure

T

11:43
Tushar | Persistence
Haha I can imagine
11:43
Umm so which email finally ?

A

11:43
Ashley Richardson Blockchain

11:43

R-2
RBD-105

Either is fine honestly
11:43
She didn't respond so whatever you chose let's assume it's the right choice ;)

T

11:44
Tushar | Persistence
In reply to this message
Sending to this

A

11:44
Ashley Richardson Blockchain
Sounds good

T

11:44
Tushar | Persistence
Thanks Ashley

A

11:45
Ashley Richardson Blockchain
I'll let her know. Imagine she's sleeping now, it was a long day of meetings in Toronto

T

11:45
Tushar | Persistence
Lmk if you want to start doing txns
11:45
Or your am tomorrow
11:45
XPRT amounts look good
11:45
Saw your email

A

11:45
Ashley Richardson Blockchain
I'm guessing it will be early am my time, so 10-11 hours or so?

T

11:45
Tushar | Persistence
Perfect

A

11:45
Ashley Richardson Blockchain
Is that ok on your end?
11:46
Great. Also, let me know the final amount we will transfer tomorrow. Then we can lock the rate doe the remaining on Sept 7.
11:46
For*
11:46
Sorry
11:47
My calculations at 46k is just under 435
11:47
@4M tokens

T

11:48
Tushar | Persistence

R-2
RBD-106



11:48
Yup
11:48
In reply to this message
Perfect

A

11:48
Ashley Richardson Blockchain
Ok great. So let me know the final amount for tomorrow (3M ish?) and the total to transfer
11:49
Then I can send you an address for the 1.2% as well ;)

T

11:49
Tushar | Persistence
In reply to this message
Yep :))
11:50
In reply to this message
Let's go wallet by wallet and do the txns

A

11:50
Ashley Richardson Blockchain
Sounds good

T

11:50
Tushar | Persistence



11:51
I'll send a spreadsheet with corresponding BTC for each wallet

A

11:51
Ashley Richardson Blockchain
Great, thank you

T

11:53
Tushar | Persistence
Ballpark will be 3M ish. So will have to skip a couple of wallets.
11:53
I'll tell you which ones we are skipping

A

11:53
Ashley Richardson Blockchain
No worries - it will be parked and ready to go.

T

11:53
Tushar | Persistence
Ok to keep same BTC rate for remaining 1M tokens ?
11:53
Even though txn will be ~ 5 sep

A

11:53
Ashley Richardson Blockchain
Yes, seems fair.

T

11:53
Tushar | Persistence
Great

A

11:54
Ashley Richardson Blockchain
The additional 20M we can discuss after we finish this.
11:54
TBC ;)

T

11:54
Tushar | Persistence
Yupp

A

11:56
Ashley Richardson Blockchain
Also total side question; I assume FATF wouldn't impact you too much? Just digging into possible long term hurdles to think ahead.
11:59
And now that they have left town we should setup a marketing meeting for your return.

A

12:38
Ashley Richardson Blockchain
Good to go
12:38
Taylor is ready to sign
12:38
Did you also send to her??

T

12:39
Tushar | Persistence
Sent
12:40
In reply to [this message](this message)

. To this

A

12:42
Ashley Richardson Blockchain
Great. I will let her know.
12:42
Just texting now and she is trying to find it
12:45
Would you be ok with me sending you an email with a very lose understanding that if Taylor needs to withdraw on behalf of a
taxable event before 12 months is over, a) it will not exceed 35% and b) it will be in increments with penalties accrued, agreeable to
your team.
12:45
I don't see it coming, but I know it's a fear and in good faith would be nice to have an email confirmation . Sound good?
12:46
Would honestly only be an issue if price increased 10-100x
12:47
Side note, she is saying she isn't seeing it and to please resend. Have asked her to check her folders

T

12:52
Tushar | Persistence
Yes let's do it - can put price increment and amount to be liquidated. With preference for liquidating staking rewards first

A

12:57
Ashley Richardson Blockchain
Great. I think Taylor may fall asleep, but she said first thing if she doesn't see it tonight.
13:06
Let me know once it is received. I'm going to bed as well, and hopefully when I wake up we can wrap up phase one!
13:07
Have a good day.

T

14:03
Tushar | Persistence
Got it sweet
14:03
Speak tomorrow :)

A

22:37
Ashley Richardson Blockchain
Good morning! Please confirm this is the correct BTC address: ███████████████████████
22:38
Will send a test shortly, and also the email we discussed above. If you can simply confirm receipt and agree to terms, that would be
great.
22:39
Then I am hoping you will get the signed DocuSign shortly and we can begin

T

23:49
Tushar | Persistence
Doing all things and confirming

A

23:57
Ashley Richardson Blockchain
To confirm: we are sending 326.09 BTC today?

T

23:58
Tushar | Persistence
In reply to this message
Correct
26 August 2021

A

00:09
Ashley Richardson Blockchain
Ok got it. Sending some tests shortly.

A

00:27
Ashley Richardson Blockchain
Taylor received the contract, just having some trouble opening, but her IT guy will help her shortly

A

01:05
Ashley Richardson Blockchain
Just sent six BTC tests to the following address: ██████████████████████

In the amounts of:

.0005
.0006
.00027
.0008
.0009
.00011
01:05
Please confirm when all six are received

T

01:13
Tushar | Persistence
Checking
01:23
In reply to this message
Received all
01:23
thank you
01:25
In reply to this message
Done

A

01:25
Ashley Richardson Blockchain
Great. She's with her IT guy now so I imagine it will be coming through.
01:25
Also if you could please reply to my email, that would be

T

01:26
Tushar | Persistence
In reply to this message
Just done
01:26
Just added one point that this would happen in case of a sharp increase in XPRT valuation

A

01:26
Ashley Richardson Blockchain
Sounds good. I don't anticipate this would happen before April, if at all, FYI.

T

01:26
Tushar | Persistence
████████████████████████████

A

01:27
Ashley Richardson Blockchain
So not on the bear future

RBD-110

T

01:27
Tushar | Persistence
In reply to this message
will start with this one

A

01:27
Ashley Richardson Blockchain
Near*

T

01:27
Tushar | Persistence
as its the smallest
01:27
In reply to this message
gotcha
01:27
yes

A

01:27
Ashley Richardson Blockchain
By then plenty of time has passed and hopefully the 35% would make up the difference
01:27
APY, that is

T

01:28
Tushar | Persistence
ah yes
01:28
staking rewards themselves would be huge
01:28
now that the $ amount has gone up from 40M to ~60M+

A

01:28
Ashley Richardson Blockchain
Yes! Excited for that.

Also sending you my wallet address to send the % as you go. We can start with a test there as well.

T

01:29
Tushar | Persistence
sure thing
01:29
will send a test
01:40



01:41
Ashley Richardson Blockchain
Outgoing (21 seconds)

A

01:47
Ashley Richardson Blockchain
Tushar | Persistence
Incoming (360 seconds)
01:49
Tushar | Persistence
Incoming (31 seconds)

A

02:06
Ashley Richardson Blockchain
Let me know if you want to send a revised spreadsheet. Just want to figure out which amounts I'm sending. I figure we will do
small first and when it's received and you transfer xprt - we move to the next.
02:06
4 transfers total - unless you want me to send in smaller increments?

T

02:08
Tushar | Persistence

██████████████████████████████████████████

02:08
5 txns
02:08
888,000.00
777,000.00
477,000.00
620,000.00
238,000.00
02:08
BTC

96.52
84.46
51.85
67.39
25.87

A

02:18
Ashley Richardson Blockchain
Got it
02:31
FYI - my xprt address for text ██████████████████████████████
02:31
Going to begin with the 25.87 now!

Tushar | Persistence    pinned this message

T

02:38
Tushar | Persistence
Sounds good

A

02:47
Ashley Richardson Blockchain
25.87 sent
02:49
███████████████████████████████████████████████████

T

02:54
Tushar | Persistence
Back on my desk in 10

A

03:00
Ashley Richardson Blockchain
Ok! Please keep me posted

T

03:14
Tushar | Persistence
25.87 well received
Tushar | Persistence          pinned this message

A

03:14
Ashley Richardson Blockchain
Great. Let me know when you have sent the xprt and once it is received will send 51.85

T

03:18
Tushar | Persistence
███████████████████████████████████████████████████
03:18
In reply to this message
238k XPRT

A

03:27
Ashley Richardson Blockchain
Received!

T

03:27
Tushar | Persistence
Awesome

A

03:27
Ashley Richardson Blockchain
Sending the next amount now, 51.85
03:34
51.85 sent

T

03:34
Tushar | Persistence
looking out

A

03:35
Ashley Richardson Blockchain
██████████████████████████████████████████

T

03:37
Tushar | Persistence
51.85 received
03:38
████████████████████████████████████████████████████████████

A

03:38
Ashley Richardson Blockchain
Great.

T

03:39
Tushar | Persistence
In reply to this message
477k XPRT

A

03:39
Ashley Richardson Blockchain
Also please let me know when you have a moment to do the text for my address as well, I'll keep an eye ;) want to test first if it's ok.

T

03:40
Tushar | Persistence
In reply to this message
1.01 test txn sent
03:40
██████████████████████████████████████████

A

03:43
Ashley Richardson Blockchain
477k xprt received!

T

03:43
Tushar | Persistence
awesome

A

03:43
Ashley Richardson Blockchain
Sending 67.39 BTC now

T

03:44
Tushar | Persistence
Looking out

A

03:49
Ashley Richardson Blockchain
67.39 sent
03:49
████████████████████████████████████

03:50

1.01 test received

T

03:50
Tushar | Persistence
In reply to this message
great
03:51



03:51
will send you 36437.25 XPRT
03:51
to that address
03:51
if good
03:51
for 15M txn in total
03:52
In reply to this message
received

A

03:52
Ashley Richardson Blockchain
Great - figured it would be off of the 15 for today
03:53
FYI the additional 20 is in my custody, she is asking about a possible added 10. We can discuss

T

03:53
Tushar | Persistence
In reply to this message
could we convince her to buy ATOMs

A

03:53
Ashley Richardson Blockchain
I would like to

T

03:53
Tushar | Persistence
and then add liquidity to pSTAKE

A

03:54
Ashley Richardson Blockchain
Yep. That's what I was thinking

T

03:54
Tushar | Persistence
It would give her huge returns
03:54
I'll walk you through the numbers on a call next week
03:54
And the mechanism

A

03:54
Ashley Richardson Blockchain
Let's discuss what that would look like at 10M and could you arrange an OTC transaction?
03:54
Great

03:54
In reply to this message
Great

T

03:54
Tushar | Persistence
In reply to this message
for ATOMs? Yes
03:55

████████████████████████████████████████████

03:55
In reply to this message
620k XPRT

A

03:57
Ashley Richardson Blockchain
Received!

T

03:57
Tushar | Persistence
sweet!

A

03:57
Ashley Richardson Blockchain
This is more fun than I expected

T

03:57
Tushar | Persistence
Ha

A

03:58
Ashley Richardson Blockchain
Sending 84.46 now

T

03:58
Tushar | Persistence
got it
03:59
In reply to this message
Have to stay detached from the numbers
04:00
Transferring these amounts - I remember using a desktop electrum wallet back in 2017 to 'sweep' what was my entire bitcoin holdings back in 2017
04:00
Nerve wrecking

A

04:00
Ashley Richardson Blockchain
Omg
04:01
It really is about detaching - helps it's 84.46
04:01
That seems totally normal?! If you don't apply it ;)
04:03
84.46 sent!
04:03

████████████████████████████████████████████

04:04

I'm just trying to keep myself from looking at the USD Column

T

04:04
Tushar | Persistence
In reply to this message
:)
04:04
In reply to this message
looking out

A

04:16
Ashley Richardson Blockchain
Maybe I spoke of fun too soon

T

04:16
Tushar | Persistence
haha
04:16
still not in

A

04:16
Ashley Richardson Blockchain
I know I keep checking
04:17
I think I accidentally chose a slower speed - it's 16 out of 17 confirmations

T

04:17
Tushar | Persistence
ah cool cool

A

04:17
Ashley Richardson Blockchain
Normal? The others were much faster.

I'll just be breathing into a paper bag if you need me ;)
04:24
Sorry - not sure how to add to the fee on BTC ledger, it's got one confirmation to go

T

04:24
Tushar | Persistence
received :)

A

04:25
Ashley Richardson Blockchain
Oh thank god - shit
04:25
Hahaha

T

04:32
Tushar | Persistence

04:32
In reply to this message
777000 XPRT sent

A

04:32
Ashley Richardson Blockchain
Received!

T

04:32
Tushar | Persistence
great

A

04:33
Ashley Richardson Blockchain
Ok - 96.52, last transfer for today correct?

T

04:33
Tushar | Persistence
yepp

A

04:39
Ashley Richardson Blockchain
96.52 sent!
04:39
████████████████████████████████

T

04:40
Tushar | Persistence
received
04:40
this one was quick

A

04:40
Ashley Richardson Blockchain
Wow
04:40
Awesome

T

04:43
Tushar | Persistence
████████████████████████████████████████
04:43
In reply to this message
This is for you!!
04:43
Thanks for the patience :)
04:44
truly grateful for you having made this happen

A

04:44
Ashley Richardson Blockchain


T

04:44
Tushar | Persistence
Makes us much stronger as a project truly

A

04:44
Ashley Richardson Blockchain

R-2
RBD-118

Amazing! I feel it - and I'm super excited

T

04:44
Tushar | Persistence
And we can be much more aggressive

A

04:44
Ashley Richardson Blockchain
Hopefully this helps you enjoy your birthday a bit more

T

04:45
Tushar | Persistence
Haha
04:46
I never think of it like that
04:46
But sure :)
04:46

████████████████████████████████████████

04:46
In reply to this message
880k XPRT

A

04:47
Ashley Richardson Blockchain
Awesome - thanks so much for helping make this as smooth as possible.
04:47
We're both excited to dig in and help in any way we can, genuinely.
04:47
Think on it, and let's create a plan for the remaining 35M ;)

T

04:47
Tushar | Persistence
Ha nice
04:48
yes let's do it

A

04:49
Ashley Richardson Blockchain
Also - 888k xprt received!

T

04:49
Tushar | Persistence
awesome

A

04:49
Ashley Richardson Blockchain
We did it ;)
04:49
Now for phase two.

T

04:49
Tushar | Persistence
8 is very auspicious in China
04:50
good number to end on

A

04:50
Ashley Richardson Blockchain
I also just had 8 wallets with 108 BTC ☺

T

04:50
Tushar | Persistence
BTC will get stuck and have resistance at 88,888 USD one day

A

04:52
Ashley Richardson Blockchain
Yes - and 8 infinity, tried to stay with some auspicious numbers and relevant numbers. Excited for the next chapter.

Marketing meeting and a proper brainstorm when you return.

T

04:53
Tushar | Persistence
Looking forward
04:53
Thanks Ashley

A

05:01
Ashley Richardson Blockchain
Enjoy your trip!

T

05:10
Tushar | Persistence

30 August 2021

A

22:59
Ashley Richardson Blockchain
Hi Tushar! Hope you have had a wonderful birthday and a great trip. Let me know when you return, and we can set a time to discuss next steps re: the remaining investment, validator nodes, etc.

Safe travels!
31 August 2021

T

00:02
Tushar | Persistence
Thanks Ashley
00:02
I am back :)

A

00:09
Ashley Richardson Blockchain
Great! Welcome back      let me know if you have time for a call later today or tomorrow, and we can discuss. FYI - the lawyers are concerned about the custody being solely with your team for the next round… Have a few ideas of possible solves that I would love to discuss on that front.

In the meantime, Taylor is also open to purchasing Atom and liquid staking. Would be great to walk through the timelines and understand the security/risks and where you are in the de-bugging process.
00:10
Also, will reach out to the marketing group about a meeting this week as well. Great if you can join, or I can do a first round with them directly.

T

00:13
Tushar | Persistence
Let's do a call, yes
00:14
12:30 pm today?

A

00:14
Ashley Richardson Blockchain
Perfect.

T

00:14
Tushar | Persistence
Speak then
00:14
In reply to this message
Your time of course

A

00:15
Ashley Richardson Blockchain
Yes I figured, that works well. Have it in my calendar.

T

00:15
Tushar | Persistence
Perfect

T

02:51
Tushar | Persistence
Hey Ashley
02:52
Ok if we do our call tomorrow your am?
02:52
Wanted to crash early tonight

A

02:55
Ashley Richardson Blockchain
Sure - no problem.
02:56
Let me know an approximate time and we will make it work. This week is much more flexible , thankfully.

T

03:06
Tushar | Persistence
9/10 am

A

03:09
Ashley Richardson Blockchain
Great, speak then.

A

12:00
Ashley Richardson Blockchain
Hey Tushar - let me know if you are still available to speak soon. If its not a good time, happy to hop on a call early am PST. Just let me know

T

12:54

Tushar | Persistence
Free now ?
12:54
I can call in 5

A

12:54
Ashley Richardson Blockchain
Yep now is good

T

13:40
Tushar | Persistence
Ashley Richardson Blockchain
Outgoing (2334 seconds)

A

15:00
Ashley Richardson Blockchain
Because it was driving me mad, and then I finally remembered! Mananthavady, that was the place. I used to spend time there. Not too far, also not close ;)
15:01

1 September 2021

T

00:21
Tushar | Persistence
interesting

A

03:07
Ashley Richardson Blockchain
Not a beautiful tourist destination, but beautiful… and the people were incredible.
03:07
Any word on the multi sync?
03:08
Hoping to clarify all with Taylor today. Separately, once we stake xprt will we have to unstake in order to utilize p-stake?
03:09
And do you have a timeframe on when it will be available for xprt?

T

03:09
Tushar | Persistence
In reply to this message
unfortunately yes

A

03:10
Ashley Richardson Blockchain
No problem. Just think perhaps we save some from the second round for pstake, possibly
03:10
Unless it isn't going to be avail for some time

T

03:10
Tushar | Persistence
In reply to this message
makes sense
03:11
In reply to this message
checking
3 September 2021

A

00:19
Ashley Richardson Blockchain
Hey Tushar, I think we will opt to custody the remainder, and Taylor is open to delegating across multiple nodes, we should discuss.

In the meantime, please let me know the status of the other nodes, and if I can help get them set up. Etc.

Also would like to schedule a marketing conversation when the team is ready. Reached out to Abitej, let me now if there is anyone else I should be in contact with.

T

00:57
Tushar | Persistence
Will set up the other 2 nodes
00:57
Spoke to my CTO today

A

01:15
Ashley Richardson Blockchain
Ok great.

T

04:15
Tushar | Persistence
what would you like to call these nodes?
04:23
https://www.mintscan.io/persistence/validators
04:23
Like you'd see the current 50 names here

A

04:23
Ashley Richardson Blockchain
Great! I am checking with Taylor, will circle back soon.
04:23
:)

T

04:24
Tushar | Persistence
Sounds good
04:24
We are also expanding our validator set to 75
04:25
So ideally if with the first 4M we could do with exisiting nodes
04:25
By the time you get the 2nd 4M
04:25
We would have passed a governance proposal to expand the number of validators to 75 (governance proposal also takes 21 days to pass)
04:25
So you wont be kicking out 2 current nodes
04:25
When your node is set up

R-2
RBD-123

A

04:26
Ashley Richardson Blockchain
Ah, ok. That's helpful

T

04:26
Tushar | Persistence
Like I mentioned, the 2nd 4M will be undelegated on 6 Sep and you'd get them on 27 Sep

A

04:27
Ashley Richardson Blockchain
Got it

T

04:27
Tushar | Persistence
So your nodes can be up by then as well
04:27
and the proposal to expand validator set would pass through by then as well
04:27
Let me advise you tomorrow on where to delegate the existing 3M
04:30
and the 1M that gets transferred to you on 6 Sep

A

04:30
Ashley Richardson Blockchain
Sounds good. FYI - we were going to make one Node mine and one Taylor's

T

04:30
Tushar | Persistence
Gotcha

A

04:30
Ashley Richardson Blockchain
The one for me could have the additional participants. TBC

T

04:30
Tushar | Persistence
Perfect
04:31
The name could be ABSOLUTELY anything in the world
04:31
:)
04:31
So you can be creative

A

04:31
Ashley Richardson Blockchain
For her it will be likely! Lol

I'm trying to give it a bit more tonight.
04:31
Thought

T

04:31
Tushar | Persistence

'Persistence Bull' ;)

A

04:31
Ashley Richardson Blockchain
Ha! Love
04:32
That's a good one for her, I'll suggest it

T

04:32
Tushar | Persistence
'XPRT Lover' ;)
04:32
I am just spitballing
04:32
it looks more authetic
04:32
if a node with a large holding suddenly comes up
04:32
there's questions

A

04:32
Ashley Richardson Blockchain
Yeah - I am excited

T

04:33
Tushar | Persistence
but with one of the 2 nodes with a name like that
04:33
we can just say
04:33
that some whales might be acquiring

A

04:33
Ashley Richardson Blockchain
Hoping I can brand mine and have some sort of story - additional opportunity around it

T

04:33
Tushar | Persistence
qhich is a positive signal
04:33
In reply to this message
perfect yes

A

04:33
Ashley Richardson Blockchain
I think so too
04:33
It's is a great sign
04:34
Let's plan time whenever it's good to do a deeper dive in terms of what you and the org need.

I'm now much more committed to helping connect the dots in any way I can
04:35
No idea how you deal with the pressure ;)

T

04:36
Tushar | Persistence
In reply to this message

Thanks Ashley
04:36
In reply to this message
Ha
04:36
I've had good support around me
04:36
To level up constantly

A

04:37
Ashley Richardson Blockchain
Side note: so you want us to use figment? I know their commission is high, but I'm also talking to Lorien next week! So I figured it
would be a pleasant surprise

T

04:37
Tushar | Persistence
Ummm
04:37
Ideally not
04:37
Cause they already have a lot of delegations
04:37
On their node

A

04:37
Ashley Richardson Blockchain
No worries at all
04:37
I saw

T

04:37
Tushar | Persistence
Partially you can

A

04:37
Ashley Richardson Blockchain
I won't mention it then ;)

T

04:37
Tushar | Persistence
Let me send you the split by tomorrow

A

04:37
Ashley Richardson Blockchain
Nah, no need. I mean... 10%!

T

04:37
Tushar | Persistence
On how to delegate the 4M
04:37
In reply to this message
Ha true

A

04:39
Ashley Richardson Blockchain
Meanwhile I may have questions next week, because Taylor's financial advisors are starting to hound me.
04:40

It's her money - she's confident, I think they just want to know that there's some thought about impact of future (potential) regulations

T

04:40
Tushar | Persistence
gotcha
04:40
happy to answer

A

04:40
Ashley Richardson Blockchain
Doing a lot of my own homework, but would be good to become more fluent in that regard.

T

04:40
Tushar | Persistence
absolutely
04:41
deal with the suits

A

04:41
Ashley Richardson Blockchain
It's hilarious
04:41
Oh sorry! Accidental capture of the dogs
04:43
Also Taylor's daughter is super intrigued by the potential of Asset Mantle, so when the time is right if there can be any assistance from our end happy to help.
04:45
Final note, before I jump on a call: I'm sure you're thinking if it, but if we give any of her tokens to influencer nodes happy to help broker a trade in return for coverage ;)
04:46
You know what is needed, just hopeful it goes towards deepening some strategic alliances

T

04:47
Tushar | Persistence
In reply to this message
Absolutely
04:47
Will keep figuring out and executing various points of alignment and synergies
04:48
In reply to this message
Umm you mean extract more value from the influencer?
04:48
in return for delegating tokens to the influencer's node?

A

04:49
Ashley Richardson Blockchain
In reply to this message
Yeah, that was the idea. No idea if that is even kosher, but I like the idea of added content and promotion to the web. At the very least: good vibes
04:49
As in tokens to Altcoin Psycho = added promotion of his earnings
04:50
I'm sure there are others, and leave it to you entirely

T

04:51
Tushar | Persistence
Absolutely it's how it works
04:51

This would be awesome

A

04:53
Ashley Richardson Blockchain
AmazIng. I'm fully down the rabbit hole now, excited. Late for you so I'll circle back when I have name ideas.

T

04:53
Tushar | Persistence
Perfect
04:53
Later Ashley

A

04:57
Ashley Richardson Blockchain
Taylor loves Persistence Bull ;)

A

07:34
Ashley Richardson Blockchain
https://www.theglobeandmail.com/business/article-venture-capital-firms-are-staking-claims-in-new-cryptocurrency/

T

12:50
Tushar | Persistence
In reply to this message
Nice
12:52
In reply to this message
Very cool
12:52
Makes you realise how early we are and how small the space still is

A

12:52
Ashley Richardson Blockchain
So early!

T

12:52
Tushar | Persistence
█████████ reached out to us with a potential acquisition for ████
12:52
Cause they want to expand to asia

A

12:52
Ashley Richardson Blockchain
Woah - that's amazing

T

12:53
Tushar | Persistence
Still speaking to them

A

12:53
Ashley Richardson Blockchain
And crazy

T

12:53
Tushar | Persistence

Would love to partner with them or have them have a stake
12:53
But not sell
12:53
To early to sell

A

12:53
Ashley Richardson Blockchain
Yeah, not sell. Too valuable
12:53
Too early

T

12:53
Tushar | Persistence
Yup

A

12:53
Ashley Richardson Blockchain
But, good partnership

T

12:53
Tushar | Persistence
Indeed

A

12:54
Ashley Richardson Blockchain
The funniest thing… I sent it to Taylor, who replied:
12:54
Have to re boot my account ( Wouldn't know we owned the globe !)

T

12:56
Tushar | Persistence

12:59
Let's def sync up on the marketing side as well

A

13:04
Ashley Richardson Blockchain
Yes please. Next week is good, then things get a little crazy again.

T

13:08
Tushar | Persistence
Sure thing

A

13:14
Ashley Richardson Blockchain
And I think Asset Mantle might be what gets you on the map… partner and keep them close if you can. Could be a huge strategic
advantage
13:15
If there's ever a way I can help from this side of the world, I'm also a biz dev ninja ;)
13:15
(And humble)

T

13:52
Tushar | Persistence

RBD-129

In reply to this message
absolutely
13:52
In reply to this message
ALWAYS pls
13:52
I think all the 10x activities
13:52
Like the Taylor deal - is a 10x play for us
13:52
BTW the main custodian for Taylor is Anchorage?

A

13:53
Ashley Richardson Blockchain

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Next messages

Ashley Richardson Blockchain
Previous messages
3 September 2021

T

13:53
Tushar | Persistence
Can get her to put pressure on Anchorage to support XPRT

A

13:53
Ashley Richardson Blockchain
But if you want an in there, they have incentive… because she's about to get her own vault ;) ha
13:53
Yeah we could
13:54
She would stay if it made sense for xprt
13:54
And would love them to hold it honestly, if it was stakeable

T

13:54
Tushar | Persistence
typically cusotdians do this if large holders put pressure on them as a requirement

A

13:54
Ashley Richardson Blockchain
Also… you are now on the radar of all the ledger vault team

T

13:54
Tushar | Persistence
anchorage stakes from what I know
13:54
In reply to this message
nice

A

13:55
Ashley Richardson Blockchain
They said they can instantly add xprt but not stake, yet.
13:55
Anchorage also uses vault tho
13:55
So I think when vault is working they can, and they said they would fast track for Taylor also
13:56
She had Bitcoin at Genesis, but she's moving it now
13:56
Last call for them if there's interest
13:56
She would leave some parked, most likely

T

13:57
Tushar | Persistence
In reply to this message
on the back end?

A

13:57
Ashley Richardson Blockchain
I believe so
13:57
Could be wrong, but it's the exact same structure, and the ledger guys did not deny it

T

13:58
Tushar | Persistence
In reply to this message
this is for ledger vault?

A

13:58
Ashley Richardson Blockchain
Yes

T

13:58
Tushar | Persistence
got it

A

13:58
Ashley Richardson Blockchain
It works on nano, not fault
13:58
Vault

T

13:58
Tushar | Persistence
could we put pressure on them to do this pls?
13:58
would be great!

A

13:58
Ashley Richardson Blockchain
Vault is behind - it's the industrial solution

T

13:58
Tushar | Persistence
yup I just read about it

A

13:58
Ashley Richardson Blockchain
They can't even do NFT!

T

13:59
Tushar | Persistence
In reply to this message
of course not lol

A

13:59
Ashley Richardson Blockchain
Big issue for them, since clients like visa are buying
13:59
But I'll tell them it's the deal breaker and it will speed up

T

14:00
Tushar | Persistence
yep yep

A

14:00
Ashley Richardson Blockchain
Really it was just me wanting to not have the wallets          but seriously… I do think it's a better overall solution for someone like
Taylor.

T

14:01
Tushar | Persistence
agreed

A

14:01
Ashley Richardson Blockchain
If you have someone like me to organize/manage

T

14:01
Tushar | Persistence
yes

A

14:02
Ashley Richardson Blockchain
But they wrote down all xprt info and I believe the team is already on it… let me know if there are other things to push
14:02
From a consumer perspective
14:02
I have a meeting with their tech team next week

T

14:02
Tushar | Persistence
a big part of it becoming more institutionalised for us
14:02
so bitgo anchorage ledger vault providing support
14:03
blockdaemon providing staking infra support

A

14:03
Ashley Richardson Blockchain
Yes I figured. I think this will be a big help

T

14:03
Tushar | Persistence
In reply to this message
awesome
14:03
this will allow us to go after bigger and bigger institutional players

A

14:03
Ashley Richardson Blockchain
Awesome. I will push, I think Taylor will be the incentive. They already told me they would fast track… then it's ready to go

T

14:03
Tushar | Persistence
this was my motivation in terms of going after some sort of investment/partnership etc with ███████  team alos
14:04
████████████████
14:04

and ████████████ will probably be the only publicly listed staking company
14:04
in the near future

A

14:04
Ashley Richardson Blockchain
Yes, exactly. I think firing on all cylinders simultaneously puts you in the best position

T

14:04
Tushar | Persistence
yepp

A

14:05
Ashley Richardson Blockchain
And we work on Anchorage simultaneously while they work it out
14:05
I'll have Taylor setup a call, they have incentive to keep her

T

14:05
Tushar | Persistence
sounds perfect
14:05
any payment that we need to make

A

14:05
Ashley Richardson Blockchain
She's moving her Bitcoin as well.

T

14:05
Tushar | Persistence
we are happy to make
14:05
In reply to this message
in case anchorage asks
14:06
of course intially the pressure should just be put from the client (taylor) to want support

A

14:06
Ashley Richardson Blockchain
We will sort it - I feel like they won't mention it to Taylor, but I can facilitate and intro

T

14:06
Tushar | Persistence
In reply to this message
but if they indicate they can fast track by some sort of financials involved - then we can take them up on that

A

14:06
Ashley Richardson Blockchain
She will get them to get it done… and then she will have to keep some on the ledger too, ha.

T

14:07
Tushar | Persistence
sounds good

A

14:07
Ashley Richardson Blockchain
Got it. I think fast track will be ledger
14:07
Since that is what they are using… but let's find out
14:07
Also… I know it isn't available in the US, but Taylor knows the head of coinbase

T

14:08
Tushar | Persistence
we'll be working with ███ to push for coinbase as well
14:08
if she can simultaneously put in a good word

A

14:08
Ashley Richardson Blockchain
Great

T

14:08
Tushar | Persistence
that'd be awesome

A

14:08
Ashley Richardson Blockchain
It's a casual connection, I think they wanted her to invest

T

14:08
Tushar | Persistence
with exchanges - need multiple folks to push simultanesouly

A

14:08
Ashley Richardson Blockchain
She didn't, but they know her for sure

T

14:08
Tushar | Persistence
yea

A

14:08
Ashley Richardson Blockchain
It would mean something

T

14:08
Tushar | Persistence
its all about pushing
14:09
and persistence ;)
14:09
they eventually relent

A

14:09
Ashley Richardson Blockchain

Exactly! Ha
14:09
I don't think she has a binance contact, but figure you have that side covered?
14:09
Can check
14:14
Ok crashing, I hope. More tomorrow

T

14:36
Tushar | Persistence
In reply to this message
Little tricky with binance
14:36
If you have an in, would be great to get an intro as well
14:36
Although we're in touch
14:39
But bit of a black box inside the organisation
14:39
They fired a lot of people recently for taking bribes
14:39
So my connections are no longer working there

A

14:42
Ashley Richardson Blockchain
Yeah - I know it's crazy there, and maybe not even the most strategic. Taylor has crazy connections so it's probably just a matter of finding the right person. She would never think to ask them for anything, but I have a feeling she will be excited to help where she can.

T

14:55
Tushar | Persistence
I think it's just about the right intro from the right person
6 September 2021

T

18:46
Tushar | Persistence
Hey Ashley good to do the txn in an hour from now for 1M XPRT
18:46
Let me know if that works
18:47
Anytime post 6 am PT

T

21:32
Tushar | Persistence
I have put the validators to whom the 4M XPRT should be delegated in Column F
21:32
████████████████████████████████████████████
21:32
Have considered a wide variety of things to arrive at these numbers
21:35
As soon as you delegate, I will undelegate 4M XPRT tokens and deliver them to you on 27/28 Sep (post the 21 day unbonding period)

A

22:40
Ashley Richardson Blockchain
In reply to this message
Great, let me know if you want me to send it all at once or in increments, plus amounts.
22:40
Also let me know if the receiving BTC address is still the same
22:42

A

23:15
Ashley Richardson Blockchain
Also noticing the variation on APR for the nodes (as well as the obvious range in commission). Could you confirm what the APR will be on the two nodes being created for us?
7 September 2021

A

00:03
Ashley Richardson Blockchain
Also I just realized the last three amounts were already listed out, let me know what time you would like to transfer
00:03
I have a call with Abitej at 11:30 IST
00:03

00:04
This should be the breakdown of the remaining amounts
00:05
If we can do a test amount to those three before we begin, that would be great.

T

00:09
Tushar | Persistence
In reply to this message
Still the same
00:10
In reply to this message
Yes pls
00:11
Pls give me 30-40mins

A

00:12
Ashley Richardson Blockchain
No rush at all. Its a holiday here, and I am moving a bit slow this morning ;)

T

00:12
Tushar | Persistence
Ah yes
00:12
Of course
00:13
Also wanted to check on the balance 20M purchase
00:13
My understanding was that it would happen at the same 46k price but don't remember exactly the outcome from previous convo
00:13
As soon as you stake, I'll unstake 4M coins

A

00:15
Ashley Richardson Blockchain
Yes, we confirmed price would remain the original ageeed upon amount. Also… about that she is still asking for an additional amount, ideally to double. I'm wondering if that is an option, or perhaps we split the difference and go with 30M? Let me know your thoughts

T

00:16
Tushar | Persistence
You mean 30M purchase instead of 20M additional?

A

00:16
Ashley Richardson Blockchain
Yes
00:16


00:16
So, 50 total.
00:17
Well, she wants 60 tbh so I need to ask you for that as well - but I am trying to talk her down to 50
00:17
Think about it and let me know
00:18
Also - she is super friendly with the head of coinbase (it turns out) and excited to reach out to him. So that's a good sign
00:18
Apparently she got on really well with his wife and they have stayed in close touch. Not sure what that will do, but hopefully something

T

00:20
Tushar | Persistence

00:20
Let me revert

A

00:22
Ashley Richardson Blockchain


T

00:26
Tushar | Persistence
Btw for the final 10M would you be open to using an updated price based on the latest 14 day TWAP?
00:26
40M I had committed to so will keep my word
00:26
At 4.94/5$
00:26
In reply to this message
But curious on this

A

00:28
Ashley Richardson Blockchain
I'll ask, my guess is there will be some hesitation, and obviously that would mean if we revert pricing on xprt we would go with the current BTC price as well (of course, more upside for you on that still ;)
00:29
Maybe if we did 10 at the old price and 10 at the new 14 day, that could work? If you are open to 60, that is. Or perhaps with the last 60 the upside in the increased price is more flexibility on the terms/lock.
00:31
FYI - she still has $ carved out for atom
00:31
In the amounts we discussed - this would be in addition

T

00:39
Tushar | Persistence
ok let me think about it - sleep on it
00:40
██████████████████████ confirmed
00:41
you want to start with 23.91 BTC?
00:43
As of now - transactions that are confirmed (pls let me know if my understanding is incorrect)

5M in BTC at 46k and XPRT at $4.94 to be executed today

20M in BTC at 46k and XPRT at $4.94 to be executed on 27 September

A

00:47
Ashley Richardson Blockchain
Correct

T

00:49
Tushar | Persistence
cool
00:50
In reply to this message
you'll let me know once you execute this?
00:51
I'll send over XPRT to the corresponding Persistence address
00:51
In the spreadsheet

A

00:53
Ashley Richardson Blockchain
Yes - confirm same address as before?

T

00:55
Tushar | Persistence
Confirmed
00:56
████████████████████████
00:56
In reply to this message
same as before

A

01:05
Ashley Richardson Blockchain
For good order, just sent a test amount of .0005

T

01:05
Tushar | Persistence
looking out

A

01:09
Ashley Richardson Blockchain
23.91 ready to send as soon as it is confirmed
01:13
████████████████████████████████████
01:14
Just slow because of activity you think?

T

01:16
Tushar | Persistence
In reply to this message
Well received
01:16
Pls send balance
01:17
Can do in one shot also if you'd like :)
01:17
Your call

A

01:17
Ashley Richardson Blockchain
23.91 sent
01:18
Thankfully it's just three today
01:19

███████████████████████████████████

T

01:20
Tushar | Persistence
Driving for next 20 mins

A

01:20
Ashley Richardson Blockchain
Lol ok

T

01:20
Tushar | Persistence
Will do XPRT as soon as I get home

A

01:20
Ashley Richardson Blockchain
No worries

T

01:48
Tushar | Persistence

██████████████████████████████████

01:48
220k XPRT

A

01:49
Ashley Richardson Blockchain
Received
01:49
Did you receive the BTC?

T

01:50
Tushar | Persistence
ah yes received 23.91 BTC

A

01:51
Ashley Richardson Blockchain
Great
01:51
Sending 32.61 now
01:54
Sent

T

01:54
Tushar | Persistence
Looking out
01:58
32.61 received

A

01:58
Ashley Richardson Blockchain
Great

T

02:00
Tushar | Persistence

███████████████████████████████████████████████████
02:00
In reply to this message
300k XPRT

A

02:00
Ashley Richardson Blockchain
Received!

T

02:00
Tushar | Persistence
awesome

A

02:00
Ashley Richardson Blockchain
Transferring 52.17 now

T

02:00
Tushar | Persistence
looking out

A

02:03
Ashley Richardson Blockchain
Sent
02:04
████████████████████████████████████████████
02:14
Oh this is always the fun part
02:15
Side note: believe for me this round would be 12,144.45 xprt ;)
02:20
Has it arrived?

T

02:22
Tushar | Persistence
received
02:24
███████████████████████████████████████████████████

A

02:24
Ashley Richardson Blockchain
Awesome

T

02:24
Tushar | Persistence
In reply to this message
this one

A

02:24
Ashley Richardson Blockchain
Received 480k xprt!
02:25
In reply to [this message](#)
Yes - thank you

T

02:26
Tushar | Persistence

████████████████████████████████████████████████
02:26
In reply to [this message](#)
Done :)

A

02:28
Ashley Richardson Blockchain
Awesome - thank you!
02:29
Received
02:29
Should we plan to talk tomorrow? Or later… know I put out a lot to think about, so happy to let you sleep on it and circle back
later
02:30
Let me know. May have some questions re staking, but can reserve those for tomorrow as well.

T

02:54
Tushar | Persistence
In reply to [this message](#)
Let's talk tomorrow

A

02:54
Ashley Richardson Blockchain
Sounds good

T

02:55
Tushar | Persistence
In reply to [this message](#)
Let's do those tomorrow as well if ok with you?

A

02:55
Ashley Richardson Blockchain
Side note… purchased a bunch of URL's
02:55
May send you some do the names and see what you think, node wise.
02:57
In reply to [this message](#)
Absolutely. Tomorrow is better for me honestly.

T

02:59
Tushar | Persistence
In reply to [this message](#)
Perfect
02:59
In reply to [this message](#)
Done
02:59

Speak tomorrow then
02:59
Enjoy the holiday :)

T

17:32
Tushar | Persistence
In reply to <u>this message</u>
this is completely your call honestly
8 September 2021

A

12:27
Ashley Richardson Blockchain
Congrats on Huobi

T

13:24
Tushar | Persistence
Thank you Ashley
13:24
Not the best day
13:24
But from longer term perspective it's great
13:24
Now easier to hit binance and coinbase

A

13:58
Ashley Richardson Blockchain
Absolutely. It's great news. Hope the rest of the day is a good one… the coordinated efforts and increased regulatory conditions
are disconcerting, though not a surprising.

Let's catch up tomorrow! Going to sleep for a bit now.
13:58
Surprise*

T

13:59
Tushar | Persistence
Indeed
13:59
Lets catch up tomorrow
13:59
Will get your initial 4M coins staked as well

A

13:59
Ashley Richardson Blockchain
Yes ;)

T

13:59
Tushar | Persistence
And then we'll undelegate the remaining 4M

A

13:59
Ashley Richardson Blockchain
I feel like I may need a little bit of assistance. Side note: maybe I was viewing it wrong, but it seems cryotocito had no APY?
14:00
If that's possible

T

14:00

Tushar | Persistence
cryptocito needs to be brought in the active set
14:00
I'll get that done

A

14:01
Ashley Richardson Blockchain
Good initial talks with Abhitej today as well. Feel there is much to do, hiking to create a punch list of what is most urgent, but also
think it is paramount to tighten up branding/materials/messaging.
14:01
Hoping to create a forested trajectory that works for everyone.

T

14:02
Tushar | Persistence
In reply to this message
yep indeed - your insights would be great

A

14:02
Ashley Richardson Blockchain
We can discuss what that looks like once we have it laid out.

Happy about Huobi, it's a big win.

T

14:02
Tushar | Persistence
just pushing through changes
14:02
In reply to this message

14:02
Been in the works for a while :)

A

14:02
Ashley Richardson Blockchain
I assumed ;)
14:03
You are very good at secrets ;)
14:03
Good sign
14:04
I'm excited for the team and what lies ahead, for everyone.

Also genuinely think there is some very cool alliances with the Thomson's and the asset mantle space.

If you are still heading to Art Basel let me know. Not sure yet if we will make it, but if not plenty of intros to offer up. Maybe you
could even come to California after ;)

T

14:05
Tushar | Persistence
In reply to this message
Have to be :)

A

14:05
Ashley Richardson Blockchain
If not now, soon. We need to find time. And I probably need to get back to India at some point soon - so there's that.

T

14:05

Tushar | Persistence
In reply to this message
Absolutely
14:05
Applying for visa today/tomm
14:05
Will def catch you
14:06
Might have to go to Portugal in end Oct/Nov for ETH and Cosmos events but not confirmed

A

14:06
Ashley Richardson Blockchain
Yes - one way or another. Getting a lot of pressure from my Indian friends/family as well.
14:06
In reply to this message
Very cool. Please keep me posted!
14:07
Likely Taylor will be in London at that time, so could be an easy jump. And always easier if I can fly with her there ;)
14:08
We will figure it out.
9 September 2021

T

01:45
Tushar | Persistence
Do you need help in staking?
01:45
Outside of the wallet that has 4 delegations and cryptocito
01:45
do you need help
01:45
?

A

01:47
Ashley Richardson Blockchain
Hello! I should be good - was just wanting to confirm with Taylor where it was going before I staked, supposed to speak in a few hours.
01:48
I had told her originally commissions would be about 5% - so just have to break it that it will be a mix of 10%… should be fine, just want to be clear before I delegate

T

05:47
Tushar | Persistence
In reply to this message
Yea ballpark between 5-10%
05:47
In reply to this message
Sounds good
05:47
Let me know once done
05:48
Cryptocito I'll get sorted out tomorrow

A

06:27
Ashley Richardson Blockchain
Will do! Should be complete by the time you wake up ;)
06:28
Final thought: do they already know it's coming? If not, just want to see if there may be a reason to leave some aside for an incoming partnership.

T

06:30

Tushar | Persistence
In reply to this message
Nice
06:30
In reply to this message
Yeah high level they know it's incoming. They don't know how much
06:31
But I'm always happy to bake in more skin in the game for them
06:31
If they don't perform
06:31
Can always redelegate :)
06:31
Vote with the wallet

A

06:32
Ashley Richardson Blockchain
Got it ;)
Does the 21 day timeline apply to re-delegation?

T

06:32
Tushar | Persistence
Nope redelegation is immediate
06:32
With no loss of staking rewards

A

06:32
Ashley Richardson Blockchain
Oh awesome - didn't realize that

T

06:32
Tushar | Persistence
As soon as you stake partially as well (at least 2.5M tokens) - I'll unstake the 4M
06:33
And send you 21 days later

A

06:34
Ashley Richardson Blockchain
Great. FYI, the only reason I have stalled a day is because I will possibly in Mexico the 28th, but definitely back the 29th ;)
06:34
Don't plan on bribing the wallets ;)
06:34
Bringing*

T

06:34
Tushar | Persistence
Gotcha :)

A

06:34
Ashley Richardson Blockchain
And didn't want you to have to sit on them

T

06:34
Tushar | Persistence
Once unstaked I can transfer whenever
06:34
Won't be immediate

A

06:34
Ashley Richardson Blockchain
Oh worries, ok.
06:34
Good to know

T

06:34
Tushar | Persistence
In reply to this message
No worrries at all on this

A

06:35
Ashley Richardson Blockchain
How did it go today?

T

06:35
Tushar | Persistence
Today was superrr hectic
06:35
But yes
06:35
Main goal (liquidity) was achieved

A

06:35
Ashley Richardson Blockchain
I can only imagine - was thinking of you

T

06:35
Tushar | Persistence
Which is even more important than price
06:35
To some extent

A

06:35
Ashley Richardson Blockchain
It's a huge huge deal honestly

T

06:35
Tushar | Persistence
Just the start
06:36
We're starting work with certain investors and market makers with respect to binance and coinbase

A

06:36
Ashley Richardson Blockchain
Yes, really feeling excited about what is to come. And happy to start dialogue with Brian… although he seems to have his hands full at the moment

T

06:37
Tushar | Persistence
Sounds good
06:37
Thank you!!

Å

06:38
Ashley Richardson Blockchain
Had a good chat with Abitej. Really feel strongly that getting the overarching marketing materials/design elements to the next level is going to be important. Let me know if at any point I'm stepping on toes, or if there is an area you want me to push on behind the scenes.
06:39
Laying out a structure based on the conversations to date, and we can discuss what makes sense and go from there... perhaps next week, since this week is so full on for all of you.

T

07:06
Tushar | Persistence
Not at all it's super helpful
07:06
Although we need a bit of time with everything going on to get this right

A

07:07
Ashley Richardson Blockchain
Agree - in the meantime there's things I can begin thinking about behind the scenes

T

07:08
Tushar | Persistence
Yep
07:08
The 10x plays are def on the exchange + custody side
07:08
Narrative etc we'll
Figure out
07:08
And mainstream media is still not that imp
07:09
Just killing it with crypto media and community is the 10x play
07:09
Which means
07:09
Expanding to Spanish
07:09
And other languages
07:09



07:09
Literally going through this list and creating communities everywhere
07:10
Translating things
07:10
Empowering local community managers
07:10
Pushing them to translate and push out content etc
07:10
That's it

07:11
We do that - we become a household name

A

07:34
Ashley Richardson Blockchain
Awesome - spoke to Abitej about creating an ongoing living Google doc
07:34
If you need help on the translation side, especially Spanish, let me know. I know quite a few
07:35
But if you already have them in place, that's half the battle ;)
07:35
Love it
07:36
In reply to this message
Awesome - you are already doing an incredible job on that front.

A

11:25
Ashley Richardson Blockchain
Hello! I'm so sorry for circling back this late in the game on this one, the last thing you need today, I know. Ok: infostone and turtle ship… I am sure there is a reason that they are anonymous, but at a 10% commission, I really need to justify that extra 5%.

I'm ok with the others in the group split for the 888k (truth be told, i thought it was all psycho and didn't realize I was splitting it up until I was midstream… but appreciate their lower commissions).

Let me know if you are able to discuss tomorrow, even for five minutes off the record. Want to make this work and for everyone to feel good… just need a bit more information.
10 September 2021

A

02:41
Ashley Richardson Blockchain
Hello! Know you are slammed - just want to check in and see if you have thoughts or a quick moment to discuss ;)

T

02:41
Tushar | Persistence
turtleship is the same guys as cosmostation
02:42
They are the 2nd largest validator
02:42
but run 2 validators
02:42
2nd one under the turtleship name
02:42
infstones - are well known folks to us
02:42
of course you are welcome to delegate to others if you wish to do so

A

02:43
Ashley Richardson Blockchain
Would love to try to get a little more allocated to validators with a lower commission, so let me propose an amended list. Can definitely still use them, but maybe at a slightly lower amount, if that's ok.

T

02:49
Tushar | Persistence
Sure thing pls let me know

A

03:36
Ashley Richardson Blockchain
If it works for you, will give the large amounts initially allocated to turtleship and infostones and then add some distribution to the other networks at lower commissions?

T

03:52
Tushar | Persistence
Yes sounds good
03:52
Thanks

A

04:13
Ashley Richardson Blockchain
Ok great - will execute today

A

11:58
Ashley Richardson Blockchain
Good morning! Did the majority. Let me know the status on Stakecito. Also, if you have a preference of the following let me
know:

Smart Stake
Stake Lab
Simply Staking
Gpool
Staky

A

12:56
Ashley Richardson Blockchain
Let's talk tomorrow if that's at all possible. Taylor also has other funds for Vc and it would be good to think about strategic
alliances that would support xprt.

T

13:29
Tushar | Persistence
Let's do it

A

14:38
Ashley Richardson Blockchain
Done. Let me know a good time.

Also I just realized how much is going to make daily staking xprt
14:39
How much Taylor* is making, rather.

T

14:46
Tushar | Persistence
Your Friday am?

A

14:46
Ashley Richardson Blockchain
Yes that's good - I'm flexible until 11 pst
14:47
After I can make it work, just need to move things around, so let me know.

T

14:54
Tushar | Persistence
11 am?

A

14:57
Ashley Richardson Blockchain

Great, I'll plan on it. Let me know if something changes… I know it's been a super calm week for you ;)
11 September 2021

A

01:47
Ashley Richardson Blockchain
Are you still good for 11pst?

T

01:48
Tushar | Persistence
sure
01:48
ok if i take the call while driving
01:48
went through all your delegations and high level look good to me

A

01:53
Ashley Richardson Blockchain
Of course

T

01:53
Tushar | Persistence
cool cool
01:53
Imperator and AC validator could still be supported
01:53
In reply to this message
other than good with any of those
01:54
ideally not gpool as its already become tooo big

A

01:54
Ashley Richardson Blockchain
Yeah - has a feeling. Low commission ;)

T

01:55
Tushar | Persistence
Turtleship if you could do would help us a lot
01:55
As we are unstaking from them (for the 4M to be delivered to you)
01:55
But your call truly

A

01:55
Ashley Richardson Blockchain
Ah - got it. Yeah I can allocate a bit more
01:56
Let's discuss in a few, have some ideas to make it all work ;)
01:56
And I'm totally open to it

T

01:59
Tushar | Persistence
I'll call you directly on your number instead of telegram
01:59
Since I'll be driving there may be connectivity issues

A

02:00
Ashley Richardson Blockchain
Ok no problem

T

02:00
Tushar | Persistence
4 mins

A

02:00
Ashley Richardson Blockchain
And if it's easier you can always call me when you arrive, either way
13 September 2021

T

04:54
Tushar | Persistence

████████████████████████████████
04:54
4M XPRT unbonding

A

04:54
Ashley Richardson Blockchain

04:58
Really exciting… been getting deep into excel spreadsheets to help make sense of the economics, and it's incredibly exciting.

Question for you: was going to take the the earnings from the various nodes and move them to new wallets to restake… or alternatively, I could leave them in the same wallets with the understanding that anything over the initial 8M tokens is available for her to withdraw in April, as discussed?
04:58
Let me know which you prefer
14 September 2021

A

00:44
Ashley Richardson Blockchain
Hey there! Congrats on KuCoin!!! Amazing news.

Also, checking in on this week with regard to a marketing follow up. Would love to have a quick offline conversation with you, when ever that is easy. Quick recap on the Psycho convo, as well as some ideas for the near term before laying out a roadmap for Abhitej.

That said: I totally realize this may not be a quieter week considering all of the activity - ha. Good problems to have at the end of the day ;)
15 September 2021

A

01:33
Ashley Richardson Blockchain
Hey there - hope everything is going well on your end.

Let me know if you have a moment today, will he brief ;) otherwise, laying out questions below:

- re Atom, would we be able to transact with you directly, or would it be better to be in touch with someone at Atom? Let me know.

- re the additional 20M: let's discuss this one. If you are open to honoring the initial price, I believe that Taylor is open to having you custody the amount. Alternatively (though I may be wrong about this assumption) was thinking that as new coins unlock it would help counteract price drops for Taylor to enter at that time? Happy to discuss what is best for you.

- re Validators, I will be managing both, and there's a chance that I may also be the sole owner of both (sorting that now in trade for other work I am doing for Taylor). Either way, is it possible to create one now and one after the vote, or are you waiting for the vote across the board?

If you are to busy to answer, not to worry.

T

15:34
Tushar | Persistence
Hey Ashley will revert on all today
15:35
Apologies for the delay in getting back

A

21:01
Ashley Richardson Blockchain
No problem - glad to hear you are ok!
16 September 2021

A

03:22
Ashley Richardson Blockchain
Let me know if it is easier to speak via phone and run through things, happy to make the time. If tomorrow or the coming days is
better - that's ok too.

T

05:03
Tushar | Persistence
In reply to this message
Hey Ashley - totally your call in terms of moving the rewards to a different wallet and staking from there - might be good from
accounting and tracking perspective - and the 'rewards' wallet is what we can help with liquidations with first once we get to that
point
05:04
BTW - April onwards - they start vesting daily over the vesting period defined - so can accordingly can then help to liquidate if
she'd like to
05:04
In reply to this message
Thanks for this!
05:05
With respect to marketing, happy to sync up tomorrow your AM - but if you have high level points that you can already highlight
here - that would be awesome and would help quite a bit
05:08
ATOM - yes I can help you purchase directly and then send to your wallet for you to supply liquidity on pSTAKE - we can start
with $1M worth or so initially and scale over time as opposed to doing it in 1 shot - much better to show improved stats over time

A

05:10
Ashley Richardson Blockchain
In reply to this message
Would there be an OTC discount available for Atom? Let me know.
05:11
In reply to this message
Great, will send over to you a version and then have a master version to share with Abhitej. Solely for the sake of diplomacy ;)
05:11
Also, are you still going to Basel? I don't think we will make it, but love to try to make some meaningful introductions for you, if
helpful.

T

05:12
Tushar | Persistence
In reply to this message
This won't be possible - we'll basically be helping you pick up from the market itself
05:13
In reply to this message
Too many things going internally and both Abhitej and I will not be able to make it in person unfortunately

A

05:13
Ashley Richardson Blockchain

Oh got it. Thought it was a direct line.

T

05:14
Tushar | Persistence
Additional $20M - happy to do the transaction - but will be very difficult for us to do it at the initial price.

A

05:14
Ashley Richardson Blockchain
In reply to this message
No problem. Seriously believe we can help you in that space at large, so when the time is right we can discuss. I figured it's crazy.

T

05:15
Tushar | Persistence
Re validators - will have to wait for the vote - which should coincide pretty closely with the delivery of balance 4M coins on 4 October

A

05:15
Ashley Richardson Blockchain
In reply to this message
Ok - let's discuss the comfort level on this, if we could manage to split the difference somehow that would be ideal.
05:16
In reply to this message
Not to worry. I'm actually dealing with some complex crypto tax rules and hope to have my Wyoming Corp established at that point. Ideal for the next tokens and node ;)

T

05:16
Tushar | Persistence
In reply to this message
Current 20% discount to 14 day average is around $7.8 I believe and that would be most ideal
05:17
Same deal as before (i.e. 20% discount to 14 day average)

A

05:17
Ashley Richardson Blockchain
Ok great, let me discuss it and I will circle back.
05:17
Would there be a more ideal time for entry: ie coiciding with a token release?

T

05:19
Tushar | Persistence
Can do that - next unlock is end of September
05:19
So October can a good time to confirm this deal
05:19
Can be after the next 4M is done on 4 October

A

05:20
Ashley Richardson Blockchain
Got it.
05:20
How are you doing in general?? Seems super crazy over there ;)
05:20
Hopefully the good kind

T

05:21
Tushar | Persistence

Haha
05:21
Def need a lil break
05:21
Its been quite intense

A

05:21
Ashley Richardson Blockchain
I can feel it

T

05:21
Tushar | Persistence
But final push for the year

A

05:21
Ashley Richardson Blockchain
Let me know if I can help in any way
05:22
I'm going with Taylor's daughter next week to a beach to work on her fund ;) I feel crazy lucky… but also to busy to relax.
05:22
And I mean it about helping, I feel there is going to be so much money coming in, want to do my part to safe guard it. So feel free to use me as a resource.

T

05:23
Tushar | Persistence
Absolutely
05:24
Some of the more operational stuff on mktg side we'll handle - not worried on that front
05:24
We know that well
05:24
But the 10x activities like I mentioned before - that's where we need the help!
05:24
Opening up of doors where they are shut
05:24
But for now have our hands full
05:25
In reply to [this message](this%20message)
Sounds nice!!
05:25
In reply to [this message](this%20message)
Will MOST DEFINITELY take you up on the helping

A

05:25
Ashley Richardson Blockchain
Yes, understood. Would love to get a running list going and then I can keep it going regardless of what you have going on.

T

05:25
Tushar | Persistence
Perfect
05:25
let's get a spreadsheet going and we can track everything there

A

05:26
Ashley Richardson Blockchain
Glad things are busy, it's a good sign. Half the battle is finding the balance, but when the stakes are so high (no pun intended) it's hard
05:27
Rest when you can

**R-2**
RBD-155

T

05:28
Tushar | Persistence
In reply to this message
Agreed on finding the balance part
05:28
Only way to run a marathon
05:29
In reply to this message
Absolutely
18 September 2021

A

00:49
Ashley Richardson Blockchain
Hey Tushar! Hope it's going well over there. If you have a moment in the coming days give me a call. Aside from the 10x contacts/etc, really think that we should reconnect on the overall messaging.

One point of feedback I'm getting from some people (in crypto and non-crypto, finance and non-finance) along the lines of: "But how are they unique?" "What is the value proposition that's any different ?" "Seems like a money grab that won't last"…

This is something that I now feel able to communicate directly, but I think it bears additional consideration for someone who is just looking at the project for the first time. We need to assume the concept of interoperability is lost, and that even if they understand POS, aside from the tremendous APY, why XPRT?

Abhitej mentioned a new narrative along the lines of "a platform enabling exposure to multiple asset classes". While I think it is a definitely a part of your story, much is still lost, especially to people who do not have insight in terms of the value or the solution being offered.

Happy to help here, it's something I'm pretty good at… but I would love to you to think on it and we can discuss. This feels like a critical missing piece in terms of getting to the next level.

PS… Hoping there was nothing offensive in that assessment, not intended. I believe in you and what you are creating, only hope to help it to the next level. Sometimes that will include honest feedback ;)


A

03:34
Ashley Richardson Blockchain
also, if possible: you had mentioned sending over the on boarding paperwork for the validators. Would love to get a sense of management, etc. I will likely being doing much of it, but AP mentioned he hired a developer to help, so just wanted to get a sense of the mechanics, if possible.

A

13:15
Ashley Richardson Blockchain
And… some good news: you are now on the radar for Ankorage. They can fast track the listing, but won't be able to stake for a few months. Will stay on it ;)
13:16
Also, I realize I may have come off harsh: the overall announcement today was a stronger summary, just think it can be even stronger. You guys are doing amazing things, totally impressed. Good luck this weekend!
20 September 2021

A

05:37
Ashley Richardson Blockchain
Hey Tushar! It's been a crazy week, and I'm leaving the states now… but will send you a spreadsheet soon.

Just an FYI: I have your contact info to Michele Fleury and Taylor has it as well, in case of any emergency that I may encounter. Of course, I don't expect that to happen, but passing it on for good order.
05:37
Hope you had a great weekend. More soon.
05:37
Gave* not have

21 September 2021

T

00:16
Tushar | Persistence
Hey Ashley
00:16
Let's catch up on a proper call once you're back?
00:17
In reply to this message
Will revert to Michele or Taylor in case they reach out
00:17
In reply to this message
Will create a group with the tech team to manage it
00:17
Typically we charge for this service but its miniscule so will not charge anything
00:18
In reply to this message
Awesome sounds good
00:18
In reply to this message
Fully noted on this one - think its more of an existential question for the whole industry but I see your point
4 October 2021

T

03:56
Tushar | Persistence
Hey Ashley
03:56
Hope things are well!
03:56
Been a while

A

03:56
Ashley Richardson Blockchain
Hello!!!
03:56
Was just about to write you
03:56
Good timing
03:56
I'm good - got sick in Mexico but better now!

T

03:57
Tushar | Persistence
In reply to this message
In india we say 'long life' when this happens
03:57
In reply to this message
ah damn

A

03:57
Ashley Richardson Blockchain
How are you?!! Let me know when you are ready to transfer ;)

T

03:57
Tushar | Persistence
hope nothing too serious

A

03:57
Ashley Richardson Blockchain

Ha - just Mexico

T

03:57
Tushar | Persistence
Will be ready tomorrow
03:57
However, had a tiny request if possible.

Have a bit of an XPRT crunch as we dont want to mess with staking ratios
03:58
And was wondering if it'd be ok to do 2.5-2.8M or so tomorrow
03:58
And 1.2-1.5M by Mid Oct or so

A

03:58
Ashley Richardson Blockchain
Sure - that should be ok

T

03:58
Tushar | Persistence
ok great
03:58
that would be super helpful

A

03:58
Ashley Richardson Blockchain
Are the nodes also ready? Taylor leaves today, which means I will have a lot more time this week
03:58
On all fronts
03:59
I've been watching from the sidelines, so know you have also been very busy
04:00
Also my node is TruStake - I even have a logo

Other can be persistence Bull

T

04:01
Tushar | Persistence
In reply to this message
I'll get the parameters for validators changed from 50 to 75 (the implementation) this week
04:01
As soon as that is done
04:01
The nodes will be up

A

04:01
Ashley Richardson Blockchain
Oh great, awesome

T

04:01
Tushar | Persistence
In reply to this message
I like it!
04:02
Let's pencil in a call for Thursday AM?

A

04:02

Ashley Richardson Blockchain
Also now a Wyoming C Corp ;)

T

04:02
Tushar | Persistence
Will walk you through pSTAKE economics for ATOM liquidity provision

A

04:02
Ashley Richardson Blockchain
Perfect. That would be fantastic. How are you doing?

T

04:02
Tushar | Persistence
Will have all the documentation ready
04:02
What time works
04:02
Will be with broader team
04:02
In reply to this message
Nice one

A

04:02
Ashley Richardson Blockchain
As of now I think I'm relatively flexible the first half of the day
04:03
So let me know what is good for everyone - we can go from there
04:03
This is definitely priority now that I'm back - although Taylor is trying to convince me to go to London, I'm aiming to stay.

T

04:04
Tushar | Persistence
Just sent you an invite

A

04:04
Ashley Richardson Blockchain
Great, really looking forward. Let me know if there is anything I should do on my end ahead of the call to prep. Have been reviewing existing documents but I'm sure I still have a ways to go.

T

04:07
Tushar | Persistence
No prep required

A

04:07
Ashley Richardson Blockchain
Excited to catch up across the board as well… you are definitely on the Anchorage radar. Following up with them again this week

T

04:07
Tushar | Persistence
Will walk you through everything

A

04:07
Ashley Richardson Blockchain
As well as ledger vault ;)

T

04:07
Tushar | Persistence
In reply to this message
Awesome great to hear
04:07
In reply to this message
Nice nice - thanks Ashley

A

04:08
Ashley Richardson Blockchain
We are probably going to have to have some stored there (unstaked for now) to get them to list. Taylor also sees it as a strategic move.
04:08
Good for XPRT ;)

T

04:08
Tushar | Persistence
Got it

A

04:08
Ashley Richardson Blockchain
She may even buy at retail through them if it becomes an option, like 5M
04:09
We see it as a solid plan - but happy to discuss as it moves forward. I just know they will move faster if they know they will make money. That said, she's a very good customer so I'm not too concerned.

T

04:11
Tushar | Persistence
Got it

A

05:20
Ashley Richardson Blockchain
Also let me know timing for tomorrow's swap, will carve it out.
05:20
Would you like me to use new wallets for Taylor's, or transfer to the existing?
05:20
I have them available, just let me know.

T

05:30
Tushar | Persistence
In reply to this message
Really your call

A

05:31
Ashley Richardson Blockchain
I'm fine to stack them, easier to manage. Was just concerned re optics for the community
05:31
Either is fine - maybe we add another one or two instead of four?
5 October 2021

A

00:34
Ashley Richardson Blockchain
Hey Tushar! Let me know if today is still good, and timing. I will carve it out and we can transfer accordingly.

T

01:13
Tushar | Persistence
Hey Ashley
01:14
Let's do in a couple of hours ?
01:14
Good to do today
01:17
Will transfer 2.5M XPRT now
01:17
1.5M XPRT in a few days

A

01:25
Ashley Richardson Blockchain
Great - sounds good

A

02:43
Ashley Richardson Blockchain
Confirming that for the transfer today of 2.5M = 271.73 BTC

Remaining amount of 1.5M = 163.04 BTC

T

03:13
Tushar | Persistence



03:14
Could we round it up? Hehe
03:14
271.74 ?

A

03:16
Ashley Richardson Blockchain
Lol yes!
03:16
My bad ;)
03:16
Same address to receive?
03:18
Also here are two new addresses:

9 - 

10 - 
03:19
If you could send 1 test xprt to both before we begin, that would be great

T

03:19
Tushar | Persistence

In reply to this message
Yes
03:19
Let me put it here again
03:22
In reply to this message

███████████████████████████████████
03:23

███████████████████████████████████
03:23
both test txns

A

03:25
Ashley Richardson Blockchain
Also I have to send you 4 transfers (apologies) different wallets.

On the two new wallets we will do

1 - 1,497,484 xprt

2 - 1,002,524 xprt


BTC transfers
1 - 83.6 & 78.81

2 - 63.19 & 78.81

T

03:25
Tushar | Persistence
████████████████████████
03:25
In reply to this message
BTC address

A

03:26
Ashley Richardson Blockchain
Test received

T

03:27
Tushar | Persistence
In reply to this message
great
03:27
1 - 1,497,484 xprt

2 - 1,002,524 xprt

This equals 2.5M coins + 8 coins
03:27
Any reason for those 8 coins?

A

03:28
Ashley Richardson Blockchain
I think that was just the math when I rounded up to .79 ;)
03:28
No worries

T

03:29
Tushar | Persistence

ahh it was .739 so was rounding up to .74
03:29
not .79

A

03:29
Ashley Richardson Blockchain
Yes

T

03:30
Tushar | Persistence
In reply to this message
BTC doesnt total up to 271.73 BTC i think
03:30
didnt follow the btc math
03:30


A

03:31
Ashley Richardson Blockchain
This is literally where I fail
03:31
No spreadsheet this time
03:31
Let me go back one sec
03:31
Meanwhile just sent you a test of .0025

T

03:31
Tushar | Persistence

03:32
can use this again

A

03:33
Ashley Richardson Blockchain
Figured it out! Typo on my end:
03:33
83.96, 78.81, 63.19, 45.78

T

03:35
Tushar | Persistence
In reply to this message
row 21, 22 - i have updated
03:35
using same formulas as before

A

03:35
Ashley Richardson Blockchain
Great

T

03:35
Tushar | Persistence
In reply to this message
looking out
03:38
my bad
03:39

In reply to this message
its correct

A

03:39
Ashley Richardson Blockchain
Ok great
03:41
FYI for some reason the max spendable amount is less than the total on the wallet by .5 for the next one (odd) so I will make up for any missing on the last transfer

T

03:41
Tushar | Persistence
sure thing no worries

A

03:41
Ashley Richardson Blockchain
Did you receive the test?

T

03:42
Tushar | Persistence
not yet
03:42
I'll send XPRT in the meantime?

A

03:42
Ashley Richardson Blockchain
Sure
03:43
Then I can just go faster ;)
03:43
One test is enough to give me confidence

T

03:46
Tushar | Persistence
███████████████████████████████████████████████████
03:47
1,497,479 XPRT

A

03:47
Ashley Richardson Blockchain
Received!
03:47
No BTC yet?

T

03:48
Tushar | Persistence
███████████████████████████████████████████████████
03:50
In reply to this message
:(
03:50
not yet
Tushar | Persistence    pinned this message

A

03:51
Ashley Richardson Blockchain

I see it on the blockchain
03:51

███████████████████████████████████████████
03:52
If you want to just confirm that's you - I'll send the next ;)
03:52
Or we can wait
03:55
Received the second amount!

And I believe it's an even 30,000 for my wallet, assuming my math was correct

T

03:57
Tushar | Persistence
In reply to this message
30364.37
03:57
XPRT

A

03:57
Ashley Richardson Blockchain
Great

T

03:57
Tushar | Persistence
In reply to this message
let's wait pls
03:58
ok received 0.0025
03:58
finally hehe

A

03:58
Ashley Richardson Blockchain
Yay!!!
04:01
83.9577 sent
04:13
78.81 sent!
04:13
Hope that's ok ;) I'll hold on the final two
04:16
But it looks like the 83.95 arrived

T

04:36
Tushar | Persistence
In reply to this message
this one received
04:36
In reply to this message
waiting on this one

A

04:40
Ashley Richardson Blockchain
Great
04:51
63.18 sent

T

04:52

Tushar | Persistence
In reply to this message
received

A

04:56
Ashley Richardson Blockchain
Great

T

04:58
Tushar | Persistence
In reply to this message
received

A

05:03
Ashley Richardson Blockchain
45.79 sent!

T

05:18
Tushar | Persistence
In reply to this message
received thank you!!

A

05:20
Ashley Richardson Blockchain
In reply to this message
Gentle reminder ;)

T

05:20
Tushar | Persistence
In reply to this message
sending to this

A

05:20
Ashley Richardson Blockchain
Great thank you!
05:21
If you have time good to catch up tomorrow or Wednesday! Also happy to connect with your team re the node

T

05:21
Tushar | Persistence
Will keep you posted on next steps once its up
05:21
Will ping

A

05:21
Ashley Richardson Blockchain
Thanks so much! And when you have an ETA for the 1.5, just let me know

T

05:21
Tushar | Persistence
on the group
05:21
In reply to this message
Yess!!
05:21

05:21
:)

A

05:25
Ashley Richardson Blockchain
Received! Thank you

T

05:26
Tushar | Persistence
awesome
6 October 2021

A

01:57
Ashley Richardson Blockchain
Side question: any thoughts/insight for the big sell-off that occurred last week? Just want to be able to communicate if you do… have been waiting for it to level off, but seems to be continuing.
01:57
Xprt sell off, that is.

T

03:12
Tushar | Persistence
Still have to see for another week or so
03:12
But the worst if behind us already
03:13
It wasn't as bad as the June sell off

A

04:13
Ashley Richardson Blockchain
Got it. Are there more big ones upcoming?
04:14
And good to know, thank you

T

04:37
Tushar | Persistence
Next one is end of December

A

04:38
Ashley Richardson Blockchain
Oh great - that's actually super helpful to know!
04:38
Thanks so much for letting me know.
7 October 2021

A

23:44
Ashley Richardson Blockchain
Hi Tushar, I noticed two invites for our call, one at 9 and one for 9:30.. just wanted to confirm if start time is in 15 or 45 minutes ;)

T

23:51
Tushar | Persistence
Let's speak in 15
23:51
:)
23:51
The other one is for nodes

23:51
In reply to this message
This one is for pStake

A

23:52
Ashley Richardson Blockchain
Great
8 October 2021

A

11:28
Ashley Richardson Blockchain
Perhaps there is an obvious answer to this question… but if 88% of tokens are bonded, why do the exchanges that 52M are available? Is it incorrect, or am I missing something?
11:28



11:28



11:29
Side note: the team was super helpful today, thank you! Was not able to get the atom and eth transferred today, but it may come through in the am.

If not, should we push our call until it is received? Let me know.

T

14:19
Tushar | Persistence
In reply to this message
Available supply is just tokens that are already in the market
14:19
In circulation
14:19
Whether on exchnages or not
9 October 2021

A

00:56
Ashley Richardson Blockchain

I think I understand - so anything on the foundation nodes would technically be a part of the "total supply" but not circulating supply? But as tokens unlock they become a part of the circulated supply, is that correct?

Apologies, hate to waste your time with this… just trying to wrap my brain around it.
00:56
I can always ask Mikhal or Abhitej if it's better for you.

T

00:58
Tushar | Persistence
no problem
00:58
can always put msgs on the group and someone will pick it up
00:58
as tokens keep vesting they keep becoming part of the circulating supply
00:58
In reply to this message
so currently 52.1M coins have gotten unlocked (vested)
00:59
Out of a total of 117.1M that have been minted thus far (100M at genesis and 17.1M via inflation)

A

00:59
Ashley Richardson Blockchain
Ah - understood. That was the big jump we just had, so that was what I assumed… where I was incorrect/misunderstood was the assumption that it meant they were also not bonded.
01:00
Thanks so much, the penny finally dropped ;)

T

01:00
Tushar | Persistence
███████████████████████
01:00
you can see the bonded ratio here
01:00
101M out of 117M are bonded

A

01:01
Ashley Richardson Blockchain
Super helpful, much appreciated. Of course the irony being Taylor has not a care in the world, it's other folks I have told about XPRT (with small bags) that are freaking out
01:01
Just want to make sure I understand regardless - so thank you!

T

01:01
Tushar | Persistence
In reply to this message
:)
01:02
You (Taylor) is the only person we have ever unstaked coins for
01:02
Otherwise everything always remains staked

A

01:02
Ashley Richardson Blockchain

01:02
Hope that did not create added havoc. ;)
01:03
But appreciate the help and understanding, makes sense long term.

T

01:06
Tushar | Persistence
In reply to this message
was very smooth :)
01:06
no complaints from the community

A

01:08
Ashley Richardson Blockchain
Awesome - I'm excited to continue to help as things grow. Also have a feeling Taylor may have others interested in direct purchases, not at her level. Let me know if that's possible and minimums (whenever it's easy, no rush).

T

01:08
Tushar | Persistence
In reply to this message
Absolutely very open

A

01:10
Ashley Richardson Blockchain
Great. I know she's excited so she's talking with people. Also she's having dinner tomorrow with the head (her words) of Tezos. Not sure there's an alignment there for you and the team, but if so let me know.

T

01:11
Tushar | Persistence
In reply to this message
Not particularly

A

01:14
Ashley Richardson Blockchain
Assumed so. It sounded rather left field… and I'm assuming it's Tezos, because she said it was "Pesos"
10 October 2021

A

00:22
Ashley Richardson Blockchain
While I realize it's truly day one… I'm already wondering how we can become Pstake validators and if that's an option that even exists ;)
00:23
Mikhil & Pratyakash we're a great source of help.
00:23
Were*

T

02:11
Tushar | Persistence
In reply to this message
Ah this one is tough

A

02:12
Ashley Richardson Blockchain
Ha - no worries. I didn't expect it would even be possible, but figured I would ask.

T

02:12
Tushar | Persistence
Want to keep the highest quality Validators (from public perception)
02:12
In reply to this message
Great

A

02:13
Ashley Richardson Blockchain
Maybe in the future if I create a team of devs and get the nodes going… not sure that is a road to go down, but with the capital access, it might be.
02:14
We did phase one today 1M:1M will commence phase two tomorrow with 1.5

T

02:23
Tushar | Persistence
In reply to this message
Definitely
02:23
In reply to this message
Yup Mikhil told me
02:24
Sounds good
02:24
Thanks Ashley

A

03:03
Ashley Richardson Blockchain
Question: do you think we will be able to transfer the next round of xprt before pstake is live?
03:03
Also, an eta in general?
03:04
Feels like economically it might make more sense to commit a large percentage to pstake out of the gate to get the larger gains.

T

03:19
Tushar | Persistence
In reply to this message
Yes will try to get it done
03:19
At least 75% of the pending 1.5M tokens before stkXPRT comes out
03:19
In reply to this message
Yes absolutely

A

03:24
Ashley Richardson Blockchain
In reply to this message
awesome - thank you!
13 October 2021

A

00:20
Ashley Richardson Blockchain
This liquidity pool situation seems so insane to me - in a good way. Pratyaksh is a good teacher. Will double our amount today and then discuss with Taylor adding more.
00:21
I only have 5M remaining in the wallets, but more to come as needed. A way to make her feel better about buying Atom at $40

T

00:24
Tushar | Persistence
Sounds good
00:24
Oh I thought you already had ATOMs

A

00:24

Ashley Richardson Blockchain
She does - they are just with Anchorage
00:25
Buying was past tense ;)

A

01:49
Ashley Richardson Blockchain
Also, any update on the xprt? Noticed that it's up on Sushi    also know you have a lot going on.
01:50
Sorry, Pstake rather ;)
Tushar | Persistence    pinned this message
17 October 2021

T

17:07
Tushar | Persistence
Hey Ashley
17:07
Good to do the final transaction today / tomm?

A

22:10
Ashley Richardson Blockchain
Hello! Today is great - let me know a good time on your side. I could be ready as early as the next 30 minutes or so.

Also planning on depositing a large amount of Atom/eth today that just arrived.
22:10
Let's also discuss pstake for persistence
18 October 2021

T

04:38
Tushar | Persistence
hey Ashley
04:38
sorry got caught up today
04:38
Let's do tomorrow

A

04:38
Ashley Richardson Blockchain
Sounds good

T

04:38
Tushar | Persistence
I have sent you an invite for your AM

A

05:16
Ashley Richardson Blockchain
Great, that works well. Speak tomorrow!

T

23:49
Tushar | Persistence
hey Ashley
23:49
If you are ready I can already start
23:49
in 2-3 mins

A

23:49
Ashley Richardson Blockchain
Ok great - do you want to hop on the phone or shall we begin the transfer?
23:49
I'm just setting up
23:50
I can send you the breakdown shortly

T

23:51
Tushar | Persistence
Let's start the transfer
23:51
In reply to this message
Perfect

A

23:51
Ashley Richardson Blockchain
Great

T

23:51
Tushar | Persistence
In reply to this message
Let's use this

A

23:51
Ashley Richardson Blockchain
Going to send you a list of where to send and the amounts in 5

T

23:52
Tushar | Persistence
Perfect
19 October 2021

A

00:01
Ashley Richardson Blockchain
Total BTC Transfered = 163.04
For 1.5M XPRT


Two Transfers:

88.06

74.98

Transfer XPRT 500k x3 to:

████████████████████████████

████████████████████████████

████████████████████████████
00:03
sorry - I think those xprt addresses are incorrect
00:03
One moment
00:04
Sorry I used the xprt addresses on the spreadsheet - but somehow they aren't matching up to mine
00:07
Nope we are good, I just verified they match, those have the lowest xprt amounts - so if it works we will do 500k to each.

00:09
Confirming I will be sending to the same BTC address?
00:11
Just sent a test of .0025
Ashley Richardson Blockchain pinned this message

T

00:14
Tushar | Persistence
In reply to this message
looking out

A

00:15
Ashley Richardson Blockchain
Thankfully, just two today.

T

00:17
Tushar | Persistence
do you want me to send test txns for xprt to above three?

A

00:17
Ashley Richardson Blockchain
For Pstake, let me know the amount you would like us to set aside. I assume this would be the XPRT:ETH?
00:17
If it's easy
00:17
They go through very fast

T

00:19
Tushar | Persistence
In reply to this message
correct
00:19
let me think about numbers
00:19
how about you use only staking rewards to supply liquidity on pstake for xprt
00:19
and not the 8M principal

A

00:19
Ashley Richardson Blockchain
How is it going right now with the launch?
00:21
In reply to this message
That works. I have tried to leave some of it unstaked for that reason. Just wasn't sure if you needed the added liquidity.

T

00:21
Tushar | Persistence
In reply to this message
Are you moving all rewards to one wallet?
00:21
In reply to this message
Launch is going great

A

00:21
Ashley Richardson Blockchain
Trying to, yes. At first was just reinvesting.
00:23

Side note: Taylor was considering doing a smaller investment in some of the other Cosmos projects. Any you feel especially good about (AKT, DVPN, Juno, etc)

T

00:28
Tushar | Persistence
In reply to this message
How many XPRT do you have accumulated from the staking rewards? ballpark

A

00:29
Ashley Richardson Blockchain
I think 150k+, but at least half of that was staked
00:30
I only stopped staking after our Pstake call ;)

T

00:30
Tushar | Persistence
In reply to this message
████████████████████████████████████████████████████
00:30
In reply to this message
got it
00:30
In reply to this message
so you have about 75k XPRT?
00:30
unstaked
00:30
from staking rewards?

A

00:31
Ashley Richardson Blockchain
Should have - I will check

T

00:31
Tushar | Persistence
got it
00:31
we can start with that
00:31
scale up over time

A

00:32
Ashley Richardson Blockchain
It's 50k
00:32
But I believe it will go up to 60k today once I got bright and claim rewards

T

00:32
Tushar | Persistence
In reply to this message
████████████████████████████████████████████████████
00:32
In reply to this message
great we can start with this

A

00:32
Ashley Richardson Blockchain
Perfect

T

00:33
Tushar | Persistence

████████████████████████████████████████████

A

00:33
Ashley Richardson Blockchain
Did you receive the BTC test?
00:39
Xprt tests successful

T

00:40
Tushar | Persistence
In reply to this message
got it
00:41
In reply to this message
some problem with my bitgo
00:41
checking on btc

A

00:41
Ashley Richardson Blockchain
No problem

T

00:43
Tushar | Persistence
In reply to this message
received

A

00:44
Ashley Richardson Blockchain
Great

T

00:44
Tushar | Persistence

████████████████████████████████████████████
00:46
lmk once you receive it pls

A

00:47
Ashley Richardson Blockchain
Just received
00:47
And 88.04 BTC just sent

T

00:50
Tushar | Persistence

████████████████████████████████████████████

A

00:54
Ashley Richardson Blockchain
Received ;)

T

00:55
Tushar | Persistence
In reply to this message
received

A

00:56
Ashley Richardson Blockchain
Awesome

T

00:57
Tushar | Persistence

███████████████████████████████████████████████

A

00:59
Ashley Richardson Blockchain
74.98 sent
01:00
Just realized I shorted .02 - will send now

T

01:00
Tushar | Persistence
hehe :)
01:00
looking out

A

01:04
Ashley Richardson Blockchain
Last 500 received ;)
01:04
And .02 BTC sent
01:05
And then I think it's 18,600 for my wallet? Approx
01:07
████████████████████████████

T

01:20
Tushar | Persistence

01:20
18218.62

A

01:21
Ashley Richardson Blockchain

In reply to this message
Great
01:21
Side note: did you what the psychic wrote about you? All positive. A friend sent it to me…

T

01:22
Tushar | Persistence
In reply to this message
could you send it to me pls?
01:22

███████████████████████████████████████████████

A

01:22
Ashley Richardson Blockchain
Happy to forward if you did not see it. All positive.
01:22
It's a loooong document

T

01:22
Tushar | Persistence
In reply to this message
pls send

A

01:22
Ashley Richardson Blockchain
But I'll tell YouTube page

T

01:22
Tushar | Persistence
:)

A

01:22
Ashley Richardson Blockchain
You the *
01:23
Texting from my iPhone
01:23
And still super positive about persistence, overall

T

01:23
Tushar | Persistence
if you have the email
01:23
pls send

A

01:23
Ashley Richardson Blockchain
Yes sending
01:26
Just sent via email - interesting read for sure.
01:29
Received the 18218, thank you.

T

01:52
Tushar | Persistence
great

01:52
crazy report lol

A

01:58
Ashley Richardson Blockchain
I did not read the whole thing, just skimmed - but i loved what it said about you & Persistence

T

03:50
Tushar | Persistence
received the BTC
03:50
In reply to this message
I kid you not
03:50
There are times when I push myself
03:50
Cause I'm like - michelle whitedove has my back :)
03:50
Although I have never interacted with her
03:50
Its just the positive energy she has put out

A

03:50
Ashley Richardson Blockchain
YES!!!
03:51
I sort of love it, because despite what you believe, it feels like it all comes from a higher place. And her confidence is unwavering.

T

03:54
Tushar | Persistence
yea

A

03:54
Ashley Richardson Blockchain
Side note… haven't brought it up because it's always a strange conversation to have (not sure more or less so with you being from India), but there is a pretty notable Indian spiritual leader that I am very close to who now also has Persistence on their radar ;)

T

03:54
Tushar | Persistence
wow
03:55
that's nuts

A

03:56
Ashley Richardson Blockchain
It's Amma… not sure if you know of her? We were very close and I lived in her ashram and traveled with her for years, we are still close. Sadly now over zoom.

She's very conservative when it comes to finances, but said I have grace on my side.
03:56
Then she asked the head swami to call me to learn about persistence ;)

T

03:59
Tushar | Persistence
Just read about her

A

04:01
Ashley Richardson Blockchain
She's been a huge force in my life, she's incredible. Never stops, not one day off in the time I have known her, and does so much for India.

I told her what you are building was going to retain talent in India, a big concern of hers. She has several computer colleges.
04:01
And medical schools/hospitals. There is a program live streamed daily now with covid, so I'm up early catching it - usually when we connect. ;)
04:02
Anyway, now you know my original India connection.

T

04:02
Tushar | Persistence
Incredible
04:03
For me the energy is so infectious

A

04:05
Ashley Richardson Blockchain
It is - feels that way for me as well, as if you know you are on the right path, and that it's bigger than all of us.
04:05
But telling Amma was a bit stressful… because I was sure I was in for a "what are you doing getting involved in crypto?" Lecture… and that did not happen.
04:06
Also… and you cannot repeat this (please)

T

04:06
Tushar | Persistence
In reply to this message
of course

A

04:06
Ashley Richardson Blockchain
I'm helping Brad Pitt get into Persistence

T

04:06
Tushar | Persistence
Fully between you and I
04:06
In reply to this message
i know you're not kidding

A

04:07
Ashley Richardson Blockchain
Not sure amounts yet but we talked it through last night
04:07
His girlfriend had a bunch of Bitcoin the Winkelvoss twins gave her years ago, and she couldn't access it. And I told them about persistence and they are all in. ;)
04:08
It was not even planned - but kind of cool.

T

04:11
Tushar | Persistence
Wow
04:11
Amazing
04:11
It's too cool

A

04:15
Ashley Richardson Blockchain
Yes - something exciting to keep everyone going during this wild time ;)
04:15
The websites and assets are looking great btw
04:15
Huge improvements, not sure what's been happening on the design front
23 October 2021

A

02:04
Ashley Richardson Blockchain
Really enjoying the panels today! Your team is doing a great job, excellent guests. Having to multi task a bit, but wanted to let you know it's been super informative.

T

02:10
Tushar | Persistence
Awesome I'm glad
26 October 2021

A

22:52
Ashley Richardson Blockchain
Hey Tushar!!! Love to catch up briefly when you have a moment. Taylor is considering the future amount, and I have some ideas around it.

Also, have been in touch with the Sentinel team. They said they reached out to you and I just want to make sure you were in contact and that they are trustworthy, etc.
22:53
Please feel free to give me an entirely off the record opinion ;)

T

22:53
Tushar | Persistence
Yes heard from sentinel folks
22:58
good to go

A

22:58
Ashley Richardson Blockchain
Would you be open to giving me an opinion, or prefer not to?

It would be a small entry, but Taylor was hoping to invest in the larger ecosystem on some level. Happy to hop on a call and keep it off the record if it's easier.
27 October 2021

T

01:00
Tushar | Persistence
I believe you spoke to pratyaksh
01:00
he and i got a chance to quickly disucss about this
01:01
very tough for us to recommend
01:01
small position def can take

A

01:01
Ashley Richardson Blockchain
Amazing, really appreciate it.
01:01

I could tell by the lack of response TBH
01:01
And it's very deeply appreciated. Internally, I have some reservations.

T

01:01
Tushar | Persistence
In reply to this message
Also at this stage - very very tough for us to do OTC at discount
01:01
Also keeping in mind considerations around how big of a position you already have
01:02
nearly 100M I believe soon?
01:02
Maybe with staking rewards

A

01:02
Ashley Richardson Blockchain
Understood - and this could be something for future unlocks, etc.

T

01:02
Tushar | Persistence
And lack of liquid XPRT on our side

A

01:03
Ashley Richardson Blockchain
I'm happy to pass on it being a no        but also figured it might be a win during a large unlock.

T

01:03
Tushar | Persistence
Staking rewards on XPRT if you could keep minting stkXPRT btw
01:03
Would be the biggest help for us right now!
01:03
In reply to this message
Agreed can position it like that

A

01:03
Ashley Richardson Blockchain
Yes, doing more today ;)

T

01:03
Tushar | Persistence
Definitely open on doing it
01:03
Right now - huge crunch
01:03
We ourselves are scrambling to arrange to pay employees etc

A

01:04
Ashley Richardson Blockchain
I put 50% of my own for the first round to catch some rewards as well, Taylor also was concerned about it being so new so I said I would take the risk
01:04
Would you be open to setting something for a future date? Or is that out of the question?
01:04
Say, during the next unlock mid January?

T

01:05
Tushar | Persistence
In reply to this message
Got it
01:05
Hence I recommended doing only from staking rewards
01:05
As cost basis for that is zero
01:05
In reply to this message
Def can do

A

01:05
Ashley Richardson Blockchain
I think someone spooked her about liquid staking, but now the excitement is there.
01:06
In reply to this message
If we could lock a price point that could be executed then, we would be happy to. It actually would be better for her from a tax perspective, and extends our lock up/incentive ;)
01:08
Also, deeply appreciate your help/feedback on this across the board.

Can I ask (confidentially) if you have a similar POV in relation to Akash? Or is that more favorable in your opinion? (Also Kava, though I have not yet managed to connect with their team).

A

06:25
Ashley Richardson Blockchain
https://www.reuters.com/business/finance/us-regulators-exploring-how-banks-could-hold-crypto-assets-fdic-chairman-2021-10-26/
06:26
I'm sure you saw. Let me know if there is a play here.
06:27
What a time to be alive ;)

And thanks so much for the info earlier. Deeply appreciated, more than you know. Planning accordingly.

If you are open to locking in a xprt price for the new year, let me know. Taylor keeps asking if we have "locked it in" :)

XPRT is by far our number one.
10 November 2021

A

09:29
Ashley Richardson Blockchain
Hey Tushar! Hope you are well. Taylor's team wants her to find a way to have her persistence insured and kept in industrial custody - which makes sense for everyone. As discussed, we previously spoke to ledger vault about making this possible, but it isn't yet. The question for you is are you aware of another third party who could make this possible, Bitgo perhaps? And if so, could we move her existing wallets over?

Hoping to catch up across the board soon.

A

21:05
Ashley Richardson Blockchain
I know you are busy and I hate to bother you - but if you happen to know if this might be possible it would be gratefully appreciated. Hoping to help create a path to a solution to make their team feel more reassured, even if it ends up being a plan to migrate to ledger vault as the option (a few months out).

T

21:07
Tushar | Persistence
In reply to this message

Hey Ashley
21:08
To the best of my knowledge it would be not possible to move her wallets over
21:08
We can get our MM - FalconX to custody it for you
21:08
MM —> Market maker
21:08
But they take 50% of all staking rewards

A

21:09
Ashley Richardson Blockchain
Amazing - that's incredible to know. And equally good to know about the rewards, yikes.
21:09
Is they insured?
21:09
Are*
21:09
It might end up making more sense to wait for ledger in the end, but good to have these options on the table.
21:10
Thanks so much again.

T

21:10
Tushar | Persistence
In reply to this message
Checking with them
21:10
No problems at all!

A

21:11
Ashley Richardson Blockchain
Sorry - to bother. I'm hopeful to help create a path forward so this becomes easier for whales to take part in. Not sure how that will work exactly, but if I could scale up what we have done for Taylor while it remains insured, it would certainly be ideal.
21:12
How are things going on your end?? Also, happy belated Dewali ;)

T

21:14
Tushar | Persistence
In reply to this message
All well - big focus on hiring recently
21:14
Happy Diwali to you too :)
21:14
In reply to this message
Absolutely
21:17
Have been very busy on the product side to make a push on custody for XPRT

A

21:17
Ashley Richardson Blockchain
Also the plus side to some of her crypto management migrating (at least with some of her holdings, as it's become all consuming) will be more time to help you and the team, on a macro level. Right now I know that all of us have been all systems go without much time to strategize. Looking forward to that day when it comes

T

21:18
Tushar | Persistence
In reply to this message
My thought process is a lot of custodians will come with time / will focus on this during a bear market (if at all that happens) :)

A

21:22

Ashley Richardson Blockchain

Yes! I was considering trying to get the ledger vault up and running on my end and managing large holdings from a staking perspective. It's so out of reach for most large investors, and obviously 50% is crazy steep. Ironically I'm not taking actually taking any fees for this, solely getting the upside from the node. That said liability is substantial (as you can imagine) and will only grow as xprt grows.

21:24

One last question: is there a second token unlock (similar to the year end) in the spring? As of now she has a possible snapshot taking place at either the first week of January or April (2022). Obviously no crystal balls, but trying to determine which could be the best window for prices to be lower.

21:25

Essentially, snapshot should be when her portfolio is smaller - relatively speaking. January feels like the obvious time, but a bear market could make it April.

A

21:45

Ashley Richardson Blockchain

Separately: does bitgo allow for xprt staking (from an industrial wallet perspective). I'm not shde we need someone who can custody it as long as we could just migrate it to an insurable wallet that could remain in self custody. They insurance piece being the key.

21:45

Sure*

21:46

And like I said, worst case this should be available via ledger vault year end, worst case scenario.

11 November 2021

T

00:44

Tushar | Persistence

No formal insurance

00:44

Checked with them

00:44

In reply to this message

Very small one in March

A

00:44

Ashley Richardson Blockchain

Got it - no worries

T

00:45

Tushar | Persistence

December is the last major one

A

00:45

Ashley Richardson Blockchain

In reply to this message

Assume the one end if year is bigger?

00:45

Got it. Ok great to know, thank you!

00:48

Oh my god - guess what?!!! I have a reading with Michele Whitedove on Friday

After all of her predictions I got really curious, especially to connect with my father who has passed. I don't normally believe in these things, but something told me to reach out. She doesn't typically do private readings, but I got very lucky. I will give you the full report ;)

T

01:00

Tushar | Persistence

In reply to this message

Same as the one in June and September

01:08

In reply to this message
Oh I didn't sorry to hear that. And glad you got the reading.

T

03:12
Tushar | Persistence
In reply to this message
Bitgo doesnt support XPRT yet
03:12
But have been talking to them as they get more interested in cosmos

A

03:13
Ashley Richardson Blockchain
Got it - that's what I thought and appreciate you circling back! In a perfect world, we get Anchorage to set it up once ledger is ready, then it could really scale for xprt staking.

T

03:25
Tushar | Persistence
Perfect yes
03:26
If it helps build the case, I can also commit to 8 figures being custodied with anchorage folks

A

03:26
Ashley Richardson Blockchain
Fantastic, this is great to know.

T

03:28
Tushar | Persistence
Are you in touch with them?

A

03:28
Ashley Richardson Blockchain
Yes - daily.

T

03:28
Tushar | Persistence
Ooo
03:28
Could you ask them point blank what would it take?

A

03:29
Ashley Richardson Blockchain
The staking option does not exist, yet, but once it does that will likely be the real game changer.

T

03:29
Tushar | Persistence
In reply to this message
For just custody
03:29
Not staking

A

03:29
Ashley Richardson Blockchain
It will just take Taylor putting hers on, to be honest.
03:29
They are ready to go

T

03:29
Tushar | Persistence
Right

A

03:32
Ashley Richardson Blockchain
I will follow up with them this week ;)

But also, there may be an option to create an independent company with an insured ledger vault that solves staking

A

03:52
Ashley Richardson Blockchain
More on that soon
15 January 2022

A

00:31
Ashley Richardson Blockchain
Hey Tushar! I hope this finds you well, would lobe to connect if you have a moment in the coming days. Let me know what your schedule looks like.

Also, then if possible would like to setup a call with Taylor for later next week if you are available.

T

00:33
Tushar | Persistence
Hey Ashley
00:34
Long time :)
00:34
Hope you are well

A

00:35
Ashley Richardson Blockchain
I'm good! You as well. Any chance you have a few minutes to chat today/tomorrow? Just basics - want to cover where things are re the roadmap and the investment, Pstake, etc. ;)
00:36
All is well. Just would be good to circle the wagons and then hopefully find time for next week with Taylor, if that works for you.
00:44
Also if you have a sense of when the worst of the sell-off from the unlock will be over, would be great to get a sense of that as well. I think that there are some nerves around the PA for Taylor's team, though I have explained it was expected and that the overall bearish market isn't helping.

T

00:58
Tushar | Persistence
Hey Taylor let me call you
00:58
What is your total XPRT holding now?
00:58
Along with staking rewards?

A

00:59
Ashley Richardson Blockchain
8.7M approximately

T

01:00
Tushar | Persistence

Got it

A

01:00
Ashley Richardson Blockchain
Ans it's me - not Taylor ;)
01:00
But Taylor would be next week

T

01:00
Tushar | Persistence
So avg price is 4.59
01:00
In reply to this message
:/
01:00
My bad

A

01:01
Ashley Richardson Blockchain
Lol - all good ;)

T

01:01
Tushar | Persistence
Sub conscious

A

01:01
Ashley Richardson Blockchain
It's a wild time - I get it. Also just looking forward to connecting
01:01
Available now if you can chat!
01:02
And yes, she is still very much in profit.

T

01:02
Tushar | Persistence
Calling in 10

A

01:03
Ashley Richardson Blockchain
Perfect

T

01:09
Tushar | Persistence

T

Tushar | Persistence        26.10.2020 17:33:23
███████████████████

T

01:09
Tushar | Persistence
Joining this now

A

01:10
Ashley Richardson Blockchain

Oh great, apologies just saw
01:10
I'm on my cell so hopefully that's ok
19 January 2022

A

21:31
Ashley Richardson Blockchain
Hey Tushar - going to reach out to Pratyaksh's shortly as I did run into a small issue with the staking, may have worked it out but want to be sure. In the meantime, are you able to do a zoom with Taylor Friday at 9am PST? Let me know if that works, or if you would be available earlier (8am).

T

21:40
Tushar | Persistence
Sure thing Ashley
21:40
8 am PST works very well :)

A

21:50
Ashley Richardson Blockchain
Ok great, will try to lock that in during our meeting today.

Separately, I'm wondering if you have anything you can tell about upcoming items on the roadmap in terms of creating demand/awareness for the token in the coming months. I know exchange listings have helped in the past, just trying to gauge the coming events that may create additional demand and as a result (hopefully) a price increase?
21:50
I'm sensing an understandable about of fear post OHM, and just trying trying to get ahead of that.
20 January 2022

A

05:23
Ashley Richardson Blockchain
Ok, had a really good chat with Taylor and team today. They are feeling good and excited to speak to you Friday. All is positive, I think the focus should really be on wins, partnerships, what is he built, and the forward trajectory. We had a great conversation about the benefits of the cosmos and ecosystem and what is being built. Just wanted you to have the heads up - all is positive.
05:23
What is being built* /what to look forward to in 2022.
05:24
Happy to connect tomorrow ahead of Friday if you want, but it should be super casual. Taylor is very sweet, and I think you will enjoy it.

T

14:38
Tushar | Persistence
Perfect
14:38
We can do Friday straight no worries
14:38
I'll list out the positives and roadmap and take it from there :)

T

16:10
Tushar | Persistence
could we lock an invite pls?

A

21:15
Ashley Richardson Blockchain
Yes, 8am is confirmed. I just woke up and saw you sent through an invite. Would you be ok if I sent out a zoom link instead? I just want to make sure it's easy for Taylor to access, and I know she has zoom setup.

T

21:16
Tushar | Persistence

absolutely
21:16
i just wanted to lock on my end
21:16
pls feel free to send a new invite

A

21:18
Ashley Richardson Blockchain
Yes confirmed - her head of investments will also be joining. He is traditional finance and typically runs the overall fund, but is doing his best to understand crypto ;)

Really looking forward, and I am going to reach out to Pratyaksh once I have had my coffee! Early in California.

T

21:22
Tushar | Persistence
Awesome looking forward
21 January 2022

A

22:19
Ashley Richardson Blockchain
Hey Tushar - just making sure you are still ok for today, all things considered with the state of the market. Let me know if you need to push.

T

22:48
Tushar | Persistence
All good Ashley
22:48
Unless you think better to do on a green day

A

22:48
Ashley Richardson Blockchain
Ok great, reconfirming with Taylor as well. Looking forward
22:49
It's fine, cosmos in general really held
22:49
Which is a bright side ;)

T

22:52
Tushar | Persistence
Cool cool
22:52
Speak in a bit
22 January 2022

T

00:02
Tushar | Persistence
hey Ashley

A

00:02
Ashley Richardson Blockchain
Hi
00:02
Are you having trouble with the link?

T

00:03
Tushar | Persistence

I am waiting for you to let me in
00:03



A

01:59
Ashley Richardson Blockchain
Thanks so much for taking the time, super helpful all around

T

02:24
Tushar | Persistence
Glad Ashley
02:24
Have a good weekend

A

02:40
Ashley Richardson Blockchain
Side question: I still have Taylor's xprt delegated to multiple the multiple nodes we discussed. As of now, are you ok for me to pull them and put them on her node? Let me know. Alternatively, we could also look at delegating foundation at some point to the Persistence Bull node. Whatever is best for you and the team.
31 January 2022

A

21:22
Ashley Richardson Blockchain
Hi Tushar - wondering if we can catch up this week if possible? Off the record just want to get a sense of next steps for the xprt token in general. I know all resources have gone towards Pstake, just concerned about what happens next for xprt from an awareness/adaptation standpoint (listings, marketing, etc) especially if there is another unlock coming up. Been noticing that even the cosmos ecosystem influencers are speaking far less about xprt less these days (not referring to Psycho), and that the persistence social and telegram Chanel's are only announcing Pstake updates for the most part.

Really want to help if I can, but also want to get my head around the best way to maintain momentum for XPRT based on what is upcoming.
1 February 2022

T

19:36
Tushar | Persistence
Hey Ashley
19:46
As I highlighted in the call couple of weeks ago, PSTAKE and Persistence (XPRT) products are 100% linked. On the product front, Persistence is dependent on pSTAKE - as more Cosmos based stkASSETS are issued on persistence once native liquid staking for cosmos goes live, the better Persistence does.

With respect to the token (XPRT) - key things are building greater liquidity e.g. through the proposal on chain which just went live yesterday (https://www.mintscan.io/persistence/proposals/2), building liquidity on JUNO etc.

What we do need to do is improve the comms. The blogs are taking slightly longer to write and in the context of the price downturn, the community gets agitated (which is part of building an early stage tech startup with a token)

As for the investment itself, happy to help you take some money off the table (e.g. the staking rewards accrued thus far while keeping principal 8M tokens). We are happy to process this for you on a monthly basis also - as I have highlighted, one of my primary goals is to ensure you do not lose capital as a first objective.

Please let me know the best way to proceed. Happy to have a call but not sure if there's any new info I can provide

T

19:46
Tushar | Persistence

M

Mikhil Pandey Blockchain Persistence 01.02.2022 19:01:38



T

19:47
Tushar | Persistence
In reply to this message
coming up with simple diagrams and explainers in the blog like this one to explain what the ecosystem looks like and how value accrual happens for XPRT (this diagram looks complex but simplifying it and representing it nicely)

A

20:00
Ashley Richardson Blockchain
Thanks so much Tushar, I know there is a plan and a lot going on. Mean it when I say, would love to help. PR and marketing are a bit second nature, so as the building comes to fruition would be great to find a way to drive awareness and strategically align with the cosmos community at large. Seems that there really is a fear these days amongst influencers when it comes to supporting any community (especially after this wonderland debacle)… night and day compared to persistence, but fear is certainly running high.

I think that ultimately it would be better to keep as much in as possible and find ways to help the project evolve and gain traction.
20:00
I know it's a busy week, but as the dust settles let's stay in touch and find ways to make it happen.
20:02
And truly, I don't want this to be a point of stress for you. But I would like to help you. This is coming from me directly, I can find ways to access the right people via Taylor, but also can help with my greater network at large. I know there is a ton of potential, it's now a matter of awareness building as the products and ecosystem grow.
7 February 2022

A

02:09
Ashley Richardson Blockchain
Let me know if you have time to hop on a call this week, I have some ideas.

Want to be sure you are (at the very least) and active part of the cosmos narrative in the coming months as it gains traction, and have some thoughts on how to make it happen. Right now the community seems to have become very inactive on social channels, and the mentions by influential cosmos folks does not include XPRT. Maybe there is already a plan on place or a reason that focus has gone elsewhere, but I believe that in tandem with the OSMO explosure (great idea) it's paramount to light a spark behind XPRT/PSTAKE/CMDX as being a united entity (right now that does not come through).

I know you are completely swamped with the launch of Pstake, so let me know if I should reach out to the team in the meantime. Also do think it's important for you to be a part of that conversation in the initial phases, but I have more time in the coming months and would like to allocate it helping you and the team put their best foot forward.

Separately, while we did liquidate a bit of ATOM and other capital before the recent market dip, for tax purposes, we have a lot remaining in the form of: Juno, OSMO, XPRT, ATOM. Think it would be good to discuss where that would serve your project best, and the incentives associated with being staked on those platforms. As it stands, it is not clear what the incentive is to remain staked on PSTAKE is once the tokens have been allocated, would love to get some clarity there as well.

Ok, thanks Tushar. Realize this is a long one but it's been on my mind and I've been motivated to jump in and help. Our desire is to stay staked as the project grows, and now it's really about finding ways to help you.

T

04:49

Tushar | Persistence

Hey Ashley let me get back with a detailed response tomorrow

04:49

And set up the call tomorrow as well

Next messages

RBD-192

Ashley Richardson Blockchain
Previous messages
7 February 2022

T

04:49
Tushar | Persistence
Will address all your queries and concerns

A

05:23
Ashley Richardson Blockchain
Awesome, thanks Tushar. Looking forward.
8 February 2022

T

00:58
Tushar | Persistence
https://medium.com/persistence-blog/from-the-founders-desk-mission-2022-d3a2a1d20de1
00:59
First of several coming out this week
00:59
XPRT Value accrual

XPRT PSTAKE Linkage etc
00:59
Activating all the influencers etc in the next 14 days or so
01:00
How's your Thursday AM for a call?

A

01:05
Ashley Richardson Blockchain
Awesome, thank you for sending! And Thursday is great. Also would love to touch base re the future upside
for staying on Pstake/pairs. Happy to reach out to Abhitej on that end if you prefer?

T

01:06
Tushar | Persistence
No happy to jump on a call
01:06
Rudraj Abhitej and I will take the call
01:06
Three of us are now spreaheading the 'external' aspects of the project
01:06
and going all in

A

01:06
Ashley Richardson Blockchain
Great. We can discuss also on Thursday if it is preferable, just let me know.

T

01:06

Tushar | Persistence
on that

A

01:07
Ashley Richardson Blockchain
Ok great - sounds good.

T

01:13
Tushar | Persistence
Have sent an invite
01:13
In the meantime, if you think there's any influencers we should work with, if you could let us know
01:13
And we'll take the convo forward with them

A

01:28
Ashley Richardson Blockchain
Ok great - I can make a list. I realize many of them are very hesitant to do partnerships. I'm going to see Altcoin Psycho in LA next week, he knows many of them well so I'm going to use it as a chance to brainstorm.

T

01:29
Tushar | Persistence
Sure
01:29
Right now we're shooting for a lot of the Cosmos ones

A

01:31
Ashley Richardson Blockchain
Yes assumed so, I'm sure we are on the same page there, but I think as cosmos gets on the radar more going for some of the bigger ones (organically if possible) will be good. I think understanding the long term upside is key, which gets back to narrative ;)

But since many of them are traders PA and being highlighted on exchanges is key. Or a really solid pool/upside.

T

23:23
Tushar | Persistence
https://twitter.com/cryptocito/status/1491069670023372801?s=21
9 February 2022

A

14:51
Ashley Richardson Blockchain
I love this, thank you for sharing.

I staked a bunch of Taylor's Osmo on his node ;)
26 March 2022

T

13:06
Tushar | Persistence
Hey Ashley
13:06
How are you?
13:06
Been a while

A

19:36
Ashley Richardson Blockchain
Hey Tushar, great to hear from you. I have been meaning to reach out, so your timing as good. I will have some time later today as I will be driving quite a bit, let me know if that could work for you. There are some shifts coming up for Taylor as she is making a significant change of residence, so it would be great to get a snapshot of next steps and the ongoing benefits of PStake/upcoming projects, so that I could communicate accordingly. Also would be great to reconnect in general. Probably 9:30-11:30am PST, if that doesn't work we can find another time that does. I also do have some questions about airdrop, I had a bit of trouble with them so happy to connect with someone else directly on that front if it's easier. Hope you are well!

A

23:31
Ashley Richardson Blockchain
Let me know if you have time today or over the weekend to catch up. I believe in the project, but I have a lot of people who are upset with me right now in relation to price (not your fault) and I just want to be able to communicate the path forward. I believe in you, and I have put myself on the line… no regrets, but it may not end well for me. Let's talk about how I can help.
27 March 2022

T

05:08
Tushar | Persistence
Hey Ashley
05:08
Let's catch up on Monday if possible?

A

17:47
Ashley Richardson Blockchain
Sounds good, Tushar. Let me know a good time. Also, is the unlock complete for March? If you could let me know an estimate of when you think the worst of the sell off will be behind us, would appreciate it. Looking forward to connecting.
28 March 2022

T

19:37
Tushar | Persistence
I think the worst of the sell off should be behind us by mid April

T

20:11
Tushar | Persistence
Sent an invite for Thursday
20:12

Pls let me know if an alternate time works better
20:12
Will be 7 am for you
29 March 2022

A

06:44
Ashley Richardson Blockchain
Sill make it work, thanks Tushar. For questions about the airdrops should I speak to Abhitej?

T

14:36
Tushar | Persistence
Will address all questions during the call
14:36
I'll invite pratyaksh to the call
14:37
And can also answer them async in the group
31 March 2022

T

22:01
Tushar | Persistence
███████████████████████████████
22:01
pls join Ashley
11 April 2022

A

23:26
Ashley Richardson Blockchain
Hey there… would be good to catch up 1:1, off the record this week. Taylor is making a pretty big move and it may impact her assets. Not sure if they will remain on LP staked, and wanted you to have a heads up.
23:27
But also want to connect either way, if you have a good day. I'm dealing with a lot of family logistics at the moment, as my step mother had no children and my father passed on… but I will make time. Let me know a good day
12 April 2022

T

12:42
Tushar | Persistence
Hi Ashley. Let me send you an invite to catch up

A

17:34
Ashley Richardson Blockchain
Great. Super unofficial, can just be a quick call when you are available. Prefer it to be just us as the information is sensitive and confidential. ;)

T

17:35
Tushar | Persistence
of course
17:35

sent one for Tuesday AM
17:35
Your time

A

22:33
Ashley Richardson Blockchain
Great, is it 11:30 Singapore time? In an hour? Want totally clear on the time - but that works

T

22:38
Tushar | Persistence
11:30 SGT yes

T

23:32
Tushar | Persistence
███████████████████████████████

T

23:47
Tushar | Persistence
https://www.washingtonpost.com/business/what-is-non-domiciled-rishi-sunaks-wife-uk-tax-status-explained/2022/04/07/11151690-b689-11ec-8358-20aa16355fb4_story.html
14 April 2022

A

21:47
Ashley Richardson Blockchain
Just realized I sent that in the group chat        hope thags ok
21:48
That

T

21:51
Tushar | Persistence
all good

A

21:56
Ashley Richardson Blockchain
Sorry to spring this in you, I'm worried that if things change hands quickly this is our last shot for a bit.
21:56
Want to maximize it in the meantime

T

21:56
Tushar | Persistence
understood

A

21:56
Ashley Richardson Blockchain
And also stake it so it's spoken for

15 April 2022

A

05:42
Ashley Richardson Blockchain
Hey! So if you can get me the pstake token tonight, I can try to stake it on Osmo. I'm sending the wallets will Taylor to Europe tomorrow, so it will be my last chance to do a move, also worried if we don't receive it they might have a hard time tracking it down. Best chance of having everything in a home that is locked (short term) is to get it done in the next 24 hours.
16 April 2022

A

15:32
Ashley Richardson Blockchain
Hey Tushar… just a quick one to confirm that you are still in fact overseeing persistence and plan to continue to?

Entirely off the record: I have concerns. The bAtom piece, while intriguing, is a bit clunky and hard to manage. I fear it will not be easy for a lay person and also I'm not sure what you are doing to promote it.

Going out on a limb now to support you and your team, while I am already on some thin ice. Primarily because my hope is the liquidity can help in the long term… just need to be sure there is a long term and would like to know the end goal and who is leading the charge.

Appreciate if you can circle back, maybe we can even jump on a quick informal call.

T

15:33
Tushar | Persistence
Absolutely 100% will be running persistence :)
15:33
It is a v v long term play

A

15:33
Ashley Richardson Blockchain
Ok, cool. I was worried.

T

15:33
Tushar | Persistence
Just giving more autonomy to the team
15:33
To create more time for myself
15:33
To focus on next stages of growth

A

15:35
Ashley Richardson Blockchain
As long as you are there and committed I'm more comfortable. I'm hopeful this helps, like I said I'm sticking my neck out, especially because I'm not sure how things will play out after Taylor's move, and I know it is in her best interest to see you succeed.

T

15:35
Tushar | Persistence
Absolutely committed
15:35
I really really appreciate you sticking your neck out
15:35
Truly

A

15:35
Ashley Richardson Blockchain
Once I'm not in control as much, it will be harder to make a case
15:35
I'm happy to
15:36
I just really wanted to get this done
15:37
If you can make sure your team checks everything: atom/eth, b atom, and pstake/osmo, to let me know if I missed anything, that would be great. I have very little time to tweak it all.
15:37
Added quite a bit today, and I'm hoping it helps

T

15:39
Tushar | Persistence
Yes absolutely I would suggest doing it on a call / zoom if possible
15:39
Screen sharing
15:39
I know it's clunky
15:39
But that's across the board for all assets on anchor
15:39
But people jump on it
15:39
Due to the yields

A

15:39
Ashley Richardson Blockchain
I'm not sure there will be time, but can hop on early tomorrow if they are able

T

15:39
Tushar | Persistence
And jump through the hoops
15:39
In reply to this message
Yes absolutely

A

15:40
Ashley Richardson Blockchain
So far I was able to get the batom into the wallet - so hopefully that helps
15:40
I am not sure if there are any remaining a steps

15:41
Also let me know dates/info for June when you get a chance. My partner may be able to shoot it and I just need to sort logistics
15:42
Regardless, would be great to meet up and brainstorm.
15:42
Hopefully the added value today helped some. More when I wake up in a few hours.
15:45
Also if you can confirm the upside for bAtom that would be great. With sktAtom I know there are staking rewards and also you committed to the additional 1% per month, how does this work for bAtom if it is unstaked?

T

22:09
Tushar | Persistence
In reply to this message
I'll keep you posted
22:09
In reply to this message
Thank you so much Ashley
22:09
In reply to this message
What's the total amount of new collateral added ?
22:11
Sorry
22:11
New assets added
22:11
Total amount

A

22:11
Ashley Richardson Blockchain
It's already roughly 10M, just on PStake… 4M additional Atom/Eth, 5M in bAtom.

Then I added 2.4M to the pstake pool
22:12
Also going to add some to the xprt pool this morning, possibly a bit more atom as well.
22:12
I think I have 5M more in atom, but some of that I'm staking on osmo with her Juno.
22:13
Also wrote Mikhil, but I need to be able to explain bAtom, was under the impression it was staking not lending. Hopefully it will be fine, just trying to clarifying risk.

T

22:14
Tushar | Persistence
free for a call?
22:14
Mikhil and I can hop on

A

22:14
Ashley Richardson Blockchain
Yes, give me five minutes

T

22:14
Tushar | Persistence
I can send a link
22:14
ok done
22:14
sending link

A

22:14
Ashley Richardson Blockchain
Just woke up and I want to grab a coffee
22:14
;)

T

22:14
Tushar | Persistence
ha sure sure
22:19

██████████████████████████████

10 May 2022

A

03:11
Ashley Richardson Blockchain
Hey - really concerned about UST and also the falling atom price. I am still away, but do you have any insight re the de-pegging? Should we unstake? And re atom price, liquidation is $8. I know that is a ways off, but this is moving swiftly. Anyway would love your thoughts/insight. All off the record

A

08:37
Ashley Richardson Blockchain
Hey really would love your opinion, this looks super bad for terra.

T

12:04
Tushar | Persistence
Hey IMO
12:04
The peg should restore
12:05
But that's purely an opinion.
12:05
As for the liquidation.
12:05
Are you sure it was 8?

A

14:49
Ashley Richardson Blockchain
Yes, it was 8 ;)
14:49

I was too nervous to make it 12
14:49
It seems to be restoring, but who knows. Today has been a wild ride

T

14:50
Tushar | Persistence
It indeed has been

A

14:54
Ashley Richardson Blockchain
Also still up north, so internet is spotty… but at least it's beautiful.
14:54



T

14:58
Tushar | Persistence
Looks good!!
14:58
When are you back in LA ?

A

14:59
Ashley Richardson Blockchain
Hopefully in a few days, lawyers willing
12 May 2022

A

18:37
Ashley Richardson Blockchain
Really devastated about the Luna/UST situation. Not sure what to do at this point, but it's looking rather bleak. De-risked/paid back most of the the anchor loan, so I guess it's safe from liquidation. But the UST conversion seems to have decimated it. Any thoughts or insight?
18:39
I also was holding a lot of UST in an Osmo pool with xprt.

I know you are probably dealing with a lot… but I also know you have connections to Terra. Would value an honest assessment so we can proceed. I know it is probably devastating for you as well.
13 May 2022

A

10:15
Ashley Richardson Blockchain
Between you and me..: is there any chance ust goes up? I had so much in that pool, personally. Im really just gutted.

T

12:36
Tushar | Persistence
In reply to this message
I think best to hold on to it
12:36
Than realising a loss
12:37
:/

A

12:37
Ashley Richardson Blockchain
;(
12:37
Was literally just reading the latest Whitedove report on it! Lol
12:37
She still loved you guys ,$

T

12:37
Tushar | Persistence
Wow

A

12:37
Ashley Richardson Blockchain
"Terra (LUNA)
. Ranked 14 and about $29.56. All time high recently around $116. Been GREEN, but never got it as it wasn't Purple. Spirit shares it was attacked. I don't know all about this like you guys do, but that is what I am getting. No, they have the stable coin and right now I would not use it and I would only use only USDC. So sad, this was straight up a play by the big boys to mess with it and ruin something good. Nobody will believe this, but I still think there is a chance. Would I get it right now on the 10th? No. Would I take another look at it a little bit down the road? Yes. We need to look at this again and despite what you hear right now, it isn't 100% over for them yet. Caution, but, in time, it has a chance. But this is why I always share that anything can happen and not to put all of your eggs in one basket AND to take profits. You know this was over $100 and was up so much from when we first gave it a Green. Never gave it a purple"
12:39
Patreon May 2022 Michelle Whitedove Report.pdf
827.7 KB
12:39
There you have it ;)
12:39
Who knows what's real… but a little hope along the way doesn't hurt.
12:40
To be fair, I shorted Luna from $88 and did really well. So… the universe probably evened it out in the end.
12:46

Anyways, take care. These are strange days for you, I know… but I also view it as a window of opportunity. RBD-204
A big window.

T

12:56
Tushar | Persistence
HUGE WINDOW
12:56
Exactly
12:56
Almost a reset at this stage

A

12:58
Ashley Richardson Blockchain
Honestly, that is what I saw
12:58
I thought, oh, this is how persistence is going to take center stage.
12:59
The world is a strange and surreal dream. And speaking of dreams, I'm finally sleeping after 48 hours of being awake.      at least I hope I am ;)
13:00
Hope you are finding ways to rest too. Clear to me now, this is truly a marathon.

T

13:11
Tushar | Persistence
Truly is a marathon

Ashley <> Persistence
30 June 2021
Tushar | Persistence        created group «Ashley <> Persistence» with members Tushar | Persistence        and Abhitej UAE
Ashley Richardson Blockchain joined group by link from Group

A

05:04
Ashley Richardson Blockchain
Hello! It's Ashley, great to meet you.

T

05:05
Tushar | Persistence
Hey Tushar!

Once again, on multiple levels, it was genuinely a pleasure to meet you over zoom. I was already inspired by the project and today heartened by your leadership and approach.

Below is a very brief recap of my top-line understanding of the Persistence pillars and core areas of importance/needs in the coming year, also how I might help.

Persistence today (in a nutshell):
Comdex decentralized commodities exchange
pStake liquid staking protocol
Asset Mantle white label NFT marketplace (coming soon)
pLend lending platform (coming soon)

Critical areas of focus in the coming months where I might be able to assist:
Onboard additional validators (ie, Bridge Tower/Tavis)
Would be great to dig in and define potential targets in the space, set a goal of established partnerships for 2021/22
Define the core focus of the Persistence roadmap from a marketing/retail perspective
Tushar's vision quest ;)
Brand ethos brainstorm with key creative marketing gurus/advisors (Possibly the Persistence Team, Ashley, Toby Barlow of Ford, etc)
Key pillars: brand story, what sets you apart/solution, branding & style guidelines, website
New Exchange Listings
PR & Digital Push to the Retail Marketplace
Schedule a series of key meetings & speaking engagements for Tushar in the US, Europe, and Canada

Economics of a potential partnership:

I defer to you, the needs of your team, and the value of my help therein. I am open to discussion and I am sure it goes without saying that I am bullish on XPRT. ;)
05:05
Email from Ashley after having done a call with her to bring her up to speed on Persistence
05:06
She's going to help us make a push on BD front
Tushar | Persistence        invited Mikhil Pandey Blockchain Persistence

T

05:07
Tushar | Persistence
Ashley, please meet core team members on the business team - Abhitej and Mikhil

A

05:08
Ashley Richardson Blockchain
Great to meet each of you! I know it is impossibly late there, but looking forward to connecting.

T

05:08
Tushar | Persistence
They look at the overall strategy and execution across community, BD, research etc
05:09
In reply to this message
One point I'd add to this is getting onboard interesting folks as investors/help build interesting people to have skin in the game in persistence

A

05:10
Ashley Richardson Blockchain
Excellent. Tushar is already aware, but I will be traveling as of next week so if there is time in the coming days happy to setup a call (currently in California, PTSD). If not will make myself available when possible as of next week when I am in Europe.

A

13:17
Abhitej UAE
In reply to this message
Hello Ashley,

Great to connect with you. How about Thursday this week?

M

17:29
Mikhil Pandev Blockchain Persistence
Hey ████████████
Great to meet you too!!

Look forward to speaking to you

A

22:27
Ashley Richardson Blockchain
In reply to this message
Thursday works well. Let me know what you are thinking, on your end. I could do your early am for you (this evening later for me) or later in the evening for you, my am.

A

23:21
Abhitej UAE
Let's do your am tomorrow
23:21
If you can share your email address I will send the invite

A

23:39
Ashley Richardson Blockchain
Ok great. FYI, I am unavailable from 9:30am-10am/(10-10:30pm for you) for another call, but as of now I should be somewhat flexible before and after that meeting. Looking forward!

████████████
1 July 2021

A

00:04
Abhitej UAE
Sent you an invite please check

A

00:30
Ashley Richardson Blockchain
Received! Thank you
2 July 2021

A

01:21
Ashley Richardson Blockchain
Abhitej - let me know if you will be sending another link or if it would be easier if I send a zoom link for round two ;)

A

01:24
Abhitej UAE
Sure thing.
01:24
Please share the zoom link. Talk to you in 30 minutes for round 2

A

01:29
Ashley Richardson Blockchain
Great. Invitation sent, link here for reference: ████████████████████████

A

03:36

**R-3**
RBD-208

Abhitej UAE
https://ethereum.foundation/philosophy/
03:47
Brand Guide and Logos: ███████████████████████████
11 August 2021
Tushar | Persistence      invited Niharika Bansal Persistence
12 August 2021

T

04:38
Tushar | Persistence
Hey ███████████ could you send the synaps kyc link for individual Investors to ████████████ pls on this group

N

11:46
Niharika Bansal Persistence
Hi ████████
Nice to e-meet you.
KYC link/ Individual Link: ████████████████
11:47
Pls. let us know in case of any concerns.

A

11:48
Ashley Richardson Blockchain
Wonderful, thank you Niharika
23 August 2021
Tushar | Persistence      invited Pratyaksh Telegram

T

02:09
Tushar | Persistence

A

Ashley Richardson Blockchain 23.08.2021 02:06:49
It's close - but for some reason it doesn't connect at this stage
02:09

T

02:09
Tushar | Persistence
███████████████
02:09
Will tell us when to jump on the call

T

02:09
Tushar | Persistence

T

Tushar | Persistence      26.10.2020 17:33:23
████████████████████

T

02:10

Tushar | Persistence
We can use this link
02:10

████████████ pls don't join yet

T

02:14
Tushar | Persistence

A

Ashley Richardson Blockchain 23.08.2021 02:14:19
So in 50 minutes on that zoom, correct?

T

02:14
Tushar | Persistence
12:30 am ist
02:14
████████████
02:14
For the call

P

02:15
Pratyaksh Telegram
Yes 12:30 AM

A

02:16
Ashley Richardson Blockchain
Great, thanks so much.

A

02:31
Ashley Richardson Blockchain
I may have figured it out! Seems the problem was that you need to be using Google chrome? I was trying on safari previously. Also hit a snag while still connected to ledger live, but upon disconnecting have been able to connect ;)
02:31
We can still speak but if what I outlined above is correct, may have found the solution.

T

02:33
Tushar | Persistence
Yes safari gives problems

M

02:33
Mikhil Pandey Blockchain Persistence
In reply to this message
Hey Ashley,
Just checking one thing- are you signing in using wallet.persistence.one or keplr?
02:33
Would suggest using wallet.persistence.one

T

02:33
Tushar | Persistence
Chrome is good

A

02:34
Ashley Richardson Blockchain
That's what I was using. And chrome seems to be a solve.

M

02:34
Mikhil Pandey Blockchain Persistence
In reply to this message
Instead of keplr
02:34

In reply to this message
Perfect

A

02:34
Ashley Richardson Blockchain
It is a new Mac computer and had not yet installed chrome, but now it seems to be connecting.

T

02:35
Tushar | Persistence
Gotcha

A

02:35
Ashley Richardson Blockchain
Ledger live also was somehow interrupting the ability to connect as well, FYI. But when I shut the app and disconnected that seemed to work ;)

T

02:36
Tushar | Persistence
Let us still do a quick call
02:36
To make sure everything is good?
02:36
Or no need ?

A

02:36
Ashley Richardson Blockchain
Great. Happy to. Will send you a few addresses now and you can test ahead of time.

T

02:37
Tushar | Persistence
Ok

A

02:37
Ashley Richardson Blockchain
I feel more confident now but might be helpful to do a quick walk through

M

02:38
Mikhil Pandey Blockchain Persistence
In reply to this message
This seems to be a temporary issue with Nano S, not entirely sure if this issue exists with X as well
02:39
When signing in, it gives you an error or says ledger is disconnected

A

02:45
Ashley Richardson Blockchain



02:45



02:46
And there was one more I will try to take a picture of
02:46
Seems fine when disconnected from ledger live and using chrome, FYI.
02:47
Also have nano x, so will let you know if it is different when I get there

P

02:52
Pratyaksh Telegram
In reply to this message
Hey Ashley,

You need to first open the persistence app in ledger and then sign in through wallet.persistence.one

A

02:53
Ashley Richardson Blockchain
Yes - it was open, FYI. But it was also connected to ledger live at that point

M

02:54
Mikhil Pandey Blockchain Persistence
Would be best to do the call actually

T

02:55
Tushar | Persistence
Yes

A

02:57
Ashley Richardson Blockchain



02:57
This was the other error on safari, FYI.

T

02:59
Tushar | Persistence
Gotcha
02:59
Yes safari is something we haven't optimised for

A

03:00
Ashley Richardson Blockchain
Makes sense. I consider it a good to know, since many people in CA tech/entertainment are on apple, but most have chrome ;)

P

03:02
Pratyaksh Telegram
In reply to this message
Joining

T

03:02
Tushar | Persistence
Just starting

A

03:02
Ashley Richardson Blockchain
I'm on as well
25 August 2021

T

00:20
Tushar | Persistence

A

Ashley Richardson Blockchain 25.08.2021 00:19:38
Asking which one she wants me to send. Also, please send me a pdf of the final for a quick review once it's ready

T

00:21
Tushar | Persistence
████████████████
00:22
████████████████
00:22
in the agreement should we put 4.94$ or 5$?
00:23
keep the 0.06$ separate?
00:24
Accordingly will put number of tokens also (i.e. 4M or 4.048M?)

A

00:42
Ashley Richardson Blockchain
5, keep the .06 separate
00:42
4M tokens

N

00:44
Niharika Bansal Persistence
██████████████████████
Hi █████████
Nice to e-meet you. We have captured all the comments and accepted them accordingly. Pls. find enclosed the copy of final version for your review.
Let us know in case of any concerns.

A

00:44
Ashley Richardson Blockchain
Great, thanks so much
00:45
Will review shortly

N

00:45
Niharika Bansal Persistence
surely thanks.

T

00:46
Tushar | Persistence
In reply to this message

Gotchu

A

03:27
Ashley Richardson Blockchain
Great - it looks good. If you could send me a copy of the final (assuming you are including terms) before sending out will do one last pass. Alternatively, in the interest of time, if there is a way of cc'ing me on the DocuSign to review that could also work. Just let me know.

T

04:51
Tushar | Persistence
████████ if in the morning - you could make all the updates to the fields in yellow to be filled up etc and send it via docusign for execution (cc'ing Ashley for view only) - TLDR pls send to Ashley for viewing (via docusign) and Taylor for execution with all relevant fields filled up

Price will be 5$ for 20m$ total purchase consideration for a total of 4M XPRT
04:51
Then it can come to me for execution
04:51
████████ if you could advise Taylor's email address pls
04:51
████████████
04:52
In reply to this message
this is Ashley's
04:53
Ideally if we could do this first thing in the morning ██████████ (would be night time for Ashley and Taylor) - then the transfers can be executed AM PST on Wednesday

A

08:47
Ashley Richardson Blockchain
Great, thanks Tushar.

A

11:37
Ashley Richardson Blockchain
Go ahead and send to: ████████████████
11:37
Let me know when the final is ready die review.
11:38
For*** not die ;)

T

11:38
Tushar | Persistence
Will send you docusign itself to view (Kinda like in cc)
11:38
████████████

A

11:39
Ashley Richardson Blockchain
In reply to this message
Sounds good, thank you.

N

12:23
Niharika Bansal Persistence
H████████████
We have shared the final version for execution via DocuSign.
Pls let us know in case of any concerns.

A

12:42
Ashley Richardson Blockchain
Thank you. I believe we are on the same page, seems good to go.

T

12:48
Tushar | Persistence

Hey ███████████
12:48
Taylor is not being able to see it
12:48
Could you pls resend

N

12:49
Niharika Bansal Persistence
No problem ill resend it
12:54
In reply to this message
Sent

N

21:39
Niharika Bansal Persistence
███████████████████████████████████████████████████

T

21:40
Tushar | Persistence
Hey ███████████
21:40
For the transactions today - 3M XPRT
21:41
Specific BTC numbers - per transaction
26 August 2021

A

01:53
Ashley Richardson Blockchain
FYI - document was just signed and sent. Please let me know once it is received, and it there are any issues

T

02:03
Tushar | Persistence
Signed on my end as well
02:04
I have updated figures for the wallets
8 October 2021

T

20:46
Tushar | Persistence
Can use this group

T

20:47
Tushar | Persistence

A

Ashley Richardson Blockchain 08.10.2021 11:29:24
Side note: the team was super helpful today, thank you! Was not able to get the atom and eth transferred today, but it may come through in the am.

If not, should we push our call until it is received? Let me know.

T

20:47
Tushar | Persistence
██████████████

P

20:49
Pratyaksh Telegram
I'll move to tomorrow if you're available? ██████████████

A

21:48

Ashley Richardson Blockchain
Tomorrow works on my side, I'm flexible in the am so any time.

P

21:58
Pratyaksh Telegram
Alright, I'll send an invite for the time

A

22:28
Ashley Richardson Blockchain
Great, thank you! I'll let you know in the event of any changes.
9 October 2021

A

12:46
Ashley Richardson Blockchain
Confirming the call for tomorrow, looking forward.

M

22:28
Mikhil Pandey Blockchain Persistence
Hey █████████████
Running 5 mins late
22:31
Apologies for the trouble

A

22:31
Ashley Richardson Blockchain
No worries! I am as well ;)
22:32
Gives me a chance to make a coffee

M

22:32
Mikhil Pandey Blockchain Persistence
Perfect :)
22:32
Let us know once you're ready

A

22:32
Ashley Richardson Blockchain
I'll be good in five

P

22:36
Pratyaksh Telegram
Joined
22:36
In reply to this message
Please take your time

M

23:37
Mikhil Pandey Blockchain Persistence
99.49 stkATOM per ETH
23:37
27518 stkATOM to 276.572 ETH

P

23:51
Pratyaksh Telegram
████████████████████████████████████████

A

23:55
Ashley Richardson Blockchain
Thank you so much again for a very successful and seamless walk through, Mikhil & Prathakash! Much appreciated.

10 October 2021                                                                                    RBD-216

A

22:27
Ashley Richardson Blockchain
Checking to see if today is still good for the next round of staking. I think we said 8:30 IST?

T

22:38
Tushar | Persistence
██████████

P

22:43
Pratyaksh Telegram
In reply to this message
Yes absolutely
22:45
Please let me know if you need some help with the process

A

23:00
Ashley Richardson Blockchain
Great - I'm going to start it off and if needed will ping you, does that sound good?

P

23:00
Pratyaksh Telegram
Sounds good

A

23:00
Ashley Richardson Blockchain
I'm just starting the transfer process so should be good for most steps (at least at the beginning).

A

23:16
Ashley Richardson Blockchain
Ok - have the atom and eth ready & wrapped… can't remember if stake atom first, then stake LP? Or do I skip the stake atom step and go straight to stake LP?

P

23:18
Pratyaksh Telegram
Stake atom first
23:18
And then stake sushi LP tokens on stakeLP

A

23:18
Ashley Richardson Blockchain
Ah - ok I may call you directly in a few minutes if I get stuck ;)

P

23:21
Pratyaksh Telegram
Absolutely

A

23:23
Ashley Richardson Blockchain



P

23:23
Pratyaksh Telegram
Go to liquidity
23:23
Not swap

A

23:24
Ashley Richardson Blockchain
Right ;) thank you!
23:26
"Confirm adding liquidity" correct?

P

23:26
Pratyaksh Telegram
Yes

A

23:27
Ashley Richardson Blockchain



23:27
Assuming this all looks correct?
23:28
/good?

P

23:28
Pratyaksh Telegram
It's perfect

A

23:28
Ashley Richardson Blockchain
Ok great
23:29
Now it should appear in "stake LP", or is there another step?

P

23:29
Pratyaksh Telegram
It'll appear in stakeLP

A

R-3
RBD-218

23:31
Ashley Richardson Blockchain
Ok - not seeing it yet and when I refresh it logs out and makes me reconnect, I cause for concern hopefully?
23:32
I see it on the explorer as having gone through, just not in stake LP
23:32
Actually I also see it in transactions on PStake as well
23:33
But the LP balance and pool share remain the same

P

23:34
Pratyaksh Telegram
Can you see your available balance on stakeLP dashboard?

A

23:34
Ashley Richardson Blockchain
No
23:35
And I take that act about the transaction in PStake, it was just the atom staking

P

23:35
Pratyaksh Telegram
In reply to this message
Okay
23:35
Did the sushi transaction go through?

A

23:36
Ashley Richardson Blockchain
Yes
23:36
Maybe you can give me a call?

P

23:37
Pratyaksh Telegram
Calling

A

23:45
Ashley Richardson Blockchain
All sorted thanks to Pratyaksh
23:46
Amount of 30,000.08 Atom and 300.114 ETH

P

23:57
Pratyaksh Telegram
In reply to this message
Happy to help
11 October 2021

M

20:54
Mikhil Pandev Blockchain Persistence
Hey ██████████████
Hope you're doing good. Let us know if you need any support with deploying more assets

T

20:55
Tushar | Persistence
██████████████████ would be happy to get on a call to help you out

A

23:09
Ashley Richardson Blockchain

Thanks so much, Tushar. Would really like to her a sense of slippage, daily economics if possible. Am I correct in assuming that ██████ be deployed in the coming days along with the pstake launch? Or is there something that I can view now?

T

23:13
Tushar | Persistence
No slippage. There's impermanent loss
23:13
███████████ is pulling up a spreadsheet for this

P

23:14
Pratyaksh Telegram
I'll prepare a sheet which will show high level numbers of how much Impermanent Loss you faced during LP

A

23:16
Ashley Richardson Blockchain
That would be great
23:16
Would love to see that, review, get a sense before the next deposits

T

23:16
Tushar | Persistence
typically with the kind of rewards we are looking at - Impermanent Loss (IL) becomes inconsequential - but you should still have visibility
23:17
We'll get that to you

A

23:17
Ashley Richardson Blockchain
That's what I assume - just want to make sure I understand so I can pass it on, will absolutely balance it with the upside.
12 October 2021

P

02:28
Pratyaksh Telegram
███████████████████████████████████████████████
02:29
Hi███████████, this is the sheet where you can check the IL on your LP positions
02:29
If you have any questions please let me know

T

02:56
Tushar | Persistence
Will suggest doing a call to walk Ashley through what the sheet means

P

02:59
Pratyaksh Telegram
Absolutely
██████████████ please let me know what time is good for you

T

20:55
Tushar | Persistence
Hey ██████████ call this AM?

A

22:02
Ashley Richardson Blockchain
Yes that would be great. Let me know a good time!

P

22:12
Pratyaksh Telegram
If you're available right now, we can do the call

A

22:13
Ashley Richardson Blockchain
Unfortunately I have call now, earliest would be 9IST today, otherwise tomorrow at 7:30 could work

P

22:14
Pratyaksh Telegram
Let's do at 9 pm IST today
22:15
I'll share the invite

P

23:31
Pratyaksh Telegram
Joined
23:31
███████████

A

23:31
Ashley Richardson Blockchain
Joining now
13 October 2021
Pratyaksh Telegram pinned this message
18 October 2021

A

04:33
Ashley Richardson Blockchain
Incoming

T

04:37
Tushar | Persistence

04:38
Any questions let us know

A

04:43
Ashley Richardson Blockchain
Hopefully I have it
04:44
Never without a few small heart attacks
04:47
149,958.63 stkAtom

1,348.99 wETH

T

04:48
Tushar | Persistence
Boom

A

04:48
Ashley Richardson Blockchain

04:48
Sorry for the delay, it was a busy week.

P

04:48
Pratyaksh Telegram
In reply to this message
I'll add it to the sheet

T

04:49
Tushar | Persistence
Great!

M

13:33
Mikhil Pandey Blockchain Persistence
Hey ████████████
Hope you are doing good.

I am sure you must have already staked your LP token but still wanted to confirm with you if have done so.

If you haven't staked your LP token on pSTAKE's stake LP interface, then you will miss out on the staking rewards + incentives.

A

13:37
Ashley Richardson Blockchain
Hi Mikhil, I believe I did… walked through it with Pratyaksh, but can check again tomorrow am to make sure.

M

13:38
Mikhil Pandey Blockchain Persistence
Perfect perfect
13:38
Pratyaksh just confirmed that you have already staked your LP token
13:38
So all good I guess
16 January 2022

T

04:36
Tushar | Persistence
Hey ████████████ let us know if you had any trouble
04:36
We'd be happy to help out
18 January 2022

T

02:14
Tushar | Persistence
Hey ████████████ bumping this up in case you missed it
02:14
Would be a huge help for us if you could provide liquidity

A

02:15
Ashley Richardson Blockchain
Hello! Yes will set it up today - only question I have is how to best explain the the price difference the price difference (stkXPRT to XPRT, same with Atom).
02:16
Also, do you have a good window/windows on Thursday for a zoom with Taylor? Just let me know and I will set it up with their schedules.
02:16
Friday could also work.

T

02:19
Tushar | Persistence
In reply to this message
Hey Ashley - we aim for a price difference of not more than 5% - for arbitraguers to make profits. If it goes greater than 5%, then our market makers arbitrage it to bring parity to price

A

02:20
Ashley Richardson Blockchain
Ok great, that was the question, I guess if there was a possibility of a greater difference/crash

T

02:21

Tushar | Persistence
Because stkATOM are redeemable 1:1 for ATOMs, no worries on a crash at all - as arbitrageurs will always step in
02:22
Or worst case, our market makers will do arbitrage to bring parity to price
02:22
In reply to this message
Friday morning works PST works great!!

A

02:29
Ashley Richardson Blockchain
Ok great, will get this done today! Sorry for the delay, just wanted to be able to explain the price difference. Also, I'm sure you saw what happened to Ohm
02:29
I really tried to talk her out of it.
02:30
Regardless, dealing with the accompanying fear re the overall market.

T

03:05
Tushar | Persistence
In reply to this message
://
03:06
In reply to this message
Of course
03:06
In reply to this message
No problems - happy to alleviate any concerns and / or answer any questions you may have
1 February 2022
Tushar | Persistence        invited Rudraj Persistence
7 February 2022

T

02:00
Tushar | Persistence

T

Tushar | Persistence        06.02.2022 23:08:12
Hey ▮▮▮▮▮▮▮▮ let us know if we can help on this - we are inching towards quorum and your vote across the 2 nodes would really help

T

02:00
Tushar | Persistence

A

Ashley Richardson Blockchain 07.02.2022 00:56:04
Good morning! Haiku to do this today, apologies as I missed the first message. I am unsure of where I vote, can you clarify? Thanks in advance. And you can certainly count us in ;)
02:00
Can do this today, sorry. It was a voice to text typo ;)

T

02:00
Tushar | Persistence

T

Tushar | Persistence        07.02.2022 01:18:22
No problem sounds good

T

02:00
Tushar | Persistence
▮▮▮▮▮▮▮ if you can help out Ashley

R

18:28
Rudraj Persistence

Hey ██████████████, how is it going?
The voting process for validators is similar to the process for delegators.

1. You can use keplr webapp
2. Find Persistence in the left pane
3. Go to 'Governance' tab under Persistenc
4. Here you will see the active proposals
5. Click on details under #2 proposal to read more about it
6. You can vote on the from this page itself.
18:31
To connect to keplr using your ledger, you can follow this tutorial:

https://support.ledger.com/hc/en-us/articles/4411149814417-Set-up-and-use-Keplr-to-access-your-Ledger-Cosmos-ATOM-account?docs=true

Note: download persistence app, rest all same as mentioned
8 February 2022

T

16:39
Tushar | Persistence
Hey ██████████████ let us know if this would suffice or if you run into any troubles
16:40
Will help us get over the fence
11 February 2022

A

01:03
Abhitej UAE
Hey ██████████████

Here are the resources I mentioned on the call:

♦**Mission 2022**
- **Tweet:** https://twitter.com/PersistenceOne/status/1490728993766756353
- **Blog:** https://medium.com/persistence-blog/from-the-founders-desk-mission-2022-d3a2a1d20de1

♦$XPRT **Value Accrual**
- **Tweet:** https://twitter.com/PersistenceOne/status/1491765580403204100
- **Blog:** https://medium.com/persistence-blog/the-vision-for-persistence-and-xprt-value-accrual-53fd56619e3d

♦**Journey so far for Persistence**: https://twitter.com/Tushar307/status/1491053262635945986
01:05
Coming week we will be sharing a blog on relationship between $PSTAKE and $XPRT as well.
24 February 2022

A

03:28
Ashley Richardson Blockchain
Hi Abhitej and Team, checking in on the status of the PSTAKE rewards tomorrow. Not sure what we need to do on our end to receive, but wanted to go over the setup, amounts. Also as discussed (and requested) it's going to be crucial to understand the ongoing incentives to stay staked on the platform now that the initial incentive is being issued. For Taylor, buy also for the ecosystem at large. Please let me know, thanks.

A

05:01
Abhitej UAE
Hey Ashley,

For retroactive rewards can you please follow the simple 4 steps:

1. Visit airdrop.pstake.finance/retroactive-re…
2. Input your ERC-20 address to check eligibility
3. If eligible, create a Persistence address (youtu.be/u-6hzCvuu3k)
4. Submit your address by signing a TX using MetaMask

Video tutorial: https://www.youtube.com/embed/OJhEJyml4Vw

With respect to Airdrop for staking $XPRT on-chain, no action is needed. The $PSTAKE tokens will be dropped directly into your Persistence wallet.

T

05:01
Tushar | Persistence
With respective to retroactive rewards, if you don't see them immediately, don't worry. We're working through some final kinks with respect to retroactive distribution
1 March 2022

A

17:03
Ashley Richardson Blockchain
Hey everyone - thanks for sending. I did see the amount that should be allocated, so not yet see the actual amounts in the wallet, if you could let me know an eta that would be great.

Also, would love to talk about ongoing incentives for keeping the liquidity on pstake. Thanks in advance.

A

17:05
Abhitej UAE
In reply to this message
Hello Ashley,

The Airdrop and Retroactive rewards will be distributed tentatively on March 8th.

If you have already submitted the address on airdrop.pSTAKE.finance.

Will keep you posted on the airdrop and retroactive distribution.
16 March 2022

R

19:09
Rudraj Persistence
Hey█████████████ ,
Hope you're doing fine.

Wanted to inform you that we will be distributing the first tranche of retroactive rewards soon. Pls pardon the delay on our end.

It would be great if you could help support liquidity in the PSTAKE/OSMO pool on Osmosis. We have already added external PSTAKE incentives, and OSMO matching rewards will also be added today.

Here are the pool details:
- Link
- APR: ~350% (PSTAKE + OSMO)
- Pool liquidity: ~$2.79M
We are also open to helping you manage your liquidity position.

However, if you wish to forgo the above returns and liquidate your rewards, we request you to liquidate through us.

Pls let us know if you have any questions.
Thank you for all the support
17 March 2022

T

18:31
Tushar | Persistence
█████████████ let us know
21 March 2022

R

16:08
Rudraj Persistence
Hey█████████████

If you could please confirm the following:
- Ethereum address used for stakeLP
- Persistence address where you'd like to receive the retroactive rewards

We will be sending the retroactive rewards once you confirm the same.
31 March 2022

T

22:55
Tushar | Persistence
Great chatting ██████████████

22:56
If you could just your Ethereum address that you used for both stkXPRT and stkATOM.

And send ANY persistence address where you'd like to receive PSTAKE coins
22:57
We'll process the PSTAKE coins ASAP
2 April 2022

T

04:14
Tushar | Persistence
Hey ██████████████

04:15
The proposal to add a whole bunch of incentives to both stkATOM-ETH pool and PSTAKE-OSMO pool just went live
04:15
https://snapshot.org/#/pstakefinance.eth/proposal/0x9b88197ad0021924d6e8df0ee01abac893b1f18d6bad4f639462f359b701e905
04:17
In reply to this message
Let us know on this and then we can move on to next steps
6 April 2022

R

16:44
Rudraj Persistence
Hey ██████████████
Following up on the above.
If you could pls share your ERC-20 and Persistence wallet addresses.
10 April 2022

T

23:15
Tushar | Persistence
hey ██████████████ let us know

A

23:17
Ashley Richardson Blockchain
Hello yes! Sorry guys, my step mother passed away last week and I had to leave town suddenly. Did not have the address with me, but will be able to send it this morning.

T

23:17
Tushar | Persistence
oh damn so sorry to herar that
23:17
no worries
23:17
pls take your time

A

23:18
Ashley Richardson Blockchain
Thank you, it's been a crazy week. That being said just to make sure, there are two addresses. One for the larger amount (atom/eth) and one for the smaller (xprt/eth).
23:18
Will make sure to clarify which is which

T

23:22
Tushar | Persistence
correct - perfect
11 April 2022

A

23:24
Ashley Richardson Blockchain
Hello everyone, below are the wallets to receive the pstake issuance:

For the ETH/Atom pair:

██████████████████████████████████

For the XPRT/ETH pair:

██████████████████████████████████

M

23:24
Mikhil Pandey Blockchain Persistence
In reply to this message
████████████████████████████

A

23:24
Ashley Richardson Blockchain
Would also like to discuss where we stand in relation to impermanent loss for both, as I need to provide Taylor's team with an updated accounting. I'm unclear of how to view that

M

23:28
Mikhil Pandey Blockchain Persistence
Hey ████████████████████
Based on the numbers we saw recently, the IL shouldn't be much but I guess ████████████ should have more insights into that. He is currently traveling so I think he will be able to share the details with you tomorrow

A

23:31
Ashley Richardson Blockchain
Ok great, much appreciated!

M

23:37
Mikhil Pandey Blockchain Persistence
In reply to this message

14 April 2022

A

01:13
Ashley Richardson Blockchain
Hello everyone, could I please get a status update on the pstake transfer when you have a moment? Also if you could please confirm the amounts going to each wallet, it would be appreciated.
01:14
In addition, was unclear if you still needed an ETH address?

T

02:33
Tushar | Persistence
Hey Ashley - sure thing let us get back to you on the amounts
02:33
Nope persistence address is great

A

06:52
Ashley Richardson Blockchain
Ok great, if there is a chance this could be sent before tomorrow, am, that would be ideal. I'm passing off all information to Taylor's team and they have asked for a full updat. Thanks in advance

A

21:39
Ashley Richardson Blockchain
Hey - just added a bunch of Patom to pstake

T

21:40
Tushar | Persistence
hey hey

A

21:40
Ashley Richardson Blockchain
I'm trying to get as much done as I can before I have to pass the baton, wanted you to have a heads go
21:40
Up**
21:40
Also, if you have an update on the pstake token, let me know.
21:43
I have limited eth, would you rather I stake atom/eth, or xprt/eth?

T

21:44
Tushar | Persistence
In reply to this message
numbers coming up

A

21:44
Ashley Richardson Blockchain
Trying to help you have the best shot, also think it's good for T. This was set aside and now I know the 1% is there, best to take advantage ;)

T

21:44
Tushar | Persistence
In reply to this message
atom/eth!

A

21:44
Ashley Richardson Blockchain
Ok done
21:44
I just put on 6M of atom

T

21:44
Tushar | Persistence

A

21:44
Ashley Richardson Blockchain
Only have 2M eth, but will add
21:44
It's my gift while I still can give it ;)

T

21:44
Tushar | Persistence
could you hold on for 5mins?

A

21:44
Ashley Richardson Blockchain
Better this transfers over cleanly
21:45
Yeah can wait

T

21:45
Tushar | Persistence
just figuring out best place
21:45
bATOM might be a good one
21:45
give me 5-10 mins

A

21:45
Ashley Richardson Blockchain
All good you tell me
21:45
I need to know in the next two hours or so ;)
Tushar | Persistence       pinned this message

T

22:03
Tushar | Persistence
when is your meeting with T's folks? free for a call in 1.5 hours from now?
22:03
or is that too late?
22:03
████████████████
22:04
In reply to this message

P

22:06
Pratyaksh Telegram
Also ███████████████        could you please confirm if this is the ERC20 address through which you staked you stkATOM/ETH LP tokens
████████████████████████████████████
22:07
T

22:07
Tushar | Persistence
Also if you could provide the ETH address for stkXPRT/ETH

A

22:34
Ashley Richardson Blockchain
Sill do, it's the same as the other amount, is that ok?
22:35
To confirm: would you prefer b atom?
22:35
And if so, is that something I can do on the pstake platform, or is it sushi swap?

T

22:47
Tushar | Persistence
In reply to this message
yes
22:48
could we do a call to walk you through the process?

A

22:50
Ashley Richardson Blockchain
Yes, I need about 20-30 minutes, does that work?

T

23:30
Tushar | Persistence
sure
23:30
████████████████

M

23:30
Mikhil Pandey Blockchain Persistence
Yes ready whenever you guys are

T

23:31
Tushar | Persistence

Mikhil will walk you through

A

23:31
Ashley Richardson Blockchain
Great, Mikhil should I call you directly? Thanks

M

23:34
Mikhil Pandey Blockchain Persistence
One second
23:34
Sending meeting link
23:35
To join the video meeting, click this link: ▓▓▓▓▓▓▓▓▓    ▓▓▓▓▓▓ and enter this PIN:
Otherwise, to join by phone, dial ▓▓▓▓▓▓▓▓▓▓    and enter this PIN: ▓▓▓▓▓
To view more phone numbers, click this link: https://tel.meet/wyj-mopp-pfx?hs=5
23:35
▓▓▓▓▓▓▓▓▓▓

A

23:36
Ashley Richardson Blockchain
Ok great, one second let me go back to my computer so I can view

M

23:38
Mikhil Pandey Blockchain Persistence
Yes, no rush
23:47
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23:49
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

15 April 2022

M

04:11
Mikhil Pandev Blockchain Persistence
Hey ▓▓▓▓▓▓
Let me know if you are available right now and we can get the stkATOM converted to bATOM :)

A

04:45
Ashley Richardson Blockchain
Tomorrow am my time! Or later this evening. Sorry I was in meetings and just coming up for air, because of the addition of the terra wallet
wanted to get Taylor's approval- she agreed!

M

04:47
Mikhil Pandey Blockchain Persistence
Yes tomorrow AM your time works. Any specific time you would prefer?

A

04:49
Ashley Richardson Blockchain
Probably early, 7/8

M

05:00
Mikhil Pandey Blockchain Persistence
Could you share you email?
05:00
I will send out an invite accordingly
05:00
▓▓▓▓▓▓▓▓▓▓

A

05:00
Ashley Richardson Blockchain
Great, alternatively I could do it in about 30 minutes, but you should probably get some sleep!
05:01

Let's aim for 8am tomorrow

M

05:01
Mikhil Pandey Blockchain Persistence
Yeah tomorrow should be perfect
Will send out an invite

A

05:02
Ashley Richardson Blockchain
████████████████████

M

05:02
Mikhil Pandey Blockchain Persistence
Invite sent
05:02
Speak tomorrow

A

05:05
Ashley Richardson Blockchain

███████████████████████

T

05:48
Tushar | Persistence

A

05:42:47
Ashley Richardson Blockchain 15.04.2022 05:42:47
Hey! So if you can get me the pstake token tonight, I can try to stake it on Osmo. I'm sending the wallets will Taylor to Europe tomorrow, so it will be my last chance to do a move, also worried if we don't receive it they might have a hard time tracking it down. Best chance of having everything in a home that is locked (short term) is to get it done in the next 24 hours.

T

05:48
Tushar | Persistence
███████████████    pls send

M

11:55
Mikhil Pandey Blockchain Persistence
Yes. Will do asap

M

21:06
Mikhil Pandey Blockchain Persistence
███████████████

Could you please share your address with which you provided liquidity in the stkXPRT-ETH pool?
21:07
I can let you know the number of PSTAKE rewards you have earned on our call if you are able to share the address with me

A

22:07
Ashley Richardson Blockchain
Sure, I believe it was reflected on a spreadsheet Pratyaksh had created as well.

Also, I'm not seeing the invite could you copy paste here as well? Thanks

M

22:08
Mikhil Pandey Blockchain Persistence
Ashley <> Mikhil
Friday, 15 April · 8:30 – 9:15pm
Google Meet joining info
Video call link: ████████████████████
Or dial: (US) +█████████████
More phone numbers: https://tel.meet/uoa-uhxu-viw?pin=5252045105267

A

22:09
Ashley Richardson Blockchain
Great, thank you

M

22:09
Mikhil Pandey Blockchain Persistence
In reply to this message
I unfortunately don't have the sheet with me and Pratyaksh is unavailable this week
22:09
If you don't have the address on you, no worries. But would be super helpful if you could share
22:10
Also I am available for the call right now as well - if you are free. Let me know

A

22:10
Ashley Richardson Blockchain
I have another call now, if we can keep it for 8 that would be great

M

22:10
Mikhil Pandey Blockchain Persistence
Perfect
22:10
Will speak to you then

T

22:21
Tushar | Persistence
In reply to this message
Invited you to the sheet

M

22:26
Mikhil Pandey Blockchain Persistence
Thanks
22:26
Will take a look
22:28
Sheet doesn't have the address █████████

A

22:28
Ashley Richardson Blockchain
Not a problem, I can send it over
22:29
To confirm: is there a specific pstake address? Or do you need the eth address?

M

22:30
Mikhil Pandey Blockchain Persistence
We just need your ETH address through which you supplied Liquidity
22:30
And for sending you the PSTAKE tokens - we would need your Persistence wallet address which I think you have already shared
22:31
Actually I don't see the Persistence address in the chat. If you could send that as well. Thanks

A

22:33
Ashley Richardson Blockchain
For the XPRT/ETH pair:

███████████████████████████
22:33
Will send the eth address shortly

M

22:35
Mikhil Pandey Blockchain Persistence

Perfect. Thanks

A

22:46
Ashley Richardson Blockchain
██████████████████████████

M

23:00
Mikhil Pandey Blockchain Persistence
███████████████
I have joined
23:00
Let me know once you're ready

A

23:01
Ashley Richardson Blockchain
Logging in now

M

23:01
Mikhil Pandey Blockchain Persistence
Perfect

T

23:02
Tushar | Persistence

A

Ashley Richardson Blockchain 11.04.2022 23:24:20
Hello everyone, below are the wallets to receive the pstake issuance:

For the ETH/Atom pair:

███████████████████████████

For the XPRT/ETH pair:

███████████████████████████

M

23:33
Mikhil Pandey Blockchain Persistence
███████████████████

16 April 2022

A

03:23
Ashley Richardson Blockchain
Quick question: I'm moving the slp tokens over to a different eth address, how do I add it to my other MetaMask? Is there a way with the search feature? (I see smooth love potion as SLP, not sure that's the right one!)

M

03:36
Mikhil Pandey Blockchain Persistence
Nope, that's not the one
Let me send you the contract address

A

03:37
Ashley Richardson Blockchain
I had a feeling ;)

M

03:40
Mikhil Pandey Blockchain Persistence
████████████████████████████

03:40
Go to metamask - import token

03:40
Custom token

A

03:40
Ashley Richardson Blockchain
Awesome, thank you.

M

03:40
Mikhil Pandey Blockchain Persistence
Perfect
03:40
Let me know if you need anything else

A

03:41
Ashley Richardson Blockchain
Will do, been working on the batom swap, so I will keep you posted

M

03:44
Mikhil Pandey Blockchain Persistence
Perfect thanks

A

04:00
Ashley Richardson Blockchain
That worked, do you happen to also have the address for the stk atom? Thanks

M

04:03
Mikhil Pandey Blockchain Persistence
███████████████████████████████████

A

04:24
Ashley Richardson Blockchain
I hate to do this, but for some reason osmo keeps timing out and refunding me when I try to do a Luna swap
04:24
█████████████████████████████████
04:25
If you could send a minimum amount that would allow for me to swap, that is the terra wallet address above

M

04:26
Mikhil Pandey Blockchain Persistence
This doesn't seem like your terra addresses

A

04:26
Ashley Richardson Blockchain
It isn't
04:26
Sorry lol
04:26
It's the eth - one sec

M

04:27
Mikhil Pandey Blockchain Persistence
Yess

A

04:27
Ashley Richardson Blockchain
Take two!
04:27
███████████████████████████████

M

04:27
Mikhil Pandey Blockchain Persistence
Yes
04:27
Sending Luna

A

04:28
Ashley Richardson Blockchain
Yeah I keep getting IBC transfer unsuccessful- which is really odd. Have tried to withdraw my Luna 6 times now
04:29
Also I'm adding more eth to stake with stkAtom, remind me… do I need to convert the ETH on sushi swap?

M

04:32
Mikhil Pandey Blockchain Persistence
Yeah it usually happens at this time of the day

A

04:33
Ashley Richardson Blockchain
So for the atom eth pair, I can't remember the step to add eth
04:34
Just add it as is, or is there another step on sushi?
04:34
Re adding the balance back now from the new eth address
04:34
Which also happens to be the wrong terra address I sent earlier! So please save

M

04:35
Mikhil Pandey Blockchain Persistence
I sent some small amount of luna
04:35
Can you check if you received that?

A

04:35
Ashley Richardson Blockchain
Ok great thanks
04:35
Received

M

04:35
Mikhil Pandey Blockchain Persistence
Also sending some UST
04:35
How much are you converting to bATOM?

A

04:36
Ashley Richardson Blockchain
I'm not sure yet
04:36
It will probably be about 4M USD
04:36
Maybe 6

M

04:36
Mikhil Pandey Blockchain Persistence
At this stage more bATOM would be more helpful to us than stkATOM-ETH liquidity

A

04:36
Ashley Richardson Blockchain
Or more
04:36

Yeah, I just promised I would use that eth

M

04:36
Mikhil Pandey Blockchain Persistence
Ahh got it got it

A

04:36
Ashley Richardson Blockchain
So once I stake that will do atom

M

04:36
Mikhil Pandey Blockchain Persistence
Thanks

A

04:36
Ashley Richardson Blockchain
Will still be substantial
04:37
Between 4-10M usd
04:37
Once I have it sorted
04:38
Also let me know when you are sending over the pstake tokens

M

04:38
Mikhil Pandey Blockchain Persistence
Got it got it
Thank you!
04:38
In reply to this message
Yes sending in a bit
04:38
To both the addresses you shared

A

04:38
Ashley Richardson Blockchain
So to clarify however
04:38
I don't need to convert eth to stkETH?

M

04:38
Mikhil Pandey Blockchain Persistence
In reply to this message
Nope nope

A

04:38
Ashley Richardson Blockchain
Ok cool

M

04:39
Mikhil Pandey Blockchain Persistence
You only need to convert stkATOM to bATOM
04:39
stkETH product is going live end of the month
04:39
But that will be a separate thing

A

04:39
Ashley Richardson Blockchain
Got it
04:39

But I guess I mean for the eth atom pair
04:39
I just stake as eth?

M

04:42
Mikhil Pandey Blockchain Persistence
You will have to go here -

████████████████████████████████████████████████████████

A

04:43
Ashley Richardson Blockchain
That's it
04:43
I knew there was something

M

04:43
Mikhil Pandey Blockchain Persistence
So just to clarify - you want to add liquidity to the pool and then separately also convert some stkATOM to bATOM, right?

A

04:46
Ashley Richardson Blockchain
Yes
04:46
Adding liquidity to the pool, and adding batom
04:46
Adding about 4M USD to the pool
04:47
And about 5-10M atom. Starting with 4M

M

04:50
Mikhil Pandey Blockchain Persistence
Thanks Ashley
04:51
In reply to this message
Re-confirming - these Persistence wallets are perfect?

A

04:54
Ashley Richardson Blockchain
Hold on one sec - can I call you?

M

04:59
Mikhil Pandey Blockchain Persistence

████████████████████████████████████████████████████

2,754,002 PSTAKE sent to the stkATOM-ETH pool corresponding Persistence address shared by you above
05:01

████████████████████████████████████████████████████

Sent 67,988 PSTAKE to the stkXPRT-ETH pool corresponding Persistence address shared by you above
05:01
Could you please confirm if you received the transfers ██████████

A

05:10
Ashley Richardson Blockchain
Working on everything, apologies as it is very slow!
05:10
Even with the extra for speed on eth

M

05:12
Mikhil Pandey Blockchain Persistence

No worries
Please take your time

A

05:12
Ashley Richardson Blockchain
Sometimes with these big amounts it goes very slow also
05:22
Sadly, my MM que is now backed up. It may be because of the size, but even the batom Terra approval is stuck
05:22
Will keep trying, but that is the issue

M

05:24
Mikhil Pandey Blockchain Persistence
Got it
Can just let the current transactions go through first

A

05:25
Ashley Richardson Blockchain
It might not go through, because of size. Sometimes I have to go to a different browser and start over, we will see.

M

05:25
Mikhil Pandey Blockchain Persistence
Instead of creating new transactions or speeding up

Might be that the network fees has gone up for a while
05:25
In reply to this message
Didn't know this

A

05:25
Ashley Richardson Blockchain
In the meantime, i think I understand… I'd you give me a basic write up on what happened after I convert the b atom that would help
05:25
In reply to this message
Yes, happened to me with large transactions before
05:26
I'm also staking the pstake on osmo now
05:26
I only have 1.2M osmo unstaked, but it's a start
05:26
Will be about 2.4M for the pool
05:28



05:29
These are the amounts being added to pstake - for the eth atom
05:29
This is also the transaction that is stuck. I don't remember it being two approvals before, does this look correct?

M

05:29
Mikhil Pandey Blockchain Persistence
So basically steps to convert to bATOM:

1. Go to pSTAKE- Anchor protocol tab

Input amount, click on approve then your approve button becomes Convert. Click on convert.

2. Don't close the pSTAKE in app pop-up
You would see after a while that the three instructions on the tab have green ticks towards it's left.

Then click on the portalbridge.com/.... link in the same pop-up

3. You are now using wormhole bridge to redeem webATOM on Anchor protocol

4. Connect Metamask and then connect Terra station wallet

5. Click on recover

6. Go to app.anchorprotocol.com -->> bASSETT page. From there you would see a webATOM/bATOM card.

7. Click on that card and convert webATOM to bATOM

8. You can then choose to borrow UST against that bATOM

A

05:30
Ashley Richardson Blockchain
Awesome, thank you

M

05:31
Mikhil Pandey Blockchain Persistence
In reply to this message
Yes looks correct actually - seems like this is a new wallet address with which you haven't used Sushiswap before. Hence the two approvals for both the tokens
05:31
In reply to this message
Also seems like your wallet doesn't have weth?

A

05:32
Ashley Richardson Blockchain
Ah. Good point!
05:32
I will swap

M

05:32
Mikhil Pandey Blockchain Persistence
You mean swap stkATOM to ETH and then LP?

A

05:33
Ashley Richardson Blockchain
No, I mean swap my eth for weth
05:33
So it will go through

M

05:33
Mikhil Pandey Blockchain Persistence
Ahh I see
05:33
Yes yes
05:33
Sure

A

05:33
Ashley Richardson Blockchain
It needs to be weth, correct?
05:33
Yes I forgot that step

M

05:33
Mikhil Pandey Blockchain Persistence
Yes but it usually auto converts eth to weth
05:34
But if it isn't doing then there must be some issue

A

05:34
Ashley Richardson Blockchain
That's what I thought would happen actually

M

05:34
Mikhil Pandey Blockchain Persistence
Try converting please

A

05:34
Ashley Richardson Blockchain
I'll wait until it times out, then will convert

M

05:34
Mikhil Pandey Blockchain Persistence
In reply to this message
Yeah that's what happens usually
05:34
In reply to this message
Yes

A

05:42
Ashley Richardson Blockchain
So osmosis frontier is different from osmo?
05:43
That's where the link on dexmos took me, just making sure it is safe
05:44
Scratch that, I was able to make it work on osmo by typing in the pool
05:45
But it seems the rewards there are less?

M

05:49
Mikhil Pandey Blockchain Persistence
In reply to this message
Rewards are the same
05:49
Frontier is a different user interface
05:49
Osmosis front end doesn't show the real reward rate
05:49
But both are the same

A

06:01
Ashley Richardson Blockchain
Ok cool, good to know. Rewards just looked higher on frontier

M

06:25
Mikhil Pandey Blockchain Persistence
Yes it's the same on both

M

06:40
Mikhil Pandey Blockchain Persistence
Did it work?

A

06:52
Ashley Richardson Blockchain
Still pending. Likely going to have to create a new MM to get it through
06:52
99% sure it was the size

A

09:27
Ashley Richardson Blockchain
Ok I think it worked!
09:28
Right now it's just bAtom in the terra wallet, is that correct? Not sure if I need to collateralize it or not? Please let me know. As of now there is 184,702 converted.
09:29
I may do one more round, also added about 4M to the already existing atom/eth pairs. Total collateral should be around 20M for pstake now, or at least it will be by tomorrow. Please let me know if there is anything else I need to do ASAP, as I will be passing off the wallets tomorrow for their trip to a vault in Europe!
09:31
Final question: I assume the value of bAtom fluctuates with the value of Atom? Correct? Thanks in advance

M

15:06
Mikhil Pandey Blockchain Persistence
In reply to this message
Yes. You are right. bATOM = ATOM price at any given point in time

A

15:26
Ashley Richardson Blockchain
Please also let me know if there was an additional step, ie staking or collateralizing. I am not seeing the amount reflected on the pstake platform, and as I would like to be able to explain how this benefits pstake, please share any info you can.

M

15:29
Mikhil Pandey Blockchain Persistence
Yes let me open up my laptop and check
15:30
In reply to this message
Sure thing
Sharing a write up on this

M

15:59
Mikhil Pandey Blockchain Persistence
█████████████████

Seems like you have webATOM in your wallet and not bATOM
16:00
████████████████████████

Could you go to this page and convert your webATOM to bATOM
16:00
And then we collateralize it
16:00
I can explain the step by step process for that as well

A

16:04
Ashley Richardson Blockchain
It's already converted to b atom

M

16:05
Mikhil Pandey Blockchain Persistence
Then we need to collateralise it

A

16:05
Ashley Richardson Blockchain
I went through all of the steps

M

16:06
Mikhil Pandey Blockchain Persistence
Let me share the steps for collateralization

Basically, you will be collaterising bATOM to borrow some UST and you can then just lend that UST to earn 20% returns on the borrowed UST

A

16:06
Ashley Richardson Blockchain
Ok, can you explain the upside? Also the risk? I'm just concerned as somehow I thought it was stsking on pstake, and since this is different need to familiarize my self with the risk/reward
16:06
Ok that sounds more complex

M

16:06
Mikhil Pandey Blockchain Persistence
Let me try and simplify this
16:06
One moment - typing it out haha

A

16:06
Ashley Richardson Blockchain
And since I won't be hands on to manage want to make sure there will be no additional steps

M

16:07
Mikhil Pandey Blockchain Persistence
Yeah that makes sense

A

16:07
Ashley Richardson Blockchain
If I make this move, will it require management or can it be left?

M

16:07
Mikhil Pandey Blockchain Persistence
In reply to this message
Can be left as is

A

16:07
Ashley Richardson Blockchain
Is there risk? If so, what?

M

16:07
Mikhil Pandey Blockchain Persistence
Yes sure
16:07
Will address all your concerns

A

16:07
Ashley Richardson Blockchain
And is this considered staking or lending?

M

16:07
Mikhil Pandey Blockchain Persistence
In reply to this message
Good question

A

16:10

Ashley Richardson Blockchain
I need to sleep now, but if you could please follow up. Im going out on a limb for the team, but I need to make sure of the risk/reward in this. Was not clear it was lending and I'm not sure the greater team will be as comfortable. So the risk needs to be spelled out.

M

16:13
Mikhil Pandey Blockchain Persistence
In reply to this message
Absolutely. Will answer all your questions right away. Have devised a strategy that is very very low risk. So nothing to worry about but will answer all your questions one by one here and thanks for the support as always

A

16:16
Ashley Richardson Blockchain
Please do, on the write up and on the calls there was no mention of lending… just converting to bAtom, so this part is an extra step I am not sure will work with the new team coming on. Their goal is to arrange custody that provides underlying insurance on the assets that are staked, but I'm not sure that will apply to lending protocols.
16:17
I will aim to proceed, but I just want to be clear on the risk reward. Also how this helps persistence long term.

M

16:17
Mikhil Pandey Blockchain Persistence
Lending is just a strategy that can be run but not a compulsion
16:17
You can use bATOM without having to lend anything also

A

16:22
Ashley Richardson Blockchain
Right, but it needs to be clear what rewards are available for holding batom if it is unstaked

M

16:23
Mikhil Pandey Blockchain Persistence
Yes. Will explain all of it in the write up

A

16:23
Ashley Richardson Blockchain
I'm not saying that lending is not an option, but I had authorization for liquid staking, and this seems to be a different scenario:

Will need to be clear on upside, unbending period, risk. If you can get that to me in the next 8 hours or so, it would be much appreciated

M

16:44
Mikhil Pandey Blockchain Persistence
Absolutely. Will share everything in the next couple of hours

M

21:41
Mikhil Pandey Blockchain Persistence
Hey ███████
Let me know if you can jump on a quick 5-10 mins call sometime today
17 April 2022

T

00:14
Tushar | Persistence
hey ███████████

to summarise:

1. stkATOM-ETH pool —> ~4M —> Done

2. bATOM on Anchor —> 5M —> to collateralise on Anchor and borrow 1.6M and then lend out 1.6M (total yield around 23.5%)

3. bATOM/ATOM 5M pool on Astroport - 2.5M bATOM and 2.5M ATOM (total yield around 80%)

4. Minting of stkXPRT with the XPRT rewards

for PSTAKE/OSMO and stkXPRT, we wont be providing the 1% as the rewards are already high and dont want to provide rewards on rewards

But on everything else - 4M + 5M + 5M (points 1, 2, 3 above), you'll be getting an additional 1% per month payable monthly - so ballpark $140k per month!

A

01:01
Ashley Richardson Blockchain
Awesome! Thank you for the summary, in line with the setup and happy to help. Great for Taylor all around.

T

01:02
Tushar | Persistence

01:02
Thank you so much again for building the case and your continued support
01:03
We'll be updating the sheet as well to keep track of everything
01:03
In case you have the data on how much XPRT you sold and at what price - that would be great for us.

We can track that way and would help me sleep better :D
01:04
Like I have always promised, want to make sure that Taylor makes the principal just through rewards
01:04
And ideally if we can track that

A

01:04
Ashley Richardson Blockchain
Happy to help. Really want to see it all get off the ground in the best way possible. And a spreadsheet would be great as well! Thank you.

T

01:04
Tushar | Persistence
It becomes easier to build the case with Lee and her team

A

01:05
Ashley Richardson Blockchain
Agreed. More soon!

T

01:05
Tushar | Persistence

01:05
Have a great weekend!

A

01:41
Ashley Richardson Blockchain
You too! Side note, checked the total rewards to date are closer to 1.4M xprt. I believe that is because we did not begin staking all until October once we had our final amount issued. Minus commissions, the yield is approx 8k tokens per day. Will try to get an exact count but wanted to let you know ;)

(Especially since I had a minor panic attack when you said 2M and I've been trying to make sense of it)

T

01:43
Tushar | Persistence
Makes sense!
26 April 2022

T

18:06
Tushar | Persistence
hey █████████████
18:11

wanted to pick back the convo up on bATOM
18:11
finally going ahead with a bATOM/UST pool
18:11
Once you mint bATOM - let us know if you have UST - otherwise we can put the UST part on our side
18:11
Happy to jump on a call your AM
27 April 2022

T

23:32
Tushar | Persistence
bumping it up
23:32
███████████
29 April 2022

T

22:45
Tushar | Persistence
hey ████████████

A

23:54
Ashley Richardson Blockchain
Hello! BAtom was staked when we initially spoke ;) I can send you the wallets address.
23:56
All was competed on our first conversation, I have been out of the office up in Northern California dealing with my families estate, but as soon as I am back to the computer can send you exact numbers
4 May 2022

T

01:20
Tushar | Persistence
In reply to this message
Yup yup I remember
01:20
Although think you had mentioned that you'd do 5M more worth of ATOM
01:20
Once the pool went live on Astroport
01:20
If memory serves me correctly
01:21
Let me know
01:21
In reply to this message
Happy to do it once you're back
01:21
Let us know and we'll plan accordingly

A

04:38
Ashley Richardson Blockchain
Correct! I am hoping to be back next week. Will keep you posted. FYI, the total USD value is obviously lower this week with the Atom value decrease, so will be somewhat contingent on that ;)

T

04:59
Tushar | Persistence
Of course
05:00
Hope everything is well at the estate
05:00
:)
05:00
Speak soon
12 May 2022

T

20:03
Tushar | Persistence

Hey ███████████
20:03
If you'd like we can hop on a call
20:03
To help you manage all positions
20:04
I understand that it's been a difficult period all around

T

20:22
Tushar | Persistence
Rest assured on the persistence side, we're all guns blazing and gives us even more time and opportunity to be more aggressive in terms of building products and a presence
13 May 2022

A

00:06
Ashley Richardson Blockchain
Yeah. I'm honestly just worried about Luna and the UST
00:07
If you think I should eat the loss, I'll convert and eat the kids
00:07
Loss** not kids! My god
00:07
But it's looking less likely it's going to I re peg, clearly there's been an attack - or he was in on it. Not sure which is worse
00:10
Anyways genuinely - persistence isn't my concern. Anchor and UST are. So if you have insight or thoughts, let me know - if you can. Off the record is fine.
00:10
Of course, there are ripple effects on all ecosystems, but again, I'm not worried about xprt

T

00:11
Tushar | Persistence
I would suggest converting bATOM back into stkATOM as a starter
00:12
We can hop on a call to help you do that

A

00:12
Ashley Richardson Blockchain
Ok
00:12
I will lose about half, right? Since the loan was in ust? I'm confused by that part

T

00:13
Tushar | Persistence
Whatever the UST loan was - I guess you'd just have to repay in UST itself
00:13
Shouldn't be dollar amount
00:13
Unless I'm mistaken

A

00:13
Ashley Richardson Blockchain
Ok cool. Yeah it looks like the value hasn't gone down
00:13
Meaning, it has, but only because atom has
00:14
Ok anchor it still reflects the total value of atom
00:14
So that part should be doable
00:15
Separately: do you think there is any chance ust re pegs? It's feeling less likely. This is for me personally, although truth be told I had hedged a bit for Taylor as well, and Luna. I didn't get it out in time. Really feel sick.
00:16
I know I'm not the only one, but it's unreal

T

00:16
Tushar | Persistence
In reply to this message
It totally is

M

00:16
Mikhil Pandey Blockchain Persistence
Probably a little late for now
00:16
Terra chain just got halted guys

A

00:16
Ashley Richardson Blockchain
I don't even know what becomes of Do, but it's impossibly brutal
00:16
Shit
00:17
Ok

M

00:17
Mikhil Pandey Blockchain Persistence
I am sure they will restart it

A

00:17
Ashley Richardson Blockchain
So what does that even mean did people holding?

M

00:17
Mikhil Pandey Blockchain Persistence
And it's probably better this way

A

00:17
Ashley Richardson Blockchain
Yes likely
00:17
I know so many good people who were all in Luna. It's just unreal.

M

00:17
Mikhil Pandey Blockchain Persistence
In reply to this message
Shouldn't result in funds getting stolen for now which is a good thing

A

00:18
Ashley Richardson Blockchain
Do that probably means I won't be able to swap the batom back, today anyway
00:18
Was happy to see the addition of usdc on osmo
00:19
But I really feel for the xprt/Luna pool.
00:19
Sorry, xprt/ust

M

00:19
Mikhil Pandey Blockchain Persistence
In reply to this message
We should probably wait for further updates but seems likely

A

00:19
Ashley Richardson Blockchain
Ok thanks
00:19

Sorry haven't slept much, I'm sure it's the same for you
00:20
I suppose these are the moments that make us stronger

M

00:20
Mikhil Pandey Blockchain Persistence
Osmosis is coming out with a prop to allow people to unpool assets from the UST pools
00:20
You won't be able to sell UST or XPRT
00:20
But you would lock in your impermanent loss

A

00:21
Ashley Richardson Blockchain
That's good

M

00:21
Mikhil Pandey Blockchain Persistence
So you won't lose all your XPRT

A

00:21
Ashley Richardson Blockchain
Yes I was worried about that

M

00:21
Mikhil Pandey Blockchain Persistence
Will keep you posted on the same

A

00:21
Ashley Richardson Blockchain
Thank you

M

00:22
Mikhil Pandey Blockchain Persistence


M

00:39
Mikhil Pandey Blockchain Persistence
https://twitter.com/terra_money/status/1524790163846864896?t=ONEFpmq5L3bqRdqvz7sW_g&s=19

Very smart move
Should be possible for you to move out of bATOM today

A

00:44
Ashley Richardson Blockchain
Ok great, thank you

M

21:35
Mikhil Pandey Blockchain Persistence
Hey ███████
21:36
The Terra chain is live and so is wormhole
21:36
Could you please convert bATOM to stkATOM again
15 May 2022

M

23:55
Mikhil Pandey Blockchain Persistence
Hey ███████

23:56
If you are LPing in the XPRT-UST pool, you can now choose the depool option to lock your XPRT
23:56
And avoid any further impermanent loss

RBD-248

RBD-249

# TAB 4

Ashley ◇ Persistence
8 September 2021
Abhitej UAE created group «Ashley        Persistence» with members Abhitej UAE, Tushar | Persistence
and Ashley Richardson Blockchain

A

03:27
Abhitej UAE
Hello █████████████

Great catching up with you today. And creating this group as discussed to coordinate on the efforts forward.

Have added ████████████ as well so that we all are on the same page.

A

03:29
Ashley Richardson Blockchain
Great catching up with you as well. Looking forward to identifying the areas with the most need, short and long term, and creating a path forward.

RBD-251

# TAB 5

Ashley <> Persistence Validator
4 October 2021
Tushar | Persistence        created group «Ashley        Persistence Validator» with members Tushar | Persistence
, Sanjeev Persistence Audit Blockchain, Ashley Richardson Blockchain and Deepanshu

T

16:59
Tushar | Persistence
Hey ███████████
17:00
Please meet Sanjeev ███████████ who will help on the creation of the two validator nodes

S

17:00
Sanjeev Persistence Audit Blockchain
hi ███████████

T

17:02
Tushar | Persistence
Monikers:

Persistence Bull
TruStake

T

21:40
Tushar | Persistence
Nodes will be ready by tomorrow ███████████

A

23:12
Ashley Richardson Blockchain
Amazing - thanks so much! Looking forward.
7 October 2021

S

12:05
Sanjeev Persistence Audit Blockchain
███████████, nodes are ready, lets schedule a call, and start the validators

A

12:36
Ashley Richardson Blockchain
Great! Very excited. I believe we have a call set for tomorrow (evening today IST), but if that is to cover a
different topic would be happy to set a time.
Tushar | Persistence        invited Rudraj Persistence

T

13:48
Tushar | Persistence
In reply to this message
That is indeed for a different topic

13:49
How's 10 am PST Thursday for this?
13:49
██████████████ can help you out on all fronts

A

13:50
Ashley Richardson Blockchain
Perfect, that works well. Looking forward to connecting!

T

13:51
Tushar | Persistence
In reply to this message
████████ if you could schedule this - 10:30 pm IST tonight
13:51
██████████████

R

13:52
Rudraj Persistence
Hey ██████████
Nice to meet you.
13:52
In reply to this message
Sure, will circulate the invite.

T

13:54
Tushar | Persistence
In reply to this message
████████████ what commission rates are you thinking for the 2 nodes?
13:54
Any ideas?

A

13:57
Ashley Richardson Blockchain
Was thinking 5% for trustake, Bull can be set to 3% unless you prefer to keep it at 5?
13:57
In reply to this message
Great to meet you, and looking forward.

T

13:58
Tushar | Persistence
In reply to this message
Really your call - but these rates look good IMO

A

13:58
Ashley Richardson Blockchain
Ok great, good to lock it in.
8 October 2021

T

00:30

Tushar | Persistence
In reply to this message

████████████

00:30

checking on this

00:30

pls schedule when is the best time

R

00:42

Rudraj Persistence
Have circulated the invite already

T

00:51

Tushar | Persistence

█████████████

A

00:53

Ashley Richardson Blockchain
Found it! Apologies, it landed on my junk folder. Speak soon

2 February 2022

T

17:57

Tushar | Persistence
Hi Ashley

████████████████████████

If we could pls help to vote on this proposal from the 2 nodes you have - working with community members such as AP to bootstrap huge liquidity for the XPRT UST pool on Osmosis.

If you need any help from us on this, please let us know!

3 February 2022

T

17:00

Tushar | Persistence
hey ████████████ bumping this up - if you need help, let us know pls

6 February 2022

T

23:08

Tushar | Persistence
Hey █████████████ let us know if we can help on this - we are inching towards quorum and your vote across the 2 nodes would really help

7 February 2022

A

00:56
Ashley Richardson Blockchain
Good morning! Haiku to do this today, apologies as I missed the first message. I am unsure of where I vote, can you clarify? Thanks in advance. And you can certainly count us in ;)
00:56
Can do this today, sorry. It was a voice to text typo ;)

T

01:18
Tushar | Persistence
No problem sounds good
21 March 2022
Sanjeev Persistence Audit Blockchain invited Abhitej UAE

A

16:32
Abhitej UAE
Hello Ashley,

We have a proposal live for reducing the voting period on Persistence Core-1 chain. Please if you can vote on the proposal: ████████████████████████████████

The voting ends on March 23rd (Wednesday)

████████████ can help with the voting process if needed.
1 July 2022
Abhitej UAE invited Madhur Satija Persistence
7 July 2022

A

18:45
Abhitej UAE
Hello team,

Frens Validator has proposed to increase the active validator set to 100.

Forum discussion: https://forum.persistence.one/t/increase-the-active-validator-set-to-100/53

Will highly appreciate if you provide your thoughts on the proposal before it is pushed on-chain for voting.

Would be great if you can share the opinions with community as well on twitter:
https://twitter.com/PersistenceOne/status/1544989869029703683
31 August 2022

A

18:33
Abhitej UAE
Hello team,

We have put a proposal on the Core-1 chain to upgrade the PersistenceCore to v3.

What this upgrade includes?

1. Default coin type change from 750 to 118

We change the default coin type for the app chain to 118, similar to cosmos-hub, osmosis and other chains.

2. Add WASM module

Making the chain wasm compatible via governance. All wasm contracts can be uploaded via gov proposals, contract instantiation also needs to go through gov proposals. Initially we have very strict permissions for wasm contracts.

How to get prepared for the upgrade?

Detailed guide: https://github.com/persistenceOne/networks/blob/master/core-1/upgrades/v3/guide.md

Please note: In this upgrade, all nodes need to be careful about the upgrade creation of due to a bug in v2 persistenceCore.

More details: https://github.com/persistenceOne/networks/blob/master/core-1/upgrades/v3/guide.md#check-upgrade-infojson-is-corrected


It will be really helpful if you can vote on the proposal as well:

██████████████████████████████████████

Please tag ████████████████████████ in case of any questions. Thank you in advance.

RBD-368

# TAB 17

**Ashley Richardson**
Partner - at Insurgent Media



## Ashley Richardson · 1st
Partner - at Insurgent Media

──────── MAY 25, 2021 ────────



**Ashley Richardson** · 12:52 AM

**Persistence, Marketing & VC**

Hello Tushar,

I am an entertainment and marketing executive in Los Angeles California. This past year I have become deeply obsessed with emerging blockchain technologies and have been combing the internet to gain a deeper understanding of how it is being leveraged in real world scenarios (which led me to you/Persistence). As someone who saw the profound shift that digital/social media would have on entertainment and advertising sector in the early 2000's, I turned my focus towards capitalizing on that moment. In the process I connected with a great number of influential individuals. I am seeing the same moment occur now with blockchain technology, and I am blown away by the potential.

As a token holder in Persistence, I already believe in what you are doing (very excited to stake!). I have taken the liberty of doing a deep dive into your business model, and while I have questions and would like to learn more, I am especially intrigued by its ability to scale and go beyond the Southeast Asian Market.

**Ashley Richardson**
Partner - at Insurgent Media



RBD-370

Angeles California. I've become deeply obsessed with emerging blockchain technologies and have been combing the internet to gain a deeper understanding of how it is being leveraged in real world scenarios (which led me to you/Persistence). As someone who saw the profound shift that digital/social media would have on entertainment and advertising sector in the early 2000's, I turned my focus towards capitalizing on that moment. In the process I connected with a great number of influential individuals. I am seeing the same moment occur now with blockchain technology, and I am blown away by the potential.

As a token holder in Persistence, I already believe in what you are doing (very excited to stake!). I have taken the liberty of doing a deep dive into your business model, and while I have questions and would like to learn more, I am especially intrigued by its ability to scale and go beyond the Southeast Asian Market.

I do not normally reach out to people at random on LinkedIn, but somehow I believe that I can help you and that the time is now. I am honestly not sure exactly what that would look like, my skillset and network are both vast. In the near term I believe I could help you from a marketing standpoint (if you are open) and also in regards to future partnerships, PR, and general consumer and industry awareness. I also have access to a substantial amount of VC, should that be something that is needed in the future. In short: I am intrigued by what you are building and I would like to find a way to help.

If you are open to discussing this further, I would be happy to setup a zoom, phone call, etc. I am based in Los Angeles, so the time difference should be considered, but happy to make it happen outside of the normal 8-5. If this is not something you are interested in, please know that I completely understand. I am sure that you are juggling many things at the moment. Either way, I truly wish you the utmost success in the next phase of the business.

Warm Regards,
Ashley Richardson

# TAB 18

# PERSISTENCE

**Tushar Aggarwal** ███████████

---

## Persistence - Potential Celebrity/Influencer, VC, & PR assistance
1 message

**Ashley Richardson** ███████████████████████
To: ██████████████████        ████████████

26 May 2021 at 04:53

Hello Tushar & Team,

I am an entertainment and marketing executive in Los Angeles California. This past year I have become deeply obsessed with emerging blockchain technologies and have been following closely as companies begin to leverage them in real world scenarios (which led me to you/Persistence). As someone who saw the profound shift that digital/social media would have on entertainment and advertising sector in the early 2000's, I turned my focus towards capitalizing on that moment. In the process I connected with a great number of influential individuals. I am seeing the same moment occur now with blockchain technology, and I am blown away by the potential.

As a token holder in Persistence, I already believe in what you are doing (very excited to stake!). I have taken the liberty of doing a deep dive into your business model, and while I have questions and would like to learn more, I am especially intrigued by its ability to scale.

I believe that this is a crucial moment for the Persistence ecosystem, and I would like to help as my skillset and network are both vast. In the near term I believe I could help you from a marketing standpoint (if you are open) and also in regards to future partnerships (corporate and influencers), PR, general consumer and industry awareness, and I also have access to a substantial amount of venture capital. In short: I am intrigued by what you are building and I would love to be a part of it in some way.

If you are open to discussing this further, I would be happy to setup a zoom, phone call, etc. I am based in Los Angeles, so the time difference should be considered, but happy to make it happen outside of the normal 8-5. If this is not something you are interested in, please know that I completely understand.

I am cheering you on, and truly wish all of you the utmost success in the next phase of the business.

Warm Regards,
Ashley Richardson
██████████████

RBD-373

# TAB 19



**Ashley Richardson** · 1st
Partner - at Insurgent Media

---

MAY 27, 2021



**Ashley Richardson** · 4:56 PM

Hey Tushar, Sent a message earlier. Re VC, I have someone who is a 7-8 figure USD investor. Not sure where you and the team are in that regard, but I am keen on learning more if my skillset or the capital it could be of help. Best, Ashley

---

JUN 17, 2021



**Ashley Richardson** · 10:32 PM

Hello Tushar! Apologies for the repeat messages. I am writing on behalf of a potential Angel Investor who is ready to commit a substantial amount of capital in up and coming fintech startups and it is somewhat time sensitive. If you are currently raising a round, and this is something of interest to you and your team, please let me know.

If not, I would still be happy to connect on other areas previously mentioned in earlier messages.

I imagine you must be busy, and I do hope that all is going well with the Pstake rollout.

Warm Regards,
Ashley
██████████

RBD-375

# TAB 20

**Athena**

@cryptomoksha

Everyone, deep in their hearts, is waiting for the end of the world to come.

Joined June 2021 · 221 Followers

 Followed by Rishabh Jain, Abhitej Singh, and 2 others you follow

Hello Tushar! Sent you a DM on LinkedIn, figured I would try you on Twitter! At the risk as sounding completely self congratulatory, I have an immense network of fortune 100 CEO's and whale investors.. but more importantly throughout my career have served as an executive to create strategic growth through marketing/partnerships/PR. I'm clearly bullish about XPRT and what your team is aiming to accomplish, and I believe that I can help you. Tell me what you need, and if there is someone else on your team I should reach out to would be happy to follow up accordingly. I'm not one to blindly reach out to folks with this level of persistence (ha) but I have a few big meetings coming up this week with potential strategic partners, and I would love to include you in the mix. 🙏 Cheers, Ashley

Jun 20, 2021, 3:36 AM

You accepted the request

Hey Ashley

Truly apologise for not reverting earlier

I did see your messages

Jun 20, 2021, 4:49 AM

RBD-377

Hey Ashley

Truly apologise for not reverting earlier

I did see your messages

Jun 20, 2021, 4:49 AM

But was absolutely slammed with messages and work

Do you have Telegram?

I'll create a group with the team

And we can also do a quick call this week to catch up

Really appreciate your persistence :)

Jun 20, 2021, 4:51 AM

Hello! Great to hear from you, and completely understood. I do have Telegram, and I am actually in the official group. ▮▮▮▮▮▮▮▮▮▮▮▮ or ▮▮▮▮▮▮▮▮▮ since it turns out I have a very common name!

Looking forward to connecting with you and the team.

Jun 20, 2021, 5:21 AM

RBD-378

# TAB 21

**P**ERSISTENCE

Tushar Aggarwal ████████████████████

---

# Invitation: Persistence + Ashley Richardson @ Thu 24 Jun 2021 9:30pm - 10:30pm (IST) ████████████████

1 message

████████████ | ████████████████████████████                    20 June 2021 at 06:00

Reply-To: ████████
To: ████████████████

---

**You have been invited to the following event.**

## Persistence + Ashley Richardson

| | |
|---|---|
| When | Thu 24 Jun 2021 9:30pm – 10:30pm India Standard Time - Kolkata |
| Where | ████████████████████████ (map) |
| Calendar | ████████████████ |
| Who | • ████████████████████ - organiser |
| | • ████████████████ |

**more details »**

Ashley Richardson is inviting you to a scheduled Zoom meeting.
Topic: Ashley Richardson's Personal Meeting Room
Join Zoom Meeting
███████████████████████████████
Meeting ID: 579 099 4512
Passcode: 1008
One tap mobile
+16699009128,,5790994512#,,,,*1008# US (San Jose)
+12532158782,,5790994512#,,,,*1008# US (Tacoma)
Dial by your location
    +1 669 900 9128 US (San Jose)
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 301 715 8592 US (Washington DC)
    +1 312 626 6799 US (Chicago)
    +1 646 558 8656 US (New York)
Meeting ID: 579 099 4512
Passcode: 1008
Find your local number: https://us02web.zoom.us/u/kuKF28Fx6

Going (████████████████)?   **Yes** - **Maybe** - **No**   more options »

---

Invitation from Google Calendar

You are receiving this email at the account ████████████████ because you are subscribed for invitations on calendar ████████████.

To stop receiving these emails, please log in to https://calendar.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to send a response to the organiser and be added to the guest list, invite others regardless of their own invitation status or to modify your RSVP. Learn more.

---

📄 **invite.ics**
3K

RBD-380

# TAB 22

**PERSISTENCE**                                          Tushar Aggarwal ███████████

## Next steps
1 message

**Ashley Richardson** ████████████████████████                    25 June 2021 at 12:29
To: ████████████████████

Hey Tushar!

Once again, on multiple levels, it was genuinely a pleasure to meet you over zoom. I was already inspired by the project and today heartened by your leadership and approach.

Below is a very brief recap of my top-line understanding of the Persistence pillars and core areas of importance/needs in the coming year, also how I might help.

### Persistence today (in a nutshell):

- Comdex decentralized commodities exchange
- pStake liquid staking protocol
- Asset Mantle white label NFT marketplace *(coming soon)*
- pLend lending platform *(coming soon)*

### *Critical areas of focus in the coming months where I might be able to assist:*

- Onboard additional validators (ie, Bridge Tower/Tavis)
  - Would be great to dig in and define potential targets in the space, set a goal of established partnerships for 2021/22
- Define the core focus of the Persistence roadmap from a marketing/retail perspective
  - Tushar's vision quest ;)
  - Brand ethos brainstorm with key creative marketing gurus/advisors (Possibly the Persistence Team, Ashley, Toby Barlow of Ford, etc)
    - Key pillars: brand story, what sets you apart/solution, branding & style guidelines, website

- New Exchange Listings
- PR & Digital Push to the Retail Marketplace
- Schedule a series of key meetings & speaking engagements for Tushar in the US, Europe, and Canada

### *Economics of a potential partnership:*

I defer to you, the needs of your team, and the value of my help therein. I am open to discussion and I am sure it goes without saying that I am bullish on XPRT. ;)


Warmest,
Ashley

RBD-421

# TAB 26

**PERSISTENCE**                                            Tushar Aggarwal ███████████

---

## Persistence XPRT Deal
2 messages

---

**Tushar Aggarwal** ████████████████████                                    17 August 2021 at 06:36
To: ████████████████████

Hi Ashley

Thanks for the correspondence recently and for proactively helping out on filling out the KYC details.

As discussed following are the terms of the deal:

Amount: $20 Million
Price of XPRT: $5.00 (resulting in 4M XPRT coins)
Price of BTC: $45,500 (439.56 BTC) - taken on same day as the agreement of XPRT price and very close to current BTC prices

Vesting period: 6 months lock up, followed up 6 months daily vesting (~1/180th tokens daily for 6 months) from date of signing of the agreement.

We can do 2.5M XPRT right away and the balance as they unstake in the coming days.

Separately, happy to run validator nodes and otherwise help as you navigate the industry.

Look forward to a fruitful relationship and a continued partnership in the future! :))

Tushar

---

**Ashley Richardson** ███████████████████████████                          19 August 2021 at 13:40
To: Tushar Aggarwal ████████████████████

Hi Tushar,

Confirming the amounts below, with the additional of 20M to be held in the custody of Persistence with the same terms listed below. Please let me know if that will be an amendment to the existing document.

> Price of XPRT: $5.00 (resulting in 4M XPRT coins)
> Price of BTC: $45,500 (439.56 BTC) - taken on same day as the agreement of XPRT price and very close to current BTC prices
>
> Vesting period: 6 months lock up, followed up 6 months daily vesting (~1/180th tokens daily for 6 months) from date of signing of the agreement.

Since we are in agreement on the terms, if it is possible utilize this email as an interim agreement to begin a series of transfers ahead of the completion of the fully executed document (anticipated to be fully reviewed and ready for signature later tomorrow or Friday, apologies on the delay).

Additionally, please let me know if it would be possible to have Genesis Trading send the coins to you directly, and for you to send them to our XPRT wallets. If it is preferred to have us send them to you that is also possible, I just figured it may add a level of security and eliminate a step. I leave that for you to decide.

Looking forward to an ongoing and fruitful relationship.

Warm Regards,
Ashley
[Quoted text hidden]

---

RBD-431

# TAB 29

**PERSISTENCE**                                                Tushar Aggarwal ▆▆▆▆▆▆▆

---

## Fwd: agreement revisions
2 messages

**Ashley Richardson** ▆▆▆▆▆▆▆▆                                24 August 2021 at 10:34
To: Tushar Aggarwal ▆▆▆▆▆▆▆▆

Hey Tushar!

Attached is the revised agreement, with notes. There are no material issues as it relates to the overall terms of the deal, most of the revisions flagged by our attorney appeared SAFT specific and no longer relevant, so hopefully those will be easy to remove/amend. Others that he flagged required additional info or wording, (ie, there's no way foe Taylor to be familiar with all restrictions worldwide, etc.).

Let me know if this is workable for you and your team, and once you have had a chance to accept we can proceed with the DocuSign, and a side letter/term sheet.

If at all possible we would like to split the difference with a rate of Bitcoin at 47k since it was ranging between 45.5 and 48 when we initially agreed upon terms. Let me know if this is amenable to you.

Looking forward to getting this done, hopefully in time for your trip ;)

Warmest,
Ashley

Sent from my iPhone

Begin forwarded message:

> **From:** "Schaffer, Andrew" ▆▆▆▆▆▆▆▆
> **Date:** August 23, 2021 at 6:11:53 PM PDT
> **To:** Ashley Richardson ▆▆▆▆▆▆▆▆
> **Cc:** "Spangler, Timothy" ▆▆▆▆▆▆▆▆
> **Subject: RE: Private Fund - Urgent Council Needed!**
>
>
> Ashley,
>
>
> The revised agreement is attached. As we discussed, I pared back the comments we worked through and added specific comments for Persistence/Dentons to review.
>
>
> Please let us know if you have any questions.
>
>
> **Andrew J. Schaffer**
>
> Associate
>
>
> **Dechert LLP**
>
> ▆▆▆▆▆▆▆▆    Direct
>
> ▆▆▆▆▆▆▆▆
>
> dechert.com

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

 **(2) Persistence - OTCTSA.Draft1.20210814.clean 8-23-21 Draft.docx**
114K

**Tushar Aggarwal**                                                                24 August 2021 at 21:36
To: Niharika

[Quoted text hidden]

 **(2) Persistence - OTCTSA.Draft1.20210814.clean 8-23-21 Draft.docx**
114K

## TOKEN SALE AGREEMENT

<u>GENERAL NOTICE</u>

PLEASE READ THE TERMS SET OUT HEREIN CAREFULLY. NO REGULATORY AUTHORITY IN ANY JURISDICTION HAS EXAMINED OR APPROVED OF THIS AGREEMENT, AND NO ACTION HAS BEEN OR WILL BE TAKEN IN RESPECT OF OBTAINING SUCH APPROVAL BY THE VENDOR (AS DEFINED HEREIN) UNDER THE LAWS, REGULATORY REQUIREMENTS OR RULES OF ANY JURISDICTION. THE PROVISION OF THIS AGREEMENT TO YOU DOES NOT IMPLY THAT THE APPLICABLE LAWS, REGULATORY REQUIREMENTS OR RULES HAVE BEEN COMPLIED WITH. YOU ARE ADVISED TO EXERCISE CAUTION IN RELATION TO THE SALE OF THE TOKENS. IF YOU ARE IN ANY DOUBT, YOU SHOULD OBTAIN INDEPENDENT PROFESSIONAL ADVICE.

NO TOKEN SHOULD BE CONSTRUED, INTERPRETED, CLASSIFIED OR TREATED AS ENABLING, OR ACCORDING ANY OPPORTUNITY TO YOU TO PARTICIPATE IN OR RECEIVE PROFITS, INCOME, OR OTHER PAYMENTS OR RETURNS ARISING FROM OR IN CONNECTION WITH THE VENDOR, THE PROJECT GROUP, THE PROJECT, THE TOKENS (EACH AS DEFINED HEREIN), OR THE PROCEEDS OF THE TOKEN SALE, OR TO RECEIVE SUMS PAID OUT OF SUCH PROFITS, INCOME, OR OTHER PAYMENTS OR RETURNS.

<u>NOTICE IN RESPECT OF EXCLUDED JURISDICTIONS</u>

THE TOKENS ARE NOT FOR SALE IN EXCLUDED JURISDICTIONS (AS DEFINED HEREIN) WHICH INCLUDES THE UNITED STATES OF AMERICA AND ITS TERRITORIES AND THE JURISDICTIONS SET OUT IN SCHEDULE 2. PLEASE NOTE THAT THE VENDOR WILL NOT OFFER OR SELL TO YOU, AND YOU ARE NOT ELIGIBLE TO PURCHASE ANY TOKENS IN THE TOKEN SALE IF YOU ARE AN EXCLUDED PERSON (AS DEFINED HEREIN).

<u>ACKNOWLEDGEMENT OF ASSUMPTION OF RISK</u>
YOU SHOULD NOT ENTER INTO THIS AGREEMENT UNLESS YOU POSSESS THE REQUISITE EXPERIENCE, KNOWLEDGE AND EXPERTISE TO ASSESS THE RISKS ASSOCIATED WITH ENTERING INTO THIS AGREEMENT WHICH INCLUDES BUT NOT LIMITED TO RISKS SET OUT IN SCHEDULE 5.

**TOKEN SALE AGREEMENT**

**THIS TOKEN SALE AGREEMENT** ("**Agreement**") is entered into this [●] day of [●] 2021, by and between :

(1)    **Persistence Technologies (BVI) Pte Ltd** a company incorporated in British Virgin Islands, with its registered address at Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, VG1110, British Virgin Islands; and

(2)    **THE PERSON / CORPORATION WHOSE PARTICULARS ARE SET OUT IN SCHEDULE 1** (the "**Buyer**"),

in connection with the distribution by the Vendor of certain cryptographic tokens known as "Persistence Tokens" or "XPRT" (the "**Tokens**", further details of which are set out in Schedule 4) in furtherance of the establishment and launch of the Persistence Network (the "**Network**"), an enterprise-ready multi-faceted blockchain network comprising industry leading validators to handle financial and corporate data to facilitate business applications built on the network (the "**Project**") to be developed by the Vendor and/or its Affiliate(s) (as defined below) (collectively, the "**Project Group**").

**Deleted: intended**

Each of the Vendor and the Buyer shall hereinafter be referred to as a "**Party**", and collectively, the Vendor and the Buyer shall hereinafter be referred to as the "**Parties**".

**NOW, THEREFORE**, in consideration of the mutual agreements contained below, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties hereby agree as follows:

**1.    DEFINITIONS**

1.1.    The terms defined in this Clause 1, whenever used in this Agreement shall have the respective meanings indicated below.

| | |
|---|---|
| "**Affiliate**" | with respect to any Person, means any other Person directly or indirectly controlling, controlled by or under common control with such Person |
| "**Agreement**" | shall have the meaning ascribed to it in the Recitals |
| "**Applicable Digital Asset Exchange**" | means Binance (as accessible at the following weblink: https://www.binance.com/en), or such cryptocurrency exchange or price aggregator website as the Vendor may notify the Buyer in writing; |
| "**Applicable Exchange Rate**" | means such exchange rate as set out in Schedule 1 |
| "**BTC**" | Means the cyptocurrency native to the Bitcoin network |
| "**Business Day**" | means a day (other than a Saturday, Sunday or public holiday in Singapore) on which commercial banks are generally open for business in Singapore |
| "**Buyer Tokens**" | shall have the meaning ascribed to it in Schedule 1 |
| "**Buyer Tokens Delivery Date**" | shall have the meaning ascribed to it in Schedule 1 |

2

| | |
|---|---|
| "**Buyer Tokens Receiving Address**" | shall have the meaning ascribed to it in Schedule 1 |
| "**Buyer Tokens Unlock Arrangement**" | shall have the meaning ascribed to it in Schedule 1 |
| "**Claim Period**" | shall have the meaning ascribed to it in paragraph 4 of Schedule 3 |
| "**Constitutive Documents**" | in relation to a Person that is a body corporate, means the articles of incorporation, certificate of incorporation, charter, by-laws, articles of formation, certificate of formation, regulations, operating agreement, certificate of limited partnership, partnership agreement and all other similar documents, instruments or certificates executed, adopted or filed in connection with the creation, formation or organisation of such Person, including any amendments thereto |
| "**Conditions**" | shall have the meaning ascribed to it in Clause 5.1 |
| "**De Minimis Claim**" | shall have the meaning ascribed to it in paragraph 2 of Schedule 3 |
| "**Designated Person / Entity**" | shall have the meaning ascribed to it in Clause 4.1 |
| "**Digital Asset**" | means cryptographic assets and digital assets including the Settlement Digital Asset |
| "**Encumbrances**" | in relation to a subject matter, means any lien, charge, mortgage, pledge, option, rights of pre-emption, hypothecation, claims, restrictions on transfer, encumbrances, priority or security interest, over or in such subject matter, or any agreement or arrangement for or to similar effect |
| "**ETH**" | means the cryptographic token native to the Ethereum network |
| "**Excluded Jurisdictions**" | means the jurisdictions stipulated in Schedule 2, and each an "**Excluded Jurisdiction**" |
| "**Excluded Persons**" | shall have the meaning ascribed to it in Clause 4.1 |
| "**Governmental Authority**" | means any nation or government, any state or other political subdivision thereof, any entity exercising legislative, executive, judicial or administrative functions of or pertaining to government, including, without limitation, any government authority, agency, department, board, commission or instrumentality, and any court, tribunal or arbitrator(s) of competent jurisdiction, and any self-regulatory organisation. |
| | For the avoidance of doubt, Governmental Authority may include private bodies exercising quasi-governmental, regulatory or judicial-like functions to the extent they relate to any Party, the Project Group, the Tokens, and/or the Project |

3

| | |
|---|---|
| "**Indemnified Persons**" | shall have the meaning ascribed to it in Clause 6.2 |
| "**Laws**" | means the laws, statutes, ordinances, rules, regulations, judgments, injunctions, orders and decrees of any Governmental Authority, including amendments thereto |
| "**MAS**" | means the Monetary Authority of Singapore |
| "**Network**" | shall have the meaning ascribed to it in the Recitals |
| "**Network Fees**" | means such transaction cost payable, whether denominated in Digital Asset or otherwise, for the use of or execution of transactions on a network (including but not limited to the Ethereum or Binance network) |
| "**Party**" | shall have the meaning ascribed to it in the Recitals |
| "**Person**" | an individual or legal entity or person, including without limitation a Governmental Authority |
| "**Personal Data**" | means : |

<div style="margin-left:2em">

(A)    data, whether true or not, about an individual who can be identified (a) from that data, or (b) from that data and other information to which the Vendor has or is likely to have access; or

(B)    any personal data as defined under applicable Laws relating to personal data and privacy

</div>

| | |
|---|---|
| "**Proceeds Receiving Designated Blockchain Address**" | as set out in Schedule 1 |
| "**Project**" | shall have the meaning ascribed to it in the Recitals |
| "**Project Channels**" | shall mean amongst others: |

<div style="margin-left:2em">

(a)    the Project's website accessible at https://persistence.one;

(b)    the Project's Telegram channel accessible at https://t.me/PersistenceOneChat;

(c)    the Project's Twitter account accessible at https://twitter.com/PersistenceOne;

(d)    the Project's Discord channel accessible at https://discord.com/invite/SaBKpjbnhH;

(e)    the Project's Medium page accessible at https://medium.com/persistence-blog; and

as well as such other (social) media/ channels as may be established for the purpose of the Project

</div>

| | |
|---|---|
| "**Project Documents**" | means the whitepaper as may be amended by the Vendor from time to time in its sole and absolute discretion, explaining, among other things, but in particular, the Project |
| "**Project Group**" | shall have the meaning ascribed to it in the Recitals |
| "**Purchase Consideration**" | shall have the meaning ascribed to it in Schedule 1 |
| "**Sanctions**" | shall have the meaning ascribed to it in Clause 4.13(a)(ii) |
| "**Securities Act**" | means the U.S. Securities Act of 1993, as amended |
| "**Settlement Date**" | shall have the meaning ascribed to it in Schedule 1 |
| "**Settlement Digital Asset**" | shall have the meaning ascribed to it in Schedule 1 |
| "**SIAC**" | Singapore International Arbitration Centre |
| "**Singapore**" | The Republic of Singapore |
| "**Token Sale**" | shall have the meaning ascribed to it in Clause 2.1 |
| "**Tokens**" | shall have the meaning ascribed to it in the Recitals |
| "**Tokenholder**" | means such holder of the Tokens |
| "**U.S. Person**" | means a "U.S. Person" as defined under Rule 902(k) of Regulation S promulgated under the Securities Act |
| "**US$**" or "**USD**" | means United States Dollars, the lawful currency of the United States of America for the time being |
| "**Vendor**" | shall have the meaning ascribed to it in the Recitals |
| "**Vendor's Warranties**" | shall have the meaning ascribed to it in  Clause 3 |

**Deleted: 4.14(b)(ii)**

1.2.    Unless otherwise stated:

(a)    references to "Recitals", "Clauses", and "Schedules" are to recitals, clauses, and schedules of this Agreement;

(b)    any reference to a time of a day or date in this Agreement shall be a reference to Singapore Time and dates;

(c)    any settlement to be made hereunder between Vendor and Buyer shall, if such settlement is to be made in Digital Assets or Tokens, be rounded up to the nearest ten (10) decimal places if necessary; and

(d)    any reference to a "calendar month" is a reference to a period commencing on one day in a calendar month and ending on the numerically corresponding day in the next calendar month, provided that if a period starts on the last day in a calendar month or if there is no numerically corresponding day in the calendar month in which that period ends, that period shall end on the last day in that later calendar month.

**2.     SALE OF BUYER TOKENS**

2.1.    Sale and Distribution of Buyer Tokens. Subject to Clause 2.2 and the Vendor's receipt of the Purchase Consideration from the Buyer and the Buyer's compliance with the terms of this Agreement, the Vendor shall deliver to the Buyer the Buyer Tokens at the Buyer Tokens Receiving Address on or before the Buyer Tokens Delivery Date subject to the Buyer Tokens Unlock Arrangement (the "**Token Sale**").

2.2.    Settlement of Purchase Consideration. Subject to the terms and conditions set forth in Clause 5, the Purchase Consideration shall be paid by the Buyer to the Vendor on or before the Settlement Date in Settlement Digital Asset where the Buyer shall transfer the Settlement Digital Asset equivalent of the Purchase Consideration (as determined based on the Applicable Exchange Rate applicable to the date of such transfer) to the Proceeds Receiving Designated Blockchain Address on or before the Settlement Date free of Encumbrances PROVIDED THAT such transfer would be considered effected only if there are at least thirty (30) confirmations on the blockchain applicable to the Settlement Digital Asset.

2.3.    Obligation of the Buyer to provide information. To the extent that the Vendor determines in its sole and absolute discretion that it is necessary to obtain certain information about the Buyer in order to comply with any applicable Laws or regulations in connection with the Token Sale, the Buyer shall provide the Vendor with such information promptly upon such request, and acknowledges and accepts that the Vendor may refuse to proceed with the Token Sale or withhold delivery of the Buyer Tokens to the Buyer until such requested information has been provided to the satisfaction of the Vendor. The Buyer undertakes, from the date hereof until all Buyer Tokens are delivered by the Vendor to the Buyer, to notify the Vendor of any change in the documents and information provided by the Buyer to the Vendor pursuant to this Agreement and in the absence of any notification in writing notifying of any change, the Buyer hereby acknowledges that the Vendor is entitled to assume that the documents and information provided by the Buyer remain true, correct, accurate, not misleading and unchanged.  For the avoidance of doubt, Vendor acknowledges that "delivery" will be complete upon the initial delivery of Buyer Tokens to Buyer and that, following such delivery, Buyer shall be subject to no further obligation to provide any information to Vendor.

2.4.    Personal Data. The Buyer acknowledges, confirms and agrees to the collection, use, disclosure and processing of any Personal Data provided to the Vendor for the purposes contemplated under this Agreement and those permitted under applicable Laws, including:

(a)     facilitating the sale of the Buyer Tokens to the Buyer; and

(b)     legal and regulatory compliance, including but not limited to (i) verifying the Buyer's identity; and (ii) screenings or due diligence.

| Deleted: conducting credit checks, |

The Buyer represents and warrants that any Personal Data provided to the Vendor is true, accurate, current and complete, and shall promptly notify the Vendor if any Personal Data disclosed by or relating to the Buyer to the Vendor is or becomes inaccurate.

2.5.    Reliance. Each of the Parties acknowledges that it has entered into this Agreement in reliance upon the other Party's representations and warranties being true, accurate, complete, and non-misleading in all respects. Save to the extent set out in this Agreement, no Party makes any other representations or warranties, express or implied, to the other Party and each Party acknowledges to the other Party that it has not relied on or been induced by any other warranties or representations made by the other Party (that are not set out in this Agreement) to enter into this Agreement.

## 3.    REPRESENTATIONS AND WARRANTIES OF THE VENDOR

The Vendor hereby represents and warrants to the Buyer, as of the date hereof, as follows (collectively, the "**Vendor's Warranties**"):

3.1.    <u>Formation and standing</u>. The Vendor is a corporation duly incorporated, validly existing, and in good standing under the Laws of the Vendor's jurisdiction of incorporation, and has all requisite corporate power and authority to carry on the transactions contemplated of the Vendor under this Agreement.

3.2.    <u>Authorisation</u>. The Vendor has all requisite power and authority to execute and deliver this Agreement and to sell the Buyer Tokens to the Buyer and to carry out and perform its obligations under this Agreement, and this Agreement will constitute a legal, valid, and binding obligation of the Vendor enforceable against the Vendor in accordance with its terms, except that such enforceability may be limited by applicable bankruptcy, insolvency, reorganisation, moratorium, and similar Laws of general application relating to or affecting creditors' rights generally and by equitable principles (regardless of whether enforcement is sought in a proceeding in equity or at law).

3.3.    <u>Compliance with instruments</u>. The execution of, and performance by the Vendor of the Vendor's obligations under this Agreement will not result in:

(a)    any violation of, be in conflict with in any material respect, or constitute a material default under:

(i)    any provision of the Vendor's Constitutive Documents;

(ii)    any provision of any permit, licence, judgment, decree or order to which the Vendor is a party, by which it is bound, or to which any of its material assets are subject;

(iii)    any material contract, obligation, or commitment to which the Vendor is a party or by which it is bound; or

(b)    the creation of any material lien, charge or Encumbrance upon any material assets of the Vendor.

## 4.    REPRESENTATIONS AND WARRANTIES OF THE BUYER

The Buyer hereby represents, warrants and undertakes to the Vendor, as of the date hereof up to and including the Buyer Tokens Delivery Date, as follows:

4.1.    <u>Eligibility</u>. The Buyer is not:

(a)    where the Buyer is an individual, a person who is a citizen, domiciled in, resident of, or physically present / located in an Excluded Jurisdiction;

(b)    where the Buyer is a body corporate, a body corporate:

(i)    which is incorporated in, or operates out of, an Excluded Jurisdiction; or

(ii)    which is wholly or partially owned by or under the control of (aa) one or more individuals who is/are citizen(s) of, domiciled in, residents of, or physically present / located in, an Excluded Jurisdiction; (bb) one or more entities which is incorporated in, or operates out of, an Excluded Jurisdiction; and/or (cc) a Designated Person / Entity; or

(iii)    which is a U.S. Person;

(c)    an individual or body corporate : (i) included in the Consolidated List published by the United Nations Security Council of individuals or entities subject to measures imposed by the United Nations Security Council accessible at https://www.un.org/securitycouncil/content/un-sc-consolidated-list; or (ii) included in the United Nations Lists (UN Lists) or within the ambit of regulations relating to or implementing United Nations Security Council Resolutions listed by MAS and accessible by https://www.mas.gov.sg/regulation/anti-money-laundering/targeted-financial-sanctions/lists-of-designated-individuals-and-entities and https://www.mas.gov.sg/regulation/anti-money-laundering/targeted-financial-sanctions/regulations-for-targeted-financial-sanctions ("**Designated Person / Entity**"); and/or

(d)    an individual or body corporate who is otherwise prohibited or ineligible in any way, whether in full or in part, under any Law applicable thereto from participating in any part of the transactions contemplated in this Agreement,

(collectively, "**Excluded Persons**").

4.2.    No dealings from Excluded Jurisdiction or involving Excluded Person. The Buyer is not negotiating, executing, delivering or performing this Agreement in an Excluded Jurisdiction, nor shall the Buyer be negotiating, executing, delivering or performing this Agreement on behalf of, or under the control or direction of any Excluded Person.

4.3.    Formation and standing. The Buyer is either (a) an individual; or (b) an entity duly incorporated or formed, validly existing, and in good standing under the Laws of the Buyer's jurisdiction of incorporation or formation, and having full right, power, capacity and authority to enter into and consummate the transactions contemplated by this Agreement and otherwise to carry out its obligations hereunder and thereunder.

4.4.    Authorisation of agreement, *et cetera*. The Buyer has all requisite power and authority to execute and deliver this Agreement and purchase the Buyer Tokens and to carry out and perform its obligations under this Agreement, and this Agreement will constitute a legal, valid, and binding obligation of the Buyer enforceable against the Buyer in accordance with its terms, except that such enforceability may be limited by applicable bankruptcy, insolvency, reorganisation, moratorium, and similar Laws of general application relating to or affecting creditors' rights generally and by equitable principles (regardless of whether enforcement is sought in a proceeding in equity or at law).

4.5.    Compliance with Laws and other instruments. The execution of, and performance by the Buyer of the Buyer's obligations under this Agreement will not result in:

(a)    any violation of, be in conflict with in any material respect, or constitute a material default under:

(i)    to the extent that the Buyer is a corporation, any provision of the Buyer's Constitutive Documents;

(ii)    any provision of any permit, licence, judgment, decree or order to which the Buyer is a party, by which it is bound, or to which any of its material assets are subject;

(iii)    any material contract, obligation, or commitment to which the Buyer is a party or by which it is bound; and/or

(b)    the creation of any material lien, charge or Encumbrance upon any material assets of the Buyer.

Deleted: <#>any Laws applicable to the Buyer; and/or

Deleted: <#>¶

Deleted: <#>No consents or approvals. The execution and delivery of and performance under this Agreement by the Buyer require no approval or other action from any Governmental Authority or Person.¶

4.6.     Prohibition on syndication. The Buyer is purchasing all Buyer Tokens as principal and
         not on behalf of and agent of, or jointly with, another Person, and the Buyer is not acting
         as agent, trustee, commissionaire, nominee or in any other similar capacity on behalf
         of another Person in relation to the dealing in and/or holding of the Buyer Tokens.

4.7.     Transfer(s) of Tokens.

         (a)      Save in accordance with applicable Laws and the provisions hereof, the Buyer
                  (i) will not, directly or indirectly, transfer the Buyer Tokens; and (ii) has not
                  entered into any agreement or arrangement (including any derivatives
                  arrangement) for or in connection with, and is not purchasing the Buyer Tokens
                  with the view of entering into any agreement or arrangement (including any
                  derivatives arrangement) with another Person prior to the Buyer Tokens
                  Delivery Date for or in connection with, the resale or transfer of the Buyer
                  Tokens, or under which the economic benefits and risks of the Buyer Tokens
                  would pass on, to such Person.

         (b)      The Buyer also understands that to the extent that the Tokens (including the
                  Buyer Tokens) are securities or other regulated products or instruments under
                  the Laws of any jurisdiction in which the Tokens are to be traded or subject of
                  transfers, such trades or transfers of the Tokens (including the Buyer Tokens)
                  may be restricted by such Laws.

4.8.     Changes to Tokens. The Buyer acknowledges that the Vendor has the sole and
         absolute discretion in revising the characteristics of the Tokens (including the Buyer
         Tokens).

4.9.     The Project Documents. The Buyer has received a copy of the current version of the
         Project Documents prepared in relation to the Project and has carefully read and
         understands the contents of such Project Documents. The Buyer acknowledges that
         the Project Documents may change during the time leading up to or after the Buyer
         Tokens Delivery Date in the Vendor's sole and absolute discretion, and the Buyer
         accepts the obligation to promptly read new versions of the Project Documents, which
         will be made available by the Vendor to the Buyer via any of the Project Channels. The
         Buyer acknowledges, agrees, and warrants that the Vendor shall not have any
         obligation to provide or to procure the provision of any refund to the Buyer under this
         Agreement notwithstanding any amendment to the Project Documents, including but
         not limited to amendments to the Token characteristics.

4.10.    Significant risks. The Buyer acknowledges and understands that the Project and the
         creation and distribution of the Tokens (including the Buyer Tokens) involve significant
         risks, including but not limited to the risks set out in Schedule 5.

4.11.    Evaluation of and ability to bear risks. The Buyer has such knowledge and experience
         in financial matters, business, and technology, including but not limited to blockchain
         technology and other considerations relating thereto to be able to evaluate the risks
         and merits of:

         (a)      this Agreement;

         (b)      the Project in such structure or form as it may take from time to time, including
                  any changes, revisions or amendments; and

         (c)      the Buyer Tokens to be purchased by the Buyer pursuant to this Agreement,

         and is able to bear such risks including but not limited to the risks set out in Schedule
         5.

4.12.    Taxes. The Buyer acknowledges and understands that:

9

**Commented [SA3]:** This is not accurate.

**Deleted:** , and that no market exists or is expected to develop for the Tokens (including the Buyer Tokens)

**Commented [SA4]:** Persistence: This provision seems more applicable to a SAFT, where the tokens have not yet been created. Are you still altering token mechanics?

This should be deleted.

**Commented [SA5]:** Persistence: Same comment as above. This provision seems more applicable to a SAFT, as opposed to the delivery-versus-payment arrangement we have here.

**Deleted:** , and the Buyer acknowledges that the Vendor bears no liability or responsibility to the Buyer with respect to the risks associated with or relating to the creation, purchase

**Deleted:** and distribution of the Buyer Tokens

(a)    the purchase and receipt of Buyer Tokens may have tax consequences for the Buyer;

(b)    the Buyer is solely responsible for the Buyer's compliance with the Buyer's tax obligations;

(c)    the Vendor bears no liability or responsibility with respect to any tax consequences to the Buyer; and

(d)    to the extent that the Vendor bears or is otherwise subject to any tax consequences of the Buyer, the Buyer undertakes to indemnify the Vendor for all such tax consequences of the Buyer borne by the Vendor, and all associated costs and expenses incurred by the Vendor arising therefrom.

4.13.    Anti-money laundering and Sanctions compliance.

(a)    *Sanctions compliance*. Neither the Buyer, nor any Person having a direct or indirect beneficial interest in the Buyer or the Buyer Tokens being purchased by the Buyer, nor any Person for whom the Buyer is acting is an Excluded Person or:

(i)    is listed by the MAS as designated individuals or entities defined in the respective regulations promulgated under the Monetary Authority of Singapore Act (Chapter 186) of Singapore, the United Nations Act (Chapter 339) of Singapore, the Variable Capital Companies Act (No. 44 of 2018) or the Terrorism (Suppression of Financing) Act (Chapter 325) of Singapore or such other Law, regulation or rule as may be prescribed by the MAS from time to time;

(ii)    is the subject of sanctions administered or enforced by Singapore, the United States of America (including without limitation the U.S. Department of the Treasury's Office of Foreign Asset Control), the United Kingdom of Great Britain and Northern Ireland, the European Union or any other Governmental Authority (collectively, "**Sanctions**");

(iii)    is located, organised or resident in a country or territory that is the subject of country-wide or territory-wide Sanctions (including, without limitation, the Central African Republic, the Democratic People's Republic of Korea, the Democratic Republic of Congo, Iran, Libya, Mali, Somalia, South Sudan, Sudan, and Yemen);

(iv)    has engaged in and is not now engaged in any dealings or transactions with any government, Person, entity or project targeted by, or located in any country or territory, that at the time of the dealing or transaction, is or was the subject of any Sanctions; or

4.14.    Truth and Accuracy. All the documents and information furnished by the Buyer to the Vendor pursuant to this Agreement are true, accurate, complete, and non-misleading in all respects, and there is no matter, event, circumstance or any other information which has arisen which would make any documents and information provided misleading or incomplete, or any fact or information the omission of which would make any documents and information provided misleading or incomplete.

4.15.    Purpose of Purchase. The Buyer Tokens are intended for use by the Buyer in respect of the Project, and the Buyer acknowledges that the Buyer Tokens may not have any functional use, merchantability, investment or economic value.

**Deleted:** <#>*Anti-money laundering & counter-terrorism financing*. The Buyer represents and warrants to the Vendor that the Buyer complies with all anti-money laundering and anti-terrorism-financing requirements in all applicable jurisdictions.¶

**Deleted:** <#>is otherwise a party with which the Vendor is prohibited from dealing with under applicable Laws.¶

**Deleted:** , and the Buyer (a) is not purchasing the Buyer Tokens for any reason other than for use in respect of the Project; and (b) there are no expectations on the Buyer's part as to the Buyer Tokens having any investment, economic or market value

4.16.   <u>Security of Buyer Tokens Receiving Address.</u> For the purposes of receipt of Buyer Tokens in accordance with this Agreement, the Buyer acknowledges and accepts that it has the sole responsibility to establish and/or maintain in fully operational, secure and valid status, access to its Buyer Tokens Receiving Address, the credentials for access of such Buyer Tokens Receiving Address, and the private keys of such Buyer Tokens Receiving Address.

**5.      CONDITIONS PRECEDENT**

5.1.    The obligations of the Vendor to consummate the Token Sale and all other transactions contemplated hereby shall be subject to the following conditions ("**Conditions**"):

(a)     receipt by the Vendor of the Purchase Consideration in full in accordance with this Agreement on or before Settlement Date;

(b)     there being no breach or non-compliance by the Buyer of the terms of or the Buyer's obligations under this Agreement;

(c)     the Buyer's representations and warranties under Clause 4 being true and accurate; and

(d)     the Buyer providing complete, up-to-date information and documents in such form as may be requested by the Vendor to perform compliance checks or due diligence, and the Vendor being satisfied that there is no risk of non-compliance of any law or regulation by virtue of the sale of Buyer Tokens to the Buyer, including but not limited to anti-money laundering and countering of financing of terrorism laws and regulations.

5.2.    The Parties agree and confirm that the Conditions in Clause 5.1 are for the sole benefit of the Vendor, and accordingly, the Vendor shall be fully entitled in its sole and absolute discretion, by written notice to the Buyer, to waive any or all of the Conditions in Clause 5.1 either in whole or in part. Any such waiver by the Vendor shall be without prejudice to any remedies or rights that may have accrued in respect of such Condition's non-satisfaction.

5.3.    The waiver of a breach or non-fulfilment in respect of any of the Conditions in Clause 5.1 does not constitute a waiver of a breach or non-fulfilment of any other Condition in Clause 5.1 resulting from the same event, or a waiver of a breach or non-fulfilment of that Condition resulting from any other event.

**6.      DISCLAIMER, LIMITATIONS, AND INDEMNITY**

6.1.    <u>No claim, loan or ownership interest</u>. Neither this Agreement nor the purchase of the Buyer Tokens:

(a)     provides the Buyer with any claim or ownership whatsoever with respect to the Vendor, the Project Group, their respective Affiliates, and/or their respective assets and undertakings;

(b)     is a loan or other indebtedness to the Vendor and/or the Project Group;

(c)     provides the Buyer with any ownership or economic interest whatsoever in the Vendor and/or the Project Group; and/or

(d)     provides the Buyer with any rights of a member of the Vendor and/or the Project Group or any right to vote for the election of directors or upon any matter submitted to members at any meeting thereof, or to give or withhold consent to any corporate action or to receive notice of meetings, or to receive

11

subscription rights or otherwise, or to receive any dividend or other distribution from the Vendor and/or the Project Group.

6.2.  Indemnification by the Buyer. The Buyer shall defend, indemnify, and hold harmless the Vendor, the Project Group, their Affiliates, and their respective officers, directors, representatives, employees, agents, successors and assigns (collectively, the "**Indemnified Persons**") from and against, and pay or reimburse the Indemnified Persons for a breach or any claim, any and all losses resulting from:

(a)  any inaccuracy in or breach of any representation or warranty when made or deemed made by the Buyer in or pursuant to this Agreement; or

(b)  any wilful or negligent breach of or default in performance by the Buyer under this Agreement.

6.3.  Limitation of liability. The liability of the Vendor in respect of a breach or any claim under this Agreement is subject to the limitations and qualifications as set out in Schedule 3.

6.4.  Force Majeure: The Buyer agrees and acknowledges that the Vendor shall not be liable to deliver any Buyer Tokens pursuant to Clause 2.1 herein as a result of, and the Vendor disclaims any and all liability under this Agreement in connection with, any force majeure event, including but not limited to acts of God, labour disputes or other industrial disturbances, or utility failures, nature-related events, blockages, embargoes, riots, acts or orders of government, acts of terrorism or war, or any technology failure and/or cybersecurity breach not solely due to the Vendor.

6.5.  Buyer Tokens Receiving Address. In the event of any loss, hack or theft of cryptocurrencies from the Buyer Tokens Receiving Address, the Buyer acknowledges and confirms that the Buyer has no right(s), claim(s) or cause(s) of action in any way whatsoever against the Vendor, and to the maximum extent permitted by applicable Laws, the Vendor expressly disclaims its liability and shall in no case be liable to the Buyer for the loss of possession of the credentials for accessing, or loss or destruction of the private keys of, the Buyer Tokens Receiving Address, in any manner and to any extent.

## 7.  MISCELLANEOUS

7.1.  Termination. The Vendor shall be entitled by notice in writing to the Buyer to terminate this Agreement if: _____

(a)  the Buyer does not comply with its obligations under this Agreement or is otherwise in breach of this Agreement;

_____
_____

_____
_____

_____

Upon termination of this Agreement, the Buyer shall have no claim against the Vendor **PROVIDED THAT** Clauses 6 and 7 shall survive any termination hereof.

7.2.  Governing Law. This Agreement shall be governed in all respects, including as to validity, interpretation, and effect, by the Laws of Singapore, without giving effect to its principles or rules of conflict of laws, to the extent such principles or rules are not mandatorily applicable by statute and would permit or require the application of the Laws of another jurisdiction.

12

**Deleted:** software or smart contract bugs or weaknesses, or

**Deleted:** technological changes, changes in interest rates or other monetary conditions,

**Deleted:** , and changes to or desertion of any blockchain-related protocols

**Commented [AS10]:** Persistence: As drafted, these termination provisions appear better suited for a SAFT. Given DVP nature of agreement, which of these are actually applicable to this transaction?

**Deleted:** <#>the development of the Project is required by any applicable Law to cease or terminate before the Buyer Tokens Delivery Date; ¶

**Deleted:** <#>the development of the Project discontinues before the Buyer Tokens Delivery Date as a result of any event beyond the control of the Vendor and/or the Project Group before the Buyer Tokens Delivery Date, which cannot be resumed within three (3) months of such discontinuation; ¶

**Deleted:** <#>prior to the Buyer Tokens Delivery Date, the creation, distribution or issuance of Tokens is illegal, invalid, prohibited by any government in any jurisdiction, or forced by any applicable Law to cease, or becomes subject to any approval, registration, filing or other statutory procedure or requirement that the Vendor and/or the Project Group are unable or consider impracticable to meet;¶

**Deleted:** <#>the Vendor and/or the Project Group in their sole and absolute discretion elect to abort the development of the Project;¶

**Deleted:** <#>the Vendor ceasing its business prior to the Buyer Tokens Delivery Date; ¶

**Deleted:** <#>prior to the Buyer Tokens Delivery Date, an order has been made or petition presented for the winding up or insolvency of the Vendor and/or Project Group, whether in Singapore or elsewhere; and/or ¶

**Deleted:** <#>prior to the Buyer Tokens Delivery Date, a composition in satisfaction of the Vendor's and/or the Project Group's debts or compromise or arrangement between the Vendor and/or the Project Group has been proposed, sanctioned or approved, whether in Singapore, the British Virgin Islands or elsewhere.¶

7.3.   <u>Successors and assigns</u>. This Agreement shall be binding upon and inure to the benefit of the Parties and their respective heirs, successors, and permitted assigns. This Agreement is personal to the Buyer and shall not be assignable or otherwise transferable by the Buyer. The Vendor may assign or transfer this Agreement to an Affiliate and/or any Person with the written consent of the Buyer, which consent shall not be unreasonably withheld. Any purported assignment in violation of this provision or in violation of applicable Laws shall be void.

7.4.   <u>Entire agreement</u>. This Agreement constitutes the entire agreement between the Parties and supersedes all prior or contemporaneous agreements and understandings, both written and oral, between the Parties with respect to the subject matter hereof.

7.5.   <u>Construction</u>. The Parties agree that any applicable rule requiring the construction of this Agreement or any provision hereof against the Party drafting this Agreement shall not apply.

7.6.   <u>Reasonableness</u>. Each Party confirms it has received independent advice (legal or otherwise) relating to all the matters provided for in this Agreement, and agrees that the provisions of this Agreement (including all documents entered into pursuant to this Agreement) are fair and reasonable.

7.7.   <u>Severability</u>. If any provision of this Agreement is determined by a court of competent jurisdiction to be invalid, inoperative or unenforceable for any reason, the Parties shall negotiate in good faith to modify this Agreement so as to effect the original intent of the Parties as closely as possible in an acceptable manner in order that the transactions contemplated hereby be continued as originally contemplated to the fullest extent possible.

7.8.   <u>Counterparts</u>. This Agreement may be executed in several counterparts, each of which shall be deemed an original and all of which shall together constitute one and the same document.

7.9.   <u>No partnership and no agency</u>. Nothing in this Agreement and no action taken by the Parties pursuant to this Agreement shall constitute, or be deemed to constitute, a partnership, association, joint venture or other co-operative entity between any of the Parties. Nothing in this Agreement and no action taken by the Parties pursuant to this Agreement shall constitute, or be deemed to constitute, either Party as the agent of the other Party for any purpose. No Party has, pursuant to this Agreement, any authority or power to bind or to contract in the name of the other Party.

7.10.  <u>Third party rights</u>. Save for the Project Group and/or their Affiliates who shall have rights and benefits to the extent accorded thereto under this Agreement, any Person who is not a party to this Agreement shall have no right under the Contracts (Rights of Third Parties) Act (Chapter 53B) of Singapore to enforce any provisions of this Agreement.

7.11.  <u>Dispute resolution</u>. The Buyer and the Vendor shall cooperate in good faith to resolve any dispute or claim arising out of or in any way relating to this Agreement. If the Parties are unable to resolve such dispute or claim within thirty (30) days, such dispute or claim shall be finally settled by arbitration, and judgment upon the award may be entered by any court having jurisdiction thereof or having jurisdiction over the relevant Party or its assets. The arbitration shall be conducted under the rules of the SIAC. The arbitration tribunal shall consist of a sole arbitrator to be appointed by the President of the SIAC. The seat of the arbitration shall be Singapore. The language of the arbitration shall be English. The arbitration agreement shall be governed by Singapore law.

7.12.  <u>Publications</u>. The Parties shall mutually agree to any press release or publication which the Vendor or its Affiliates may issue that jointly involves the names, brands and/or

| Deleted: without |
| Deleted: , |
| Deleted: and the Buyer shall sign, execute and deliver any and all deeds, instruments, agreements and/or other documents in connection with such assignment or transfer and do all other acts and things and take all such steps as may be necessary, desirable or expedient to give effect to such assignment or transfer. The Buyer acknowledges and agrees that the Vendor shall not be obliged to deliver the Buyer Tokens unless and until the Buyer complies with its obligations under this provision. |

| Deleted: require |

officers of all Parties. The Vendor shall not identify the Buyer in any press release or publication without the written consent of the Buyer.

7.13.   Notices and Communications.

(a)   Any notice, demand or communication in connection with this Agreement shall be in writing in English, and unless otherwise specified, delivered personally or sent by registered post, or through electronic communication by way of email, and marked for the attention of such person (if any), designated by it to the other Party for the purposes of this Agreement or to such other address or e-mail address as a Party may from time to time duly notify the other in writing.

(b)   The addresses and contact details of the Parties for the purposes of this Agreement are specified below: [#Dentons: Client to provide input]

**Vendor**

Attention          :          

Address          :
Vistra Corporate Services Centre, Wickhams Cay II, Road Town, Tortola, VG1110, British Virgin Islands

Email Address          :          

**Buyer**

As set out in Schedule 1 of this Agreement.

(c)   Any such notice, demand or communication shall be deemed to have been duly served:

(i)   in the case of delivery by hand or by courier, when delivered;

(ii)   in the case of email, at the time of transmission if transmitted error-free; and

(iii)   in the case of post, on the second Business Day after the date of posting (if sent by local mail) and on the seventh Business Day after the date of posting (if sent by air mail),

provided that in each case where delivery by hand or by courier occurs on a day which is not a Business Day, or after 6.00pm on a Business Day, service shall be deemed to occur at 9.00 am the next following Business Day and in proving service, it shall be sufficient to show that personal delivery was made or that the envelope containing such notice was properly addressed, and duly stamped, posted and was properly addressed and despatched.

7.14.   Confidentiality. This Agreement (including the existence and provisions of this Agreement) or the negotiations relating to this Agreement, shall remain confidential between the Parties in perpetuity and the receiving Party shall treat as strictly confidential and not disclose or use any information disclosed by the disclosing Party except to the extent:

(a)   the disclosure or use is required by any regulatory body or Governmental Authority in any jurisdiction;

**Deleted:** <#>No Misstatements. Each Party shall be solely liable for all of its own fees, costs and otherwise in connection with the negotiation and execution of this Agreement and any future dealings between the Parties and/or future publications regarding the Parties. The Buyer shall not make or issue any statement relating to the Vendor, Tokens, the Project and/or the Project Group that is (a) inaccurate; or (b) otherwise inconsistent with information published by the Vendor in relation to the Vendor, the Tokens, the Project and/or the Project Group, and to the extent that such statement has been made or issued, the Buyer shall at the Vendor's request retract or correct such statement. The rights of the Vendor hereunder shall not limit or affect any other rights of the Vendor at law in respect of such statement….¶
¶

**Deleted:** <#>¶

**Deleted:** pursuant to applicable Laws

(b)     the disclosure or use is made to the receiving Party's respective professional advisers, on terms that such professional advisers undertake to comply with the provisions of this Clause 7.14 in respect of such information as if they were a party to this Agreement;

(c)     with the written approval of the disclosing Party; or

(d)     the information is or becomes publicly available (other than by breach of this Agreement).

**Commented [SA12]:** Persistence/Dentons: Please update cross-references in revised draft.

**Deleted:** 7.15

15

**SCHEDULE 1**
**Particulars of Buyer / Token Sale**

| 1. | Particulars of Buyer | Name: _____ <br><br> Nationality / Place of Incorporation: _____ <br><br> Identification Number / Unique Entity Number: _____ <br><br> Address: _____ <br><br> Email: _____ |
|---|---|---|
| 2. | Buyer Tokens | **[••]** XPRT |
| 3. | Purchase Consideration | US$20 million (US$20,000,000) |
| 4. | Settlement Digital Asset | BTC or ETH (or such other stable Digital Asset which the Vendor may agree in writing) |
| 5. | Applicable Exchange Rate | [The Applicable Exchange Rate: <br><br> in respect of an amount denominated in <u>BTC</u> and an amount denominated in USD in relation to a specific date, means the average of the BTC to USD exchange rate as reported by the Applicable Digital Asset Exchange at 11:59 hours Singapore time (GMT+8) on each of the five calendar days immediately preceding that date, <br><br> in respect of an amount denominated in <u>ETH</u> and an amount denominated in USD in relation to a specific date, means the average of the ETH to USD exchange rate as reported by the Applicable Digital Asset Exchange at 11:59 hours Singapore time (GMT+8) on each of the five calendar days immediately preceding that date, <br><br> or such other Applicable Exchange Rate as the Vendor and the Buyer may agree in writing.] **[#Dentons: Please review the exchange rate mechanics which we have drafted for consideration. In particular, it is drafted as the average price of the last 5 days on the Applicable Digital Asset Exchange. Please let us know if there is a different method of calculating the applicable exchange rate.]** |
| 6. | Settlement Date | **[••insert date]**, or such other date as the Vendor may agree in writing. |
| 7. | Buyer Tokens Delivery Date | (a) [Subject to the Buyer Tokens Unlock Arrangement (as described in paragraph (b) below) and the Vendor's receipt of the Purchase Consideration, the Vendor shall deliver the Buyer Tokens to the Buyer on **[••insert date]** ("**Buyer Tokens Delivery Date**") by transferring the Buyer Tokens to the Buyer Tokens Receiving Address which Buyer Tokens shall remain locked and cannot be transferred by the Buyer to another address. <br><br> (b) The Buyer Tokens delivered to the Buyer Tokens Receiving Address shall be unlocked incrementally on a daily basis commencing from **[••insert date]**, provided that all the Buyer Tokens shall be unlocked and transferable from the Buyer Tokens Receiving Address by **[••insert time]** on **[•• insert date]** |

16

("**Buyer Tokens Unlock Arrangement**"). Notwithstanding the foregoing, the Buyer acknowledges and agrees that the Buyer Tokens, to the extent unlocked during any 24-hour period pursuant to Buyer Tokens Unlock Arrangement, may not be equal to and may be less than [1/••insert number of days in unlocking period] of the Buyer Tokens.] [#Dentons: Persistence to review and confirm the delivery and token unlock mechanics in the foregoing accords with your commercial intention.]

17

**SCHEDULE 2**
**Excluded Jurisdictions**

[#Dentons: We have included the current list based on FATF jurisdictions identified in the relevant MAS Acts as indicated in the footnotes below. Please also let us know if you need further local jurisdiction compliance support applicable to the sale of tokens to the OTC Buyer and to assess for regulatory compliance in respect of such sale. If needed, we can reach out to our foreign law counterparts for support.]

(1)     Albania[#]

(2)     Barbados[#]

(3)     Botswana[#]

(4)     Burkina Faso[#]

(5)     Cambodia[#]

(6)     Cayman Islands[#]

(7)     Democratic People's Republic of Korea[#^]

(8)     Haiti[#]

(9)     Jamaica[#]

(10)    Malta[#]

(11)    Mauritius[#]

(12)    Morocco[#]

(13)    Myanmar[#]

(14)    Nicaragua[#]

(15)    Iran[#^]

(16)    Pakistan[#]

(17)    Panama[#]

(18)    Philippines[#]

(19)    Senegal[#]

(20)    South Sudan[#]

(21)    Syria[#^]

(22)    Uganda[#]

(23)    Yemen[#^]

18

(24) Zimbabwe[#]

(25) Any jurisdiction in which the Token Sale is prohibited, restricted or unauthorised in any form or manner whether in full or in part under the Laws, regulatory requirements or rules in such jurisdiction

**Commented [SA13]:** Persistence: This is too broad.

[#]     *Jurisdictions with strategic anti-money laundering / counter-financing of terrorism deficiencies most recently identified by the Financial Action Task Force at <http://www.fatf-gafi.org/countries/#high-risk> (last accessed on 15 August 2021)*

[^]     *Jurisdictions in which designated individuals and entities are identified by the MAS for the purposes of regulations promulgated under the Monetary Authority of Singapore Act (Chapter 186) of Singapore, the United Nations Act (Chapter 339) of Singapore or the Terrorism (Suppression of Financing) Act (Chapter 325) of Singapore*

**SCHEDULE 3**
**Limitation of liability**

[#Dentons: Please review and confirm that the liability limitations below accord with your commercial intent.]

Notwithstanding anything in this Agreement to the contrary, the provisions of this Schedule 3 shall operate to limit the liability of the Vendor in respect of any claim by Buyer.

(1)     <u>Warranties</u>. The Vendor's Warranties and such other covenants, undertakings and indemnities expressly set out in this Agreement are the only representations, warranties, undertakings or other assurances of any kind given by or on behalf of the Vendor to the Buyer and all other warranties, expressed or implied by law, trade, custom, usage or otherwise to be given by the Vendor are hereby expressly excluded by the Vendor.

(2)     <u>De minimis</u> claims. No liability shall in any event arise in respect of any claim for breach of the Vendor's Warranties or any claim pursuant to any other provision of this Agreement unless the aggregate amount of the claim (together with the aggregate amount of any previous claims made against the Vendor exceeds twenty-five per cent (25%) of the Purchase Consideration ("**De Minimis Claim**"). For the avoidance of doubt, the De Minimis Claim shall be based on the fiat-denominated value of the Purchase Consideration as stated in Schedule 1, notwithstanding the Buyer making payment for the Buyer Tokens by way of Settlement Digital Asset pursuant to Clause 2.2. <u>For the avoidance of doubt, the</u>

(3)     <u>De maximis</u> claims. The aggregate liability of the Vendor in respect of claims by the Buyer made for breach of the Vendor's Warranties shall not in any event exceed one hundred per cent (100%) of the Purchase Consideration ("**De Maximis Claim**"). For the avoidance of doubt, the De Maximis Claim shall be based on the fiat-denominated value of the Purchase Consideration as stated in Schedule 1, notwithstanding the Buyer making payment for the Buyer Tokens by way of Settlement Digital Asset pursuant to Clause 2.2(b).

(4)     <u>Time limitation</u>. The Vendor shall not be liable in any way or in any event in respect of any claim under this Agreement if such claim was not made in the period commencing from the Settlement Date to the date falling twelve (12) months from the Buyer Tokens Delivery Date (such period being the "**Claim Period**"). Any claim or indemnity claim which has been made before the expiration of the Claim Period shall, if it has not been previously satisfied in full, settled or withdrawn, be deemed to have been withdrawn and shall become fully barred and unenforceable on the expiry of the period of twelve (12) months from the Buyer Tokens Delivery Date, commencing from the date on which such claim was made, unless proceedings in respect thereof shall have been commenced against the Vendor and for this purpose proceedings shall not be deemed to have been commenced unless they shall have been issued and served upon the Vendor.

(5)     The Buyer shall not be entitled to recover or otherwise obtain reimbursement or restitution from the Vendor under this Agreement more than once in respect of the same damage suffered.

(6)     For the avoidance of doubt, nothing in this Schedule 3 shall limit the Buyer's obligation (at law or otherwise) to mitigate its loss in respect of any claim under this Agreement, and the Buyer shall not be entitled to recover damages in respect of any claim (as the case may be) if, and to the extent that, the Buyer has already recovered damages in respect of the same fact or subject matter.

20

RBD-454

(7)    The Vendor shall not be liable under any circumstances for any indirect, incidental, special or consequential loss arising from any breach of the Vendor's Warranties.

21

**SCHEDULE 4**
**Token Characteristics**

<u>Token Name</u>          :     Persistence Token

<u>Token Symbol</u>        :     XPRT

<u>Total Token Supply</u>  :     [••] XPRT

<u>Token functions</u>:**

- The Tokens are to be used by validators to secure the Network

- The Tokens will allow validators to participate in functions delegated by applications built on the Network such as authentication and verification functions

- The Tokens will allow validators to give input on Network proposals to improve the Network functions

**The exact governance mechanisms are yet to be developed.

**Functionality may be modified by the development team as research and development around the Project continues.

**For the avoidance of doubt, the Tokens are not intended to be (a) currency or legal tender in any jurisdictions, (b) an interest in any right or claim whatsoever with respect to the Vendor, the Project Group, their respective Affiliates and/or their respective assets and undertakings, and/or (c) securities of any form, units in a business trust, units in a collective investment scheme, capital markets products, commodities, financial instruments of any kind whatsoever, or option, swap or other derivative or contract in respect thereof, or any other form of regulated products or investments, in any jurisdiction.

**Commented [SA14]:** Persistence: As noted earlier, some language in this agreement seems better suited for a SAFT.

Do we need to use future tense? If tokens are developed, the agreement should reference what Buyer will actually receive.

**Commented [SA15]:** Persistence to confirm that this is an accurate description of token functionality. Is "delegated" the right word?

**Deleted:** ing

**Commented [SA16]:** Persistence: Is this up to date? As noted earlier, this feels more like SAFT language, where the tokens have not yet been created. Here, they are alredt trading on at least two markets.

**Commented [SA17]:** Persistence: Is this still accurate or has governance been developed?

**Commented [SA18]:** Persistence/Dentons: If not a commodity and not a security, what is the token? Does this mean to say commodity interest/derivative?

**SCHEDULE 5**
**Risk Factors**

[#Dentons: Below risk factors for consideration. Client to review and confirm if there are any other specific risks to include]

**(A)      RISKS RELATING TO THE PROJECT AND THE TOKENS**

***There are unanticipated risks arising from the technology supporting the Tokens and the Project and there may be weaknesses, vulnerabilities or bugs in the protocols, systems, and smart contracts in connection with the Tokens and/or the Project***

Technology for the creation and use of cryptographic tokens such as the Tokens and smart contract technology to be deployed in connection with the Project are a relatively new and dynamic technology. In addition to the risks included herein, there are other risks associated with the Buyer's purchase, holding and use of the Tokens, including those that the Vendor and/or the Project Group cannot anticipate. Such risks may further materialise as unanticipated variations or combinations of the risks discussed herein.

The Project Group will make reasonable efforts to ensure that the protocols, systems, and smart contracts in connection with the Tokens and/or the Project are audited, tested, and approved by technical experts. However, as smart contract technology is still in its early stage of development and its application of experimental nature carries significant operation, technological, financial, regulatory and reputational risks, there are inherent risks that such protocols, systems and/or smart contracts could contain weaknesses, vulnerabilities or bugs.

Purchasers of Tokens should understand and accept that there are no warranties that Tokens are fit for a particular purpose or do not contain any weaknesses, vulnerabilities or bugs which would cause loss in their worth or value. In the event that any of the aforementioned risks materialise, the business strategies, results of operations and outlook of the Vendor and/or the Project Group may also be adversely affected.

***Regulations governing distributed ledger technologies, cryptographic tokens such as the Tokens and the Project are uncertain, and regulations or policies may materially adversely affect the development of the Project and the utility of the Tokens***

Regulation of cryptographic tokens (including the Tokens), distributed ledger technologies and marketplaces for trading of cryptographic tokens such as the Tokens is currently undeveloped and likely to rapidly evolve, varies significantly among international, federal, state and local jurisdictions, and is subject to significant uncertainty.

Legislative and executive bodies worldwide may in the future adopt Laws, regulations, guidance, or other actions, which may severely impact the development and growth of the Project, the adoption and utility of the Tokens or the issue, offer, and sale of the Tokens by the Vendor. Failure by the Vendor and/or the Project Group or users of the Project and/or Tokens to comply with any Laws, rules and regulations, some of which may not exist yet or are subject to interpretation and may be subject to change, could result in a variety of adverse consequences, including civil penalties and fines.

Various jurisdictions may, in the near future, adopt Laws, regulations or directives that affect the Project. Such Laws, regulations or directives may directly and negatively impact the business of the Vendor and/or the Project Group. The effect of any future regulatory change is impossible to predict, but such change could be substantial and materially adverse to the development and growth of the Project and the adoption and utility of the Tokens, and accordingly, demand for and value of the Tokens.

The Vendor, the Project Group, the Project, and/or the Tokens may be affected by newly implemented regulations relating to distributed ledger technology, cryptographic tokens and smart contract technology, including having to take measures to comply with such regulations, or having to deal with queries, notices, requests or enforcement actions by regulatory

authorities, which may come at a substantial cost and may also require substantial modifications to the Project.

This may impact the appeal of the Project for users and result in decreased usage of the Project. Further, should the costs (financial or otherwise) of complying with such newly implemented regulations exceed a certain threshold, launching the Project may no longer be commercially viable and the Vendor and/or the Project Group may opt to discontinue the Project and/or the Tokens.

The Vendor and/or the Project Group may also have to cease operations in a jurisdiction that makes it illegal to operate the Project in such jurisdiction, or make it commercially unviable or undesirable to obtain the necessary regulatory approval(s) to operate in such jurisdiction, which may then adversely affect the adoption of the Project and the Tokens for use with the Project, and accordingly, demand for and value of the Tokens.

***The tax treatment of this Agreement and the Tokens are uncertain and there may be adverse tax consequences for the Buyer upon certain future events***

The tax characterisation of this Agreement and the Tokens are uncertain, and the Buyer must seek its own tax advice in connection with a purchase of Tokens. A purchase of Tokens pursuant to this Agreement may result in adverse tax consequences to the Buyer, including withholding taxes, income taxes, and tax reporting requirements. The Buyer should consult with and must rely upon the advice of its own professional tax advisors with respect to tax treatment of a purchase of Tokens pursuant to this Agreement.

***There is no prior market for and there may not be an active or liquid market for the Tokens***

There has been no public market for the Tokens and the Tokens are not traded, whether on any marketplace for purchase or sale of the Token. Even if the Tokens are traded on such a marketplace, there is no assurance that an active or liquid trading market for the Tokens will develop or if developed, be sustained after the Tokens have been made available for trading on such marketplace. There is also no assurance that the market price of the Tokens will not decline below the price at which the Buyer acquired each of the Tokens.

> Commented [SA19]: This is not accurate.

A Token is not a currency issued by any central bank or national, supra-national or quasi-national organisation, nor is it backed by any hard assets or other credit. The Vendor and/or the Project Group is/are not responsible for nor does it / do they pursue the circulation and trading of Tokens on the market. Trading of Tokens merely depends on the consensus on its value between the relevant market participants, and no one is obliged to purchase any Token from any holder of the Token, including the purchasers, nor does anyone guarantee the liquidity or market price of Tokens to any extent at any time. Accordingly, the Vendor and/or the Project Group cannot ensure that there will be any demand or market for Tokens, or that the Purchase Consideration is indicative of the market price of Tokens after they have been made available for trading on such marketplace.

> Commented [SA20]: See comment above.

***Future sales of the Tokens could materially and adversely affect the market price of Tokens***

Any future sale of the Tokens would increase the supply of Tokens in the market and this may result in a downward price pressure on the Tokens. The sale or distribution of a significant number of Tokens, particularly at a price lower than the price at which Buyer had acquired a Token, or the perception that such further sales or issuance may occur, could adversely affect the market price of the Tokens.

***Negative publicity may materially and adversely affect the price of the Tokens***

Negative publicity involving the Vendor, the Project Group, the Project, the Tokens and/or any of the key personnel of the Vendor and/or the Project Group may materially and adversely

affect the adoption or market perception of the Project and/or adoption, market perception and/or market price of the Tokens, whether or not such negative publicity is justified.

***There is no assurance of any success of the Project***

The utility and hence market demand for and value of the Tokens hinges heavily on the performance of the Project. There is no assurance that the Project will gain traction after its launch and achieve any success.

The Project has not been fully developed, finalised, and integrated and is subject to further changes, updates, and adjustments prior to its launch. Such changes may result in unexpected and unforeseen effects on its projected appeal to users, and hence impact its success.

While the Vendor has made every effort to provide a realistic estimate, there is also no assurance that the Project Group will have sufficient resources for the development and integration of the Project. For the foregoing or any other reason, the development and integration of the Project may not be completed and there is no assurance that it will be launched at all. In such an event, the Tokens may have no or minimal utility and hence no or minimal market demand and value.

Even if the Project is fully developed, there is no assurance that its systems, protocols, or products will be widely adopted or utilised by its target users that would increase use of the Tokens, or demand for or value of the Tokens.

***The trading price of the Tokens may fluctuate***

The prices of cryptographic tokens in general tend to be relatively volatile, and can fluctuate significantly over short periods of time. A decrease in the price of a single blockchain asset may cause volatility in the entire blockchain asset industry and may affect other blockchain assets including the Tokens. The demand for, and correspondingly the market price of, the Tokens may fluctuate significantly and rapidly in response to, among others, the following factors, some of which are beyond the control of the Vendor and/or the Project Group:

(a)    new technical innovations;

(b)    analysts' speculations, recommendations, perceptions or estimates of the Token's market price or the financial and business performance of the Vendor and/or the Project Group;

(c)    changes in market adoption and demand and token prices of projects with operations similar to that of the Vendor and/or the Project Group that may be made available for sale and purchase on the same marketplaces as the Tokens;

(d)    changes in the software, software requirements or hardware requirements underlying the Project's protocols;

(e)    as the Project will be focused on decentralised governance, decisions made by Tokenholders may vote on proposals that change the rights, obligations, incentives or rewards for the various participants in the protocol ecosystem;

(f)    announcements by the Vendor and/or the Project Group of significant events, for example, partnerships, sponsorships, or new product developments;

(g)    additions or departures of key personnel of the Vendor and/or the Project Group;

(h)    success or failure of the management of the Vendor and/or the Project Group in implementing business and growth strategies; and

(i)    changes in conditions affecting the blockchain or financial technology industry, the general economic conditions or market sentiments, or other events or factors.

**(B)**     <u>RISKS RELATING TO THE VENDOR AND THE PROJECT GROUP</u>

The Project is initiated by the Vendor and the Project Group. Any events or circumstances which adversely affect the Vendor and/or the Project Group may have a corresponding adverse effect on the Project if such events or circumstances affect the development and roll-out of the Project.

***The Vendor and/or the Project Group may be forced to cease operations***

It is possible that, due to any number of reasons, including, but not limited to, an unfavourable fluctuation in the value of cryptographic and fiat currencies, the inability of the Vendor and/or the Project Group to establish the Project or the Tokens' utility, the failure of commercial relationships, the development of competing technology or intellectual property ownership challenges, the Vendor and/or the Project Group may no longer be viable to operate and the Vendor and/or the Project Group may dissolve or take actions that result in a dissolution of the Vendor and/or the Project Group.

***The Vendor and/or the Project Group may experience system failures, unplanned interruptions in their network or services, hardware or software defects, security breaches or other causes that could adversely affect the infrastructure network of the Vendor and/or the Project Group, and/or the Project***

The Vendor and/or the Project Group is/are unable to anticipate when there would be occurrences of hacks, cyber-attacks, mining attacks (including but not limited to double-spend attacks, majority mining power attacks, and "selfish-mining" attacks), distributed denials of service or errors, vulnerabilities or defects in the Project, the Tokens or any technology (including but not limited to smart contract technology) on which the Project Group, the Project, the Tokens rely or on the blockchain(s) applicable to the Settlement Digital Asset, or any other blockchain. Such events may include, for example, flaws in programming or source code leading to exploitation or abuse thereof. The Vendor and/or the Project Group may not be able to detect such hacks, mining attacks (including but not limited to double-spend attacks, majority mining power attacks, and "selfish-mining" attacks), cyber-attacks, distributed denials of service errors vulnerabilities or defects in a timely manner, and may not have sufficient resources to efficiently cope with multiple service incidents happening simultaneously or in rapid succession.

The network or services of the Vendor and/or the Project Group, which would include the Project, could be disrupted by numerous events, including natural disasters, equipment breakdown, network connectivity downtime, power losses, or even intentional disruptions of their services, such as disruptions caused by software viruses or attacks by unauthorised users, some of which are beyond the control of the Vendor and/or the Project Group.

Although the Vendor and the Project Group will be taking steps against malicious attacks on their appliances or infrastructure, which are critical for the initiation and maintenance of the Project and its other services, there can be no assurance that cyber-attacks, such as distributed denials of service, will not be attempted in the future, and that any of the enhanced security measures of the Vendor and/or the Project Group will be effective. The Vendor and/or the Project Group may be prone to attacks on their infrastructure intended to steal information or take other actions that would be damaging to the Vendor, the Project Group, and/or users of the Project. Any significant breach of the security measures of the Vendor and/or the Project Group or other disruptions resulting in a compromise of the usability, stability and security of the network or services of the Vendor and/or the Project Group (including the Project) may adversely affect the adoption of the Project and the Tokens for use with the Project, and accordingly, demand for and value of the Tokens.

Security breaches or unauthorised access to personal information may also expose the Project Group to liability related to the loss of the information, time-consuming and expensive litigation and negative publicity. Because techniques used to obtain unauthorised access or to sabotage

systems change frequently and generally are not recognized until after they are launched against a target, the Project Group may be unable to anticipate, detect or adequately address them. In addition, certain jurisdictions have laws requiring companies to notify individuals of data security breaches involving their personal data. These mandatory disclosures are costly to implement and the Project Group may not have the capability to implement such compliance procedures.

***The Vendor and/or the Project Group are dependent in part on the location and data centre facilities of third parties***

The infrastructure network of the Vendor and/or the Project Group is in part established through servers which they own and house at the location facilities of third parties, and servers that they rent at data centre facilities of third parties. If the Vendor and/or the Project Group is/are unable to renew its data facility lease on commercially reasonable terms or at all, the Vendor and/or the Project Group may be required to transfer their servers to a new data centre facility, and may incur significant costs and possible service interruption in connection with the relocation. These facilities are also vulnerable to damage or interruption from, among others, natural disasters, arson, terrorist attacks, power losses, and telecommunication failures. Additionally, the third party providers of such facilities may suffer a breach of security as a result of third party action, employee error, malfeasance or otherwise, and a third party may obtain unauthorised access to the data in such servers. As techniques used to obtain unauthorised access to, or to sabotage systems change frequently and generally are not recognised until launched against a target, the Vendor, the Project Group, and/or the providers of such facilities may be unable to anticipate these techniques or to implement adequate preventive measures. Any such security breaches or damages which occur that impact upon the infrastructure network of the Vendor and/or the Project Group, and/or the Project may adversely impact the price of the Tokens.

***Token holders will have no control over the Vendor and/or the Project Group***

The holders of Tokens are not and will not be entitled to vote or receive dividends or distributions and are not and will not be treated as the holder of shares in the Vendor and/or the Project Group for any purpose, nor will anything be construed to confer on the Buyer any of the rights of a member of the Vendor and/or the Project Group or any right to vote for the election of directors or upon any matter submitted to members at any meeting thereof, or to give or withhold consent to any corporate action or to receive notice of meetings, or to receive subscription rights or otherwise.

***The Buyer may lack information in respect of the Vendor, the Project Group, the Tokens, and/or the Project***

The Buyer may not be able to obtain all the information it would want regarding the Vendor, the Project Group, the Tokens, and/or the Project, on a timely basis or at all. It is possible that the Buyer may not be aware on a timely basis of material adverse changes that have occurred. Information in relation to the development of Tokens may also be highly technical by nature. As a result of these difficulties, as well as other uncertainties, the Buyer may not have accurate or accessible information about the Vendor, the Project Group, the Tokens, and/or the Project.

***The Project Group may be the subject of legal proceedings***

The Project Group may become involved in legal proceedings in the future. The results of such legal proceedings and claims cannot be predicted with certainty, and regardless of the outcome, legal proceedings could have an adverse impact on the Project Group's business or the development of the Project's protocols because of defense and settlement costs, diversion of resources and other factors.

***There may be risks relating to acts of God, natural disasters, wars, terrorist attacks, riots, civil commotions widespread communicable diseases and other force majeure events beyond the control of the Vendor and/or the Project Group***

The activities of the Vendor, the Project Group, and/or the Project may be interrupted, suspended or delayed due to acts of God, natural disasters, wars, terrorist attacks, riots, civil commotions, widespread communicable diseases and other force majeure events beyond the control of the Vendor and/or the Project Group. Such events could also lead to uncertainty in the economic outlook of global markets and there is no assurance that such markets will not be affected, or that recovery from the global financial crisis would continue. In such events, the business strategies, results of operations and outlook of the Vendor and/or the Project Group may be materially and adversely affected. Further, if an outbreak of such infectious or communicable diseases occurs in any of the countries in which the Vendor, the Project Group, the developers, data providers and/or data consumers have operations in the future, market sentiment could be adversely affected and this may have a negative impact on the Project and community.

**IN WITNESS WHEREOF**, the Parties have duly executed this Agreement as of the date first above written.

<u>**THE VENDOR**</u>

| | |
|---|---|
| SIGNED by | ) |
| **[●]** | ) |
| in its capacity as director of **THE VENDOR** | ) |
| | ) **[●sign here]** |
| in the presence of: | ) |
| | ) |

Name: **[●insert name of witness]**

<u>**THE BUYER (IF BUYER IS A CORPORATION)**</u>

| | |
|---|---|
| SIGNED by | ) |
| **[●insert name of Buyer representative]** | ) |
| for and on behalf of | ) |
| **[●NAME OF BUYER]** | ) **[●sign here]** |
| in the presence of: | ) |

Name: **[●insert name of witness]**

**[OR]**

<u>**THE BUYER (IF BUYER IS AN INDIVIDUAL)**</u>

| | |
|---|---|
| SIGNED by | ) |
| **[●insert name of Buyer]** | ) |
| in the presence of: | ) **[●sign here]** |

Name: **[●insert name of witness]**

29

RBD-495

# TAB 43

**PERSISTENCE**                                              **Tushar Aggarwal**

## Crypto Psychic :)

1 message

**Ashley Richardson**                                        19 October 2021 at 01:26
To: Tushar Aggarwal

Page 14 & page 70!

📄 **TWR6 crypto portion Oct 5 2021 FINAL.pdf**
1397K

DOWNLOAD NOW and SAVE to YOUR MACHINE – This Link will Disappear!!!



THE

# *Whitedove*

## CRYPTO REPORT #6

**by Michelle Whitedove**

Recorded and Transcribed Thurs. 30 Sept. 2021

**Required Disclaimer:** The information contained herein is for entertainment purposes only. No information provided shall constitute a solicitation to buy or sell securities or any other assets. The information contained herein is derived from sources that are experimental, unproven and not necessarily reliable. The owner/creator of this content does not guarantee the accuracy or completeness of the information. In some cases the opinions provided may be incomplete or highly speculative. Any prices, numbers, dates or other data are subject to change without prior notification. This video, report or presentation does not guarantee future performance and the information contained herein should be used solely at the discretion of the viewer or recipient. Neither the creator/author of this content accepts any liability or responsibility for any financial or investment results in connection with the use of information presented. Those involved in the creation of this content may seek to do business with or may already have business connections with the companies mentioned and/or may hold either long or short positions in the assets discussed. Readers and viewers are strongly encouraged to perform their own due diligence prior to making any investment decisions and to seek investment, financial, legal and tax advice from a licensed professional

WELCOME! A little History about **HOW WE GOT HERE** and how The Whitedove Patreon became Patreon's #1 subscription service for "the highest ratio of millionaires to members."  Sounds like hyperbole and we cannot prove it, but all the longtime followers know it's true.  Whitedove Patreon started out with very few millionaires in 2019, but blew up to have 100s of millionaires and we did it together. And for all of my new friends, I have great news for you as **I predict over the next years many of our current millionaires will grow their wealth into the 10s of millions AND we will add many more new millionaires to our Patreon Family**, smile.  That's an exciting prediction!!!  And you know I cannot say it if Spirit doesn't share it.  Please remember, **when you succeed, you get all of the credit.  You had the courage and conviction to see it through.  I am just the humble messenger.  And while I have never made money the focus of my life, it is important for the time we are coming into.**

A few years back I had the option to go heavily into YouTube, but I was led by Spirit to stay away from building on YouTube and instead build my grass roots crypto predictions and give global insights on Patreon.  And while that didn't make sense at the time, now I can see where I would have likely been inhibited to talk openly and freely on YouTube in a loving and supportive environment.  And while many of the predictions we've shared from Spirit over the past few

years are amazing, I do not always get it right.  I am not perfect.  I am just the
humble messenger.

**LET'S DO A FUN WALK DOWN MEMORY LANE and in order to understand
the future, we need to look at the past.**

**In February of 2018**, Spirit shared THETA with the world.  Not one crypto figure
head or analysts or Alternative News Outlet or YouTube Personality predicted it
WOULD BECOME huge one day and reach into the thousands of dollars. Spirit
had me select it as my #1 Pick out of all cryptos in Feb 2018.   Along with that
prediction in 2018, Spirit also shared, against what most thought at the time,
**"many of the good cryptos will not see their high prices for years to come,
not until as far out as 2022."**  Think about the general market sentiment back
then when that was shared in early 2018.

Most thought that cryptos would shoot right up and most didn't realize we were in
a "bear market."   To say that was not a popular prediction at the time is a big
understatement.  Gosh did people get upset with me.  Really think about that for
a second, again, that was in 2018 when people still thought things were going "to
the moon any day."  I lost a lot of followers when I shared that message.  And
that's okay.  I am bound to share Spirits messages as they come to me.  In the
end our friends appreciate it and often circle back as they remember and
sometimes share with me, "I got mad at you because you shared info I didn't
want to hear, so I left to find someone who would tell me what I wanted to hear.
Only problem was they were wrong more than they were ever right."  And let's
not forget, I felt things could start to turn in September of 2018 and published
"September will be a good month" and it was not. I was off by a few months and
things did not turn Bullish again until early 2019.  So my timing was off by about 3
months.  Bottom line, I don't believe, when it comes to real light-workers and
seers (I am talking about the rare true light workers), that they are better or worse,
they are just different.  But there are very few heavy hitters and unfortunately
there are many in the field that are not, but think they are.  Likewise and sadly,
there are many people whose confidence and ego are far bigger than their
abilities and they can do damage.  If I get something right, all credit to Spirit.  I
am just the humble messenger.  If I get something wrong, and it happens, it is
because I have misinterpreted the information or "free will" has changed a
formerly probable outcome.  Often times if I put a timeline on something and it
doesn't happen, it generally happens a little later. Exact timing is the hardest
thing to predict. Many of you who have known me for years have seen this over
and over again.  I always share that if you are looking for perfection, you are in
the wrong place.  However, if you are looking for perfect effort and are willing to
do some research on your own, you are in the right place.

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 2 of 80

### *2018 Major Trends Correctly Predicted (these are just a few):*

*- Marijuana Coins are not the next big thing like many "experts" are saying, no.*
*- Privacy Coins, in general, are not the next big thing like many "experts" are saying, no.*
*- Gold and/or Silver backed cryptos are not going to blow up and be the next big thing*
  *like those selling them are saying.*
*- The place to have the majority of your crypto is in Theta (5 free TFuel coming)*
*- Bitcoin Maximalists are wrong. Many coins will do better than BTC.*
*- Bitcoin Dominance will trend down over time*
*- Many of the good coins will not see the high prices for up to 4 years*
*- China and their "Ban on Cryptos," just know they are secretly working on them*
*- Lightning Network is not the panacea*

*In Feb of 2019, Spirit shared the bottom was in and we published, "In The Denial The Bottom Is In Phase" which will last awhile. Some are still in it, smile, but not you. Think back to that time frame. People did not believe it and many decided to sell at that exact wrong time. I remember a friend asking, "I'm thinking about selling all of my _____ coins so I can then buy back way more when it drops again." I shared NO! Trying to time things will almost never work out--buying the bottom and selling the exact high is a myth. A unicorn. No. In Feb of 2019, Spirit also shared the "trend is up from here, not fast like people want, but it is up and it will be recognizable when we look back in the years to come. The window for maximum gains will slowly start closing, accumulate now, not sell. The biggest money will be made by those who have their money in the market, in the good coins, for the few unexpected big moves up." And 2019 is when I published I was adding lots of new picks to my Portfolio. I added Chainlink (just under $2), Cardano (around .05), Vechain (around .004), Ethereum (around $120), and added more BCH (around $170) and others.*

*In Jan 2020, in The Whitedove Report 4, Spirit shared that theme for the year would be a "Roller Coaster Ride for 2020 with Glimpses of Hope." Not many were feeling much hope in January of 2020 and especially during the dips and scares. Think about it, at the time Theta was .08! Spirit was showing us that people really just needed to decide for themselves if they were going to have faith and get on the roller coaster ride or not. AND if we got on the ride, like so many of us did, that it would probably be best to just strap in and sit tight until the ride was over. Once the crypto ride departs, I treat it just like I would if I was on a ride at an amusement park. I would not try to jump off and get back on a roller coaster at an Amusement park. Would you? That is dangerous. Kind of the same rules apply for me in cryptos. I don't try and time the next downturn and sit on the side while hoping to get back in before the next upturn. All along spirit shared while the overall market is up, it is certain coins which move much higher relatively speaking. And spirit has always shared that it is not as much about overall crypto market cap as it is how certain coins do. Not all coins will do well. In fact spirit has shared the majority will go away. Really I just look at the Roller Coaster ride as a metaphor. The coins you select are somewhat representative of the quality of roller*

Copyright 2021 Whitedove PRESS by Michelle Whitedove <span style="color:red">Do Not Disseminate</span>

*coaster you chose to ride. I want the coins that are thrilling but not to the point they may fly off the track. To me, the Purple coins and some Green are less likely to fly off the track. Might some yellow coins be more thrilling at times? Sure. But they can be like riding a roller coaster at the county fair with loose bolts and rickety tracks: thrilling if it all goes well, but risky. So while this is an over simplification, I'm strapped in for the ride and ready for thrills and scares.*

***If you are the fearful type, t****ake two steps back and look at the landscape.  Look at the big picture and you can see where this is going.  This is playing out exactly as spirit shared with us years ago.  Do not worry about all of the day to day machinations and ebbs and flows and little battles between projects and personalities.  I predicted years ago, "the good cryptos will do well.  They are a gift from spirit.  Inspired by spirit.  A chance for average people to do well and make money they would have never been able to otherwise.  Some people still worry about the governments around the globe coming out with their own cryptos or "digital money" as I have predicted.  People wrongly think this will ruin all of our good cryptos.  NO.  Next time you are fearful, think about how early we are in all of this.  **If you are reading this right now, in 2020, you are still way ahead of the masses.**  We are still only in the first few innings of a 9 inning game."  As published, I added more new cryptos to my portfolio in 2020.  Uniswap , AAVE , KAVA, and OriginTrail were just a few.  And we also published in 2020 "Persistence is not out yet, but they will do what they say they want to do.  When it comes out we need to look at it."*

***In September of 2020*** *we Published* ***The Whitedove Report "2021 & Beyond":***
***"****2021 Theme****:   "Roller Coaster, But With Some Strong Feelings of CONFIDENCE." Or "Ride That Bull", I don't get full of "euphoria" just yet, that is further out."***
*People will finally get that we are in a Bull.  From now (Sep 2020) through 2021 it will finally start to register with more and more people that cryptos, the good ones, are in a Bull Market. And pullbacks, yes they will come, but they will reverse.  I feel actually good about the crypto market for this next year or so.   It doesn't go straight up and when it does, stand by because that is the sign it is close to turning.   Those on the sidelines will miss the runs that make a difference.  I don't feel it is smart to just jump around from coin to coin.  There's going to be more people that are going to look to the cryptocurrencies, and buy and sell, and looking for a way to generate extra income for their family.  Down when "investors" and "groups" need liquidity and there will be times when they do."*

***In April of 2021 Whitedove published on Patreon (in the April Monthly Patreon Report the following*** *"We have around 3 to 10 weeks before a sizeable correction. When the market corrects, whenever that may be, it will be a buying opportunity.  Then there will be another run higher…" However, during the next Bear which starts in the FALL, whenever it may be, I feel Theta, Theta Fuel and Persistence, Cardano, while not unaffected, will fare better than many other projects.  I also want to share, while in my Big April Patreon Report we called the big summer correction very accurately, I messed up in May when I tried to delay the correction by writing in my May Patreon Report "…I*

Copyright 2021 Whitedove PRESS by Michelle Whitedove <span style="color:red">Do Not Disseminate</span>   Page 4 of 80

*am going to pray we have a couple of months, so I will say we have a couple of months..."  That was not a good move on my part.  I just need to share the predictions as I receive them and not incorporate what I hope for.   **Also in April 2021,** when Persistence was approximately $2.80 to $3.00, Spirit shared "Persistence is the next big coin and for me to get the word out as it can change peoples' lives just like Theta did and will continue to do."*

***So that's a quick summary of how we got here from Feb 28th 2018 when I first started publicly publishing detailed predictions about cryptos.***

## Since getting started in cryptos, My Number One Pick has always been THETA and those who matched me move for move have experienced some amazing gains! Here are just a few examples:

**Theta is up about 60 X and we got 5 free TFuel for every Theta we had.**
So a $10,000 bet back in 2018 or early 2019 is now worth around $800,000.00  WOW!! That's including the value of the TFuel.  But many of my friends were buying all through 2019 and early 2020 when Theta was as low as .04 and .05!  And did you know from 2020 to early 2021 Theta had an over 350 X move.  Yep, it went from around .04 in March of 2020 to around $15 in April of 2021 and many of my friends cashed out along the way up.  Imagine that!  Some turned as little as $1,000 into $350,000.00 in about a 12 month period.  Some turned as little as $3,000 into over $1,000,000.00.  Now that was not the majority, but hey, congrats to them and THANK YOU SPIRIT!

**Cardano is up about 45 X.**  So a $10,000 bet back in 2019 when I picked it up is worth about $450,000.00

**Ethereum is up about 30 X.**  So a $10,000 bet back in 2019 when I published "buying now" is worth about $300,000.00

**Maybe even cooler,** later in this report you'll get to see the list of nearly 800 Cryptos we've reviewed over the past few years and how I rated them.  Many of them have stood the test of time.  I give them a color rating.  Just for accountability, we ran them all through a program to see how they performed and it was awesome to see.  **The average gain of Purple coins since 15 March 2020 is 3812 % and higher than all other colors. Second one is Green coins with 3377 % and third is yellow green coins with %3166.  The Red ones did horribly.**  Our friend Kann built and ran the program for us out of curiosity and was shocked that out of hundreds of reviews it actually played out as Whitedove predicted.  There is no one in the world who has reviewed more projects more accurately, not even large investment companies…AND we owe all of our success to spirit.  Thank you Spirit.  And again, you need to know when you do well, you get all of the credit.  It took patience, conviction and PERSISTENCE!

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**  Page 5 of 80

## NOW WHY WE ARE ALL HERE, Let's Look At 2022 and Beyond…  Are you Ready?



*No sourcing information available*

## The Crypto Theme for 2022:
## "Good Things Come To Those Who Wait." or
## "The Cycle Is Longer This Time!"

**This is important:  Spirit is showing me that this is one of the most important things we'll get into today.  How do I share this.**

Okay, do you remember a couple of months ago on 18 Aug when I published on Patreon,  "When we hit the top, you will not know if it is the top.  I have always said, trying to time this exactly is a fool's errand, a unicorn.  Best to pick reasonable sell targets aligned with your personal situation and goals and take money of the table incrementally on the way up **while also understanding that once everyone is saying the same thing, then the gig is up.  I have been and I'm still calling for a top somewhere around Fall.  But let me know when the majority are saying the same as me because then we need to reevaluate."**

**Let me share that again, a couple of months ago Spirit had me publish "Once everyone is saying the same thing, then the gig is up.  I have been and I'm still**

Copyright 2021 Whitedove PRESS by Michelle Whitedove <span style="color:red">Do Not Disseminate</span>    Page 6 of 80

**calling for a top somewhere around Fall. But let me know when the majority are saying the same as me because then we need to reevaluate."**

Do you remember that?

Right now the majority, if you listen to the million plus viewer crypto YouTube channels, think they have it all figured out and have recently started saying the bear will be here this "FALL." Fall is officially Sep 22nd to Dec 21st. **I warned in early August if you heard the majority starting to mimic my predictions and say what I have been sharing for a while, we would need to reevaluate. Now that has happened and the majority are saying "the bear will come this Fall" like me. So now we need to reevaluate.** And Spirit is telling me things have NOW CHANGED.

You know how the majority are saying "this Fall the Bear Market will be here. There is no chance this extends into 2022. It's easy, there's a four year cycle. Easy, just follow it and get rich." Sorry. Not anymore. **Things have changed and now it is not like that. This "cycle" is not what everyone thinks it is right now.** Will there be a Bear Market? Yes. But not when and not like what people think. Do I still see a correction this Fall? YES, but it is not game over. Things are decoupling from Bitcoin. **The cycle is extending.**

I'm not supposed to try and make sense of it all, I just share what I get and I am getting that this is not going to play out the way everyone thinks right now. It has changed from how I shared it months ago. **No, this will not be a 4 year cycle. This cycle or this wave is longer now. It is not game over this FALL, it will extend into 2022.**

I was thinking, "Okay." Like you said, it's going to run up maybe until like the holidays and then have a dip and then that's going to be it for like a year. I was thinking it's just going to go down, down, down, down, down, down for a year and then it's going to be neutral for a period of time. You know, the 4 year cycles just repeat, BUT NO!   Spirit shared NO. It has changed. Next year will not be what people think. Next year is not one big long Bear Market.

I FEEL THE ONLY WAY TO PLAY THIS IS TO SET YOUR SELL ORDER TARGETS AND LET THEM HIT WHEN THEY HIT. **I DON'T SEE PEOPLE TIMING THE TOP OF THIS AND I DON'T SEE THIS TOPPING THIS FALL!** Timing is the hardest thing, I try to give general time lines, but please consider that a **PINPOINT TIMING STRATEGY is not something I would attempt.** And I know people will ask a million questions, but I am sharing all I have right now. **Please don't go bananas over this**. It is basic. The cycles are NOW DIFFERENT, PERIOD. And this doesn't impact any of the price predictions, it just draws things out longer and things play out different than some picture.

Bottom line, it's not going to go like everyone thinks. You're thinking it's going to go down, down, down down in 2022, for a year like it did before. No, no. The cycles are changing and it's already in motion. This four year cycle, for this time anyway and maybe the future, can be a longer cycle and can even approach 5 years. I am not saying "THIS IS A FIVE YEAR CYCLE." Don't miss quote me please. I am sharing that

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 7 of 80

this is important for people to understand, when they think they have it figured out, it's not that easy.  Things are changing.  And I guess everyone thought they had it figured out and said "oh, no brainer, 4 year cycle, easy peasy."  No.  Not this time anyway.

Who knows, but it's longer than 4 is what I am NOW being shown.  And could even be a five -year cycle.  I don't look at the charts or any of that like you guys do, but I know they have all been 4 year cycles or waves or call them what you want.  But this cycle, this wave, it is different.  I do not know why.  Cryptos traditionally have run on a four-year cycle.  And this current cycle, this wave is NOW extended for whatever reason.  I don't always get all the reasons, just the messages I am supposed to share.

I'm getting, "Longer than 4 years."  And even as long as 5 years.  So it is a longer cycle, even up to a five-year cycle or wave.  Somewhere between 4 and 5 years.  Probably due to decoupling or manipulation, but that is me guessing.  Guessing doesn't help.  Bottom line, your "take away" should be the following:  "This next year is going to be better than you think with the cryptos.  It is not just one run up and crash this Fall.  It is not over and done this FALL."

Those who have the profit taking points set (I only set up SELLS with Caleb and Brown) are going to be able to scrape off a nice block, stash it and keep going.  So don't be mind boggled right now, be excited, you know what I mean?  So even through the depression is coming, the cryptos will still be going, right?  Sure, corrections and scares, but still going.  And more people will go to cryptos because it's a means to make money.  The stories will get out.  Like family and friends will see people with their house paid off and living well and ask, "What do you do for a living?  How did you do so well?"  And the easiest answer is simply "Cryptos.  Blessed to pick a few good cryptos.  You ever hear of Michelle Whitedove."

**Let's talk about this some more.**  I know I have said this since early 2018, but spirit shows me again, the cryptos, it's like waves at the beach and the waves keep coming.  Some are bigger and some have longer periods of time between them, but they keep coming and coming and coming.  Actually, I feel as far as the cryptos, we're not going to take any losses that won't recover in time, IF YOU HAVE A MIX OF GOOD CRYPTOS.  But why would someone just sit there and never get their original bets off the table and do good things with the money?  I don't understand that, but that is okay.  We are all on our own journey.  I only share what I am doing.  I will not tell you when to buy or sell, period.  All of my friends know that.  That is your decision.  And I just cannot time things perfectly, please really try to understand that.

How can I word this? The cryptos are going to be fine in the long run. Yes, they're going to go up, they're going to go down, but they're not going away.  I can see pretty far out actually, they're not going anywhere.

Okay, so it will go down this Fall at some point.  Hold on,  goodness, just so much flipping information from spirit right now.  They're pounding me, downloading me and I'm like, "Guys, I'm not a computer. You're going to blow me up."  But they wouldn't give it to me like this if I couldn't handle it, so let me focus.  Thank you, spirit.  Cryptos are going

to be fine. **What I'm saying is that we have more runs coming this year.  It is Sep 29th when I am writing this section.**  You know, when it's good, it's good and then it's going to go down, but then it's going to come back up and **it's really about taking profits along the way and not trying to time it perfectly because it is in flux to some extent.**

It's always been about getting the right ones and sitting still and taking profits and maybe even some want to buy back in when it's lower.  Not to sound silly but yes, we try to buy low and sell high without worrying about hitting the exact top or bottom.  And after we sell high, we have the option to get back in if it gets to where you like it or you can just stay cashed out.  There is risk staying in because people lose their cryptos or things can happen.

To me, it is vital to book profits.  Here's the problem with some people in the crypto world, it's like a drug. They're hungry, they're watching, it begins to own them and then that's when things get crazy for them.  They try to time it just right, that is greed.  They sell when it goes down, that is fear.  They try to wait for just the right time to get in, that is greed and or fear.  There is no perfect timing.  And even though spirit has had me share that for years now, what do so many people do?  They get crazy and try to time it perfectly. Or they move from coin to coin.  Warning:  If someone is predicting dates, run away.  The universe does not work that way.

Next year, it's not like everyone thinks right now.  It's not so much a down year. Some cryptos are going to do fantastic and surprise the crap out of you. And then some are going to go away.  Are there still cycles or waves as I call them?  Yes.  But not perfectly sequenced like some think.  Things evolve.  How do I share this?  I have to be very clear.  Hold on.  So what I'm saying is, people have to take that into consideration that it is not like perfect cycles.  It is not as pronounced as it used to be when Bitcoin was the only show in town.  Bitcoin will be passed.  There are businesses now that function and run and will have use case and adoption and generate income.  It won't just be an overall blanket multiyear down trend.  No.  That won't work any more.  Things are different.

But the crypto market is influenced this Fall, which is basically the fourth quarter, by mindset and the economy and the holidays and so people, not all, will look to pull money out. Follow me?  That's what I see, it goes down actually. But then it goes up coming the year of 2023.  I don't know why I just said 2023 when I should have said 2022.  Hold on.  Spirit already shared the cycle is longer than 4 years and that means we will Still be in a Bull in 2022.  Maybe it means that we will have a big correction in 2022 and then things get going up again sometime in 2023?  I am not allowed to guess. So I will just share that as I got it.  We will figure it out in time.

**I want people that are just trying to survive to really start to thrive, that's why I do this,  It is to help the good people,** not the greedy ones.   The proof is in the pudding, so to speak. Look at how many people this actually had an impact on. It's not just talk and it's not immeasurable. This is all measurable, the numbers of people helped. It's crazy. And the more important thing, you've got a lot of people that were at first only interested in finances and stuff with the cryptos and the next thing you know, they're

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**    Page 9 of 80

learning about the Metatron Prayer. So, it's like this win-win. Do you know what I mean? And all of you reading this are special and kind and touch so many people.  We are having wide impact.  Ripple effects, you know what I mean?  It's a win win win.

Historically crypto has run on a four year cycle. The waves are four year waves and it takes about four years for the wave to go to a peak and then it comes down and goes to a drop and then starts building another wave. **BUT I am hearing FIVE so it must be lengthening for this wave.  So this** four year wave is longer than four years.  It could go to a five year wave.  Is that good or bad?  It just is what it is.  But I can share this will be shocking to some even though we say not to try and time it.  Many are counting on it being a four year cycle or wave, but it is like the wave is lengthening some.   Just like there are surprises with those waves in the ocean.  Same here.  Yep.

**Cryptos will become mainstream,** but it's still too complicated for most.  Just think about the adoption of any new technology.  It'll be mainstream and that's going to take a number of years to get there, but it's not as long out as you think.  It's going to grow and grow.  Look at that adoption chart we included near the beginning of the report, it actually is pretty much like that.

**But one more time, this is so important, fearful people keep asking if Cryptos are going bye-bye. But they're not.**  And I wish people would stop fearing it, because they're only helping to create it.  SPIRIT says that FEAR is like praying for the Negative to happen!  What you think about, you bring about… in life, in business, in finances it's all true. It's the Universal Law of Cause and Effect.  Instead of getting immersed in the emotion of fear (especially in market dips) remain positive, see the opportunities, send out good vibes, pray and meditate. The more people that remain positive and see their blessings, the more the Group Consciousness elevates and lessens the market dips.  It all starts with You!!!

**Beware of Fake News.** Often the news feeds and info you get about crypto are manufactured to drive sentiment and manipulate your emotions.  Do not listen to what people say, watch what they do.  During the correction in summer of 2021 and all of the FUD headlines, the big money was buying crypto and the little guy was panic selling it.  Ugh.  Sad.  The only way the big money gets your crypto cheap is when you get emotional and sell it to them.  An Exit Strategy and Profit Taking Plan is pretty much the only way our friends have realized exceptional gains.   Every time something goes up 10 X, I cash out 10 or 15 percent.  Most of us have managed to get all of our original money and much much more out of the game.  There is a reason they say 90% of all who invest in something lose money…it is because they are not patient, they pick the wrong thing and they get emotional and let their fear or greed drive their actions.  No. No. No.

**Being informed is good and smart, but coming from fear is not.** Also, people keep coming up with these Fear Theories -- The internet kill switch will wipe out all cryptos -- Like somehow "they will crash all the cryptos and then usher in "their" new digital

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 10 of 80

currencies and all those with cryptos will be wiped out." No, No, No. Stay away from the Junk and Fear Stories. Remember, BEWARE OF THE FAKE NEWS. Stay Positive!!


## Crypto Questions and Answers

**Are ALL of the original Bitcoin creators still alive?** No, not all of them are. One has had a heart attack. I don't know which one. I see one dropped off. Heart attack. But there are still a number of them left. Look at my review on Satoshi Nakamoto which I included and it shares all about the team who created Bitcoin. But back to this question, one has died and for the remaining, I see their intent is to **not move or release** all the, whatever it is one million or however many bitcoin they have, into the market unless it is a 9-11 type of situation. It is a strategic holding for them if that makes sense. Like a nuclear option for them. Think game theory or chess moves. They still have it.


**Will the good coins like Theta, Cardano, Persistence and many others continue to trend way up over the years and eventually have relative stability and be considered a good store of value and be a good form of passive income for years and years down the line?** Yes. But you still need to pay attention to everything. You cannot just go, "okay, I have Theta, Theta Fuel, Persistence, Cardano, Polkadot, Chainlink, VeChain, etc …and think to yourself, "oh, I'm set for life." No. You need to take profits along the way is what I am doing and hedge your bets.


**Will the 4-year cycles continue to be relevant. Example 2020-2021 Bull Market, 2024-2025 Bull Market, 2027-2028 Bull Market, 2031-2032 Bull Market etc?** Relevant, yes, but not as pronounced. It is not like most people think right now. Relevant yes, dominating to all cryptos, no. I do not see the overall market being in just a 4 year cycle like it has been in the past…it ebbs and flows. It has changed. Do you remember when spirit had me share earlier this year and predict that certain cryptos begin decoupling this next cycle? And also the further out in time we go, with more adoption, cycles become less and less pronounced and certain cryptos are decoupled from bitcoin? Well that is the case and that is in play right now.


**When taking profits, is it better for us to hold USD or USDC or both?** Each one has its advantages and disadvantages. To each their own and based on your strategy and needs. You don't want a ton of money in a bank, you know I have shared that many times. And you may want to keep some dry powder in stable coins, Gemini or USDC, should you want to get into some new or discounted projects during corrections and Bear Markets. So, maybe some of each. But the big money that some will take out is for paying off their home and getting precious metals and then keeping some as very liquid US Dollars and Stable Coins. Always remember, if the banks have problems, and we know they will, odds are stablecoins would have problems too. So it's like they're all tied together. So, all right, let me keep going.

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 11 of 80

**ADAlend:**  ADALend:  Coming soon is what I get, but I don't like how they're selling it, or how, like the price.  Not now.  No rush. Yellow for now.  After it is out we should look again.  Is 30 Sep 2021 today.  So let's take a look if anyone is interested in the first quarter or second quarter of 2022 and see how it feels then.  Here's why... well, it's brand new--It's not even out yet.  Yellow right now, but likely Green later.

> **Background:**  *New lending platform on Cardnao. adalend.finance 1st seed round was 0.25c and 2nd round private sale .40c ( still open to the public at time of reading ) Only 45 mil coins Will go on exchanges Q1 -Q2 2022.*

**Is Bitcoin Fixed?**  No.  The reason Bitcoin Cash will pass Bitcoin is because Bitcoin is slow and expensive to use.  Bitcoin "is what it is" and that's where Bitcoin Cash learns from them and then catches up to them.  Believe it or not.  But, it's going to take time, 2 years or more.  I know this sounds unbelievable right now, but it is still possible.  Would I bet the farm on it? No.  Everyone knows I went big in Theta and I'm much bigger in others than BCH, but it is exciting to me.  What's interesting is Twitter kind of teamed up with Bitcoin and this thing called the Lightning Network and made it so you can send Bitcoin quicker and cheaper for those people that are on Twitter.  So they kind of found a solution but is that going to be the ultimate fix?  No. There'll be a different solution.  That's like a step one.

==Couger, a Tech company out of Japan== in the AI/VR arena.  Watch for them to come out with a crypto in time.   They are going to come out with one, but they're way behind and they're putting the pedal to the metal, whatever the heck that saying is, and they're trying to get their act together, and they will.  But, it's in the beginning of its conception.  Potential Purple Coin IF they get it together.

**ISO 20022, What The What?**  I don't like it because it allows the old banking system to stay in the game and in control, so I don't like it.  But I know XRP has that code and that is why XRP does well.  I'm the farthest thing away from being any type of tech expert, but how I see this is its code that it basically, it is the standard of code or whatever banks use for sending information/transactions back and forth. The interesting thing I see is if a certain crypto doesn't have that code is it a big deal or not.  For whatever reason, it is not a big deal.  I guess some will and be in the old system and some won't but it doesn't slow them down.  We will have two systems running side by side.  In short, I feel it is crypto for the old system and because the old system will not just go away it has relevance in for a time.  Similar to when cars were first invented and roads where being built, there were still a lot of horse posts to tie up horses.  Probably not the best comparison, but you get what I am saying?

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**  Page 12 of 80

***Background:*** *"ISO 20022?!  Pronounced 'ISO twenty-oh-two-two', is an international standard for exchanging electronic messages between financial institutions. ... User communities and message developers will use the same message structure, form, and meaning to relay financial transaction information worldwide. XRP is an example of an ISO 20022 crypto.  It can run alongside Central Bank Digital Currencies (CBDC)."*

**Morpheus Labs (MITX):** Ranked 740 and on 1 Oct it is about .046 but recently .18 Low vol under $1M.  Available on Kucoin Exchange.   It's going to move up.  This is not like a giant in the making but some who want to play a little with it can make some money.  For me, even though this will have runs, I play in the bigger one with more liquidity.  You need to be nimble, you know, fast and savvy with exchanges to mess around in this one.  It is like for the people that can only put a little bit of money in but they can still make a profit. You know what I mean?  Green.

Background:  "Describes itself as a Blockchain Platform as a Service (BPaaS) that aims to simplify and expedite DApp development, while giving users the flexibility to choose between programming languages and blockchain runtimes. Start building your project with the leading BPaaS in the space — Introducing a Feature-rich platform for developers and enterprises."



**Persistence or Theta to $100 first?** Persistence is about $8 right now and Theta is about $5 right now. Persistence or Theta to $100 first?  Theta.  But they're both going to easily bypass that.

**Persistence Into The Top 30?** Yes, but it is going to take time.  Think about it, it is new, it just started trading in April of 2021, just a few months ago.  In April of 2021, when it

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**    Page 13 of 80

first came out and was around $2.80 and ranked close to 700, we shared it was my TOP PICK along with Theta/Theta Fuel.  It has already moved up over 400 places and is ranked around 250.  But this puppy is going to climb up there and make people's heads spin, well those who are paying attention.  You will see it coming but few others will.

**Aggarwa, Tushar.  CEO of Persistence.**  He's like 30-something years old.  I "see" that he's brilliant, IQ off the charts, but coupled with the ability to focus and move things forward.  Total package.  And did you know IQ alone has very little to do with success?  You need drive too.  He has it all.  He's actually a nice guy and he's always thinking and doing.   And he has a pure intent. He wants to take this to the top. He has the money and others backing him, and this guy has got the money, the connections. He's got a pure intent. Look at the name he used, Persistence. You know that. His motto. His motto is "Leave your ego at the door.  Persistence is the key." That's his motto.  Hold on. That's weird what I just wrote down, because I do automatic writing too. It's how I write my books, I wrote down "He will not stop until he gets to the top."   And he's driven and he's young and he's pure and he wants to take this money and he wants to help people with it, not just make money. And that's what defines him from the other people and that's why this coin is the next Theta, because this guy has integrity and he's spiritual. And he believes the same thing that I do, don't be greedy or you'll lose it all.  He's on fire and he's just getting going.  I'll put my chips on him and on Persistence.
I already did and I will continue to do so!.


**Pi Network.**  So, it takes massive computing power to mine Bitcoin.  Big money, big energy.  These guys want cell phones to be able to mine their new crypto "Pi."  So I get it, I get the concept. This is a big undertaking and actually, Yes, they will do it.  Yes, It will be successful.  Well, it's not out yet. This is out in the future though.  It's like a different technology.  I don't see it being done now. It's going to be done, but it's going to take some time, but it's a good one to look out for down the road.  We just need to keep our eye on it.  Green for now on 2 Oct 2021, but likely Purple down the road.  Check back on it.  Seriously, follow this one.

> **Background:**  Pi Coin is the cryptocurrency that runs on the Pi network, but it remains in pre-release mode.  Pi Network is currently in the second phase of the project, but it's not yet known when Phase 3 will launch.


**Theta is, they've been doing so much, they've built so much, it's just kind of in, like I say, waves.** You know how a wave goes up and it goes down?  And then the next wave comes in?  Theta is just in a down wave right now.  They've done so much it's crazy, because while the price is lower now, they have accomplished so much more now, it's crazy. The fundamentals are stronger than ever-  They... I'm telling you... they are going to be big.  I feel like they're going to continue to expand, add new things, and stuff.  They're going to grow, grow, grow and grow.

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 14 of 80

**Vabble (VAB).**  Ranked 1000 and about .09 on 24 Sep when I am reviewing it.  No, going lower.  I don't see this one going anywhere any time soon at all.  Relative to my top picks, this is not one that I would be gravitating towards now.   We'll call it a yellow.

> **Background:** They say, "An ecosystem that may support the film industry both from a view of independent film creators or larger production studios. This is done through an ecosystem, an economy by where users pay to consume content and that revenue is delivered directly to the content owners. A P2P economy supported by VAB! Furthermore, the Production launchpad is a means for production studios to secure funding for productions and for investors to invest in films."

**XRP** **Ripple.  Do I see it fading away in the future, or do I feel like it's going to be a good one for a long time?**  There's plenty of time for this, but I don't see it being a good one for the long long haul.  In the distant future, Stellar will surpass it.  But, near and midterm, yes, XRP is good.  But again, not long long term, no.  It's about the moves, the plays, it is chess.  Over three years ago spirit gave me the number to look for in the next few years, it was "10" for some time around 2021 or 2022.  Today, 29 Sep 2021, when it is about $1.00, I can share, further out, it can reach to $100 and more.  Wow.  First time I am seeing this as I have looked for a number past ten.  Hey, that is great.  It can get to $100 or more, let's leave it there, but I am selling a good chunk at my sell target you will find in this report.  So I will sell some at my next profit taking point and I will keep some for the even bigger numbers that will come in time.  I am patient.  So XRP will get to a 100 or more someday, but it's going to take time.  In short, I will take some profits and then stay in the game, leave some in there. Yeah.

**The court case between Ripple and the SEC to be settled this year?** It's almost October 2021. We're talking about three months. Hold on.  It's going to be close. I mean, timing is hard to predict.  Basically, when this all went down last December 2020, we did an emergency session and published on 23 December 2020, "Listen, XRP/Ripple, it is going to go down at first, but the price will recover…they're going to beat the SEC, the first to really beat up on the SEC, it's going to take time, but it's not like a years and years drawn out case, it'll be relatively quick as far as these things go." Could it be finished this year? Yes. Could it go into early parts of next year? Yes.  BUT IT IS SOON! It's not years out, we're down to months, now. We're getting close.  Bottom line, it is playing out like spirit shared with us almost a year ago.  The way it's playing out is basically XRP has been beating the shit out of the SEC in court, and the SEC has got egg on their face. The SEC looks horrible. It looks like it should settle soon, which is amazing in and of itself.  Here is the key, it will be settled off to the side, like "Here. All right. You get this money, we're done."  On the side. Exactly.  The SEC doesn't want to look bad so other projects are still afraid of them. That's what the SEC wants.

**Amish and Cryptos?**  Back in January of 2020, almost two years ago, we predicted there would be a time when a larger segment of society, due to depression and other

man made and even natural catastrophic events (flooding, hurricanes, volcanoes, fires, storms, a sky event etc, would be living "more like the Amish."  I have great admiration for the Amish. Many of them have farms and live completely off the grid. They are weary of the government and have their own Amish health insurance, car insurance (Mennonites) and schools. They do pay taxes, even though most of them don't vote by choice. Very hard working people. They are very resilient and well prepared.

Let me put it to you this way, when the shit goes down, the Amish will be just fine because they're not in the system and they are kind of, in a way, off the grid. But I do not really see the Amish communities ever getting into cryptos. Oh, no.  But even though they don't get into cryptos, they do fine.  They'll just work the way they do with the barter and everything else.  They've been doing it the same way for a long long time. It works.  I've been there with them in their village. I've walked through there.  I've seen them in one of their communities.   I do not see them changing how they operate.


**Mining or Proof of Stake (POS)?  Which alt coins are best that we can mine with our theta profits combined with solar panels later on so that we can barter for what we need during stagflation/hyperinflation? I was thinking to use my theta profits then get solar panels so that I can mine all day long with zero electricity costs. If Whitedove can have Spirit recommend the best alt coins we can mine at home for bartering that would be great.**
Not feeling the mining.  But those who just feel they have to, go with long standing solid projects.  Look at the Purples or Green coins in the 700 Coin Review.  And I hear what you are asking and why, BUT NO, I do not feel the time, initial cost, maintenance, etc are worth it really when one could just get Persistence and Theta/Theta Fuel and earn rewards.  Or Cardano.  You have price appreciation and rewards potential.


# The Metaverse Is Coming!  The Metaverse Is Coming!
Forbes, "Imagine walking down the street. Suddenly, you think of a product you need. Immediately next to you, a vending machine appears, filled with the product and variations you were thinking of. You stop, pick an item from the vending machine, it's shipped to your house, and then continue on your way. Next, imagine a husband and wife. The husband offers to go to the store but the wife can't remember the name and type of product she needs. Her brain-computer interface device recognizes it for her and transmits a link to her husband's device, along with what stores and aisles it's located in.

Welcome to the metaverse, alternate digital realities where people work, play, and socialize. You can call it the metaverse, the mirror world, the AR Cloud, the Magicverse, the Spatial internet, or Live Maps, but one thing is for certain, it's coming and it's a big deal.   Written by Cathy Hackle"

Right now metaverses are fairly small yet popular. I've already rated Decentraland and Sandbox as greens. And others too.  Oh, I just heard, did you know Theta recently partnered with Decentraland?  Yep.  Will metaverses, in general, be big in the future? Oh yes!  Give it a few years and it will be much bigger than you can imagine.  Then incorporate 3D, NFTs, Cryptos, Shopping, Entertainment…pretty much everything.

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 16 of 80

What is my top pick out of the following for "Metaverse" games?  Still the biggest NFT P2E Game is Axie Infinity, but that is different and I shared that a couple of months ago in July 2021.  How is that doing now as we are entering Oct 2021?  Hopefully good.  It was a top pick NFT game out of dozens I have reviewed.

But now we are talking Metaverse games or projects.  Out of the following four: 1) Decentraland, 2) CryptoVoxels, 3) Ember Sword, and 4) Somnium Space, which one will be the biggest in the future?

First, the Metaverse will be huge.  This is the Matrix.  It will be big, but it is still a little early to pick out the biggest winners in the long run.   Right now the metaverses are still pretty small.  They're not like full blown.  Oh gosh, I see that so many are going to get hooked on that, like it's a drug, I don't know, I don't like that about these.

These are four little metaverses, pick what I think will be best one? Decentraland, Cryptovoxels, Ember Sword, Somnium Space.    Okay. I got two, and then possibly three. Go down them again.

==Decentraland==, that's a green light. Yes.  That will be big. Probably my top pick of these. ==Cryptovoxels==, that's a green light.  Yes, That will be big. ==Ember Sword==, that is a green light.  That will be a good one, too. ==Somnium Space==.  I get green light.  Some will like this one too.

If I had to pick one, probably Decentraland.

But all of them will get play, and they're all going to be used.  Instead of picking just one as the winner, and the others as losers, picking one above others, why not hedge your bets and do a little bit of 2 or three of those?

Bottom line, people want to escape reality so there is a draw.

In the future, I see a bigger, more dominant one coming.  Bigger than any of those. There is one that I'm seeing of the games, I'll call them, where people are so hooked on it, because they feel like they're in another world, like that becomes better than their real world.  It is so crazy.  I know that doesn't help because that is pretty much what all of these are, but I am talking, in time, there is one that is a stand out, next level.  We will have to keep looking because we have not found the biggest one yet.  It is not out yet. The point is that these are good, but there will be a bigger more dominant one, and we will find it, I just can't find it right now.   It's all about divine timing.

**Bored Apes NFTs.  Do I feel like these are going to hold their value, and go up more?**  Yes they will in the near term, but me, personally, I would sell them if I had them BUT spirit is showing me they'll go up more. They'll hold their value and they'll go up.

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**  Page 17 of 80

Not forever, I am not saying that.  But generally speaking, they have not peaked yet, today is 30 Sep 2021.  I write this over the course of days so I like to say when I predict things.  Bottom line, they'll be okay for a little while.  What can I tell you, 2 Bored Apes for over $20M, people are warped and have too much damn time on their hands.

**NFTs, Bubble or Not?**   They are here to stay.  They are a big deal as we shared so long ago on Patreon.  But to this question of bubble or not, the answer is both "Yes and No."  Some are in a bubble, but many are not and new ones are coming.  Think about "collectibles".   Beanie babies had their time, baseball cards had their time, Pokémon had its time BUT this is different, it is digital collectibles.  So just like you cannot say "physical collectibles" are a bubble you also cannot say "digital collectibles" or  "NFTs" are a bubble.  Do you follow?  I can say that beanie babies were a bubble and did years and years ago.  But I cannot ever say that the concept of collectibles is a bubble. Physical or digital.  Similarly, I can say certain NFTs are a bubble, but NO NOT ALL NFTs.  Does that make sense?

**Play-to-Earn or 'P2E' games are some here to stay with new ones to come.  There hasn't been a huge, globally adopted one yet, but that is coming.  This is n**ot just a fad.  This will evolve and grow.  People can play and earn during the Bear Market if the NFT Games are good ones.  And there are some good ones listed in the 700 coin review.

> **Background:**  They say, "P2E is blowing up right now in the cryptocurrency space with millions of dollars in daily revenue being generated across multiple platforms. P2E games function through rewarding players for completing in-game tasks and activities. Although, the greatest rewards are only won by the best players in competitive in-game events. One such play-to-earn game that has grown in popularity is 'Axie Infinity' wherein players battle 'Pokémon' style monsters called 'Axies' against one another to earn rewards. The game has become a phenomenon in South East Asian countries where it is estimated that of the 500,000 daily active users, nearly 60% originate from the Philippines."

**MORE NFT Games Mini Report.**   NFT Games.  Again, this is not just a trend. It's a huge industry. Some of them will be a big deal.

**Alien Worlds (TLM):**  Ranked 262 and about .22.  Was over $4 at one point.  Recently was as high as .40.  Reported 24 hr vol over $200M.  It's kind of like its own genre. Some will like it or I should say some do, but it is not a big dog if you know what I mean. It will move up, but it will be slow.  Yeah it's just a slow, you know what I mean, very slow. While it can have some pump runs, It's not going to be the blow up game that some others will be.  No, not for me.  Yellow Green.

Copyright 2021 Whitedove PRESS by Michelle Whitedove  **Do Not Disseminate**   Page 18 of 80

*Background:* *"In the Alien Worlds metaverse, players can acquire NFTs (digital game items) to mine TLM, engage in battles, and complete in-game quests. Depending on their strategy, players may purchase and assemble NFTs that best suit their gameplay."*

**Aurory Project.**  It will be a good one.  Yes.  Green.  Those who are good can make money, but only the best can make enough to live off of.

**Axie Infinity (AXS):**  Ranked 33 and about $70.70.  It has just been going up and up since July.  So maybe not FOMO in, but DCA if you love it.  Believe it or not, this thing has just taken off like wildfire.  People are playing and it's popular, but you know how it is with video games. Sometimes they're really popular for a while, but some of them fall out of favor, they kind of fade off.  **BUT, this one will stay popular for a while.  I already knew because spirit showed me its popular in Asia**, I saw lots of Asians, I swear, I know it sounds prejudice but I am not, it is just how spirit showed this to me, you know what I mean - it's like a phenomena in certain parts of Asia.  It's very, very big. Very, very big.  But the question really is, do I feel like it will continue to be a big one and a good one?  Easy answer, Yes.  So we'll give it a green and for the gamers or whatever you call them, if they love to play it and such, green purple.  Yeah, definitely.

**Binamars (BGAME).  Ranked 6561 and about .006 with less than 100K volume reported.**  I feel like on this one they just kind of let it go, if that makes any sense. So look into it and see if what spirit is sharing makes sense to you, but not for me.  Yellow Red.  Yeah, sorry, but Bye-bye for this one.

*Background:*  They say, *"Binamars is **a platform that integrates NFT games and decentralized yield farm applications**. Joining Binamars not only entertains you but also generates a lot of profit. Binamars Game is a Play to Earn NFT RPG developed on the Binance Smart Chain platform."*

**Chumbi Valley.**  Yeah.  It is a good one.  People, some who are good and know what they are doing can make money on this, playing this.   Green.

**HeroFi (HEROEGG):**  Ranked 1400 and about .02. About $2M reported 24 hr vol. Lots of work to do to get it together.  I don't feel like it's done. Honestly at this point right now, I don't know, we always say buy when it's low, but I wouldn't be interested in this today on 15 Sep. How many games can you get into, for all these people that like to do that. It's early, maybe check back on it later.  Yellow, coin toss

**Background:**  HeroFi is a mobile aRPG game in which players can earn tokens through PvP/PvE battles between Heroes.  Each Hero is unique and equally accessible to

Copyright 2021 Whitedove PRESS by Michelle Whitedove  **Do Not Disseminate**  Page 19 of 80

anyone.  HeroFi is completely free to play, and truly play to earn. The gap between normal games and NFT games is eliminated.  HeroFi allows players to collect and trade NFT heroes. Then for the first time, heroes can get married and give birth to a new NFT hero.

**FaraLand (FARA):**  Ranked 605 and about $3.50.  I can already tell, people who are into role playing games, they love that, are you kidding me? They get warriors and they equip them with special weapons and armor.  With all these different races. Listen, they even have angels and humans and dragons and elves and fairies and it is crazy what I see.  Bottom line, it's going to move up.  I'd say Green.  Wait a minute. It's in the beginning too of its conception relative to where it will go and be developed to, but they're working really, really fast and they have a big team and they're all brainiacs. I don't want to say nerds, but nerds are actually cool.  But they're just very intelligent and totally dedicated and they want to rock it. So I feel like it's a good thing. Green for sure.

> *Background:  FaraLand (FARA) is a play-to-earn multiplayer game based on the  Binance Smart Chain (BSC). The turn-based role-playing game (RPG) allows players to own  NFT warriors and equip them with unique weapons, armor, and pets. The FaraLand universe is inhabited by many races (human, orc, angel, demon, dragonborn, elf, fairies too) who are waiting for their finest hour. Users can participate in battles and collect digital items with real-world value that have been created using blockchain technology. Collectible items are distinguished by their authenticity, incomparability, and rarity.*

**Gala (GALA):**  Ranked 306 and about .19.  Hold on, and you can correct me, but why do I feel like there are lots of things going on. Everything is a little bit here, a little bit there, a little bit here. You know what I mean?  Scattered, many directions.  Like focus is all over the place on multiple different games, concepts, you know.  A little bit of this, a little bit that.  Okay. They're going to keep bringing them on, like different games. They do have a lot of, kind of, as you would say, irons in the fire.  Believe it or not, there are so many people that do nothing but stay on those things and play games.  BUT I DO NOT FEEL THIS ONE LIKE THE OTHERS RIGHT NOW.  It has a chance for Green though.  Yellow Green.  Sure it can have some runs from speculation or should I say people betting on it, but no, not relative to the others we just talked about.  Yellow. It's that they're scattered. They don't have everything together. It's not polished. It's not done yet to the highest level. It's not to say that it's going to be bad. It's going to be fine. But it's just the timing.  Should check back on this because this has Green potential fairly quick.

> *Background:  They say, "Has upcoming games like: TownStar game, Mirandus game and Fortified game.  More Background:  Gala Games aims to take the gaming industry in a different direction by giving players back control over their games. Gala Games mission is to make "blockchain games you'll actually want to play." The project wants to change the fact that players can spend hundreds of dollars on in-game assets, and countless hours spent playing the game, which could be taken away from them with the click of a button. It plans to reintroduce creative thinking into games by giving players control of the games and in-game assets with the help of blockchain technology.*

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 20 of 80

*Players can own non-fungible tokens (NFTs) and influence the governance of games within the Gala Games ecosystem."*

**Guild of Guardians (GOG):**  Market data is not available/not tracked as "Gems" have not been minted yet.  Guild of Guardians. The thing is they still have a lot of work to do because it is in the beginning stages. I think that when they finally get it out there, it's not going to be something big that runs up for a lasting time. It will start out small and then really just go to the genre of people interested but not mass mass appeal.  Yellow for now.  Maybe check back later.

> **Background:** *"RPG (Role Playing Game) Players take teams of heroes through challenging dungeons to collect resources. These resources are used to create valuable items and heroes which can be sold for real money. Players will work together to create the best squad of Guardians, contribute to their Guild, and strategize to complete the most challenging content in the game.  The game is set in a familiar, fantasy RPG world where players can play as mages, warriors, elves, orcs and more!"*

**illuvium (ILV):**  Ranked 240 and about $460.  Been climbing since end of June while most other cryptos were tubing. It's like another world, right? Like a game in another world? Like fantasy battle, you know what I mean. Wow.  I see that doing really well.  I think it's going to surprise everybody because I feel that it's going to turn out better than what people think.  Green.  And again, for those who like betting on these or playing them, green to purple.

> **Background:** *Illuvium is an open-world fantasy battle game built on the Ethereum blockchain. ... The game is a fusion between an open-world exploration game and a PVP battle game. Players can spend their time exploring the expanses of the game world or building up their team of powerful beasts. Total Supply: 7,000,000 ILV, Circulating Supply: 634,824 ILV, Max Supply: 10,000,000 ILV*

**Monsta Infinite:**  Wouldn't touch it.  I feel like there's going to be a problem with this particular one because spirit's showing me that someone else is basically doing the same thing and is going to accuse them of stealing their work.  All I see is a cluster mess and a bunch of problems and it may not go anywhere because of what I just explained. Does that make sense? Do you get it?  Red.

**Lost Relics:**  Instantly I get people will like this one.  Green.  Yeah. People will like that one.

> **Background:** *An ARPG (Action-Adventure role-playing Game) powered by Unity and utilizing Enjin blockchain loot for provably rare and valuable items.*

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 21 of 80

**Lime Odyssey.**  I'm not getting much, like take it or leave it.  How do I share this.  Some will get into it, most will not.  Yellow to me.

**My DeFi Pet:** DPET token:  Ranked 747 and about $3.06, dropped from $9 recently.  My Defi Pet.  I see it going down.  I don't know if it already did, but, yeah. I feel like it's still going to go down. Even then, it's never going to go so high that it's really worth putting your time and effort in unless you just want to play games.  So because I see it going down and I am not interested, Yellow at best.  Could it have a little run?  Maybe, but not for me.

> **Background:**  *Binance Smart Chain network. This is developed by Vietnamese developers but it is not as popular as Axie Infinity and Faraland.*

**SLP (Small Love Potion) token:**  Ranked 182 and about .15.  It's part of the same game--goes hand in hand with axie infinity. They go hand in hand. Green and same for those who love it, green purple.  It will be good because of the same people, definitely.

> **Background:**  *Small Love Potion (SLP) tokens are earned by playing the Axie Infinity game. This digital asset serves as a replacement for experience points.*

**The Sandbox (SAND):**  Ranked 114 and The Sandbox SAND is about $0.76.  This is a NFT based gaming platform.  Sandbox.  I don't know why, but people like this one.  Yes.  The Sandbox, people will dig it (no pun intended), love it, play it. It will go up. It's not something that's going to go up like the other one - the superstars.  It's a slower incline relative and at times with a run, but overall slower than  the star games.  But hey listen, this one will do okay.  Green.

> **Background:**  *They say, "The Sandbox is an Ethereum-based metaverse and gaming ecosystem where users can create, share, and monetize in-world assets and gaming experiences. ... The Sandbox is made up of three products: VoxEdit allows users to create and animate 3D objects in the metaverse, such as people, animals, and tools among other items."*

**Star Atlas.** It is another one and big budget, you know with these games on the blockchain, it is not like the old games, with these you actually can own and keep and sell what you win/earn. It's pretty crazy.  Green   They're going to do well.  Green.

## ------------ End of Metaverse and NFT Games Mini Report --------------

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 22 of 80

**Which countries will be the most Crypto/Tax friendly for retirees?** It will ebb and flow over time. This will not be a factor in where I decide to live, other things are more important to me. Like security and stability. Sure you can go to Porto Rico but you need muscle. Sure you can go to Portugal, but if you aren't comfortable there and don't know anyone within travel distance then why? Now, if you like those areas and are comfortable/familiar with them, well that is a different story.

**What will be the best way to hold on to our new found Crypto wealth when we start cashing out?** For me, Gold and Silver and remain flexible. US Dollars mostly outside of the banks. And USDC (the only stable coin other than Gemini that I would use). Many things will go "on sale" over the next years. Those who have liquidity, credit, and can do solid research--will have amazing opportunities to do so well. Fine Art is a tough game but there will always be many millionaires and billionaires in the market for the REAL thing.

**Same with the finest jewelry**, I love big gemstones and have a few to hang on to - but don't even attempt this as an investment strategy unless you are a pro and have a trusted jeweler to check things. AND REMEMBER a little knowledge is often more dangerous than no knowledge. YOU NEED DEEP EXPERTISE TO PLAY IN MANY OF THE SHARK INFESTED WATERS. I will keep it simple and look to what I feel is undervalued relative to other assets. Be it properties on sale or the right business. I am still buying some cryptos I feel are currently undervalued too. Follow me on Patreon to see what I buy and when I buy it. But never stocks for me. The key is, those who have liquidity will be able to get fire sales on many different things. Liquidity can come from US Dollars, the stable coin USDC or Geminis Stable Coin, or even gold/silver/platinum I.e. precious metals.

**Will Caleb & Brown continue to be a safe/viable option for buying/selling cryptos?** Yes. Caleb & Brown is my favorite Broker. I use them to buy, sell and **temporarily store** any new cryptos I need time to find secure wallets for. If you let them know you are with me, they will give you a substantial discount on any trades and provide you with extra special care. **New link for Caleb and Brown if you would like to sign up, you will save about 30%:** https://www.calebandbrown.com/affiliates/michellewhitedove

More than 3 years ago Spirit shared with us they were safe. We were the first to give them the thumbs up. Now many do. Yay. Would I store my cryptos there indefinitely? NO. I feel it is important to not keep my cryptos on anything other than cold storage wallets, but you must follow instructions to a "T." Reach out to Caleb and Brown - just use this link and it will save you a lot on all of your trades IF you let them know you are with "Michelle Whitedove." **New link for Caleb and Brown if you would like to sign up, you will save about 30%:** www.calebandbrown.com/affiliates/MichelleWhitedove

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate** Page 23 of 80

Why is C&B  important to me? With Exchanges there can be a bottleneck when there is a sell off.  Many times there are stressful delays. Whereas with Caleb & Brown – you can make a plan and create a TARGET SELL price in advance.  Like when I said the THETA would hit a little plateau at $8. Well a week in advance many of my Patreon Members set up a TARGET SELL at $7.88 to scrape a little profit off the top. Then our PLAN was automated and successful Cha Ching!  No stress Selling!  You can also set up a TARGET BUY. How Great is That!!

**How I Buy And Sell Crypto.  I use Caleb and Brown. It is just easiest and safest for me.   New link for Caleb and Brown if you would like to sign up, you will save about 30%:** https://www.calebandbrown.com/affiliates/michellewhitedove

**A friend shared the following about Australia and was concerned about C & B. "It's called "Surveillance Legislation Amendment (Identify and Disrupt) Bill 2021." It gives the Australian Federal Police (AFP) and the Australian Criminal Intelligence Commission (ACIC) sweeping new powers to not just surveil Australian citizens online, but also take over and run their online accounts, lock the actual user out of the account, and add or delete data. The police never have to notify a person that their account has been hacked by the government."**
No. You do not need to worry about Caleb and Brown as it relates to this.  You don't need to worry about Caleb and Brown.  They run a legit business and will be okay.  While this is extreme, intrusive, and aggressive this is intended for illegal or disruptive behavior. Of course it will go further, but to your question, Australia is currently pro crypto. No worries for Caleb and Brown.  Now if the government of Australia has a change of stance on cryptos, then of course we would be concerned and see if they would open a US or other globally friendly office.

**Will STAKING be around for the long term (5 to 10yrs) and will people eventually be able to live off the returns or is it better to sell 70 - 90% as it rises and continue to stake the remaining?** It really depends on how much you have.  But I am not dodging the question, this is what I am being shown to do.  I will be in THE RIGHT cryptos and I will be staking those I am comfortable staking until I feel cryptos are overvalued.  Then I will move to whatever asset class is undervalued at the time.  By then it might be real estate in certain areas or precious metals or who knows, you have to pay attention.   Or there may be some new projects I am shown to move into to. Overall, right now, I feel a lot of real estate is overvalued.  And I feel stocks are overvalued.  And the US dollar is still the most liquid and better than other fiat currencies.  I feel some cryptos are still undervalued (even this far into the Bull Market).

**Since the Shadow Government is already manipulating BITCOIN (as you predicted in Feb of 2018) will it be part of the New Digital Currency ushered into mainstream?**  No, not in the way that is being asked and most people will know this as it is too slow and clunky but that can be improved upon with new innovations.  They

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**  Page 24 of 80

(many Governments) really want their own, but it will not go as planned.  People are too smart.  People will catch on eventually that if it is centralized it is problematic.

**I never put a timeline expectation on when I expect profits in cryptos,** rather I stick to my profit taking plan/sell targets which you will see near the end of this report.  I have been taking profits all throughout this Bull run.  And that is how I stay removed and completely unemotional.  When the big corrections come, it doesn't bother me.  Some sell targets will hit before a crash and others won't, period.  It is what it is.  I set what I feel are reasonable sell targets, without any greed, and then sit on them until they hit. You need a few year time horizon in this crypto game.  **I believe pretty much anyone with $10,000 and a 3 to 5 year time horizon has a good shot at becoming a millionaire in cryptos.  But you must pick the few exceptional projects and then sit tight.  Moving from coin to coin is a trap.  Trying to time it just right is a trap.**

**I will never buy a crypto before first building an exit plan and picking a sell price.** Some ask, hey should I put money in this crypto or that crypto?  The only ones I am really buying right now (Sep of 2021) are Theta, Theta Fuel, Persistence, and maybe some Cardano or Dot if I didn't have any, but I do.  I feel Theta, Theta Fuel, Persistence, Cardano and a few others along with some of the Play To Earn NFT games will Decouple TO SOME DEGREE during the next Bear Market.

**During big pullbacks and future Bear Markets, it nice to have liquidity** I.e. U.S. dollars outside of banks primarily, USDC (stable coin) and precious metals because you cannot buy a fire sale asset if you do not have liquidity.  **BUT REMEMBER, Dollar Cost Averaging in during a BEAR Market is a losing game.  We are not in a Bear Market yet and as I was surprised to share earlier in this report, we have more time.  But whenever we get to an extended correction, I feel you gotta give it some time to shake out and stop going down before just buying and buying and buying.  Does that make sense?**

Again, I hope everyone can let the fear go. And just free your mind, free your heart, free your soul and get some good vibes going.  You are in for some treats, you have so much to look forward to.

It is an amazing time.  Set your fear aside and stick with your plan.  None of my long-time friends were tricked early in this Bull into selling all of their cryptos to try and get them back cheaper.  That was a huge tactical error for some.  Ugh.  Not you guys though.  So you guys are the lucky ones.  Sure some took a gamble on a little trading bag, as they call it, but nothing serious.  Not anyone who pays attention to what spirit shares anyway.  All of you are pretty much fully in the game for the biggest gains coming, except your nice little profits you took out and which help you relax.

**If you are new or bought at a recent high and are currently down, I feel you are still in great shape if you have some skin in the game, so to speak.  Give thanks for Abundance and Protection.**  Remember to give yourself at least a few years from

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 25 of 80

when you start.  Patience.  Most of the people in my Patreon group were down as much as 80% at different times during the past few years before they met me and now they are way way up.  Don't let everything rattle you.  So many of our friends are panicking about "crypto taxes" and "cryptos will be stopped" and so on an and so on.  NO!  For over three years we have published, because spirit shared it with me, "Cryptos, the good ones, are by the people for the people.  They are here to stay.  A way for the average person to get ahead."

And for all of my friends who lovingly asked if **"The Michelle Whitedove Academy for Gifted Children" is moving forward, the answer is YES.**  More news on that will be coming in time. Something like this takes time to put together and do right.  I am getting so excited though and planning it brings me so much joy that I have no words to describe how it makes me feel.  It has been a dream of mine for my entire life.  So many of you have offered to help and that brings tears to my eyes.  Thank you.  We don't want children to struggle with their gifts like so many of us did.  They need a place where they can learn and grow.  A place of unconditional love.  A place where they know it is okay to learn about their gifts to help others.  A place where they can flourish and then give back to humanity.


**US Taxes on Cryptos.**
Right now, the government, Biden Admin is trying to raise taxes, specifically let's talk about capital gains. Right now, capital gains for the highest bracket is like 20% (up to 23.5 if you are in the big leagues).  All right, it sucks, but it's not that bad. I mean, **would you rather have 100% of nothing or 80% of something?  Think about it.  You are paying taxes because you have the amazing "problem" of MAKING MONEY!**
Biden Administration is pushing to raise capital gains to around 40%.  But you can relax! I really feel it's going to stay at 20, 28 is the worst case, but believe it or not - Biden doesn't even know what the heck he's doing, first of all. They're trying to get in there and raise the capital gains, but they're having their own... yeah, of course it sucks that they are scaring people, but they're having their own issues in our government that they're fighting among themselves and they're getting nothing accomplished unless it is just signing those executive orders which can be easily reversed. Spirit shows me that they're at a dead standstill on many things, worrying about this and that, taxing people… Yes, the articulate incompetent are fighting really hard. They're putting it up. They put it up BUT I don't feel like... yeah, lots of difficulty. Hey Biden and cronies, can think that's what they want, but that's not what's going to happen.


**Prioritizing New "Crypto" Buys?**  Well, I am not allowed to "advise", so for me, the way I see it, as we are getting heated up in terms of where we are in the Bull, I'm not sure I'm all about putting lots of new money into the market today unless my time horizon is 2 or more years off into the future.  But that being said, you know I recently have been picking up Persistence each month, starting at $2.80ish but I could not get as much as I wanted as we would have driven the price up, so we just got a little bit. BUT I have been Dollar Cost Averaging each month i.e. been buying some each month. Some at $3, $6, $9, $5, $11.  I will keep buying more until I feel it is too high.  And so,

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**  Page 26 of 80

sure, for Persistence and Theta and Theta Fuel and maybe some of the very best projects like Cardano and LINK and DOT and some others I may buy on dips.  AND, I like "The Mix" of the Purple coins, BUT NOT EVER all in on any one or two or even three.  You know, I never buy just one at a time.

**Now if I were putting money in today, I would be focused on Theta, Theta Fuel and Persistence.  Why?  I feel those are a few of the biggies that'll make a difference in your life in the long run.  Many others are good, don't get me wrong, but you are asking how I am prioritizing TODAY and I am sharing my TOP 3 in Sep of 2021.**


**As far as the May 2021 correction,** I kind of got it right on January of 2021, we shared "Listen, we have maybe five or six months, don't listen to the FUDsters and "the sky is falling people."  I published that in my January Patreon Report.  Then in March 2021 we published, "We have a couple -- three months, max left before correction." Then in April 2021 I published on Patreon, "still feels like we have some time. I'm not going to give the exact time but we're...maybe 3 to 10 weeks and that's it before a correction, but there is a recovery and run up afterwards. Yeah. And then it's going to go down again after that (FALL).  **But you know, I am warning you, anyone trying to time this just right will likely run into the biggest challenges**.  Either letting go to early or too late. **The way I have been and will play this is to set my profit taking points and if they hit great and if they don't, so be it."**

I am in for the long game.  I will just have my sell orders set at Caleb and Brown at prices I picked in advance.  And again, if they hit, they hit.  And if they don't, they don't. This is not a game for the emotional people.  Exchanges have problems when markets get heated, I avoid the concern of not hitting my sell targets by using Caleb and Brown. You can learn more here:  www.calebandbrown.com/affiliates/michellewhitedove

# Whitedove's Portfolio For 2022

## 35% Theta and Theta Fuel (about 60% of that Theta)

## 20% Persistence

## 8% Cardano

## 8% Chainlink

## 8% Polkadot

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 27 of 80

# Remaining 20% Spread Across Purples listed in 777 Coin Review.

**Note:  Meme Coins (Dogecoin and Shiba Inu) and Reddcoin are micro or sliver bets, I.e., my smallest bets.**

### Whitedove's 2021 Global Crypto Coin Review
### Approximately 777 Projects Reviewed
### Updated in Sep 2021
### Color Coded and Alphabetical

**Quick Glance "Color-Coded Crypto Guide":  Purple, Green, Yellow, or Red
Whitedove rates Purple as Best, Green is Good, Yellow Okay, Red is No-Go for her.**

**Whitedove's average gain of Purple coins since 15 March 2020 is 3812 % and higher than all other colors. Second one is Green coins with 3377 % and third is yellow green coins with %3166.  The Red ones did horribly.**

**This is only helpful as a jumping off point for your research.  If you like a coin and disagree, no biggie, we are all on our own journey.  Whitedove would always rather you do well then her be right.**

**\* WHEN THE BULL IS IN FULL SWING, EXPECT MEDIOCRE AND EVEN POOR PROJECTS TO RUN UP.  A sign we are near the end of the 2021 Bull is when even some junk coins have significant pumps.  Many will confuse a price rise in mediocre or not so good coins with fundamentals, only to find that many of the projects/coins that had runs will go away in the future.**

**\* Institutions buying specific projects will temp pump coins.**

**\* If a coin that might not be so good is running, check the volume and research whether or not there might be some Exchange "shenanigans."**

**It's important to keep an eye on all cryptos, things can change.  Join Patreon for monthly updates and full write ups.  The full write ups provide more granularity and insights. It is not prudent to only look at the color and make a decision, in our opinion.  A "YELLOW" coin can do very well, it is just undetermined at the time of the reading which direction it will go and what that long term viability is.**

**Purple:**  Whitedove has this or would like this in her portfolio until a decent run up and then "take a little cream off the top."  But when it comes to Purple coins, she holds only a small position in some relative to others.  Look at her portfolio, but it is constantly changing and when putting in new money she generally spreads it pretty evenly among a handful of them.

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**  Page 28 of 80

**Green:** Whitedove feels it's good enough to consider and would have no problem holding it.    It may not be in her portfolio now but she may add one or more of them at any time.  AND importantly, she is optimistic about the chance for success.

**Yellow:**  Whitedove feels it may have a chance and is worth researching further but she isn't looking to add it now, but it can break in either direction at any time.  Numeraire is an example of this as it was Yellow in 2019-2020 and then just ran up.  While some of these have a chance to go "Green" or "Purple" in the future, many have a chance to go "Red" as well.  Caution is the name of the game with these unless your research and gut is strong.  They are a "coin toss" no pun intended.

**Red:**  Whitedove feels it was not something she was currently interested in and has either significant hurdles to overcome OR is an outright scam. Whitedove's crypto motto, "With so many good ones available, when in doubt, stay out."  Some people get upset when one of the coins they like gets a "Red" because they believe the technology is good.  We understand, but history is full of examples where the best technology or idea doesn't get traction or succeed.

**There are over 30 "coins" highlighted in Purple.  AND another group of "coins" I WOULD NOT MIND BETTING ON and you can see those highlighted in "Purple Green" or "Green".  Additionally, many coins have better than average "potential" and you'll find those highlighted in "Yellow to Green," I sometime call these "wild card" picks as you never know.**

Those listed "Red" can still go on runs, but I wouldn't count on it and I just stay away from them.


## Approximately 777 CRYPTOS & PROJECTS  REVIEWED

**The average gain of Purple coins since 15 March 2020 is 3812 % and higher than all other colors. Second one is Green coins with 3377 % and third is yellow green coins with %3166.  The Red ones did horribly.**

1776 Token:  Red

1 inch:  Green

Aave (Aave):  Purple rating first Oct/Nov 2020.   When in 50s saw quick 90 plus and then more.

ABBC Coin:  Yellow  to Green.  Was given a Yellow when it was pumping way up to .40 in 2019 and warned "it will go down, would take profits and get out now, maybe come back later after more research."  It is now way down and while I would not take over my favorites it can survive and have more runs.  Not for me though.

Acala:  Green

ADAlend Finance (ADAL):  Yellow in 29 Sep, maybe Green later

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 29 of 80

Adax (ADAX):  Green but patience shared in 2021)

AdEx ADX: Yellow

Aditus ADI:  Red

Aelf (ELF):  Green, past previous ATH

Aergo: Green.  Good chance for Purple.  patience.

Aeragon:  Yellow and chance for Green

AGL:  Argyle Network:  "Red."

**AGX:  Yellow**

AION: Yellow

**Akash:  Y**ellow to Green

**Akita Inu:  Yellow to Red**

**Akropolis (AKRO):  Yellow to Red**

**Akropolis Delphi (AD**EL)  **Yellow to Red**

**Aleph.im (ALEPH):  Red**

Algorand Coin:  Green but conservatively "Yellow to Green"

Alien Worlds (TLM):  Yellow Green (P2E NFT Game)

Appolo:  Yellow

Amazon & Crypto:  Purple when available, I see it being worked on

Ambrosus:  Red

AMLT Network:  Yellow to Red

AMP:  Yellow

Ampleforth:  Yellow to Red and really research this if you are going to hold it

ANKR:  Yellow to Red

APEX (APX) :  Yellow

Copyright 2021 Whitedove PRESS by Michelle Whitedove   **Do Not Disseminate**   Page 30 of 80

API3:  Yellow

Amp:  Green,  Good change for Purple

Aragon (ANT):  Yellow, but  leader is really good so maybe Green

ARB Token: Yellow  to Red

**ARISEN (RIX):  Red**

**ARK:  Yellow**

ARPA:  Red

Asimi:  Red

Atomic Wallet:  Green like Exodus for in and out, not long term storage

Audius (AUDIO):  In Sep 2021 when $2 we published, can get to $6 pretty quick.

Augur:  Maybe "Green" but conservatively "Yellow to Green" for now

Avalanche:  Green for a time, mixed on this, like maybe a pump, check back

Axie Infinity (AXS):  Green to Purple (P2E NFT GAME)

Axiom: Red

BABB: Red

Balancer (BAL):  Yellow Green and "20" was shared when this was much lower by spirit.

Bancor (BNT):  Green and when much lower in 2020 saw going to $10 or more

Band Protocol (BAND):  I don't care about short term ups, long term Yellow

Bankera:  Red

BarnBridge (BOND):  Yellow

**Bao Finance (BAO):  Yellow**

Basic Attention Token (BAT): I have some and will hold it but not adding any, all I got was over $1.00 (was .20 at the time of prediction) but "guessing" higher.  So it did what predicted it would. No new targets.

BBiller coin (BILL):  Yellow with chance for Green in future.

Copyright 2021 Whitedove PRESS by Michelle Whitedove  **Do Not Disseminate**  Page 31 of 80

BC Vault, a wallet:  Cold storage wallet is Green for use, like Trezor.

Bean Cash: Red

BEOS: Red

BEPRO Network:  Green

BIDAO: Yellow with chance for  Green, warned in April 2020 to expect some delays and hiccups and to take Kava over it.

Binance Coin:  Yellow to Green.  This used to be Purple in 2019/2020 but they blocked US Citizens

Binamars (BGAME):  Yellow Green (P2E NFT Game)

Bitcoin: Purple for now, I hold others over this, see it reaching $70,000 plus in time

Bitcoin Black ICO/IEO: Yellow.  If it succeeds it will be an accident.  Not what people think

Bitcoin Black ERC20 Token Not the New one: Red

Bitcoin Cash: Purple, I see it reaching $20,000 in time, on May 8, set little profit taking window around $2500-$3000.

Bitcoin and Bitcoin Cash "2020 Halvings".  Each Halving is A "Purple"event overall, it may not show in price right away but the halvings are important.

Bitcoin Gold: Yellow

BitGreen (BITG):  Yellow

BitcoinHEX:  Yellow

Bitcoin Latinum (LTNM):  Yellow

Bitcoin SV:  Yellow to Red

Bitcoin Turbo Koin: Red

BitShares: Yellow

Bitrue coin:  Yellow chance for Green

Bittorent (BTT):  Yellow, chance for Green, runs in Bull

Blocknet:  Yellow to Red

Copyright 2021 Whitedove PRESS by Michelle Whitedove Do Not Disseminate    Page 32 of 80

Blockstack:  Yellow

Blocknet (BLOCK): Yellow to Red

BOLT:  Yellow at best, maybe should be yellow to red

Boring Dao (BOR):  Yellow Green

BnKToTheFuture (BFT):  Yellow

Budbo:  Yellow to Red

BUSD:  Exchange Coin  So Highest I Rate It is Yellow Green, but good for an Exchange Coin

**Bux Token (BUX):  Red**

Bytom (BTM): Yellow

Bytecoin: Yellow to Green for a Privacy Coin.  Monero a top one.  Zcash too

Cappasity (CAPP):  Red

Cardano (ADA):  Purple, I see it passing ETH one day.  So its' overall market cap will be higher than ETH some day.  So higher than $4.00 is where we can start.  So the multiples in ADA, in the long run, are higher than ETH but I hold ETH for now too.  See $3 in 2021 and over $10 in time.

Cardax: Green but patience

Cartesi (CTSI):  Yellow to Red

Car Vertical (CV).  Red

Casino Coin:  Yellow and good chance in long run to go away.  Big gamble, not for me.

CASPER:  Green  and good chance to go Purple, but only if Patient,

Ceek:  Red

CelerNetwork:  Yellow to Red, but can have runs in the bull like other "not top tier" coins

Celsius Network (CEL):  For me, Yellow BECAUSE lock up required so not interested but others might like this.  Obviously not looking at this from potential gains perspective and it has and will have that for a time.

Celo:  Yellow to Green

Certik:  Yellow for now but let's revisit this one (Oct review)

Chainlink: Purple, I see LINK over $100 in time, how much over $100 I was not shown

CHIA (XCH):  Yellow

Chiliz (CHZ):  Green

Chromia (CHR):  Yellow to Red

Cindicator (CND): Yellow

Civic: Red

Cloakcoin: Green to Purple for a time, was changed on 22 April 2021 from Red to Green/Purple but to check back on it.

Coin98 Wallet:  Red

CoinMD (CMDX):  Red

Coin Metro Token (XCM):  In July 2021 saw "8" and that is all I got.   Check back on this if interested.

Coin Super Ecosystem Network: Yellow to Red

**Coin Zoom (ZOOM):  Yellow**

Compound (COMP):  Purple early to mid Aug 2020

Concordium:  Yellow

Connectome:  Yellow to Red.  Red because they just copied and "cut and pasted" words from Cougar

Constellation (DAG):  Yellow long run was going to be harsher but feel some chance for temporary attention, but really do you research if this is something you are holding…well that applies to all coins.

Contentos (COS):  Yellow

Cosmos:  Purple

COSS: Yellow to Red

Coti:  Yellow, maybe Yellow to Red, but it can run in Bull like other not so good projects

* Couger/Cougar:  POTENIAL PURPLE IF THEY COME OUT WITH A CRYPTO.  We have seen it spelled both ways by the press, but if you have The Whitedove Report 5 published in Sep 2020, you will know exactly what this is and what is about.  Whitedove broke this info direct

form Spirit before any in the Crypto Community had even heard of Couger/Cougar.  In fact, Couger had no plans for a crypto when this was published in Sep 2020.  It is a message from spirit to keep an eye out for it.   In short, NOT OUT YET!  Potential Purple When It Comes out as it has BIG BIG POTENTIAL BUT COUGAR NEEDS TO REALIZE IT.  This has the potential to become a globally relevant crypto, but with freewill involved Couger has to decide.  Not a guarantee.  This is a heads up to be on the lookout for it.

Coupit (COUP):  Red

CrustNetwork:  Green for a time, but not sure if this is a long game player yet.

Crypto Price Index:  Red, this will have price fluctuations but I would not touch this.

Crypterium (CRPT):  Yellow to Red

Crypto20 (C20):  Yellow

Crypto.com Coin: Yellow to Green but caveat it will get attention and have runs.

Crypto.com Wallet:  It's good.  I like Exodus more, but this one is fine for a non cold storage option.

Cudos:  Yellow Red

Current Coin:   Yellow but has Green Potential in the future.  Check back on it

DAOFI:  Yellow Green

Dao Stack: Yellow, maybe even Yellow to Red.

Darwinian Network Native Token (RING):  Yellow to Red

Dash: Green if love privacy coins

Debitum:  Yellow

DecentBet:  Not for me, but Green if you like gambling platforms but FunFair is more green

Decentraland (MANA):  Green

DecentralGames (DG):  Yellow Green

Decred.  "Green" for now, but not seeing as big as some feel so not for me

Deep Brain Chain: Red.

DeFi Box:  Yellow

Copyright 2021 Whitedove PRESS by Michelle Whitedove  Do Not Disseminate   Page 35 of 80

DeFi Chain:  Purple

Dent:  Yellow, can have runs, but not for me relative to my top pick(s)

Dentacoin:  Red

DEOR:  Red

DeriSwap:  Green IN TIME, feels to new in Nov/Dec 2020

DERO: Yellow

Dexa:  Red

DIG ( DIGNITY):   Yellow to Red

Digibyte: Purple, In 2018 I was given "12" and assumed that was $12.00 and still "think" it is in the long run, but it could be .12 or even 1.20.  Time will tell, but because DGB came through as a big winner I am guessing over .12 so $1.20 or $12.

Dimcoin:  Red

District 0x: Yellow to Red. Probably Red

Ditto:  Yellow

DIVI token: Yellow to Red

DMM Governance (DMG):  Yellow

Dogecoin:  Green to Purple, gave it this rating when under .01 and sure it could even get as silly high as $2.00 or more someday.

DOS Network:  Green

Dragonchain (DRGN): Yellow to Red

Drapper Labs Flow (FLOW):  Yellow now in Oct 2020, but Then Green right after

Drinkey Coin: Red

**DSLA Protocol (DSLA):  Yellow**

DTOP:  Yellow Red

Dubai Coin:  Red

Dusk:  Yellow to Red

Copyright 2021 Whitedove PRESS by Michelle Whitedove  Do Not Disseminate   Page 36 of 80

DxChain:  Yellow Green maybe Green

eCash:  Yellow long term but short term can have runs…artificial initial pump but can last for a time.  It is a fork of Nov 2020 failed fork of BCH.  In Nov of 2020 we published BCH abc would be the loser and it was and now they have rebranded with this and increased to trillions of tokens.  No way for me.

**Eclipse (ECP):**  Yellow to Red

**Ecomi (OMI):  Yellow**

EDC Blockchain: Red

Edgeware (EDG):  Yellow now in Oct, check back soon if you like this one

**EFFORCE (WOZX):  Yellow**

Elastos: Yellow

Electra Protocol (XEP):  Yellow

Electroneum (ETN): Yellow from 2018 but a little chance to be green.

Elixir (ELIX): Red

Elrond (ERD):  Green but need to check back in to see progress for long long run

Emphy (EPY):  Red

Encryptgen (DNA Coin): Red

Energi: Yellow

Energy Web Token:  Yellow, read write up on Patreon.  I would not touch it. PUMPED Warning.  Not saying bad, but in 2020 shared it would not do as well relative to others and those that went all in as their #1 pick would be disappointed.  Can be an okay project and have runs.  Check back on it.

Enigma: Green

Enjin Coin (ENJ): Green to Purple for those who like it

EOS:  Green and maybe even Yellow Green.  I got some of this a long time ago and will hold it until $20, but I am not as excited about it.  I was never given a number but was shown to take profits at $20 back in 2018.  While

**Equal (EQL):  Red**

Ergo (ERG):  Green

Essentia (ESS):  Yellow

Etherise Dip (DIP):  Yellow to Red

Everise (RISE):  Yellow to Red

Exodus Wallet/Exchange:  Green for use but not long term storage for me

Exodus Doing a Common Stock Offering (in Jan 2021 predicted "Delays"), maybe later okay, check back

Experty (EXY):  Yellow Green

Ethereum (ETH): Purple, it will go back past $1,300 but how much past that I do not know.  See $3500 as shared in Feb 2021 Report or March 5 Report.

Ethereum 2.0:  Purple and will happen but with delays, published in 2020

Ethereum Classic: Green for price but why bother, Ethereum does better

Ethernity:  Yellow Green

Evoric:  Red

Facebook/Libra/Crypto:  Yellow

Factom:  Yellow

Fan Token:  Yellow

Fantom (FTM).   Yellow to Green

Faraland (FARA):  Green Purple (P2E NFT Game)

FEG Token:  Yellow to Red

Fidex (FEX): Yellow

Filecoin:   Green to Purple

Fintegri:  Red

Flamingo (FLM):  Purple in time, but watch price when it first comes out before pulling trigger, it will go lower and I would scoop up when it bottoms out a bit.   Published before FLM went live.

Copyright 2021 Whitedove PRESS by Michelle Whitedove  Do Not Disseminate   Page 38 of 80

Flexacoin:  Yellow, maybe Yellow to Red

Florin Coin: Yellow to Green

**FLOW:  Green Purple**

FoodCoin:  Hopeful for Green in the future

FoodCoin (now part of FCE, Food Coin Ecosystem) Yellow with chance for Green.

Foam:  Yellow to Red

Foxt Trading: Red

Frontier:  Green and chance for Purple

FTX (FTT):  Long run winner, but during the bear will be impacted of course

Funfair: Not for me, but Green if you want a gambling coin

Function X:  Yellow

Fusion: Yellow

G999:  Yellow but chance for Green

Gala (GALA):  Yellow in mid 2021 but Green likely later, check back (P2E NFT Game)

Gate.io exchange:  Yellow

Gemini Dollar (GUSD): Green for use now

Gero Wallet:  Yellow Green--it's okay, but caution on any non-cold storage wallet

Gnosis (GNO):   Yellow to Red

GNY:  Yellow

Go Chain:. Yellow

Goldcoin (GLC): Red

Gold Secured Currency:  Red

**Governance ZIL (GZIL):  Green**

**Govi:  Green**

Copyright 2021 Whitedove PRESS by Michelle Whitedove  Do Not Disseminate   Page 39 of 80

**GPooL.io for Theta and Cardano?**  Yes.  It is okay for now but maybe not necessary in time. It will be fine for now and people can use it if they want.  But I feel it is better to do it through Theta if you can…lower risk.  But Gpool is an option   **Background:**  "GPooL was built by veterans of the crypto currency space and is based on a community-inspired vision to provide secure pooling services across numerous digital assets. The target audiences for GPooL are individuals and institutions who do not wish to, or cannot, run nodes on their own yet still wish to capture a yield on their assets across multiple coins."

GRID:  Yellow

Grin:  Yellow

GRN Coin:  Red

Groestlcoin:  Yellow

Guild of Guardians (GOG):  Yellow (P2E NFT Game)

Handshake Token (HNS):  Yellow maybe really Yellow to Red

Hard (HARD): Yellow Green

Harmony One: Yellow in very early 2021. Maybe later Green, but not now for me. Yellow to Green maybe

Hashgraph:  Not a coin, the concept, Yellow for now & could be Green in future

Hathor (HTR):  Yellow Green, picked as good potential in Feb/Mar when about .50, Green but watch and research

Haven Protocol (XHV):  Green

HDAC:  Yellow to Red

Hedera Hashgraph.  Yellow for 2018 and 2019, 2020 on I saw it as more Green

Helium:  Green

Hempcoin:  Yellow

HeroFi (HEROEGG):  Yellow but **chance for better,** check back (Sep 2021) (P2E NFT Game)

HEX:  Yellow Green, but some will like it so maybe more Yellow to Green

High Performance Blockchain (HPB):  Green Potential in long term, watch closely check back

Hoge:  Yellow

Copyright 2021 Whitedove PRESS by Michelle Whitedove  Do Not Disseminate   Page 40 of 80

Holo, Holochain(HOT):  Green and watch closely to see how it does after BULL, Good but not the next greatest thing like some think.

Honest Coin (HNST):  Yellow

Honey Token (HNY):  Honey Swap, Yellow for now (Oct on) but chance for Green later on, check back

Horizen (ZEN):  Yellow Green, but Green Potential

Howdoo (UDOO). Yellow Red

HTML Coin. Yellow Red

HUMBLE:  Yellow but also had a good feeling, maybe periods of Green, if you like it really research it - I have mixed feelings.  No red flags right now in early 2021 and that is important

Huobi Exchange:  Yellow to Green.  Okay if in and out quick.

Hydra DX (XHDX):  Green

Hydro (HYDRO):  Yellow to Red

Hydro Protocol (HOT):   Yellow to Red

Hyprr (Howdoo) (UDOO):  A rebranded coin, Yellow to Red

**Hyper Ledger:** It is a long run okay for big orgs involved.  You can't invest so "N.A"

ICP (Internet Computer Token):  Yellow but will have runs, but not for me

ICON (ICX):  Green, but was Yellow for 2019/2020, Green In 2021 Bull, not for me long long run

iExec RLC:  Green

iLien coin:  Red

Ilien and a new version moved to ERC20 protocol:  Yellow Red

Illivium (ILV):  Green Purple (P2E NFT Game)

Injective Protocol (INJ).  Yellow to Green

INX:  Yellow

Insolar:  Yellow

Copyright 2021 Whitedove PRESS by Michelle Whitedove  Do Not Disseminate   Page 41 of 80

Internet Computer (IOU) Coin/Definitely:  Yellow

IOST: Green

IOTA:  Yellow to Green

Iotex (IOTX):  Green

IQ Token:  Yellow

IRISnet (IRIS):  Green to Purple as it will go with Persistence

IVY:  Red

JRT Token, Jarvis Reward Token:  Yellow to Red

Jinbi (JNB):  Red

JP Morgan Coin:  Red

JUST (JUST):  Yellow Green

Kaboso:  Yellow

Kadena:  Red

**KardiaChain (KAI):  Red**

Kava: Purple added at .80 and published doubled down  in .30s and published when it was 5,00 that "if I was a big holder when it was over $4.00  I would take profits"  Those who did could buy back in under $2.00, good for them.  I am just holding as I see it going to 111 in time.

Karatgold (KCB): Yellow

Keevo Wallet:  Yellow to Green

Keplr Wallet:  Yellow to Green

Kick Token: Yellow To Red, probably going away

KIN:  Red

Kinesis token (KVT) and their gold (KAU) and silver (KAG) backed tokens: Yellow

Kira Network (KEX):  Yellow at best

Klaytn (Klay):  Green

Copyright 2021 Whitedove PRESS by Michelle Whitedove  Do Not Disseminate   Page 42 of 80

Komodo: Yellow

Kucoin Exchange: Yellow to Green

Kucoin Shares (KCS): Yellow has fair chance for Green, but not for me

Kusama: Purple

Kyber Network (KNC): Yellow

L7 Arbitrage Trade: Red

Lambda (LAMB): Yellow but Green Potential

Latamex Exchange: Yellow

LBRY: Yellow to Red

LCX Coin: Yellow

Libra / Facebook: Yellow

Lightning Network: Not a coin. Yellow to Green, but not the panacea hoped for

Lime Odyssey: Yellow but those who like it will stick with it for a time and can drive price up

Lisk. Yellow Green to maybe Green

Litecoin: Purple but read all reviews, I do not hold much of this relative to other Purples. Like Bitcoin, I do not see the highest returns relative to some others. So, not for biggest gains but see it going "into the 1000s" but don't know if that is $2,000 or if that is multi thousands. All I got was $1,000s so I won't speculate." But I do hold this and like this.

Litecoin Cash (LCC): Yellow to Red , more likely just Red

Litentry (LIT): Yellow

Loki (LOKI): Yellow

Loopring (LRC): Yellow

Lost Relics: Green (P2E NFT Game)

LTO Network (LTO): Yellow and Potential for Green

Lukso: Yellow, NFT will get some attention, but not excited about it

Luna. Yellow Green early on, But changed to Full green when working with persistence)

Copyright 2021 Whitedove PRESS by Michelle Whitedove Do Not Disseminate Page 43 of 80

Maidsafecoin (MAID):  Yellow

Maecenas: Red

MAKER ( MKR ): 2019 rated Yellow for now, but high potential for Green

MakerDAO (DAI): Yellow, not a stable coin I would use due to complexity

Mantr DAO (OM):  Yellow

Marijuana Coins: Yellow

MASQ:  Yellow to Red

MACTX:  Yellow at best, would get out of it if I had it

Matic Network (MATIC):   Green

Matrix AI Network (MAN): Red

MAX Exchange Token (MAX): Yellow to Green, but during bear not so great

MDEX(MDX): Mandala Exchange. EU, Malta. Started last year after an ICO in 2018. Their interface is on Binance Cloud. So it's an exchange. It's in the EU, in Malta so it's regulated.. If it does well, the coin should do well. The question is, do I feel like this Mandala Exchange will do well? YES! Yes, I do. Yeah, that's important. Yeah. So if the exchange does well- Then this token will do well. YEP. Someone picked a good one to look at here. Green and chance for Purple. Research it, follow up on it and see if it catches on.

Medical Chain (MTN):  Red

Metabloc: Red

Metal (MTL): Yellow to Red

META1 Coin:  Red

MetaMorph: Yellow

MediBloc:  Yellow

Mimble Wimble Coin:  Yellow to Green

Mithrill (MITH):  Yellow to Red

Modefi (MOD):  Yellow

MoonMoon: Yellow To Red

Copyright 2021 Whitedove PRESS by Michelle Whitedove  Do Not Disseminate   Page 44 of 80

MoonSwap: Yellow Green

Monero: Yellow to me, Green if you are a big privacy coin person

Monsta Infinite:  Red (P2E NFT Game)

Morpheus Network: Yellow

MultiVAC (MTV):  Yellow Red, mostly Red

**MUSE:  Green**

Myriad (XMY):  Yellow at best, maybe should be Yellow Red

Nano: Yellow to Green

Nash Exchange (NEX): Green

**NEAR Protocol (NEAR):  Purple**

Neblio: Yellow to Red

Nebulas (NAS):  Yellow to Green.  Likely to be Green in time

NEM:  Green. Purple  In early 2020 shared "Likely will be Green and up"

NEO: Purple.  Patience, good chance for around $150 or above

Neo Gas: Yellow to Green.  Take NEO over it

NEEW, New Economic Evolution of the World:  Red

Newton (NEW):  Yellow to Red

NEXO: Yellow to Red

NFTX:  Yellow Green

Nimiq (NIM):  Yellow and maybe chance for some green

Non Fungible Yearn (NFY):  Green in time likely, Published in June Patreon Report that there was no hurry in beginning

Nucleus Vision (NCASH):  Yellow to Red

Numeraire: Yellow

Nsure.Network (NSURE).  Yellow good chance for Green

Copyright 2021 Whitedove PRESS by Michelle Whitedove  Do Not Disseminate  Page 45 of 80

OAX:  Red

Ocean Protocol:  Purple for sure.  Back when it was under 10 cents, I published "I see  "9" so .90 and or 9.00, but Green Purple minimum.

Omisego (OMG): Purple, was never given a price but it is a long run big winner but I still take some other Purples over it.  Like I went heavier in LINK, Tezos, BCH, Theta, Cardano, ZIL etc.

Ontology: Yellow to Green

ORAI Chain (ORAI):

Orchid:   Yellow

Origin Protocol (OGN):  Yellow

OriginTrail (TRAC):  Purple, just saw big success for them, but was not given a price to share.  Called it a big winner when it was around .04 or so.

Orion Protocol (ORN):  Yellow Red.  I looked at this in 2020 and felt there could be problems.  Not that the concept was bad but some challenge would come.  Check back

Ormeus Coin (ORME): Red

Osmo:  Yellow but will have runs

Osmosis Exchange:  Yellow

OST: Yellow

PAC:   RED

Package Portal:  Yellow for now (Mar/April 2021) but check back if you believe in this project, could go either way.

Paralink:  Yellow

Paid Nework:  Green during Bull and check back

PancakeSwap:  Purple

Pandora's Wallet: Red

PARSIQ (PRQ):  Yellow

PAX Gold (PAXG):  Yellow, maybe some will like but not for me

Copyright 2021 Whitedove PRESS by Michelle Whitedove Do Not Disseminate   Page 46 of 80

Paxos Standard (PAX):  Green for use, stable coin

Paypal for Cryptos:  Green for cryptos in general

PayPie (PPP): Yellow, probably Red

Persistence: My TOP PICK along with Theta/TFuel.  Looked at it in December of 2020 and shared "In a little time...Watch this one closely if you are eyeing new projects. They will do what they say they are going to do…**potential." Then on 22 April shared it was my newest Purple and I was adding it and it will be substantial.  A top new pick on 22 April.  Look at the staking rewards and free "drops"**

**Phala Network (PHA):  Yellow**

**Phantom (FTM):  Yellow**

Phoenix/Hydro:  Yellow Red at best

PHUN:  Green when available, right now Nasdaq, but when coin, then it is eventually good

Pillar:  Yellow and outside chance it could make it to Green

PINK Coin (PINK):  Yellow Red

Pirate Chain (ARRR):  Yellow to Green. Reviewed in 2020 first and recommended to really do your research and if you love it, I will cheer you on.

Plasma Finance:  Red, could have runs in bull, but not for me at all.

Plasm Network (PLM):  Red

Plair (PLA):  Green for a phase and then it will be no longer in favor

PLUS Token:  Red

Po.et (POE):  Red

Polkadot (DOT): I am getting over $20 for starters.  Purple.  I published that tried to get it at 2.00 when spirit shared for the second time it was a great one at the beginning of Aug.  **Had to suck it up and buy in the 3s and 4s and 5s. It has a bright future…I do not see it going crazy high into the 100s for now, but again, I do see $20+.  I will look to pick on pull backs.   Tried to get it as published in the $2.00s. Picked up some in the $4s and $5s.  Easy to 20.00 in year or so, then past.  Bright future.  So it did what we predicted and next sell order for small profit taking is high $40s.**

**Polkastarter (POLS):  Green Purple**

Polymath:  Yellow

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 47 of 80

**Polygon (Matic):  Green to maybe Purple for a time at least**

**PolySwarm (NCT):  Yellow**

Populous (PPT): Yellow Green.  Caution being delisted from exchanges in Sep 2021.  I see it going over $20 out in the future if the team sticks with it, but people have to come back and it will take time.  Keep an eye on this. This can go either way.

Power Ledger (Power):  Red

Puma Pay: . Yellow to Red

PStake/$PStake:  Purple

Pundi X: Green.  Wildcard bet in small amount is what I have always shared.  Like with DOGE and RDD.  Has potential to have big runs

QASH: Yellow

Qoin:  Yellow in Oct but chance for Green, check back if you like this,

QTUM: Yellow chance for Green

Quant (QNT):  Green, when under $10 picked this one as a winner

Quantstamp: Yellow to Red

Quantumgeneration.io to launch their IEO soon for the QNM utility token. Yellow

QuarkChain (QKC):  Yellow

Radix:  Yellow, read 25 April Report why if interested in this project

Rarible (RARI): Yellow Green

Ravencoin:  Yellow in 2018/2019 but Green 2021

Red (not Redccoin):  Red

Red Fox Labs (RFOX):  Yellow Red, Yellow at best

Reddcoin (RDD): Green but I got just a little.  It is an odd one as spirit just told me randomly about it so I only got a tiny tiny bit, so I guess it is Purple but only tiny amount… **So I hold a little bit, not a big bet,** I get "11" which means either .11 or 1.11 so while crazy to say, it is possible to $1.00 but logically, which I am not supposed to do, seems like a stretch, **but you never know.  Bottom line, I hold some as some surprise will happen with it.  the staking rewards were substantial and I have liked that.**

Copyright 2021 Whitedove PRESS by Michelle Whitedove Do Not Disseminate

**REEF:  Green**

REN:  Green to Purple, but LINK is what I went with as I saw it as better back when LINK was around $1.00.

REPO (REPO):  Red

Reserve Rights Token:  Purple on 7 Aug at .011

Revain (REV):  Yellow

Rivetz: Red

Ripio Credit (RCN):  Yellow but chance for Green.

Robonomics.Network (XRT):  Yellow to Green

Rocketpool:  Green for a time until Eth 2.0 is easy to stake, not a long term big winner, so I passed on it.

RPlanet: I see this gets attention for a time then fades later on (published in 2021).  Yellow later

RSK Smart Bitcoin (RBTC):  Yellow

Ruffchain (RUFF):  Yellow

Safe Token (SFT): Yellow to Red

Safe Haven (SHA):  Yellow Red

SafeMoon:  Red

Safex Token:  Yellow

Saffron Finance (SFI):  Green, potential, patience

Salt: Red

Secret (SCRT) FORMERLY ENIGMA:  Yellow Green

Seele:  Yellow

Selfkey:  Yellow

Sentinel Protocol: Yellow. Maybe Yellow to Red

Serum (SRM):  Green

Copyright 2021 Whitedove PRESS by Michelle Whitedove  **Do Not Disseminate**   Page 49 of 80

Spark:  Yellow

Sharder:  Red

Shiba Inu:  on 8 May, when pretty low, rated Purple but warned not straight up and a small bet only as it is a MEME coin. But it came through strong and I saw a future when many were saying it was going away.  Now coinbase even carries it which it did not back when I got a good reading on it.  I would not bet big on this though.

Shipchain (SHIP):  Yellow to Green

Siacoin:  2018 rated Yellow and maybe yellow to red back then, but Of course will pump in BULL 2021.  and maybe has turned the corner so lets call it Yellow to GREEN for a time.

SingularityNET: Yellow Red

Skale Network:  Green

Skrumble Network (SKM): Yellow chance for Green

Skycoin:  Yellow chance for Green

Skyway Capital:  Anything involved in RED

SLP (Small Love Potion) Token:  Green Purple (for P2E NFT Game Axie Infinity)

SmartCredit Token (SMARTCREDIT):  On 22 Dec, In nearer term I feel like it can move up to 2.33 or in that range.  That's just for right now. Meaning now. Yellow to Green

Solana (SOL):  Yellow in early stages, Purple in early 2021

Solve.  Yellow, even when it was being hyped always got "Caution"

Sora (XOR):  Yellow Green, Green Potential

Sovryn (SOV):  Yellow

Sparkster (SPKR): Red

Spark Token:  Airdrop if holding XRP.  In Nov 2020 shared not going to be very good, SLOW SLOW SLOW. Will sell majority quickly if any value and would not risk sending XRP here or there to get it.  If Exodus supports then fine, but otherwise I am kind of like whatever, this is really more about just marketing now.  Not like UNI at all which I reviewed when it first came out.

Spectre (SXDT): Red

Spendcoin (SPND):  Red

Copyright 2021 Whitedove PRESS by Michelle Whitedove   Do Not Disseminate   Page 50 of 80

Spider Dao:  Yellow

Steamr Datacoin:  Yellow

STEEM:  Yellow

Status (SNT):  Yellow to Red

Stellar (XLM):  Purple, no price prediction but will do better than XRP in long run but I hold both for now and that is important for some reason.  Stellar is one of my top picks.

Storj (STORJ): Yellow maybe be long term more chance for yellow/red, but still a chance

**StormX (STMX):  Yellow**

Stratis (STRAT):  Yellow to Red

Streamr Data Coin: Yellow to Red

Substratum (SUB):  Red

SundaeSwap:  Yellow to Green, the founders taking a lot for themselves on fees.

SuperFarm:  Yellow Green

Sushi Swap (SUSHI):  Green Purple

Swarm:  Red

Swarm City.   Red

SWYFT (SWYFTT):  Yellow Red

Swipe:  Green for now as liked/needed but eventually it is overcome by other options

Switcheo (SWTH):  Green

SwissBorg (CHSB): Yellow at best, not for me.

Symbol:  Yellow

Synthetixs:  Yellow, could go either way.

Syndicator (CND): Red

SYScoin (SYS): Red

TDROP:  Free.  Not out until Feb 2022 for those staking Theta.  Will have value.

Copyright 2021 Whitedove PRESS by Michelle Whitedove  **Do Not Disseminate**   Page 51 of 80

TE Food: Red

Telcoin: Yellow to Red

Tellor (TRB): Yellow

TELOS (TIOS): Yellow

TenX: Red

Ternio:  Yellow

Terra Luna.  Yellow  Green early on, But changed to Full green when working with "Persistence")

Tether (USDT):  Red

Tezos:  Purple, yes it can go over $100 in time.  Looking for $20 as next profit taking point

The Graph (GRT):  In 2019 I shared "Yellow for now before it is out, it will be better later, wait until it comes out."  I was asked before it even came out.  But I also shared in 2019 "you need to look at this once it comes out because I see it - it looks like it has a great chance for Green. Check back after it is out, I bet it will be good and surprise people."   Well that has happened and it is Green.

Thekey (TKY): Yellow

The Sandbox (SAND):  Green (P2E NFT Game)

Theta:  Purple, I was given it would go into the $1000s in 2018 and later shared "between $2,000 and $3,000."  But in Feb of 2018, it made no sense to me at the time because Theta was about .11 and Theta Fuel didn't even exist.  Theta Fuel was given to everyone who just held Theta back in 2019.  Logically. Back in 2018 or even now, one would think $10s or even $100s, but I just share what I get.  Time will tell--it will be one of the best cryptos out there.  **AND IMPORTANLTY, I see it moving into the TOP 5 at some point.  What price will it have to reach to get there?  Again, Been my top holding since Feb 2018 when I shared "going into the thousands of dollars" and later in Oct of 2020, spirit shared as high as $2,000 to $3,000.**

Theta Fuel:  Purple and I take Theta over it but hold both.  I see $10.00 and even higher.

Theta Guardian Pool: Not a coin, Green to do if right type of computer, you have to have a good computer

ThoreChain:  Green for a while  (starting Jul 2020)

ThreeFold (TFT)  Yellow

Tierion (TNT):  Yellow to Red

Copyright 2021 Whitedove PRESS by Michelle Whitedove  **Do Not Disseminate**   Page 52 of 80

TokenPay (TPAY): Red

Tomochain:  Yellow

Torque:  Red (ponzi)

Tower Tokan:  Yellow Red

Trade Token X (TIOX): Yellow and chance for Green

Tranquility Hospitality ITHA (TRANQ):  Yellow to Red

Tron/TRX:  Green for now, but read my reviews as I don't want it, but it can have runs

Troy Coin:  Yellow to Green

Truebet:  Yellow

TrueUSD (TUSD): Green for use as stable coin

Typerium (TYPE):  Yellow

Ubanx: Red

Ultra: Yellow but really not for me relative to others

UnitedCrowd (UCT):  Yellow

Unus Sed Leo:  Red

UMA:  Purple.  Shared it was a buy in 5s or 6s and shared it was going back up to 24 pretty easy.  That happened and it is still a good one.  No new price targets right now.  Purple.

**Umbrella Network (UMB):  Yellow**


**Un FederalReserve token, ERSDL.** But it's ranked 2,470, it's about 75 cents. It's been climbing, it's been going up since February. This will shock people, but what I get is they have some powerful names and connections and money behind this crypto. Some players. Yeah. The founders of it pumped it up because they wrote some ridiculous note saying they expect $40 billion to be flowing through the pipes by the end of the year - they wrote that. I'm telling you they're not just hot air and messing around and they're looking to just keep pumping it up. So, maybe it's not that good, but it's more of a pump thing, its more of pump than anything. Yes. It's more of a pump thing and if you're in it play it carefully and take profits and leave just enough in to stay in the game. So, if this is something that you're in, you're kind of playing with fire but this thing can go up. YELLOW BUT GREEN/PURPLE FOR RUNS. BUT I AM TREATING IT AS YELLOW. **NOT FOR ME.** They're going to pump it more and if you want to play with fire which I don't do,

Copyright 2021 Whitedove PRESS by Michelle Whitedove  Do Not Disseminate  Page 53 of 80

better be cautious when it goes up, take profits is what I would say.  April 2021

Unibright (UBT):  Added at .21 and .12 sold 75% at .42 and got into other purples & plan to sell more at  $1.00 not long long term hold for me.

Uniswap Exchange:  Purple rating was given about a month before surprise UNI drop!

Uni Token, Uniswap:  Green

Unitrade (TRADE):  Yellow to Green

Universa (UTNP):   Red

Upland:  Green, it is a game and safe to play and will be good. Surprise may be tokens have ability to trade other places and go up.  That may not make sense now, but watch what happens later on in the future.

Uquid Coin (UQC):  Yellow to Green

USD Coin (USDC): Green for use as stable coin

USPX token:  Yellow

UTrust (UTK):  Yellow, but decent chance for better, keep an eye on it if you like and check back.

**V999:  Yellow**

**Vanity:  Yellow**

**VCPool:  It is a pool and it is green for what it is.  Green**

VeChain (VET):  Purple, no price prediction but gets stronger and strong over time as I predicted way back in 2018.  Still on track as big winner.  **But remember there are like 50 Billion of these coins out there.  50 X more than Theta, think about that.  It has to have a total market cap of $50B to reach $1.00 so in time possible, but also balance big dreams with good research.  Sure the right cryptos will do amazing, but stay grounded.**

Vectorspace AI (VXV):  Yellow with slight chance of Green

Venus (XVS):  Yellow

Verasity:  Purple

Verge: Yellow, maybe green if you like privacy coins, but Doge is Better

Copyright 2021 Whitedove PRESS by Michelle Whitedove  Do Not Disseminate   Page 54 of 80

Veritaseum: Now in 2020 since there has been no movement to date "Yellow and really, sadly more likely Red." In 2019 "Yellow, small chance for Green (the longer there's no movement is not good)."

Vertcoin: Yellow to Green

VeThor:  Green Purple

V-ID also known as VIDT: Purple for a time, but watch closely and check back.  Took profit on a 3 X from when got in at .14.  Leaving sliver of free money in and rolling the dice.  Yellow to Green now in Dec 2020.  Will check back later. **Caution**

VIDT is the above coin

**VIDT** Datalink. In Feb, when it was .14 shared good for a time and it rocketed up over $1.00. But now dropping fast on news of it being run by a new org.  .48 today on vol around $3M.  Is its time up?  Maybe and I'm not feeling it right now, I always keep a tiny sliver in any I have held, you know, a just in case little bit of the free money in.  Got it at .14 or so and majority out at .52 or so.  Getting all orig bet off the table with about a 3 X.

Let me sum this up, with this one right now, I would just leave it alone. I would still wait before I go in if it was one I wanted to go in on again. You know what I mean?  A caution.  Yellow for now.   No longer a buy. It had its time, it did great. Those that made money and were smart and sold some, good for you. And maybe it comes back some day, maybe it doesn't, but I'm no longer really interested in it.  Yeah. There are just so many others. In fact, now I just don't see a lot of progress. I don't even know if it will even stay on the board, you know what I mean? I get caution.  Yellow.  Caution.

Vid (VI):  Yellow Red

Videocoin:  Yellow

Voyager (VGX):  Green for a time (starting Jul 2020) but after Bull, Yellow

V-Systems:  Yellow

Walton Chain: Yellow to Green

Wanchain (WAN): Yellow to Green

Waves: Yellow

WAX:  Yellow to Red

WBTC:  Yellow Red, I do not trust it

WGR Wagerr:  Yellow at best

Copyright 2021 Whitedove PRESS by Michelle Whitedove  Do Not Disseminate   Page 55 of 80

Wink:  Green

Wirex (WXT):  Yellow to Red

Wolfage Finance Token (WEFI):  Red

World of Retail:  Yellow

World Token:  Yellow

WRT Coin:  Yellow

Xinfin:  Yellow 2018, 2019, but 2020 and 2021 to Green

XRP:  Purple, I was shown $10 back in 2018 for years off in the future.  So 2021 on becomes important. I added it to my portfolio in mid-2020 and was shown to just sit back.

Xxcoin and xx.network:  Yellow at best

XYO: Red

**Yearn Finance (YFI):** not my thing, I keep it simple and this is not for me but hey, it's good for those who like it.

Yield App (YLD):  Yellow Green

**ZAP:  Yellow**

ZCash:  Yellow, Green if you really want a privacy coin

Zenon:  Red

Zilliqa:  Purple added at .01 and see it going to .30 or $3…I got "3".

ZWAP (Zilswap): Green

Zynecoin (ERC-20: ZYN): Red

ZZZ finance (ZZZ):  Yellow Green for a time

0x (ZRX): Yellow to Green, but maybe more Green

$PStake:  Purple as it was free

Copyright 2021 Whitedove PRESS by Michelle Whitedove    Do Not Disseminate    Page 56 of 80

**Stable Coins:**      USDC is the only one I use.  Some are very dangerous like Tether. If I had to use a stable coin, it would be USDC or the one with Gemini Exchange.  Only US regulated ones with legit audits.

**Wallets/Storage/Exchanges:  2 Factor Authentication IS VITAL! Typing in passwords in "airplane" mode or while off line is vital.**

Abra Wallet/Exchange app:  Yellow

Atomic Wallet:  Yellow to Green for use

Binance Exchange: Yellow, For In and Out, like other exchanges and in 2019 published Binance Coin will do good, but not avail to US citizens

Bitfi wallet:  Green for use, but like other wallets will have and or has had hiccups

Bittrex Exchange: There are two. One in the USA and one in Liechtenstein Bittrex Global. And their trading app for mobile phones as well that might be an extra security risk. It will work okay to. I just get "okay." Yellow for all.

Caleb & Brown/Crypto Brokers:  Purple for use, but have method to verify trades besides just email.  Like Coinbase, some form of two factor authentication is important

COBO Wallet: Yellow to Green for use like all of them follow the security protocol.

CoinBase Exchange:  Yes it is Okay for Use in and Out

Coinomi Wallet:  Yellow to Green for use

Crypto Chain Immunity Trust--not a coin: Yellow

Crypto.com The Exchange: Yellow to Green for now

Crypto.com Wallet:  It's good.  I like Exodus more, but this one is fine for a non cold storage option.

Edge Wallet: Green to use if follow rules

Ellipal Wallet:   Green to use if follow rules

Exodus Wallet (Store, Exchange/Swap):  Green to use short term

EXW Wallet:  Yellow.

Gemini Exchange:   Green for use

Godex Exchange:  See it working and then not--Caution

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 57 of 80

Grayscale Bitcoin Trust (Nasdaq--GBTC), not a crypto:  Green if you need a stock market product, but not for me

Hodlit Project:   Not a coin, Yellow to Red for involvement

Huobi Phone Wallet and Huobi Exchange: Yellow to Green for quick use

Keepkey: Yellow to Green is about as good as you'll get from when it comes to Wallets or Exchanges. Even wallets that are "cold storage" still must be approached with care and caution and can have hiccups.

Keplr Wallet:  Yellow to Green is about as good as you'll get from me as they all require absolute attention to detail.

Kraken Exchange:  Yellow to Green for quick use

Kucoin Exchange:  Yellow to Green

My Ether Wallet (MEW):  Yellow, use only with Trezor or Nano

Nano S, X Hardware Wallet:  Green for use but can have hiccups but will be okay

Ocean Exchange:  Yellow to Red

OKEx (Exchange):  Yellow to Green.  Okay for in and out.

Paper Wallets: Green for use

Pillar Wallet:  Green for use, like any hot wallet not large amounts

Poloniex Exchange:  Green for use, quick in and out

Shapesshift.io Exchange and Shape Shift, Yellow to Yellow Green.

Theta Wallet:  Green only from www.thetatoken.org (only type in pass codes/words in Airplane mode)

Ternio's Block Card:   Yellow for use

TOKOK Exchange:  Yellow to Red

Trezor Hardware Wallet for Storing Cryptos:  Green for use

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 58 of 80



**Whitedove's Portfolio and Strategy Report**

by Michelle Whitedove
author | teacher | seer

MichelleWhitedove.com

## What Does Whitedove's Current Portfolio Look Like?

This is subject to change at any time.  As described in the color coded report, I **may add a "Green" coin at any time or a newly reviewed coin.  When you see a STRONG NEW coin review in the monthly Patreon Report, that is usually a que to dig into your research and decide if it is for you or not.**  And remember, nobody can "hold them all." The below are approximations and can change at any time as the market ebbs and flows.

**Do what makes you feel most powerful.  I cannot and will not advise you.  I am always happy to share what I am doing.  My holdings go up and down with the market and I do not worry about it.  If I like something it is only because spirit likes it.**

For years we've shared **"it is about the mix"** and right now I try to hold about 20 or so **PURPLE coins.** And I **never go very heavy in any one** (except Theta and Theta Fuel of course and now adding Persistence whenever possible).  Sure in 2018 and 2019 the majority of my entire Portfolio was all Theta/Theta Fuel, but then I just started adding new ones as you know.  I may streamline as we get further in this Bull and I will provide updates in Patreon.

Some friends ask, "Why not just go all in on one or two?"  Because they will go on runs at different times and it creates so much anxiety in people.  Diversification can be good and spirit keeps sharing so much amazing info about all of these amazing projects it is hard to resist not holding a nice mix, smile.  For the most part, the only people who obsess about the "what ifs" and real or perceived "drama" surrounding a specific project are the people who put all of their eggs in one basket.  I don't worry about XRP or Digibyte or any crypto not going up because I only have a few percent of my portfolio in those coins other than Theta and Theta Fuel and Persistence and to a lesser extent in Cardano and Polkadot and LINK and BCH.

If you or someone you know is getting wound up over cryptos, it is because they have too much at stake. Bottom line, human beings are involved with every project and can do counterproductive things. Look at Veritaseum, it had lots of potential until the founder poked the wrong people. Free will is always in play. Next thing you know he's in court and Veri is a disaster. So while the people that had a small percent didn't like what happened, they just rolled with the punches and certainly didn't buy more when I published "I wouldn't buy it now" over two years ago as soon as the SEC was involved. And many just got out at $16 or $20 and chalked it up to a loss.

Anything is possible and there is a small, small chance a big player could come in and help Veri, but at this point, I wouldn't bet on it. **One of the hardest things to do is to let go of a mediocre or bad coin because it is emotional. You can mitigate that by not having a big position in any coin. This is gambling and anything can happen. And PEOPLE are involved in these projects and people have free will. Whenever possible, try to pick more stable, non egocentric, mature and experienced people with a track record of success--that can reduce some of the risk.** Look at who is running Theta, Cardano, Persistence and those are good examples.

**As published last year, in 2020, I was drawing US dollar cash reserves down to put more into crypto before the bigger run up. So drawing down my CASH in September of 2020 was about perfect timing. I drew it down to around 20% at MOST and bulked up on cryptos. Now cryptos and precious metals are about a combined 80% of liquid holdings. But over the course of 2021 as sell targets for different cryptos have been hitting, I have been scaling out into more precious metals, USDC and US Dollars. Now I will wait to see if there are undervalued cryptos or other assets to be scooped up later. With that said, each month for the past three months (July, Aug, Sep) I have been dollar cost averaging into Theta, Theta Fuel and Persistence. I cannot time it so I do not care when the prices go up and down on those three right now.**

Currently T**heta and Theta Fuel represent over 30% of my portfolio,** but that is in part because they (theta and theta fuel) have done so well relative to others and Theta was pretty much the one coin I got in 2018 and then free Theta Fuel in 2019 all before the huge approximate 400 X move up from .04 to around $15. Theta pretty much held its value over the course of 2018 while most everything else was decimated and many went down 90% and more in some instances. LINK IS another in the portfolio as you likely know as published I was getting it in 2019 at around $1.00. Took a little off the table at $19.00 as published in Patreon and then scaled back in at $13.00, 12, 10 also as published in Patreon. But the point is, what a blessing that was for all of us who jumped on the Theta band wagon in early 2018 when spirit shared it with the world and we put it on our blog and got the word out through our friends. Now many other kind souls are sharing it too, but you ain't seen nothing yet. Of course it needs to go through a consolidation phase, but there's more to come. And our Cardano, Solana and others have run nice.

THANK GOODNESS we got Theta back in the day and then got the FREE 5 THETA FUEL for every one Theta we owned--all just for being in Theta early. Thank you Spirit. And now we will get the free TDROP in Feb of 2022 for staking our Theta. And if

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**  Page 60 of 80

you are newer and didn't get the free Theta Fuel, don't think twice about it. We bet you are going to do amazing. And if I could only get one crypto, I would have a hard time picking between Theta, Theta Fuel, and Persistence. And you know Cardano and DOT and LINK and other purples are up there too. But the key to me is, I like having the MIX of coins.

Even though Theta has had a great run, my percent holdings have remained roughly the same over time as I was adding other favorites too **(as published on Patreon)** along the way like LINK when just a few dollars, TEZOS under 1.00, ETH around $118 early in 2020, BCH around $100, Cardano under 10 cents, ZIL, Stellar, Solana around $5, and many others. **Aave(LEND) at .38 and a little later swapped over to AAVE(AAVE) in the 50s. And just a sliver of Compound at about $150ish and Reserve Rights(RSR) at about .011. I tried to get DOT when it was 2.00 (it was 200 before the 100 x reissue --which is the equivalent of $2.00 today) but I wasn't able to and ended up getting some in the $4s and $5s. But I was happy for all who got some at about $2 when I published I was going to get it. I gave DOT an amazing review in both July and on 7 Aug 2020.**

Do I pick everything up at its low? No, of course not. Recently I picked up Persistence at $9.00 and today when I am working on this on 28 Sep is was about $7.77. I picked up OriginTrail earlier in 2020 at about .12 after a 9 X run up, but didn't care because if it dipped I was ready to just double down and if it didn't I knew it would be much higher someday. In fact, I got it at .12--after a 9X when I first gave it a great review in Jun/Jul 2020 time frame. Solana was similar. Only got a little in the $5s and then didn't get more until after it ran up and came back down to around $10 to $12. Of course that ended up being good as we all saw it run up to $200 and had lots of chances to take profits as published. T**he point is, I didn't get them all at the bottom prices.**

I try to hold a about **20 or so coins in relatively similar amounts (except Theta/TFuel/Persistence and then Cardano, DOT, LINK are a little higher percent then the rest)**. **Pick your favorite Purple or Green coins, trust your gut and then sit tight.**

**AGAIN, I NEED TO SHARE THIS AGAIN, DOLLAR COST AVERAGING (DCAing), as a general strategy IN A BEAR MARKET, IS NOT A GOOD STRATEGY. DCAing in a neutral to BULL MARKET, as a general strategy can be very good.**

**How many coins have I looked at? At this point, we are approaching 800.**

AGAIN, AS A GENERAL RULE, I NEVER GO TOO HEAVY IN JUST ONE OR TWO COINS and I don't swap in and out and try to CHASE THINGS or TIME THINGS. Some of the biggest mistakes people seem to continually make are: Loading up on one or two coins instead of having "The Mix", chasing the "coin du jour" or next "shiny thing" or trying to trade in and out, and sitting on the sidelines just waiting for everything to drop throughout 2019, 2020 and 2021. That ended up being a huge mistake.
BUT I HAVE BEEN AND I'M STILL SCALING OUT IN 2021 and 2022.

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 61 of 80

**Bottom line, this is gambling.** AND the coin du jour, or next big thing and or a trading strategy doesn't seem to work out so well for most. Remember everyone chasing DeFi, Then NFTs, Then MEME coins? Then DGB news of a partnership, then XRP news? Just hold your favorites is what I do. I don't sell them to get more of another. **Well, the only exception was when I shared I was selling a little bit of my favorites other than Theta and Theta Fuel to pick up Persistence.**

**The other thing that doesn't seem to work at all is sitting on the side lines waiting for the NEXT DROP that someone is always predicting.** UGH. All through 2020 and the beginning of 2021 that is all you heard. Trading in and out, trying to time things, has not been good to many. If our non-professional friends who try to trade would just take a step back and look where they started and examine where they currently are, they would likely find they would have done the same or actually much better if they were spread across the good coins and just sat tight. And they would not have exposed themselves to all of the risk, stress, anxiety, tax implications, and the accounting headaches. But, to each their own and I cheer all good people on. Hey, we are all on our own journey.

So the short answer to what **my portfolio and strategy looks like is I'm spread out pretty evenly among my top Purples. And I have no problem with the Purple, Green, or even Yellow Green (the wild cards as I call them) for those who are passionate about them and wanting to take some flyers--but again I don't just get one coin, I have a mix.**

Finally, **at least several times a month one of our cool friends will ask "I have some money, which coin should I buy this week or month?" And I always share the same message, "Is it really extra discretionary money? How are your liquid assets spread out? Do you have any dry powder? What is your time horizon. Do you have Theta, Theta Fuel and Persistence? I would start there. Next, do you have Cardano, DOT, LINK? I would dollar cost average the money in but take into account in order to do really good when starting from scratch one should give themselves several YEARS to succeed.** Since I am a long game player and not gambling with much because I have to stay emotionally removed and keep my objectivity, when I have discretionary money to put in I generally just put it in and don't worry about it if the coin(s) I just bought DIPS or goes down in price...it is about the long game. Now, it goes without saying, if a coin just did a 10 X, I would not chase it. Especially this far into the BULL MARKET as I write this in Oct of 2021. I am buying Persistence and Theta and Theta Fuel right now though and have been as published in Aug and Sep 2021 Patreon Reports which all of this year's reports are available at https://www.patreon.com/MichelleWhitedove

## Do I Work To "Rebalance" My Portfolio?  No!!! I just get in a mix of them and then sit tight. I have always shared that ONE OF THE BIGGEST MISTAKES PEOPLE MAKE IS MOVING FROM ONE CRYPTO TO THE NEXT. There is NO TIMING IT. You will lose money doing that, period. I only move coins to sell when they hit my sell targets. I set a plan and stick with it. Do I care that my Theta sometimes gets up to 50% or more of my portfolio? No. In early 2021 I published in Patreon I was not

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 62 of 80

buying more Theta for the near term.  But that was right after the huge run up to $15 or so and I shared instead, for a time, I was focused on DOT while DOT was 4.00 and 5.00 dollars and that I was also going to focus on whatever else got my attention out of my Purples.  Then during the correction over the summer, I started buying Theta, Theta Fuel and Persistence in July and Aug and Sep.  But we are all different.  And even though we are near the end of the BULL RUN as I write this in early Oct of 2021, if I didn't have any Theta, Theta Fuel or Persistence, you bet I would be DCAing in!  Again, if I didn't have any Theta, Theta Fuel or Persistence, I would I buy it now.

**Gov't and Cryptos?**  We predicted many times since 2018 that "I see more "regulations" And I have been predicting over and over for years (and it has been happening), the gov't will get their piece through taxation and suits (SEC will pick and choose to get a piece of the pie-- remember we published that a long time ago). And when we published that we also predicted, "They will put similar regulations on Exchanges so you cannot move money under the radar, just like a bank.  BUT, "They" cannot stop cryptos. **SEC will not take a blanket approach to any coin which did not properly "ICO."**  How many times have governments around the globe (including the US) already tried to derail cryptos? Too many to count over the years. Just more FUD. The genie is out of the bottle, so to speak. Cryptos were inspired by SPIRIT and FOR THE PEOPLE. As much as "THEY" try to stop them, they cannot and will not. Sure, they slow them but you know what happens when you hold a big ball underwater, when it finally breaks free it shoots up.  Yeah. Well, I'm using all my mojo. Little do you know, I'm using my mojo to keep the government off of the cryptos as much as I can. They're trying to get in. They're trying.  So I'm trying to block them every which way, to buy time.

# BONUS: A Few Potential Profit Taking Options

Here are my next profit taking points and while we do not know if they will all hit this year, we sure hope they do and we get to set new ones.

PLEASE check out the 700 Coin Review for any long term price predictions which we've published AND REMEMBER TO LOOK AT THE REPORTS PUBLISHED on my Patreon site for updates.

These are just my next Caleb & Brown sell orders as of TODAY, 1 Oct 2021, AND I WILL TWEAK THEM. This is based on a snapshot in time. You shouldn't just copy me-- **these are just my next set of potential little targets, similar to what I have been publishing all year and many of them hit which made all who took them happy when the market corrected in May of 2021.**  Once these are hit, I set new ones. These are not final targets!  **Again, these are just my next profit taking targets.**

IMPORTANT, I will be carrying 50 or more percent of my holdings through the next bear market. Why?  Because I don't think it is possible to time things just right and things will not play out like you expect.  So that is just a target.  It may be less, it might be more.  I

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**    Page 63 of 80

plan on taking all of my Persistence into the Bear as it is new and I feel it can go up during the Bear and I don't want to chance being caught out of it when it starts running. Same for Theta/Theta Fuel, but I will only be taking about 50 to 70 percent of that into the Bear, depending on how high it runs in the next months.  But I want to carry some cryptos into the Bear Market because I feel some projects will decouple and run when you do not expect it.  But again, PROFIT TAKING IS IMPORTANT and if you have been with me for years and played the game wisely you have all of your original money out of the game and then some.

I am not saying these are the end prices for this BULL or even that they all hit this year, I hope they do and have planned that way.  But could this extend longer than I expect? Sure.  I just did most of the Purples. Please, if I don't have one you are interested on the list, I cannot do them all and please know you can do this yourself for all of your coins. You are smart.


## These are the sell ranges I'm considering:

**Aave - $900.00 - $1,080.00**

**Bitcoin: first little published sell target was $50K (hit), then $60,000 (hit), I would take more profits at $70K, 80K and $90K.  It will be a stretch to reach 100K or more and I would not bet on it.  I have been consistent on my BTC prediction of capping out likely under 100K for well over a year now. Even when everyone told me it was going way past 100K and likely to 150 to 300K.  I have said no every month for the past 9 months and still.**

**Bitcoin Cash - $1,000 -$1,200 was my first target which hit ($1,100 Hit), $2,500-3,000 would be my next little profit taking point**

**Cardano - $5.50 - $6.50, then $8.00 and every dollar or two after IF it kept running in 2021.  Long term, Cardano will go higher than most think and it will pass Ethereum in total market cap.**

**Chainlink - $75.00 - $90.00 for starters.**

**Compound (COMP):  Purple in mid 2020 when around $150 and it ran over $800. Currently around $301.  Sell target $1,500  A bug in the system from new upgrade, but will be okay.  Could have already taken profit at $800.  Now it is $300 on 29 Sep 2021.  So it will go back up? Yes.  I see 600 in the nearer term, but for me, I will wait until 1500 because I don't mind if that takes a while.**

**Cosmos - Purple for years since it was about $4.00 and it recently hit about $45 in Sep of 2021.  Sell target $80**

**DeFi Chain - $6**

**Digibyte** - earlier in year when less than .02 or so, we published I saw a spike up to as high as .15 or so, that happened and now my little sell target is set at .50 to .75

**Dogecoin** - $0.25 - $0.30 (hit), .90 - 1.10 next little target.  Will hit over $2.00 in time

**EOS** - $20.00 - $24.00 (not a huge fan of this coin relative to my top picks)

**Ethereum** - $3,500 - $4,250 (hit), $5,000 would be my profit taking point, then $6,500, then $8,000 and each additional $1,000 increment from there.

**FTX (FTT):**  Long run winner, but during the bear will be impacted of course, currently about 51 (at end of Sep 2021) and my first sell target is at $160

**KAVA** - $11.00 - $12.20 (long term it goes over $100)
**Kusama:  Purple**

**Litecoin** - $590 - $650

**NEAR Protocol (NEAR):**  $80, but that is because I just got this in Sep around $6.75 or so.  And, in time, it will go over 100.

**NEO** - Hit my first sell target we published around $100, check!  Next will be at around $150 to $180 for next little target

**OMG** - $20.00 - $24.00

**Origin Trail** - $2.50 - $3.00.  I may move this down to $1.00 for a very small sell order, but really for a little bigger one I like the 2.50 to 3.00 but TRAC is a long term hold for me, likely years.  Big potential.

**Persistence** - unless it just goes crazy and hits a number that speaks to me, I'm holding for at least a year, but staking that will add huge returns. Staking is a ridiculous almost 40% until mid-2023.  Do I feel like it could hit 100 or 300 or something like that in the next year or two or so? Yes. Yes. Yes. This is not like Theta where I was given the final outcome that was more than 5 years in the making. This, Persistence, is really amazing in that it will shoot up the ranks quicker than Theta did.  It's probably going to turn out to be higher than you could ever imagine. Would I lie to you? Exactly. I can't. I don't have it in me.

**PancakeSwap:  $65, currently about 18.79**

**Polkadot**, it's a great one. It has a bright future.  It's going to climb the charts. 120, 150 easy. It's just going to keep going even past that, I'm telling you. I mean, right now it's in the 20s.  And we are saying it can go 150, 200. It can just keep going. So, it's still going to do well even when it pulls back.  Lucky people who got a great chance during the correction of 2021.  Lucky lucky lucky.  Remember, spirit

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**  Page 65 of 80

shared we would have a correction in 2021 and it would be the time for those who were ready to buy buy buy. It's kind of like Persistence. We're saying "Well, let's bite the bullet. Even though it's gone up from $3.00 when we first bought some, maybe we still buy some more during the correction that lasted from May through Jul…but still buying in Aug and probably Sep too.

Persistence is where I want to be during the Bear that is coming later this year (today, when I update this it is 26 Aug 2021)." I am a long game player. Yeah spirit told me I should have more Polkadot back when it was dollars. And when it was $10 and $20 and even $30…those prices will be considered cheap when it goes over $100 and more. You know I never get much of these because I need to be careful and not get too into it so I am impartial for everyone. I'm going to ride Polkadot because I feel like Polkadot, Theta, Persistence are long term holds.

Reddcoin - $0.11 - $0.13 (this is not set up with Caleb and Brown as they do not trade it. This is not expected anytime soon and I may not even take profit at this point because I feel it can actually get to $1.00 OR MORE in the long run (years). This is just a target for whenever. I have always shared, for years, just a very small bet for me. No. Not big, no! Again, Reddcoin is a wild card small bet for me as I have consistently shared for years now. I still feel strongly about having a small amount and then just forgetting about it (currently about .003). And remember, I was shown "11" and it actually is possible that someday it goes to $1.11. I am not predicting that, I am sharing it is possible.

Reserve Rights Token - Purple on 7 Aug 2020 at .01, sold some at .10. next target .30, currently about .03

Shiba Inu - $0.00007 (10 X higher than today on 30 Sep 2021). In Sep of 2021, today, it's like they're having problems, but they don't want to be out of the game, and so they're revamping, and so they're kind of in the crapper right now, meaning as far as their value, but I don't see it dropping off. I see them recovering and going back up. Spirit knows everything. I am just the humble messenger.

Uma - $80. It will go over a 100 in time

Uniswap - $55.00

Verasity - $0.11

Solana - $80.00 - $96.00

Stellar - $.95 - $1.15, eventually it will go into the dollars.

Tezos - $20.00 - $24.00

Theta - $24.00 - $32.00, eventually it will go to between $2,000 - $3,000

Theta Fuel - $3.00 - $8.00 for now

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 66 of 80

**UMA - Shared it was a buy in 5s or 6s and shared it was going back up to 24 pretty easy and it did before Summer 2021 correction.  That happened and it is still a good one.  Next sell target $80.  currently about 8.90.  Over $100 in time.**

**Uniswap (UNI) - Purple rating was given about a month before surprise UNI drop! Next sell target $55, currently about 23.00**

**VeChain - $0.35 - $0.42**

**Verasity - $0.11**

**XRP - $7.50 - $8.50, but will reach over $100 in time.**

**Zilliqa - $0.30 - $0.36**

# My Top 5 Picks
I would likely spread it around fairly evenly across
**-Theta**
**-Theta Fuel**
**-Persistence**
Those are by far my biggest bets

My next picks are
**-Cardano (ADA)**
**-Polkadot (DOT)**

**The remainder of my Portfolio** would be some combo of the other Purples.  Just pick what speaks to you most for your mix.  Once you pick it is usually best to sit tight and not start mind screwing yourself!  Reddcoin and Shiba Inu are my micro or smallest Purple bets.

# My Top 13 Cryptos listed alphabetically, 13 is a lucky number!
**Lucky 13!**

Aave, Bitcoin, Bitcoin Cash, Cardano, Chainlink, Cosmos, Ethereum, Persistence, Polkadot, Theta, Theta Fuel, VeChain, XRP

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 67 of 80

## Has my portfolio and strategy worked for me over the past few years?
Yes, but we are all different.  I just go with what spirit shows me, period.  I never CARE ABOUT what is hot or not, I just share what spirit gives me.  What works for me may not work for some others.  The Purples that haven't run like you would have hoped, I am betting they will run when everyone gives up on them or isn't paying attention.  But what if one doesn't?  That is why I keep sharing "IT IS ABOUT THE MIX."  But, the majority should all have their "day in the sun" so to speak.  And who cares if you missed a run in something.  Let it go, you are so far ahead of the masses it doesn't really matter.  **Focus on abundance.  Cherish what you have.**  Gosh, if you are betting on cryptos with your discretionary money, you are in better shape than over 90% of the world's population.  How luck are you.  Running water, food, shelter, and no one shooting at us…we are all so blessed.

## BRAND NEW TO CRYPTOS?
1.  CAUTION.  I would keep it very basic and FOCUS on security and not losing my cryptos.  I would not look at any "add" or any post or anything that offered "free cryptos."  Never give "private keys" or "passwords" to anyone.

2.  If putting in less than $2,000, I would just open an account on Coinbase (have two factor authentication) and get a mix of the Purple coins they have available and I would leave them there while I began a robust and methodical education on cryptos in general I.e., security, wallets and cold storage.  I would never send large amounts without first sending small test amounts.  I would simply just not move anything around while learning, period.

3. If putting in $2,000 or more and I wanted Theta and a combo of Purples, I would open an account with Caleb and Brown and tell them you are with Michelle Whitedove and they deeply discount their fees, wink.  Contact info: https://www.calebandbrown.com/affiliates/michellewhitedove .  I would set up email with mandatory phone call or text verification on any order that moves money out of your account.

## Crypto People of Interest - Whitedove Readings:

**I reviewed most of these people over the years as people have asked.  Most were reviewed between 2018 and 2019, but I keep them up so people can check.
The big standouts where Satoshi who most agree now is correct, but did not in 2017/2018.  Also Jared Tate of Digibyte was reviewed about 5 months before he stepped down and took a temporary break… Spirit could see that coming.  Also Charles from Cardano who years ago spirit shared had a good heart.  Not many people agreed with this in 2019 and we received a lot of push back, but now most**

can see the Cardano leader is decent and agree with the now several years old review.  Thank you Spirit!

**Satoshi Nakamoto:**  Spirit allowed me to be the first to share with the world in early 2018 all about "Satoshi Nakamoto."  This is all still so relevant today.  I enjoyed reading it and getting the confirmations.

**Who Is Satoshi Nakamoto:** Published 5 April 2018.  Psychically I see Satoshi Nakamoto and want to release this info to the world and put to rest the rumors about who Satoshi is. The name, Satoshi Nakamoto was created to conceal the creators' identity. And for good reason. To say this new technology would've brought undesirable attention to the founders is the understatement, they would have been jailed. Yes, I said, FOUNDERS with an "S". **Satoshi Nakamoto is a group of mixed nationality Asians – they are cool cats, mostly young brainiac coders. I see a core group of seven with a few sub contributors.** Of course this leads to other questions like: Are they still involved in Bitcoin? Will any of the founders help in Bitcoins further development? I'll answer those questions in a moment, but for now, onto the "Why."

**Why:** The Satoshi Group saw what governments, the Federal Reserve and the R0THSCHILD Central Banks around the world were doing and knew we needed an incorruptible means of financial exchange. **The intent behind Bitcoin was pure, it was made for the people, by the people, to revolutionize currency, to exchange money securely and fairly and to create wealth.** I know for a fact that there were no Intelligence Agencies or Governments involved, this was completely under the radar created by a pioneering group of inventors. Both the Satoshi Crew and the Anonymous group are not happy with the direction Bitcoin has recently taken as it was intended to be a peer-to-peer system for everyone to use. It was not intended to be locked up, manipulated and controlled by the Federal Reserve / R0thschilds World Banks / Bilderberg group.

The Satoshi Nakamoto group or original creators is furious that Bitcoin has been corrupted. They felt that the Blockchain they invented was secure and untouchable but to them it became more like the titanic – they believed it to be airtight but in-fact Bitcoin was breached. This caused a division within the group, although I see that the founders are still involved in Bitcoin but they will not help with its further development because it's been compromised and corrupted – they have moved on to create other crypto currencies as a group and also independently . With that said, the Satoshi Group can now see how and why this happened. They feel it was an unintended consequence, but it led to something greater than they had originally envisioned: the beginning of competing and complementing alternatives. That's right, the founders see the competition as overall good and they know that Bitcoin sparked massive innovation and even humanitarian goals with some crypto coins.

**What Will Happen to The Founders' ONE MILLION BITCOIN** since Bitcoin is now being manipulated and is no longer decentralized – which means it's actually somewhat Centralized now and being controlled and manipulated just like the corrupt banking systems that Bitcoin was created to be the opposition of. Let's face it, **people want to know what's going to happen to all of those Bitcoin that the founders' mined.**

Copyright 2021 Whitedove PRESS by Michelle Whitedove <span style="color:red">Do Not Disseminate</span>   Page 69 of 80

**That's because there are staggeringly different implications IF THEY ARE GONE FOREVER IF THEY ARE COMING BACK ONTO THE MARKET.** First, of course they didn't lose them.  Some will say they lost the keys.  Really, you think the most sophisticated and innovative cypher punks in history lost their keys to their one million BTC?  Really?  No.  That is silly.  They are playing chess and held them back and still do for strategic reasons.  So, yes, one million Bitcoin could significantly impact the market. I predict that the Satoshi Crew have their mined coins and they deserve to benefit from the revolutionary invention of blockchain and cryptocurrency. And mark my words, I predict that BitcoinCash will one day overtake its predecessor.


**Antonopoulos, Andreas:  Bitcoin/Crypto Proponent**: Andreas Antonopoulos is a well-known proponent of Bitcoin. Another one that doesn't sleep. Yeah. No. He's constantly traveling, constantly working. He has had a positive impact and is well spoken and began the mission with pure intentions, but as it so often happens when one gets a following or some taste of "celebrity" the ego can get inflated. This doesn't make someone bad, it's just…in the nicest way let me be honest and share I feel as though his ego has gotten the better of him at this point. The ego's grown now and there's nothing worse than a know it all. Because you may think you know it all, but then…you know? He's kind of jeopardizing his health. This was more of a personal read, but spirit brings it up. Work, work, work, work, work. Work means money. Money means time. That is his mindset right now. It's, he's in it for the money right now and notoriety. You know? So he's not maybe in it for the best reasons right now. I get it, people have to make a living. But I get that he should keep an eye on this because that can have negative health impacts.

Ultimately the work he's doing is creating a greater good even though that's not really what's driving him and that is what you were asking. No, it's the dollars that are driving him and the notoriety. But no judgement from me and the work he's doing I want to tell you, oh no, he's genius. And I've never heard of him or seen him. This is just what is coming through. Yeah, he's got it and he knows he's got it. Yeah. So he has a sizable following, which are under the impression he's doing it all selflessly. I get it, he's human, we all are… but selflessly my tush. A good source of information, yes. Well-spoken and brilliant, yes. But I had to share what you asked which was, "Is he Gandhi?" And, no he is not.


**Aggarwa, Tushar.  CEO of Persistence.**  Yes, I see him. He's like 30-something years old. I "see" that he's brilliant, IQ off the charts, but coupled with the ability to focus and move things forward.  Total package.  And did you know IQ alone has very little to do with success?  You need drive too.  He has it all.  He's actually a nice guy and he's always thinking and doing.   And he has a pure intent. He wants to take this to the top. He has the money and others backing him, and this guy has got the money, the connections. He's got a pure intent. Look at the name he used, Persistence. You know that. His motto. His motto is "Leave your ego at the door.  Persistence is the key." That's his motto.  Hold on. That's weird what I just wrote down, because I do automatic writing too. It's how I write my books, I wrote down "He will not stop until he gets to the top." And he's driven and he's young and he's pure and he wants to take this money and he

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**  Page 70 of 80

wants to help people with it, not just make money. And that's what defines him from the other people and that's why this coin is the next Theta, because this guy has integrity and he's spiritual.  And he believes the same thing that I do, don't be greedy or you'll lose it all.  He's on fire and he's just getting going.  I'll put my chips on him and on Persistence. I already did and I will continue to do so.  [Sept 2021]



### Hoskinson, Charles:  Cardano

All right, I'm looking at a photo of Charles Hoskinson, he's a mathematician and he is the co-founder of Ethereum. You've heard of Ethereum 100 times. This is the co-founder of that and he's the founder of Cardano, which in 2018 we said is going to do really good and even be better than Ethereum someday.  Yeah, funny, many people may not, but I like this guy for a few reasons. But he rubs people wrong because he's a business-y guy, you know what I'm saying.  I feel that he's smug. He's like hey, I know this person (you know, name dropping) and it gets to some people. Greed is the root of all evil, money is the root of all evil. He's a greedy guy, but Charles, he has a good heart left, you know what I mean? And I like that.  He's a brilliant business shark, but he's not looking to muck everybody over.  And I like that.   Yeah, I mean the guy is incredibly smart. To co-invent Ethereum, that is huge. That's genius. And I like that.  Then he came out with Cardano…and, yes, I like that too.

I predicted years ago that Cardano is actually going to go above Ethereum in total market cap someday, not in price per coin. This guy is a business guy and he's going to make it work and be super successful. And I also like that.  I see that he won't mess around. He's got so many connections. When he wants something done it's done.  Yeah,

Copyright 2021 Whitedove PRESS by Michelle Whitedove <span style="color:red">Do Not Disseminate</span>   Page 71 of 80

Cardano, it has been one of my top picks for a long time, we called it PURPLE when it was under 10 cents or so. After looking at this guy, I'm going, this guy is a winner in many ways, Maybe I ought to get a little more Cardano. Spirit even said that to me. It's like Michelle, you know, you need to put a little bit more into this. You're making all this money for the people, but you're not doing it for yourself, so I'm taking my own advice and picking up just a little more--BUT I can really only do a little so I do not get emotionally involved.  I have to be detached, anyone who hopes to stay pure and keep their ego out of this must.


**Jesperson, Ryan:  Tezos Leadership:**  I still see Tezos doing well into the future as I have predicted for a long time now. And there's more than anyone else knows going on here… Jesperson, he's brilliant. He's in the money, that's for sure. No wonder he's got a big grin. He is running this now.  He's in charge of the counsel that kind of steers this coin, this project, and getting it done.  But I pick up on something odd, I pick up on that this guy can manipulate it somewhat.  Yeah, he can actually manipulate this a way nobody knows, I don't know how he does it exactly, but he's brilliant, and they see it doing good. He has a good reputation, it precedes him, and so I feel that this will continue to do well.  Yeah, he's all on it, hands-on. Some will ask, "If he can manipulate it, why doesn't he just make it go way up?"  Well, he's going to when he feels the time is right.  What do you think is has been happening and will? That's why he has such a smile on his face.


**Kumar, Amrit [AK]:**  President and Chief Scientific Officer of Zilliqa (ZIL).  Okay, I am looking at the photos that I have of this guy.   Okay, I'm looking at the guy right now, and he's got a high IQ, that is what I instantly get, but I guess anyone could infer that. Hold on.   I don't know all about ZIL, but no doubt AK, this guy, is solid and spirit is showing me he wants to create a whole system, basically, correct?  A whole new system, better is what I get.  Yeah, I feel like that is legit, and this guy is really trying to do this, but it's something that isn't right now, it's more out in the future.  Yeah, have patience for this one. It's a good one, but it's going to take some time.  But you know how it works.  I get it now and then leave it be and then out of the blue when no one is looking it starts shooting up.   This guy has what it takes, but I know it's not only him. There are other people, as well.  It's massive. It's a journey.  The Zilliqa team is a great mix of focused people…really a team that is about precision and humility.  The vision is huge and the undertaking is pretty epic.  What they are doing is really mind blowing and most don't really know how important it is.  It is actually, I can see, pretty daunting to them but they are getting it done.  Like checking one thing off after another after another.  But it is going to take them time.  This is a more significant and important project than most know right now.  This guy is another shining star with skill and vision.  He'll get it done.


**Lee, Charlie:  Founder of Litecoin.** Published on Patreon Nov 2019.  People want to know if he working to make it successful still? Or has he checked out? Interestingly, he sold all of his Litecoin right at the top of the market a couple of years ago. Well that was smart, wasn't it? Well, it's smart if your only goal is short term and making money, but maybe not so smart if you're looking to build trust and a brand and a strong community. Hmm. He set the coin way back and did not care, he wanted money.  There's more to

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 72 of 80

the story than people think. People are smart to question when the founder sell every one of his coins, right? Yeah. That makes you wonder and then wander to another project.  Think about it.  Let me be diplomatic, he isn't bad, but he isn't a Saint either. Charlie Lee parties?  No, sorry, not from what I can see but I am not bashing this smart younger man and ultimately his creation is good and important for a time.  He really has got a good poker face. This guy, nobody can get a read on him. I do believe that he's still going to continue to work on it and he really wants it to go back up to where it once was and further.

Yes and there are some reasons why that nobody knows yet. So it's not like Litecoin is just going to be dropped. But he already sold his when it was up, knowing he could always get more. Right? And guess what, I will share something with you that nobody else knows right now--when it went down to like, when it really dropped to the point it was like completely affordable, the bottom in 2018, he got in again.

**He was buying near the bottom when people where selling near the bottom. AND here's something else nobody knows, he'll do the same thing again. He will sell it all again. Yeah. But now people will know the real reason why…yep, it is counter to the reasons he gave about why he initially sold it, whatever those reasons he gave were. No. But also with him, I feel like he gets obsessed.  Yes, he bought more at the bottom.**  And he's getting ready. He brought more and now he's going to try and get it to go back up at some point down the road and he's going to sell it all again. There you go. Bingo. And like you, he knows how it works. He'll be patient. Not like some people who think you can just buy in and then in a few weeks or months turn around and pay for a vacation or a house. He gets it, it takes time. You didn't need me for that one. You know the saying, "Fool me once, shame on you. Fool me twice, shame on me." He's playing chess and now some people know the game too. I'm not saying he is a bad guy or anything, he's just a young man and it's all just numbers to him. He won't realize until he is much older the impact of his actions. Look, we're all just human, **so people shouldn't put blind faith in any of these people.** You think for yourself and use your common sense. You're smart.


**Liu, Mitch:  Founder of Theta.**  Mitch Liu: Cofounder / CEO of Theta. Cofounder SLIVER.tv, Cofounder Gameview Studios, Cofounder Tapjoy. BS in Computer Science & Engineering from MIT and MBA from Stanford Graduate School of Business. Stepping into his energy, this guy is brilliant. He's a hacker too. His background, I didn't know that. Holy moly. The tech is important, but with any of these, the people behind them are equally if not more important--especially when they are not decentralized. I'm banking on it. Oh, and don't care what anybody says. You guys know.  Oh, I'm also seeing in one way, he likes the attention he is getting, but on the other hand he doesn't like the attention and just wants to get things done. But he is a hacker, which I find... He could make, create anything on that computer. This guy is genius. Hold on here. Yeah, he definitely knows what he's doing. There's no doubt about that. And he likes to stay busy. He doesn't sleep much.  He's always working. And he's, and he really wants it to become a monster.  You know a TOP 5 coin.  Theta, like I've seen in the future. Oh see, this makes me even feel better about it for people. Just getting a look at him again, one second, I see him being successful with Theta.

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**  Page 73 of 80

Yes. Theta's his baby that's going to be successful. And it's almost like nobody sees it coming. Only like you, some of our friends on Patreon, the few people that listen, that bought Theta, you know. A lot of people just still don't see it coming and it's just because it's not the huge moves right away so they can't see it yet. But it will start climbing and then that's going to get people's attention. But in another way they're not really looking at it because they're not giving it too much credibility. And that's their mistake because this project, this coin will work. And back to him, the founder, Mitch, he also has a reputation in his mind to fulfill in making Theta a big success. He's going to make sure it succeeds. He's not stopping till it does. No. He won't give up. Well that's good. That's the person you want behind your coin. You know what I mean? This makes me feel so good, why haven't we looked at pictures and gone through some of the different leadership teams like this before? I get a lot on them.


**Long, Jieyi:  Cofounder / CTO of Theta**. Cofounder SLIVER.tv. BS in Microelectronics, Peking University and PhD in Computer Engineering, Northwestern University. Developed multiple patented technologies including VR live streaming as well as instant replays for video games. Okay, Long. Yeah. I just saw the picture before you asked and I was just going to say those two are tied and they work together. They founded it together. But I also feel like they do other projects together. And then of course he has his portfolio and this guy has his, but they're coworkers/partners and also friends. Do I feel like they work well together and this guy adds to the equation? Absolutely, yes. Yes. He's more Zen then Mitch. Mitch, the other guy is just like a mad man, but he knows his science, you know?  You always get different personalities on effective teams. You know what they say, if two people are always in agreement, you don't need one of them on the team. It's all about differing points of view.  Yeah. You got someone that's more Type A as they say and then you've got someone that's more Zen and it makes a great team.  Yeah, Jieyi Long is more Zen and- Yeah. And balances things out. Because this guy, the other one, Mitch gets sometimes ahead of himself. So it's a good relationship between the two of them, or partnership.


**Lu, Sunny:  Vechain:**   Another one. I tell you, some of these guys, they've got the brains. Yes, Vechain, I still feel good about this one as well.  And Sunny Lu, he is like the other guy I looked at, Charlie Lee, this guy's got a great poker face. He's constantly working, this guy hardly sleeps. He's hands-on too. Another one hands-on. Hands-on, but he doesn't have what the other guy has, the Tezos guys (Jesperson). He doesn't have the same ability to manipulate it. He's just trying to figure out ways to improve it, or make it better than what it is. Very, very hands on. This is good to see, the guy's not dirty, he's not a bad guy, and he's brilliant. But he's all about the cryptos, and especially this. Yeah, I feel that he has pride and integrity, which is hard to find. I don't get a bad vibe with this guy, I just feel- - He wants to do better. He's really in it, for I feel, the right reasons. I would definitely have some VeChain, I do and have made predictions on it since 2018.  It is a long term big winner.

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**  Page 74 of 80

**Mashinsky, Alex:  CEO of Celsius:**  I see this guy. The coin he runs, I reviewed it before I can sense. So he's the president and CEO of Celsius coin, and I know I wasn't feeling it before, the coin, because I am not feeling it right now. I'm sorry, but I just don't see it working out. Even though they want to do good things, it's just not time for the whole thing that they're trying to do. He and They are trying to do a lot. But this guy, I'm looking at the photo of him, I don't… Let me just say, he's very intelligent, but his ego is huge. I think you can say that he bit off more than he can chew. You know, is what I want to say here. He is saying all that he "wants" to do and you are hearing what he wants to do, but I don't see that happening. So what I said last times about the coin still stands, it will have runs but it will have problems.  I don't "like" this guy if you know what I mean. Nothing personal, just not getting a warm and fuzzy, you know. I am not a fan of the big ego people. Hey he's a smart guy, but big ego. I'm not impressed if you have 35 patents and have been involved in a lot of different successful ventures in the past. I care about what you have done unselfishly for others. I do not care about worldly things. But back to this project. He had all these people that followed him into this, making all these promises, and it looks like it's not going to work out so well. No, he's not keeping his promises.

I feel like it's more talk and I just don't see this following through in the way that he is saying that it's going to. It's not happening. And I also feel like there's some other people that are doing this with him, it's not solely him. Will he stick with it?  He doesn't want to, he'll fight to do it, but there's something that's missing, something that isn't right. I almost think it's really his own karma coming back to him because he's been involved in so many other things, some things have been a success, other things have not. But when I tell you a big ego, I mean this guy is wow, huge. But he has that high IQ, but he's a know-it-all, and that is one of the most dangerous things to be as a leader of anything. Because when you kind of think you know it all, all that really means is you don't know anything at all...because you stop learning and growing.

**Navarov, Sergey Chainlink Founder: Is it possible for you to share some insights into his character, motivations etc? Review from 2020.  "**First Chainlink has been Purple since before $1.00 and we picked it up as published. Yes I published I sold some at 19.00 and then scaled back in. I don't usually do that but I had a 19X so I had to follow my rules. I see a great future. Chainlink is still going to be a big winner, Purple still.  On to Sergey, spirit is showing me, for one, he's a hacker. Yeah, of course, right? Well, I don't know these people like you do, so I just listen to spirit and share what I'm getting. Spirit shows me hacker, extreme proficiency. And of course, he knows he's so smart. He's kind of full of himself. And like some of the other founders of projects, he is very vested in this, it's his baby.  It's a big baby, isn't it?

This guy has got the power, the knowledge, the connections. He's in, he's in deep and he's going to keep going. Now, if you ask me, as far as character-wise, or on the side of good or bad or indifferent, I feel that he walks a fine line. Yeah, he's walking a fine line. He's not pure on the bad side, he's not pure on the good side. He's on the pragmatist, get it done side. Oh, spirit is sharing, expect new projects. He is working a new or multiple new projects and partnerships. I feel like he also wants to create not only the Chainlink major success, but another one too. He is not done with just Chainlink. I feel

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**  Page 75 of 80

like he wants to create more. I don't know if that is just with cryptos, but I can see that's what he's looking to do, more projects/startups. And he's also looking for some other people to buy-in, or be a part of it. Yeah, investors and venture capitalists and to get involved in some new projects.

So smart people are thinking to themselves right now and asking "when he comes out with a new product, do I feel like it will be as successful as Chainlink?" No. I wouldn't say it's going to be at that level, but he's looking for it to go to that level. That's why he's going to people that are very high up there, very loaded with money, and he seems to know the right... It's really about who you know, I swear. It's about who you know, and it's about timing and he doesn't miss a beat, this guy. Of course, he has a high, high IQ but he's also a realist. Bottom line, really, everything he's doing is successful. So if he comes with a new project, you've got a winner involved. If he's backing it, you might want to do your research and look into it because it will likely be successful. Yeah, I would definitely do my research or look into it and give it some time, because he's definitely looking to grow. So that's why he's on that fine line because of his ambition."


**Tate, Jared: Digibyte Founder**.  First published on Patreon Nov 2019 before he left DGB, Whitedove wrote "He's frustrated with it. He's frustrated because with all that he did he thought that he'd be further along. He's like, all right, let's get this baby up and going. I just feel like he's very frustrated and it's not getting the results that they thought that they would have got by now--meaning in the time frame he/they expected. It is not as quick as they hoped. But I feel like he'll stick with it. Yeah. And in time he'll be rewarded. So he'll, he'll do well in time. He just has to have patience. Funny, that is the case for so many who are involved in cryptos, be it in investing or creating and building. Those who stick it out and keep working at it diligently and keep the faith will be rewarded. That is so, you asked about this guy I've never heard of before and while he is a creator he needs the same message that many investors need. Patience, hard work, stick with it."  And shortly after these predictions what happened?  Jared Tate gave into his frustration and stepped away from Digibyte.

So NOW THE QUESTION IS, do I think that Jared Tate leaving will hurt Digibyte in the long run or will things still be okay for Digibyte? *The remainder of this write up on Jared Tate and Digibyte was p*ublished in 2020 right after Jared Tate stepped *back from Digibyte:*  I will cut to the chase, this will hurt it in development for sure, maybe not in price, BUT at the same time, they'll replace him with someone of knowledge and they're still going to push through it. So right now, the way I'd put it would be I would hang back and keep what I have. It may go on some runs, but this, him leaving, is relevant. He is going to be hard to replace. Ultimately, it all works out in the end and Digibyte will be fine. So I will just happily hold on.  But it isn't like Digibyte is going to go up 15 X in the next 30 to 60 days like you hear some saying right now.  No, not anything like that. No (THIS LAST SENTECED PROVED TRUE AS IT WAS PUBLISHED IN EARLY 2020).

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 76 of 80

**Teeka Tiwari:**  Salesman.  Oh okay, I got him. He's…how do I share this diplomatically but truthfully-- to be blunt, this is not someone I would listen to. I see he is all about the money for him, not others.  Working the "angles" is what I see, somewhat scheming.  An opportunist, but not in the positive sense. I'm trying to be respectful -- sorry to any who like him, but I am getting this guy has got bad karma. I don't get good at all. He's an opportunist. He's a player. He's not on the up-and-up. I don't trust him. I don't feel that he's giving the right information, and then he ends up saying one thing and then changing it. Like a lot of people you see, you know they make one prediction and then conveniently "forget" what they said and make a new one.  I always try to say something positive if possible about a person because I don't judge anyone, but this is hard.  I guess I can share he's good [crosstalk 00:37:56] at the game he is playing meaning he makes money for himself.  He advertises, and he gets people to pay him that money.  But it isn't for the greater good.  It's crazy.  That's crazy. But he's got one hell of a big ego, and for him, it's just all about the money, and greed. The guy doesn't even sleep.  He's just working it, working it. So he works hard and he does things to sell, but there's a kind of a conman, smarmy smell to him that, yeah, I don't like him at all. But, I know that he's good at his game, if that makes sense. He is so full of BS and gets the naive with the get rich quick trick.  He might be getting paid to prop certain coins up to, you know on the side, check into that.  But that's just it [inaudible 00:39:49]. He's not for the people.  He might even get paid on the back end from the company that he's endorsing or brokers.

**Ver, Roger:  Bitcoin Cash Proponent.**  He hasn't stepped fully into his light.  He still presses with the threats of a "Hard Fork" but this a little bit of the "boy who cried" wolf and the real players involved know it.  Each time he threatens it, he panics the little guy and it is has less and less veracity and is less credible.  Regardless of what "he" does, Bitcoin Cash is a big winner in the future.  So I don't pay any attention to the daily noise and rumors and machinations.  Sure "information" is important but it will mostly just lead you to the exact wrong conclusion and action.  Me, I will just hold my BCH until it gets where I see it going.  Back to Ver, as I have shared before, as far back as 2018 and it shows today, he is central figure behind Bitcoin Cash and people ask about him. Some people love him. They call him the "Bitcoin Jesus." Some people hate him, they call him other things.

What's my take on him?  People are pretty much split. He's polarizing because he comes across in a way that can rub some people the wrong way. Like most men his age (not man bashing-it's just that an average logical thinking man takes longer to mature and understand their impact on others. Many think in terms of logic and reason and forget the relevance of how they may make others "feel" and the implications of that. Many people do not understand people are not computers.  And people can help you get what you want or they can flat out stop you.  It usually takes men in general longer to understand how they are perceived by others and what people say about them when they aren't around. In short, he is still emotionally immature. Very bright, but still evolving. I just keep getting It's 50/50. It's like its 50% of people love him and 50% of the people hate him. I'm worried about his safety and freedom and all that. He's got to watch his back. You get stalkers, you get haters, you get crazy people. Listen, I've had them... why do you think I've had body guards when I'm traveling? Bottom line, I don't

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**  Page 77 of 80

feel like he's a scammer and I don't feel like he's a saint either.   And we all know every Saint has a past and every sinner has a future..


**Wu, Jihan:**   Influential Crypto Billionaire and at one time the Largest Bitcoin Miner. He's 420 or so years old. He's Chinese educated at Peking University. And he's a billionaire. And he basically the cofounded the largest computer chip company for Bitcoin mining. I immediately get "Brilliant." He's brilliant. But the point of what you want to know, he was and still is one of the most powerful people in cryptos. VERY CLEAR, YES, he is central to cryptos, most do not know this. Maybe behind the scenes now. And for people who know about Bitcoin Cash overtaking Bitcoin someday, this is important, I see he's friends with the guy that runs Bitcoin Cash (who I've looked at before, Roger Ver). So he (Jihan Wu) is one of the most powerful people in cryptos. He's friends with the Bitcoin Cash "leader".

You have been showing me pictures of crypto people for years and I keep trying to describe an Asian man and share that he is pivotal to the Bitcoin Cash prophecy/prediction I made. I kept asking you guys to find a picture of this man so I would know his name and official position and be able to share it. I have wanted to do this for over 2 years now because of how relevant he is. And now today you randomly just show me this guy, Jihan Wu, and this is the guy, this is the picture I have been asking you for. Jihan Wu IS THE GUY I kept seeing with other Asian people and being so central and important. No he is not part of the Satoshi Nakamoto team though and I know that question is coming next. Yeah. So the glasses ... the little growing hair there. Then I was like okay, so that's his name, that's the guy I kept explaining to you. He has a small group of "next level", the highest level, friends and hackers.

He lives in China. No wonder I kept seeing Asian men. Remember I told you? And kept describing him, one of the key guys we need to look for?

People want to know if **he is a part of "Satoshi Nakamoto." You know, the group of 6 or so I described over two years ago in a public post. The one's that spirit shared did not lose their private keys and still had control over the 1 Million BTC. And that they were keeping them as a Chess move should they need to deploy for strategic measures/leverage. Which is funny because spirit shared that a couple of years or so ago and now some have speculated that "Satoshi Nakamoto" group lost their private keys and can't access their coins. Which, is probably one of the most illogical and ridiculous things I have ever heard. I mean, come on, really? How can someone say that without addressing the obvious counter argument? So you think the group that invented Bitcoin and cryptos, the most advanced and talented "cypher punks" in history, just lost their private keys. Really? Isn't that just silly?** Yes, I don't want to say "Silly", but it really is. Spirit shares that is wrong. They have the "keys" and control of the 1M or so BTC and are very strategic.

Now back to Jihan. And, no he is not part of the Satoshi Nakamoto group I described a couple years ago. He is separate. No, he's about 40 years old and he came into the scene a little after the Satoshi Nakamoto team. However, he is a prodigy. He's, forget

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**  Page 78 of 80

brilliant, he's like levels above brilliant. Also, I get that he's very cautious. He doesn't really trust anyone. So he's very   particular with who he works with.   Was a billionaire in his 30s and still is, what are we doing wrong? Laugh.. Never worry about the money. Do what you love and the rest will come naturally. Yes, **he actually favors Bitcoin Cash over Bitcoin, but it's a long game and things take time.** That's where this is heading. That's a big deal. And then it leads up to and I kept saying that I see not Bitcoin but I kept telling you, I see Bitcoin Cash running past Bitcoin some way, some time and being bigger and better doing all the things that Bitcoin was supposed to do. They (BCH), however long it takes, do it instead of Bitcoin and despite all of the chatter and FUD about BCH, this guy (Jihan) is player in all of this. And this is all part of it. I know it sounds crazy saying that but let's see how it looks around 2023 or so.  Time will tell.

Join me on Patreon for frequent updates and so much more at
https://www.patreon.com/MichelleWhitedove

You made it to the end.  Now go back to the top and slowly read this again, smile. Seriously though, every time you pick this up and read it, new things will pop out to you.

Praying for your joy and success.
in Love and Light,
## *Michelle Whitedove*
***Spiritual Medium / Author / Futurist***

*All rights, including copyright, in the content of The Whitedove Report which is owned or controlled for these purposes by Michelle Whitedove. In accessing the Whitedove Report you agree that you may only download the content for your own personal non-commercial use. You are not permitted to copy, broadcast, share, transmit, post, adapt or change in any way the content of The Whitedove Report and Michelle Whitedove's intellectual property  for any  purpose whatsoever without the prior written permission of Michelle Whitedove, Whitedove Press 2021*

Copyright 2021 Whitedove PRESS by Michelle Whitedove **Do Not Disseminate**   Page 79 of 80

And if you found this helpful.  Share with your friends how to get a copy.
They can go to my patreon https://www.patreon.com/MichelleWhitedove or
after Oct 11th you will find this report on www.michellewhitedove.com

Follow me on Instagram for lighthearted spiritual Inspiration
*www.instagram.com/MichelleWhitedove*

