Ashley Richardson

25399 Markham Ln,

Corral De Tierra, CA 93908

(310) 490-2476 |

ashrichardson@mac.com

IN PRO PER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
10/24/2025
CENTRAL DISTRICT OF CALIFORNIA
BY   GSA   DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

| | |
|---|---|
| TAYLOR THOMSON,<br><br>          Plaintiff and Counterclaim Defendant<br><br>vs.<br><br>ASHLEY RICHARDSON,<br><br>          Defendant and Counterclaim Plaintiff | Case No.: 2:23-cv-04669-MEMF-MAR<br><br>DECLARATION OF ASHLEY RICHARDSON IN OPPOSITION TO PLAINTIFF TAYLOR THOMSON'S MOTION FOR PROTECTIVE ORDER |

### DECLARATION OF ASHLEY RICHARDSON (EX PARTE & MERITS)

I, Ashley Richardson, declare:

1. I am the Defendant, proceeding pro se. I have personal knowledge of the facts stated and could testify competently to them.
2. I have never disclosed to anyone any materials obtained from discovery in this case. Any statements I made publicly were based solely on my own lived experience or materials obtained prior to and outside of this litigation.
3. As of October 15, 2025, Plaintiff had not produced core internal communications I requested (including text messages and emails with: Madeleine Thomson, Cameron

DECLARATION OF ASHLEY RICHARDSON IN OPPOSITION TO PLAINTIFF TAYLOR THOMSON'S MOTION FOR PROTECTIVE ORDER -

Moulène, Kevin Fitzgerald, Robert Sabella, Hazel Williams Carter, Shiro Gutzie, Ron Murphy, and Leigh Wang, as well as group-chat messages and the Dec. 2020–present disparagement window). Plaintiff's October 15 production did not contain those categories.

4. I have consistently asked to schedule both depositions promptly and back-to-back at a neutral, non-residential location, and I have attempted to meet and confer in good faith since the Court's October 10 order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,

Ashley Richardson

Dated October 24, 2025.

_____
Ashley Richardson
In Pro Per

DECLARATION OF ASHLEY RICHARDSON IN OPPOSITION TO PLAINTIFF TAYLOR THOMSON'S MOTION FOR PROTECTIVE ORDER -