JULIAN L. ANDRE (251120)
JAndre@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

JOSEPH B. EVANS (appearing *pro hac vice*)
jbevans@mwe.com
TODD HARRISON (appearing *pro hac vice*)
tdharrison@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 547-5767
Facsimile: (212) 547-5444

Attorneys for Plaintiff
TAYLOR THOMSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Taylor Thomson<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Persistence Technologies BVI Pte Ltd., Tushar Aggarwal, Ashley Richardson,<br><br>　　　　Defendants. | Case No. 2:23-cv-04669-MEMF-MAR<br><br>**PLAINTIFF TAYLOR THOMSON'S REQUEST FOR LEAVE OF COURT TO APPEAR TELEPHONICALLY AT THE MOTION HEARING SET FOR NOVEMBER 12, 2025**<br><br>The Honorable Margo A. Rocconi, United States Magistrate Judge<br><br>Date: November 12, 2025<br><br>Time: 11:00 a.m.<br><br>Courtroom: 790 |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiff Taylor Thomson by and through her attorneys of record, respectfully requests that counsel for Plaintiff be allowed to appear telephonically by the Court's Zoom link at the motion hearing, currently scheduled for November 12, 2025 at 11:00 a.m. in Courtroom 790 of the Edward R. Roybal Federal Building and United States Courthouse before the Honorable Magistrate Judge Margo A. Rocconi. While Attorney Julian L. André will be attending in person, lead counsel Attorney Todd Harrison is located in New York and can only appear telephonically. Good cause exists for this request as Mr. Harrison's appearance by Zoom will avoid the significant time and expense associated with cross-country travel while still allowing him to fully participate in the proceedings.

Dated: November 4, 2025         **MCDERMOTT WILL & SCHULTE LLP**

By:   */s/ Julian L. André*
        JULIAN L. ANDRE

        Attorneys for Plaintiff
        TAYLOR THOMSON

- 1 -

PLAINTIFF TAYLOR THOMSON'S REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY AT THE MOTION HEARING SET FOR NOVEMBER 12, 2025
(No. 2:23-cv-04669-MEMF-MAR)

## PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in Los Angeles, California. My business address is McDermott Will & Schulte, LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067. I am over the age of eighteen years and not a party to this action.

On November 4, 2025, I caused to be served copies of the following documents:

**PLAINTIFF TAYLOR THOMSON'S REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY AT THE MOTION HEARING SET FOR NOVEMBER 12, 2025; [PROPOSED] ORDER**

on the following party via email and U.S. Mail:

Ashley Richardson*Defendant in Pro Per*
25399 Markham Lane
Salinas, CA 93908
ashrichardson@mac.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 4, 2025 in Los Angeles, California.

*/s/ Joshua Yim*
Joshua Yim

- 2 -

PLAINTIFF TAYLOR THOMSON'S REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY AT THE MOTION HEARING SET FOR NOVEMBER 12, 2025
(No. 2:23-cv-04669-MEMF-MAR)