**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**





RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 12 2025
CENTRAL DISTRICT OF CALIFORNIA
BY

2:23-cv-4669-MEMF



FILED
CLERK, U.S. DISTRICT COURT
NOV 12 2025
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Case: 2:23cv4669  Doc: 140

Ashley   Richardson
,


Case 2:23-cv-04669-MEMF-MAR    Document 146    Filed 11/12/25    Page 3 of 3    Page ID #:3118

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: , Ashley Richardson 25399 Markham Lane Salinas, CA 93908
--Case Participants: Julian Lucien Andre (dvadan@mwe.com, jandre@mwe.com, losangelesdocketing@mwe.com, rnhunter@mwe.com, stephanie-garcia-2384@ecf.pacerpro.com), Joseph B. Evans (jbevans@mwe.com), Todd R. Harrison (tdharrison@mwe.com), Kayvan B Sadeghi (ksadeghi@jenner.com), AnnaMarie Van Hoesen (5204154420@filings.docketbird.com, avanhoesen@jenner.com, docketing@jenner.com, dvalencia@jenner.com), David M Walsh (dave-walsh-7427@ecf.pacerpro.com, dmwfour@gmail.com, susan-etheredge-7866@ecf.pacerpro.com), Judge Maame Ewusi-Mensah Frimpong (crd_frimpong@cacd.uscourts.gov), Magistrate Judge Margo A. Rocconi (crd_rocconi@cacd.uscourts.gov)
--Non Case Participants: J. Wesley Earnhardt (cmason@cravath.com, mreuven@cravath.com), Joshua Calvin Yim (jyim@mwe.com)
--No Notice Sent:
Message-Id:<41306937@cacd.uscourts.gov>Subject:Activity in Case 2:23-cv-04669-MEMF-MAR Taylor Thomson v. Persistence Technologies BVI Pte Ltd. et al Protective Order Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 11/7/2025 at 1:04 PM PST and filed on 11/7/2025

| | |
|---|---|
| **Case Name:** | Taylor Thomson v. Persistence Technologies BVI Pte Ltd. et al |
| **Case Number:** | 2:23-cv-04669-MEMF-MAR |
| **Filer:** | |
| **Document Number:** | 140 |

**Docket Text:**
**PROTECTIVE ORDER by Magistrate Judge Margo A. Rocconi. (vam)**

**2:23-cv-04669-MEMF-MAR Notice has been electronically mailed to:**
Julian Lucien Andre     dvadan@mwe.com, jandre@mwe.com, losangelesdocketing@mwe.com, stephanie-garcia-2384@ecf.pacerpro.com, rnhunter@mwe.com
Todd R. Harrison     tdharrison@mwe.com
Joseph B. Evans     jbevans@mwe.com
AnnaMarie Van Hoesen     docketing@jenner.com, avanhoesen@jenner.com, dvalencia@jenner.com, 5204154420@filings.docketbird.com
David M Walsh     susan-etheredge-7866@ecf.pacerpro.com, dave-walsh-7427@ecf.pacerpro.com, dmwfour@gmail.com
Kayvan B Sadeghi     ksadeghi@jenner.com
**2:23-cv-04669-MEMF-MAR Notice has been delivered by First Class U. S. Mail or by other