UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Taylor Thomson <br><br> PLAINTIFF(S) <br> v. <br> Persistence Technologies BVI Pte Ltd. <br><br> DEFENDANT(S) | CASE NUMBER <br> 2:23-cv-04669-MEMF-MAR <br><br> NOTICE OF CLERICAL ERROR |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry have/has been corrected as indicated below.

Title of scanned document: (IN CHAMBERS) ORDER RE MOTION FOR SUMMARY JUDGMENT 144

Filed date: 2/19/26   Document Number(s): 162

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been changed to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: Please be advised document 162 is a duplicate of 161. Please disregard.

CLERK, U.S. DISTRICT COURT

Date: 2/24/2026   By: Yvette Louis, yvette_louis@cacd.uscours.gov
Deputy Clerk

G-11 (06/23)   NOTICE OF CLERICAL ERROR