JULIAN L. ANDRÉ (251120)
jandre@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone:  +1 310 277 4110
Facsimile:   +1 310 277 4730

JOSEPH B. EVANS (appearing *pro hac vice*)
jbevans@mwe.com
TODD HARRISON (appearing *pro hac vice*)
tdharrison@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 547-5767
Facsimile: (212) 547-5444

Attorneys for Plaintiff TAYLOR THOMSON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR THOMSON,<br><br>                    Plaintiff,<br><br>          v.<br><br><br>PERSISTENCE TECHNOLOGIES BVI PTE LTD., TUSHAR AGGARWAL, ASHLEY RICHARDSON,<br><br>                    Defendants. | Case No.:  2:23-cv-04669-MEMF-MAR<br><br>**PLAINTIFF TAYLOR THOMSON'S WITNESS LIST**<br><br> FPTC Date: April 1, 2026<br> FPTC Time: 9:00 a.m.<br> Trial Date: April 20, 2026<br> Trial Time: 8:30 a.m. |

**PLAINTIFF TAYLOR THOMSON'S WITNESS LIST**

Plaintiff hereby respectfully submits her preliminary witness list. This is a preliminary, non-exhaustive list, and Defendant reserves the right to supplement, amend, or narrow this list in accordance with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and any applicable Court orders.

| Witness's Name,* Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Taylor Thomson McDermott Will & Schulte LLP One Vanderbilt Avenue New York, NY 10017 C/O Todd Harrison T: +1 212 547 5727 | Will testify regarding: (a) Defendant Richardson's control and trading of Thomson's cryptocurrency assets; (b) Defendant Richardson's and Persistence's efforts to induce her investment; and (c) her relationship with Defendant Richardson and the fraud perpetuated by Defendant Richardson. Unique in that she has direct knowledge of fraudulent conduct as well as important background knowledge. | 8 hours | N/A | |
| Ashley Richardson | Will testify to: (a) her conduct in undertaking cryptocurrency transactions on Ms. Thomson's behalf; (b) the secret kickback she received in connection with inducing Ms. Thomson to invest in the Persistence Offering; (c) her relationship with Persistence; and (d) her relationship with Ms. Thomson. Unique in that Defendant Richardson is the sole remaining defendant in this case. Persistence and Tushar Agarwal have settled the matter with Plaintiff.. | 8 hours | 8 hours | |
| Mark DiMichael Guidepost Solutions 260 Madison Avenue | Will provide expert testimony regarding the cryptocurrency market in general, the technical aspects of handling cryptocurrency, and the | 6 hours | N/A | |

2

**PLAINTIFF TAYLOR THOMSON'S WITNESS LIST**

| Name/Address | Summary of Testimony | Direct | Cross | |
|---|---|---|---|---|
| Third Floor New York, NY 10016 T: (212) 697-1000 | performance of the Persistence cryptocurrency in particular. Unique in that he is the only witness prepared to explain the complexities and technical aspects of managing cryptocurrency assets and cryptocurrency-specific concepts such as staking, and will provide important context to the Persistence Offering. | | | |
| Lieh Wang* McDermott Will & Schulte LLP One Vanderbilt Avenue New York, NY 10017 C/O Todd Harrison T: +1 212 547 5727 | Will testify to the initial efforts undertaken by Ms. Thomson to recover her cryptocurrency assets from Defendant Richardson and how this led to Ms. Thomson's discovery of Defendant Richardson's secret kickback. Will also testify regarding attempts to recover the cryptocurrency from Defendant. | 2 hours | 0.5 hours | |
| Bradley Dizik* Guidepost Solutions 260 Madison Avenue Third Floor New York, NY 10016 T: (248) 321-4905 | Will testify to the later efforts undertaken by Ms. Thomson to recover her cryptocurrency assets from Defendant Richardson. Can also provide testimony on the performance of Persistence. Unique in that he has direct knowledge of Defendant Richardson's continued efforts to obscure the losses of Ms. Thomson's cryptocurrency investments, including those made in Persistence. | 2 hours | N/A | |
| Stephanie Talamantez* Guidepost Solutions 260 Madison Avenue Third Floor New York, NY 10016 T: (202) 669-8407 | Will be able to testify to investigative steps taken and also to the same issues as Brad Dizik in the event Brad Dizik is unavailable. | 2 hours | N/A | |
| Verizon Custodian of Communications Records* | Will be able to authenticate relevant communications in the | .25 hours | | |

3

**PLAINTIFF TAYLOR THOMSON'S WITNESS LIST**

| | | | | |
|---|---|---|---|---|
| | event Defendant refuses to stipulate to authenticity. | | | |
| AT&T Custodian of Communications Records* | Will be able to authenticate relevant communications in the event Defendant refuses to stipulate to authenticity. | .25 hours | | |
| T-Mobile Custodian of Communications Records* | Will be able to authenticate relevant communications in the event Defendant refuses to stipulate to authenticity. | .25 hours | | |
| Meta Custodian of Communications Records* | Will be able to authenticate relevant communications in the event Defendant refuses to stipulate to authenticity. | .25 hours | | |
| Discord Custodian of Communications Records* | Will be able to authenticate relevant communications in the event Defendant refuses to stipulate to authenticity. | .25 hours | | |
| Google Custodian of Communications Records* | Will be able to authenticate relevant communications in the event Defendant refuses to stipulate to authenticity. | .25 hours | | |
| Apple Custodian of Communications Records* | Will be able to authenticate relevant communications in the event Defendant refuses to stipulate to authenticity. | .25 hours | | |
| Telegram Custodian Communications of Records* | Will be able to authenticate relevant communications in the event Defendant refuses to stipulate to authenticity. | .25 hours | | |
| X Corp. Custodian Communications of Records* | Will be able to authenticate relevant communications in the event Defendant refuses to stipulate to authenticity. | .25 hours | | |
| ISP Custodian of Records* | Will be able to authenticate relevant web documents such as blog posts in the event Defendant refuses to stipulate to authenticity. | .25 hours | | |

*Indicates that witness will be called only if the need arises.

4

**PLAINTIFF TAYLOR THOMSON'S WITNESS LIST**

Dated: March 4, 2026

**MCDERMOTT WILL & SCHULTE LLP**

**By:**   */s/ Todd Harrison*

JULIAN L. ANDRE
TODD HARRISON
JOSEPH B. EVANS

Attorneys for Plaintiff
TAYLOR THOMSON

**PLAINTIFF TAYLOR THOMSON'S WITNESS LIST**

**PROOF OF SERVICE**

I am a citizen of the United States and resident of the State of California. I am employed in Los Angeles, California. My business address is McDermott Will & Schulte, LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067. I am over the age of eighteen years and not a party to this action.

On March 4, 2026, I caused to be served copies of the following documents:

**PLAINTIFF TAYLOR THOMSON'S WITNESS LIST**

on the following party via email:

Ashley Richardson                                  *Defendant in Pro Per*
25399 Markham Lane
Salinas, CA 93908
ashrichardson@mac.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 4, 2026, in Los Angeles, California.

/s/ Diksha Vadan
Diksha Vadan

1

**PLAINTIFF TAYLOR THOMSON'S WITNESS LIST**