JULIAN L. ANDRÉ (251120)
JAndre@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone:    +1 310 277 4110
Facsimile:    +1 310 277 4730

JOSEPH B. EVANS (appearing *pro hac vice*)
jbevans@mwe.com
TODD HARRISON (appearing *pro hac vice*)
tdharrison@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 547-5767
Facsimile: (212) 547-5444

Attorneys for Plaintiff
TAYLOR THOMSON

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Taylor Thomson<br>            Plaintiff,<br>    v.<br>Persistence Technologies BVI Pte Ltd., Tushar Aggarwal, Ashley Richardson,<br>            Defendants. | Case No. 2:23-cv-04669-MEMF-MAR<br><br>**STATUS REPORT REGARDING SETTLEMENT PURSUANT TO LOCAL RULE 16-2.2**<br><br>FPTC Date: April 1, 2026<br>FPTC Time: 9:00 a.m.<br>Trial Date:  April 20, 2026<br>Trial Time: 8:30 a.m.<br><br>The Hon. Maame Ewusi-Mensah Frimpong |

STATUS REPORT REGARDING SETTLEMENT
(No. 2:23-cv-04669-MEMF-MAR)

McDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

Pursuant to this Court's July 14, 2025 Civil Trial Order, Plaintiff hereby submits this status report ("Report") regarding the parties' settlement negotiations in anticipation of the Final Pretrial Conference scheduled for April 1, 2026, at 9:00 a.m.  Plaintiff sent a copy of this Report to Defendant, and she declined to sign and submit the Report jointly.

The parties have entered into settlement negotiations on several prior occasions without reaching a resolution. On September 11, 2025, the parties were assigned ADR Panel Mediator David Walsh.  ECF No. 113.  Pursuant to Local Rule 16-15.2, Panel Mediator Walsh scheduled mediation for the parties to take place virtually on January 20, 2026, at 10:00 a.m.  ECF No. 157.  The mediation was then continued by the Panel Mediator with agreement of the parties to take place virtually on January 29, 2026.

Both parties appeared at the January 29, 2026, mediation as required by Local Rule 16-5.5(b), but no settlement was reached.  ECF No. 159.  The parties then met and conferred on February 20, 2026, pursuant to this Court's Order and Local Rule 16-4, at which time the parties again discussed the possibility of settlement.  The parties did not reach a settlement. At the suggestion of the Panel Mediator, the parties are currently in the process of scheduling another mediation session.

Dated: March 4, 2026                     **MCDERMOTT WILL & SCHULTE LLP**


                                         By:    */s/ Todd Harrison*
                                                JULIAN L. ANDRÉ
                                                TODD HARRISON
                                                JOSEPH B. EVANS

                                                Attorneys for Plaintiff
                                                TAYLOR THOMSON

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -
STATUS REPORT REGARDING SETTLEMENT
(No. 2:23-cv-04669-MEMF-MAR)

## **PROOF OF SERVICE**

I am a citizen of the United States and resident of the State of California. I am employed in Los Angeles, California. My business address is McDermott Will & Schulte, LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067. I am over the age of eighteen years and not a party to this action.

On March 4, 2026, I caused to be served copies of the following documents:

**STATUS REPORT REGARDING SETTLEMENT PURSUANT TO LOCAL RULE 16-2.2**

on the following party via email:

Ashley Richardson                                        *Defendant in Pro Per*
25399 Markham Lane
Salinas, CA 93908
ashrichardson@mac.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 4, 2026, in Los Angeles, California.

_/s/ Diksha Vadan_____
Diksha Vadan

STATUS REPORT REGARDING SETTLEMENT
(No. 2:23-cv-04669-MEMF-MAR)