FILED

CLERK, U.S. DISTRICT COURT

MAR 19 2026

CENTRAL DISTRICT OF CALIFORNIA

BY _____ rsm _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Ashley Richardson
915 Monterey Cir
Monterey CA, 93940
(310) 490-2476 |
ashrichardson@mac.com

IN PRO PER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Taylor Thomson<br><br>              Plaintiff,<br><br>      v.<br><br>Persistence Technologies BVI Pte Ltd., Tushar Aggarwal, Ashley Richardson,<br><br>              Defendants. | Case No. 2:23-cv-04669-MEMF-MAR<br><br>**ASHLEY RICHARDSON EXHIBIT LIST**<br><br>Trial Date:  April 20, 2026<br>Trial Time: 8:30 a.m.<br>Courtroom:  [COURT]<br><br>The Hon. Maame Ewusi-Mensah Frimpong |

McDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | Deposition Transcript of Taylor Thomson 11.06.25 | | | | |
| 2 | Deposition Video of Taylor Thomson 11.06.25 | | | | |
| 3 | Deposition Transcript of Ashley Richardson 10.27.25 | | | | |
| 4 | Deposition Video of Ashley Richardson 10.27.25 | | | | |
| 5 | May 19, 2021 – Text messages between Taylor Thomson and Ashley Richardson regarding a $20 million Bitcoin position, timing of potential sale, and advice from "Robert" on market outlook. | | | | |
| 6 | August 24, 2021 – Text messages between Taylor Thomson and Ashley Richardson regarding allocation of approximately $20 million per wallet while distributing 435 BTC across eight wallets. | | | | |
| 7 | August 25, 2021 – Text messages between Taylor Thomson and Ashley Richardson confirming BTC transfers, | | | | |

---

[1] These exhibits have been designated as confidential pursuant to the confidentiality order previously put in place by the Court, and they remain so designated.

JOINT EXHIBIT LIST
(No. 2:23-cv-04669-MEMF-MAR)

McDermott Will & Schulte LLP
Attorneys At Law
Los Angeles

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | the initial Persistence swap, and increased value of Taylor's position. | | | | |
| 8 | September 16, 2021 – Text messages from Taylor Thomson to Ashley Richardson directing transfer of the other $20 million to Anchorage and allocation of funds to Persistence and ATOM. | | | | |
| 9 | October 25, 2021 – Text messages between Taylor Thomson and Ashley Richardson regarding an additional $20 million Persistence position and whether it should be staked or remain liquid for tax timing purposes. | | | | |
| 10 | Approximately October 29, 2021 – Text messages between Taylor Thomson and Ashley Richardson regarding "30 percent profits" from Persistence, staking, unlock schedule, and timing profits into a later tax year. | | | | |
| 11 | Late 2021 – Text messages between Taylor Thomson and Ashley Richardson regarding purchase of OHM, including a $6 million position, other altcoin purchases, and staking instructions. | | | | |
| 12 | September–October 2021 – Text messages between Taylor Thomson and Ashley Richardson regarding | | | | |

- 2 -

JOIN EXHIBIT LIST
(No. 2:23-cv-04669-MEMF-MAR)

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Michelle Whitedove analysis and Bitcoin / crypto predictions. | | | | |
| 13 | May 19, 2021; August 27, 2021; September 8, 2021 – Text messages between Taylor Thomson and Ashley Richardson regarding advice from "Robert" on crypto timing, altcoin strategy, and related calls with Robert. | | | | |
| 14 | May 27, 2022 – Text message from Taylor Thomson to Ashley Richardson stating that Taylor's accountants needed information regarding Persistence staking and that Ashley was the only person who could address it. | | | | |
| 15 | June 7, 2016 – Text messages from Taylor Thomson to Ashley Richardson regarding a Bel Air property sale, dissatisfaction with advisors, and sale of the property for "half price." | | | | |
| 16 | June 8, 2016 – Text message from Taylor Thomson to Ashley Richardson stating, "My mistake. I am never listening to authority figures again!" regarding the Bel Air transaction. | | | | |
| 17 | April 24, 2017 – Text messages from Taylor Thomson to Ashley Richardson accusing Taylor's nanny of theft and unauthorized charges. | | | | |

