UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| Case No. | 2:23-cv-04669-MEMF-MARx | Date | **April 1, 2026** |
|---|---|---|---|

| Title | **Taylor Thomson v. Persistence Technologies BVI Pte Ltd. et al** | Page | 1 of 2 |
|---|---|---|---|

Present: The Honorable  MAAME EWUSI-MENSAH FRIMPONG,
UNITED STATES DISTRICT JUDGE

| Damon Berry | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Julian Lucien Andre | Ashley Richardson **(Pro Se)** |
| Brennen J.W. Sharp | |
| Todd R. Harrison | |

**Proceedings:  FINAL PRETRIAL CONFERENCE AND MOTIONS IN LIMINE [166-170], [174], [175], [177-179]**

The case is called, and counsel make their appearances. The Court issues an oral tentative ruling during the hearing.

The Court and counsel confer about the status of the case and the upcoming trial. For the reasons stated on the record, the matter is taken under submission. Order to issue.

The Court discussed the parties' failure to submit a joint witness list as well as a joint exhibit list. The Court further discussed the parties' briefing concerning Defendant Ashley Richardson's Ex Parte Application to Correct Exhibit and Witness Lists [Dkt. No. 202]. The Court indicated that, in the interest of justice, Richardson will be permitted to correct her Exhibit and Witness Lists. As such, the Court will issue a separate Order granting Richardson's Ex Parte Application.

In light of the absence of a joint witness list and joint exhibit list, the Court ORDERS the parties to meet and confer, and file a joint exhibit list as well as a joint witness list within seven (7) days of this Order. Failure to adequately respond to this Order may result, without further warning, in the Court dismissing this action.

| CV-90 | **CIVIL MINUTES—GENERAL** | : |
|---|---|---|
| | | Initials of Deputy Clerk DBE |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

Case No.  **2:23-cv-04669-MEMF-MARx**                    Date **April 1, 2026**

Title  **Taylor Thomson v. Persistence Technologies BVI Pte Ltd. et al**          Page  2 of 2

---

The Court will separately set a hearing on the parties' proposed joint exhibit and witness list.

IT IS SO ORDERED.

---

CV-90                          **CIVIL MINUTES—GENERAL**                          : 55

Initials of Deputy Clerk DBE