JULIAN L. ANDRÉ (251120)
JAndre@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone:    +1 310 277 4110
Facsimile:    +1 310 277 4730

JOSEPH B. EVANS (appearing *pro hac vice*)
jbevans@mwe.com
TODD HARRISON (appearing *pro hac vice*)
tdharrison@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 547-5767
Facsimile: (212) 547-5444

Attorneys for Plaintiff
TAYLOR THOMSON

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Taylor Thomson<br>            Plaintiff,<br>       v.<br>Persistence Technologies BVI Pte Ltd., Tushar Aggarwal, Ashley Richardson,<br>            Defendants. | Case No. 2:23-cv-04669-MEMF-MAR<br><br>**STATUS REPORT REGARDING TRIAL SCHEDULING CONFLICTS PURSUANT TO DKT. NO. 214**<br><br>FPTC Date: April 14, 2026<br>FPTC Time: 10:00 a.m.<br>Trial Date:  May 4, 2026<br>Trial Time: 9:00 a.m.<br><br>The Hon. Maame Ewusi-Mensah Frimpong |

Pursuant to this Court's April 3, 2026, Order (Dkt. No. 214), Plaintiff Taylor Thomson ("Thomson"), through undersigned counsel, hereby submits this status report regarding scheduling conflicts and trial availability in anticipation of the Final Pretrial Conference scheduled for April 14, 2026, at 10:00 a.m.

As a preliminary matter, Thomson was prepared to proceed to trial on the original trial date of April 20, 2026. Thomson could also proceed to trial on April 27, 2026. While Thomson understands that this Court determined that the status of the parties' joint pretrial filings warranted a continuance of the trial date, Thomson notes that this Court found that Defendant Ashley Richardson ("Richardson") was not diligent in her joint pretrial filing conduct. Dkt. No. 213 at 4. Consequently, this Court has tentatively continued trial to May 4, 2026. Dkt. No. 214 at 2.

Based on discussions with Plaintiff's trial witnesses, counsel has learned that Mark DiMichael, the sole expert witness in this case, is currently scheduled to be in trial in Westchester, New York, the weeks of May 4, 2026, and May 11, 2026, and will therefore be unavailable to provide testimony those weeks.

Under these circumstances, Thomson proposes the week of April 27, 2026, for trial. Thomson is also endeavoring to identify reasonable alternative trial dates and will be prepared to provide the Court with those alternative dates at the April 14, 2026, Final Pretrial Conference.

Dated: April 8, 2026

**MCDERMOTT WILL & SCHULTE LLP**

By: _/s/ Todd Harrison_
JULIAN L. ANDRÉ
TODD HARRISON
JOSEPH B. EVANS

Attorneys for Plaintiff
TAYLOR THOMSON

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the email addresses denoted on the Notice of Electronic Filing.

Dated: April 8, 2026            By:   */s/ Julian L. André*
                                            JULIAN L. ANDRE

McDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

STATUS REPORT REGARDING SCHEDULING CONFLICTS
(No. 2:23-cv-04669-MEMF-MAR)

**PROOF OF SERVICE**

I am a citizen of the United States and resident of the State of California. I am employed in Los Angeles, California. My business address is McDermott Will & Schulte, LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067. I am over the age of eighteen years and not a party to this action.

On April 8, 2026, I caused to be served copies of the following documents:

**STATUS REPORT REGARDING TRIAL SCHEDULING CONFLICTS PURSUANT TO DKT. NO. 214.**

on the following party via email:

Ashley Richardson                          *Defendant in Pro Per*
25399 Markham Lane
Salinas, CA 93908
ashrichardson@mac.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 8, 2026, in Los Angeles, California.

/s/ Diksha Vadan
Diksha Vadan

PROOF OF SERVICE
(No. 2:23-cv-04669-MEMF-MAR)