**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

———

**OFFICIAL BUSINESS**

quadient
FIRST-CLASS MAIL
IMI
$001.90
02/23/2026 ZIP 90012
043M81268156
US POSTAGE

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 2 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

162

Case: 2:23cv4669  Doc: 162

Ashley  Richardson
25399 Markham Lane
Corral De Tierra, CA 93908

2:23cv4669-MEMf

RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 1 2 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

-R-T-S-    939085026-1N    700  05/05/26

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

Case: 2:23cv4669  Doc: 162

Ashley  Richardson
25399 Markham Lane
Corral De Tierra, CA 93908

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Ashley Richardson
25399 Markham Lane
Corral De Tierra CA 93908
US
--Case Participants: David M Walsh (dave-walsh-7427@ecf.pacerpro.com, dmwfour@gmail.com, susan-etheredge-7866@ecf.pacerpro.com), AnnaMarie Van Hoesen (5204154420@filings.docketbird.com, avanhoesen@jenner.com, docketing@jenner.com, dvalencia@jenner.com), Kayvan B Sadeghi (ksadeghi@jenner.com), Joseph B. Evans (jbevans@mwe.com), Todd R. Harrison (tdharrison@mwe.com), Julian Lucien Andre (dvadan@mwe.com, jandre@mwe.com, losangelesdocketing@mwe.com, rnhunter@mwe.com, stephanie-garcia-2384@ecf.pacerpro.com), Magistrate Judge Margo A. Rocconi (crd_rocconi@cacd.uscourts.gov), Judge Maame Ewusi-Mensah Frimpong (crd_frimpong@cacd.uscourts.gov)
--Non Case Participants: Joshua Calvin Yim (jyim@mwe.com), J. Wesley Earnhardt (cmason@cravath.com, mreuven@cravath.com)
--No Notice Sent:
Message-Id:<41985838@cacd.uscourts.gov>Subject:Activity in Case 2:23-cv-04669-MEMF-MAR Taylor Thomson v. Persistence Technologies BVI Pte Ltd. et al Minutes of In Chambers Order/Directive - no proceeding held Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 2/23/2026 at 7:42 AM PST and filed on 2/19/2026

| | |
|---|---|
| **Case Name:** | Taylor Thomson v. Persistence Technologies BVI Pte Ltd. et al |
| **Case Number:** | 2:23-cv-04669-MEMF-MAR |
| **Filer:** | |
| **Document Number:** | 162 |

**Docket Text:**
**(IN CHAMBERS) ORDER RE MOTION FOR SUMMARY JUDGMENT [144] by Judge Maame Ewusi-Mensah Frimpong. The Court will hereby STRIKE all pending filings related to the Motion (Dkt. Nos. 144, 148-52). Given the Court's ruling, the Court ORDERS that Defendant's Ex Parte Application is DENIED as moot. IT IS SO ORDERED. (See document for further details) (yl)**