JULIAN L. ANDRÉ (251120)
JAndre@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone:      +1 310 277 4110
Facsimile:      +1 310 277 4730

JOSEPH B. EVANS (appearing *pro hac vice*)
jbevans@mwe.com
TODD HARRISON (appearing *pro hac vice*)
tdharrison@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 547-5767
Facsimile: (212) 547-5444

Attorneys for Plaintiff
TAYLOR THOMSON

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Taylor Thomson<br><br>               Plaintiff,<br><br>     v.<br><br>Persistence Technologies BVI Pte Ltd., Tushar Aggarwal, Ashley Richardson,<br><br>              Defendants. | Case No. 2:23-cv-04669-MEMF-MAR<br><br>**NOTICE OF SETTLEMENT**<br><br>The Hon. Maame Ewusi-Mensah Frimpong |

Pursuant to Local Rules 16-15.7 and 40-2, Plaintiff Taylor Thomson hereby notifies the Court that Ms. Thomson and Defendant Ashley Richardson reached a resolution of their respective claims during the May 19, 2026, conference before the Honorable Margo A. Rocconi, United States Magistrate Judge.

Dated: May 20, 2026            **MCDERMOTT WILL & SCHULTE LLP**

By:    */s/ Julian L. André*
        JULIAN L. ANDRÉ
        TODD HARRISON
        JOSEPH B. EVANS

        Attorneys for Plaintiff
        TAYLOR THOMSON

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the email addresses denoted on the Notice of Electronic Filing.

Dated: May 20, 2026                    By:    */s/ Julian L. André*
                                              JULIAN L. ANDRE

McDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF SETTLEMENT
(No. 2:23-cv-04669-MEMF-MAR)

**PROOF OF SERVICE**

I am a citizen of the United States and resident of the State of California. I am employed in Los Angeles, California. My business address is McDermott Will & Schulte, LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067. I am over the age of eighteen years and not a party to this action.

On May 20, 2026, I caused to be served copies of the following documents:

**NOTICE OF SETTLEMENT**

on the following party via email:

Ashley Richardson                                    *Defendant in Pro Per*
25399 Markham Lane
Salinas, CA 93908
ashrichardson@mac.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 20, 2026, in Los Angeles, California.

*/s/ Diksha Vadan*
Diksha Vadan

McDermott Will & Schulte LLP
Attorneys At Law
Los Angeles

PROOF OF SERVICE
(No. 2:23-cv-04669-MEMF-MAR)