JULIAN L. ANDRÉ (251120)
JAndre@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone:    +1 310 277 4110
Facsimile:    +1 310 277 4730

JOSEPH B. EVANS (appearing *pro hac vice*)
jbevans@mwe.com
TODD HARRISON (appearing *pro hac vice*)
tdharrison@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 547-5767
Facsimile: (212) 547-5444

Attorneys for Plaintiff
TAYLOR THOMSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Taylor Thomson<br>            Plaintiff,<br>    v.<br>Persistence Technologies BVI Pte Ltd., Tushar Aggarwal, Ashley Richardson,<br>            Defendants. | Case No. 2:23-cv-04669-MEMF-MAR<br><br>**REQUEST FOR ORDER ALLOWING PLAINTIFF TAYLOR THOMSON TO OBTAIN A COPY OF THE MAY 19, 2026, SETTLEMENT CONFERENCE TRANSCRIPT**<br><br>The Hon. Margo A. Rocconi<br><br>*[Proposed] Order Lodged Concurrently Herewith* |

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

Plaintiff Taylor Thomson ("Ms. Thomson"), by and through her counsel of record, hereby requests an order allowing Ms. Thomson to obtain a copy of the sealed transcript of the May 19, 2026, settlement conference in connection with the above-captioned action.

Ms. Thomson and Defendant Ashley Richardson ("Ms. Richardson") reached a resolution of their respective claims during the May 19, 2026, settlement conference. (ECF 236.) The terms and conditions of the settlement were set forth on the record by counsel and specifically agreed to on the record by the parties. (ECF 236.) The parties now require a copy of the sealed transcript from the May 19, 2026, settlement conference, in order to finalize the parties' agreement. Accordingly, Ms. Thomson respectfully requests the Court enter an order authorizing disclosure of the sealed transcript to Ms. Thomson and Ms. Richardson.

This request is based on the attached declaration of Julian André.

Dated: June 2, 2026

**MCDERMOTT WILL & SCHULTE LLP**

By:   */s/ Julian L. André*
       JULIAN L. ANDRÉ
       TODD HARRISON
       JOSEPH B. EVANS

       Attorneys for Plaintiff
       TAYLOR THOMSON

- 1 -

## **DECLARATION OF JULIAN L. ANDRE**

I, Julian L. André, declare as follows:

1.      I am an attorney admitted to practice before this Court in the above-captioned matter. I am a partner with the law firm of McDermott Will & Schulte LLP, attorneys of record for Plaintiff Taylor Thomson ("Thomson") in the above-captioned matter. I make this declaration in support of Plaintiff's Request for Order Allowing Plaintiff to Obtain a Copy of the Sealed May 19, 2026, Settlement Conference Transcript.

2.      Ms. Thomson and Defendant Ashley Richardson ("Ms. Richardson") reached a resolution of their respective claims during the May 19, 2026, settlement conference.  (ECF 236.) The terms and conditions of the settlement were set forth on the record by counsel and specifically agreed to on the record by the parties. (ECF 236.)

3.      The parties now require a copy of the sealed transcript from the May 19, 2026, settlement conference, in order to finalize the parties' agreement. Accordingly, Ms. Thomson respectfully requests the Court enter an order authorizing disclosure of the sealed transcript to Ms. Thomson and Ms. Richardson.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of June, 2026, in Los Angeles, California.


                              */s/ Julian L. André*
                              Julian André

PLAINTIFF'S REQUEST FOR ORDER ALLOWING ACCESS TO SEALED TRANSCRIPT
(No. 2:23-cv-04669-MEMF-MAR)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to the email addresses denoted on the Notice of Electronic Filing.

Dated: June 2, 2026              By:    */s/ Julian L André*
                                          JULIAN L. ANDRE

McDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

PLAINTIFF'S REQUEST FOR ORDER ALLOWING ACCESS TO SEALED TRANSCRIPT
(No. 2:23-cv-04669-MEMF-MAR)

**PROOF OF SERVICE**

I am a citizen of the United States and resident of the State of California. I am employed in Los Angeles, California. My business address is McDermott Will & Schulte, LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067. I am over the age of eighteen years and not a party to this action.

On June 2, 2026, I caused to be served copies of the following documents:

**REQUEST FOR ORDER ALLOWING PLAINTIFF TAYLOR THOMSON TO OBTAIN A COPY OF THE MAY 19, 2026, SETTLEMENT CONFERENCE TRANSCRIPT**

on the following party via email:

Ashley Richardson                          *Defendant in Pro Per*
25399 Markham Lane
Salinas, CA 93908
ashrichardson@mac.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 2, 2026, in Los Angeles, California.

/s/ Diksha Vadan
Diksha Vadan

PROOF OF SERVICE
(No. 2:23-cv-04669-MEMF-MAR)