**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAYLOR THOMSON,<br><br>               Plaintiff,<br><br>     v.<br><br>PERSISTENCE TECHNOLOGIES BVI PTE LTD., TUSHAR AGGARWAL, ASHLEY RICHARDSON,<br><br>               Defendants. | Case No. 2:23-cv-04669-MEMF-MAR<br><br>**ORDER GRANTING REQUEST FOR PLAINTIFF TO OBTAIN A COPY OF THE SEALED TRANSCRIPT OF THE MAY 19, 2026, SETTLEMENT CONFERENCE** |

For good cause shown, Plaintiff Taylor Thomson's request for an order allowing Ms. Thomson and Ms. Richardson to obtain a copy of the sealed transcript from the May 19, 2026, settlement conference is **GRANTED**.

The transcript shall remain sealed by the Court and shall be treated by the parties as confidential under the terms of the parties' settlement agreement as set forth on the record during the settlement conference.

    **IT IS SO ORDERED**.

Dated: _6/02/26_____

_____
Honorable Margo A. Rocconi
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING REQUEST
TO OBTAIN SEALED
TRANSCRIPT