- 3 -

JOINT EXHIBIT LIST
(No. 2:23-cv-04669-MEMF-MAR)

McDermott Will & Schulte LLP
Attorneys At Law
Los Angeles

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 18 | May 10, 2017; May 25, 2017 – Text messages from Taylor Thomson to Ashley Richardson referring to Yas as "a cunt," criticizing Maria, and stating Maria was involved in theft with Yas. | | | | |
| 19 | September 7, 2017 – Text messages from Taylor Thomson to Ashley Richardson complaining about being ripped off, describing a colorist's rates as outrageous, and calling Holly a thief. | | | | |
| 20 | April 18, 2018 – Text message from Taylor Thomson to Ashley Richardson stating, "I am so angry I ever got into bitcoin!" | | | | |
| 21 | September 19, 2019 – Text message from Taylor Thomson to Ashley Richardson stating that Justin "f-d up the hotel" and related travel arrangements. | | | | |
| 22 | October 17, 2021 – Text message from Taylor Thomson to Ashley Richardson referring to prior employees as "all crooks who stole and lied." | | | | |
| 23 | September 5, 2021 – Text messages from Taylor Thomson to Ashley Richardson criticizing a fund manager, stating he lost "20 million dollars in | | | | |

- 4 -

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | opportunity cost," and saying he should be fired. | | | | |
| 24 | April 13, 2022 – Text message from Taylor Thomson to Ashley Richardson stating, "Fired Gary! Long overdue." | | | | |
| 25 | October 6, 2016 – Text message from Taylor Thomson to Ashley Richardson stating, "I am so happy you girls are in my life! Sleep with the angels," referring to Ashley and Michele. | | | | |
| 26 | May 19, 2021 – Text message from Taylor Thomson to Ashley Richardson relaying advice from "Robert" regarding crypto timing and a possible drop at the end of July. | | | | |
| 27 | August 27, 2021 – Text messages between Taylor Thomson and Ashley Richardson regarding Taylor's planned discussion with Robert about allocation, liquid staking, and other coins. | | | | |
| 28 | August 15, 2021 – Text message from Ashley Richardson to Taylor Thomson stating that Taylor would be needed to make the Anchorage connection for transfer of assets. | | | | |

JOINT EXHIBIT LIST
(No. 2:23-cv-04669-MEMF-MAR)

McDermott Will & Schulte LLP
Attorneys At Law
Los Angeles

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 29 | August 15, 2021 – Text message from Ashley Richardson to Taylor Thomson proposing movement of assets in increments over multiple days. | | | | | |
| 30 | August 24, 2021 – Text messages between Taylor Thomson and Ashley Richardson regarding transfer of funds and sending assets to Anchorage. | | | | | |
| 31 | September 16, 2021 – Text message from Taylor Thomson to Ashley Richardson directing transfer of funds to Anchorage and allocation of funds to Persistence and ATOM. | | | | | |
| 32 | August 11, 2021 – Text message from Ashley Richardson to Taylor Thomson raising security concerns about wallet keys and suggesting use of a safety deposit box. | | | | | |
| 33 | April 8, 2022 – Text message from Taylor Thomson to Ashley Richardson stating that many questions regarding coins, validators, platforms, and Persistence staking were specific and that only Ashley knew the answers. | | | | | |
| 34 | May 2, 2022 – Text message from Taylor Thomson to Ashley Richardson stating that Taylor urgently needed | | | | | |

- 6 -

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | pricing and agreement details regarding BTC sales, staking income, and Persistence token acquisition. | | | | | |
| 35 | June 15, 2022 – Text message from Taylor Thomson to Ashley Richardson stating that Taylor's team was in the dark regarding trades Ashley executed and needed all information and keys. | | | | | |
| 36 | December 2, 2021 – Text message from Ashley Richardson to Taylor Thomson stating that Ashley had been extremely busy, had not stopped for a second, and was preparing a spreadsheet, binder, and purchase list regarding crypto holdings. | | | | | |
| 37 | April 13, 2022 – Text messages between Taylor Thomson and Ashley Richardson regarding tax and accounting urgency, with Ashley stating she had been on it all day, had not eaten, and was overwhelmed by logistics and paperwork. | | | | | |
| 38 | February 16, 2022 – Text message from Ashley Richardson to Taylor Thomson stating that the situation was "insanely stressful." | | | | | |

- 7 -

JOINT EXHIBIT LIST
(No. 2:23-cv-04669-MEMF-MAR)

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 39 | November 10, 2021 – Text messages from Ashley Richardson to Taylor Thomson describing restaking and compounding as "insanely stressful," stating that it took hours, and explaining that Ashley restaked daily. | | | | | |
| 40 | April 13, 2022 – Text messages between Taylor Thomson and Ashley Richardson regarding information reflected on the spreadsheet and Taylor's request that Ashley send it to her. | | | | | |
| 41 | February 16, 2022 – Text message from Ashley Richardson to Taylor Thomson stating that Ashley had crunched the numbers, estimated the total at approximately $115 million, and would send an updated spreadsheet. | | | | | |
| 42 | September 5, 2021 – Text message from Taylor Thomson to Ashley Richardson stating, "I am going to write my brothers directly." | | | | | |
| 43 | September 6, 2021 – Draft text / email prepared by Ashley Richardson for Taylor Thomson to David and Peter regarding control over family wealth | | | | | |

JOINT EXHIBIT LIST
(No. 2:23-cv-04669-MEMF-MAR)

McDermott Will & Schulte LLP
Attorneys At Law
Los Angeles

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | and request for financial flexibility / release. | | | | | |
| 44 | November 10, 2021 – Text messages between Taylor Thomson and Ashley Richardson regarding David and Peter, including Taylor's statements that "David is dark" and that she is determined despite lack of trust. | | | | | |
| 45 | August 24, 2021 – Text message from Taylor Thomson to Ashley Richardson stating, "I need cash in hand BEFORE the 31." | | | | | |
| 46 | October 16, 2021 – Text messages between Taylor Thomson and Ashley Richardson regarding liquidity, including Taylor stating, "I don't think I have extra cash" and "No money anywhere else." | | | | | |
| 47 | November 10, 2021 – Text message from Taylor Thomson to Ashley Richardson stating, "Will hold off as I need to free some cash in the next two weeks." | | | | | |
| 48 | January 16, 2022 – Text message from Taylor Thomson to Ashley Richardson stating, "As I need to sell for cash for taxes," and expressing frustration about selling BTC for a tax hit. | | | | | |

- 9 -

JOINT EXHIBIT LIST
(No. 2:23-cv-04669-MEMF-MAR)

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 49 | February 16, 2022 – Text message from Taylor Thomson to Ashley Richardson stating, "I wish I had not sold any last year or had just at least kept the cash as I am devalued 50 percent now." | | | | | |
| 50 | April 24–26, 2017 – Text messages from Taylor Thomson to Ashley Richardson regarding Yas, accusing her of stealing clothing and spending excessively, describing the situation as "really outrageous," and suggesting Yas might leave the country to avoid prosecution. | | | | | |
| 51 | September 7, 2017 – Text messages from Taylor Thomson to Ashley Richardson stating, "I am being ripped off," describing rates as "Outrageous," and stating, "Holly is a thief." | | | | | |
| 52 | September 5, 2021 – Text messages from Taylor Thomson to Ashley Richardson stating of a fund manager, "Just no balls," "I think he should be fired!" and "He just lost us 20 million dollars in opportunity cost." | | | | | |
| 53 | October 17, 2021 – Text messages from Taylor Thomson to Ashley Richardson regarding Raquel, stating Raquel had "low integrity," and | | | | | |

- 10 -

JOINT EXHIBIT LIST
(No. 2:23-cv-04669-MEMF-MAR)

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | referring to prior employees as "all crooks who stole and lied." | | | | | |
| 54 | October 17, 2021 – Text message from Taylor Thomson to Ashley Richardson stating Raquel "suspects she will be fired" and "She is expecting to be fired!" | | | | | |
| 55 | April 13, 2022 – Text message from Taylor Thomson to Ashley Richardson stating, "Fired Gary! Long overdue." | | | | | |
| 56 | September 19, 2019 – Text message from Taylor Thomson to Ashley Richardson stating, "I am so angry as Justin booked this and also f-d up the hotel…" | | | | | |
| 57 | October 16, 2021 – Text message from Taylor Thomson to Ashley Richardson stating, "I need to get someone to track what she is doing and she is using my money not hers." Re daughter Madeleine. | | | | | |
| 58 | July 2020 – Text messages from Ashley Richardson to Hazel Williams Carter, re Taylors behavior and impact. | | | | | |

JOINT EXHIBIT LIST
(No. 2:23-cv-04669-MEMF-MAR)

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 59 | April 2021 – Text messages to Michele Fleury re Taylor's abusive behavior during a trip to Mexico. | | | | | |
| 60 | July 2013 – Text messages to Michele Fleury re Taylor having Ashley share her bed. | | | | | |
| 61 | August 2017 – Text messages to Michele Fleury re Taylor making Ashley sleep in the same bed despite there being many alternate options. | | | | | |
| 62 | August 24 2021- Text messages to Michele Fleury stating Taylors agreement to set aside crypto upside for a Wild Horse Sanctuary, and also her attraction towards LP and Jessica Bendinger. | | | | | |
| 63 | July 20, 2021 Text Message (Taylor, Ashley, and Kevin Fitzpatrick) Screenshots of Whitdove predictions sent by Ashley to Taylor | | | | | |
| 64 | August 3 2021 Text Message (Taylor, Ashley, and Kevin | | | | | |

JOINT EXHIBIT LIST
(No. 2:23-cv-04669-MEMF-MAR)

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Fitzpatrick) Taylor asks for link to Whitedoves Website | | | | | |
| 65 | July 2017 – Text message screenshots between Taylor Thomson and Ashley Richardson regarding interviewing potential household staff and an upcoming trip to Italy. | | | | | |
| **65** | September 25, 2019 – Text messages between Taylor Thomson and Ashley Richardson regarding rehoming Taylor Thomson's chickens. | | | | | |
| **66** | October 15, 2019 – Text messages between Taylor Thomson and Ashley Richardson regarding rehoming Taylor Thomson's chickens. | | | | | |
| **67** | January 17–19, 2021 – Text messages between Madeleine Thomson and Ashley Richardson regarding driving Taylor Thomson to hyperbaric chamber appointments. | | | | | |
| **68** | January 2021 – Text message group thread between Taylor Thomson, Leigh Wang, and Ashley Richardson regarding household and operational matters. | | | | | |

JOINT EXHIBIT LIST
(No. 2:23-cv-04669-MEMF-MAR)

McDermott Will & Schulte LLP
Attorneys At Law
Los Angeles

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 69 | December 2020 – March 2021 – Text messages between Leigh Wang and Ashley Richardson regarding household coordination and operational matters, compiled in spreadsheet format. | | | | | |
| 70 | March 20, 2021 – Text messages between Taylor Thomson and Ashley Richardson regarding cleaning and staging the Malibu house for potential high-end renters. | | | | | |
| 71 | April 18, 2021 – Text messages between Hazel and Ashley Richardson regarding the Mexico trip. | | | | | |
| 72 | April 2021 – Text messages between Michele Fleury and Ashley Richardson regarding the Mexico trip. | | | | | |
| 73 | July 14, 2020 – Text messages between Hazel and Ashley Richardson regarding Taylor Thomson's behavior on a boat trip. | | | | | |
| 74 | August 3–4, 2021 – Text messages between Raquel and Ashley Richardson regarding preparation of Taylor Thomson's house for her return. | | | | | |

- 14 -

JOINT EXHIBIT LIST
(No. 2:23-cv-04669-MEMF-MAR)

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 75 | September 5, 2021 – Text message screenshot between Taylor Thomson and Ashley Richardson regarding Leigh Wang's job performance. | | | | | |
| 76 | September 29, 2021 – Text messages between Michele Fleury and Ashley Richardson regarding photographing Taylor Thomson's Bel Air house. | | | | | |
| 77 | October 10, 2021 – Group text messages between Michele Fleury, Taylor Thomson, and Ashley Richardson regarding final marketing photos of Taylor Thomson's Bel Air house. | | | | | |
| 78 | October 28 – November 8, 2021 – Text messages between Raquel and Ashley Richardson regarding care of Taylor Thomson's dogs. | | | | | |
| 79 | October 28 – November 8, 2021 – Text messages between Ezstella and Ashley Richardson regarding care of Taylor Thomson's dogs. | | | | | |
| 80 | November 6 – November 15, 2021 – Text messages between Madeleine Thomson and Ashley Richardson | | | | | |

McDermott Will & Schulte LLP
Attorneys At Law
Los Angeles

- 15 -

JOINT EXHIBIT LIST
(No. 2:23-cv-04669-MEMF-MAR)

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | regarding care of Taylor Thomson's dogs. | | | | | |
| 81 | September 2025 – Text message screenshot between Taylor Thomson and Ashley Richardson regarding rehoming chickens and termination of employee Leo | | | | | |
| 82 | August 8, 2021 Email from Robert Sabella to Taylor Thomson (AR Cc'd) re Crypto "readings" | | | | | |
| 83 | September 8, 2021 Email from Taylor Thomson to Ashley Richardson including draft email to Leigh Wang | | | | | |
| 84 | September 20, 2021 Email from Robert Sabella to Taylor Thomson (AR Cc'd) re Crypto "readings" | | | | | |
| 85 | September 19, 2021 Email from Robert Sabella to Taylor Thomson (AR Cc'd) re Crypto "readings" | | | | | |
| 86 | September 6, 2021 Email from Taylor Thomson to Ashley Richardson including her draft Email to brothers David and Peter | | | | | |

JOINT EXHIBIT LIST
(No. 2:23-cv-04669-MEMF-MAR)

McDermott Will & Schulte LLP
Attorneys At Law
Los Angeles

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 87 | September 6, 2021 Email from Robert Sabella to Taylor Thomson (forwarded to Ashley Richardson) re Crypto "readings" | | | | | |
| 88 | October 6, 2021 Email re Raquel's undisclosed preganancy | | | | | |
| 89 | Oct 16 2021 Email from Taylor Thomson to Ashley Richardson stating "Bullshit Timesheets" re Racquel | | | | | |
| 90 | Oct 29 2021 Email from Taylor Thomson to Ashley Richardson of Screenshot of text accidentally sent to Racquel "woman is a cunt (typo), fire them all!" re Raquel. | | | | | |
| 91 | October 29 Email from Robert Sabella to Taylor Thomson (AR Cc'd) re Crypto "readings" | | | | | |
| 92 | October 19 Email from Robert Sabella to Taylor Thomson (AR Cc'd) re Crypto "readings" | | | | | |
| 93 | October 18 Email from Robert Sabella to Taylor Thomson (AR Cc'd) re Crypto "readings" | | | | | |

- 17 -

JOINT EXHIBIT LIST
(No. 2:23-cv-04669-MEMF-MAR)

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 94 | October 17 Email from Robert Sabella to Taylor Thomson (AR Cc'd) re Crypto "readings" | | | | | |
| 95 | September 11, 2021 – Email from Taylor Thomson to Ashley Richardson re Robert. | | | | | |
| 96 | September 19, 2021 – Email from Taylor Thomson to Ashley Richardson re crypto list, Anchorage custody, and communicating about how and where to buy tokens. | | | | | |
| 97 | January 12, 2022 – Email from Taylor Thomson to Ashley Richardson re scheduling a call to review wallets, staking, and portfolio information. | | | | | |
| 98 | August 19, 2021 – Email from Taylor Thomson to Carrie Rose re urgent wire transfer timing for crypto counsel retainer. | | | | | |
| 99 | October 20, 2021 – Forwarded email from Taylor Thomson to Ashley Richardson re Robert Sabella's altcoin views and Ashley's altcoin purchase guide. | | | | | |
| 100 | January 12, 2022 – Email from Taylor Thomson to Lieh Wang and Ashley | | | | | |

JOINT EXHIBIT LIST
(No. 2:23-cv-04669-MEMF-MAR)

McDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | Richardson re need to understand wallets, staking, and the crypto portfolio. | | | | | |
| 101 | August 19, 2021 – Email from Taylor Thomson to Timothy Spangler of Dechert LLP re immediate wire of retainer funds for crypto-related legal counsel. | | | | | |
| 102 | September 15, 2021 – Email from Taylor Thomson to Leslie Gates re approval for payment of Dechert LLP invoice. | | | | | |
| 103 | September 11, 2021 – Email from Taylor Thomson to Ashley Richardson re Lieh's failure to sell Bitcoin and criticism of Lieh's effectiveness. | | | | | |
| 104 | October–December 2013 – Emails between Rosanno Ferretti and Ashley Richardson regarding investment opportunities for Taylor Thomson. | | | | | |
| 105 | June 2015 – Emails from Andre Cook to Ashley Richardson regarding Cut Shelf investment opportunities and related overview materials for Taylor Thomson. | | | | | |

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

- 19 -

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | | Date Identified | Date Admitted |
|-------|----------------|-------------------------------|------------------------|--|-----------------|---------------|
| 106 | September 2015 – Emails regarding REX investment opportunities for Taylor Thomson. | | | | | |
| 107 | October 2015 – Emails between Rand Rusher and Ashley Richardson regarding Stitch Labs investment opportunities for Taylor Thomson. | | | | | |
| 108 | 2015–2017 – Emails from Damien Dressler regarding investment opportunities for Taylor Thomson. | | | | | |
| 109 | July 14–17, 2017 – Emails from Taylor Thomson to Ashley Richardson regarding Ashley Richardson interviewing potential household staff for Taylor Thomson. | | | | | |
| 110 | February 6, 2018 – Email from Jakob Von Uexkull to Ashley Richardson regarding potential World Future Council investment for Taylor Thomson. | | | | | |
| 111 | eptember 18, 2019 – Email from Taylor Thomson to Ashley Richardson regarding rehoming chickens. | | | | | |
| 119 | June 2019 – Telegram messages between Tushar Aggarwal and Ashley Richardson regarding scheduling an initial meeting after Taylor Thomson | | | | | |

- 20 -

JOINT EXHIBIT LIST
(No. 2:23-cv-04669-MEMF-MAR)

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | had already inquired about a potential investment purchase, including discussion of marketing roadmaps and next steps. | | | | | |
| 112 | August 9, 2019 – Telegram message between Tushar Aggarwal and Ashley Richardson apologizing for a delay in sending a marketing plan and referencing Taylor Thomson's interest in a $20 million purchase. | | | | | |
| 113 | August 10 – August 22, 2019 – Telegram message screenshots between Tushar Aggarwal and Ashley Richardson regarding overview of potential purchase structure. | | | | | |
| 114 | August 23 – October 30, 2019 – Telegram message screenshots between Tushar Aggarwal and Ashley Richardson regarding purchase updates and related discussions. | | | | | |
| 115 | November 2021 – Telegram message screenshots between Tushar Aggarwal and Ashley Richardson regarding custody options that would retain staking capability. | | | | | |

- 21 -

JOINT EXHIBIT LIST
(No. 2:23-cv-04669-MEMF-MAR)

McDermott Will & Schulte LLP
ATTORNEYS AT LAW
LOS ANGELES

| Ex. # | Description[1] | Witness Establishing Foundation | Objections and Reasons | | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 116 | 2021 – Whitedove newsletters (Nos. 1–4) referenced by Taylor Thomson in connection with investment decisions. | | | | | |
| 117 | December 27, 2024 – Bloomberg article referencing Taylor Thomson. | | | | | |
| 118 | August 23, 2025 – Wall Street Journal article referencing Taylor Thomson. | | | | | |
| 119 | Various dates – Pelicano press articles referencing Taylor Thomson. | | | | | |
| 120 | Taylor Thomson Witness Statement 1 – Singapore Arbitration | | | | | |
| 121 | Taylor Thomson Witness Statement 2 – Singapore Arbitration | | | | | |
| 122 | Ashley Richardson Witness Statement 1 – Singapore Arbitration | | | | | |
| 123 | Ashley Richardson Witness Statement 2 – Singapore Arbitration | | | | | |
| 124 | | | | | | |

- 22 -

McDermott Will & Schulte LLP
Attorneys At Law
Los Angeles